# CORPORATE RESOLUTION TO FILE
# FOR CHAPTER 11 BANKRUPTCY

**WHEREAS**, the undersigned being a member of the Board of Directors of **BRICKCHURCH ENTERPRISES, INC.** (the "Corporation"), and having met pursuant to the bylaws of the Corporation, and notice of such meeting have been waived; and

**WHEREAS,** the Board of Directors having received and reviewed reports furnished it concerning the financial condition of the Corporation; and

**WHEREAS,** it appearing in the business judgment of the Board of Directors that the Corporation should file for relief under Chapter 11 of the United States Bankruptcy Code, it is hereby

**RESOLVED,** that the Corporation initiate a case under Chapter 11 Bankruptcy Code; and it is further

**RESOLVED,** that the Corporation is authorized and directed to prepare or cause to be prepared all documents, petitions, pleading's and other instruments necessary, to effectuate such filing. In addition, the director, LOUISE BLOUIN, is authorized and directed to employ and retain CRAIG D. ROBINS, ESQ., Attorney at Law, to represent the Corporation in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of LOUISE BLOUIN director, to be appropriate.

Dated: April 29, 2022

[CORPORATE SEAL]

*/s/ Louise Blouin*

_____
LOUISE BLOUIN, Director