Richard Kanowitz
Leslie Thorne
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
leslie.thorne@haynesboone.com

-and-

Martha Wyrick (*pro hac vice* admission pending)
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, TX 75219
(214) 651-5000
martha.wyrick@haynesboone.com

*Attorneys for JGB*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BRICKCHURCH ENTERPRISES, INC. | § | Case No. 8-22-70914-ast |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for JGB Partners, LP, JGB Capital, LP, JGB (Cayman) Ancona, Ltd. and JGB Plymouth Rock, LLC and their affiliates (collectively "JGB") in the above-captioned Chapter 11 case pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| Richard Kanowitz<br>Leslie Thorne<br>Greg Kramer<br>HAYNES AND BOONE, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: richard.kanowitz@haynesboone.com<br>Email: leslie.thorne@haynesboone.com<br>Email: greg.kramer@haynesboone.com | Martha Wyrick<br>HAYNES AND BOONE, LLP<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email: martha.wyrick@haynesboone.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of JGB to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: May 9, 2022<br>New York, New York | HAYNES AND BOONE, LLP<br><br>By: */s/ Richard Kanowitz*<br>Richard Kanowitz<br>Leslie Thorne<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>leslie.thorne@haynesboone.com<br><br>-and-<br><br>Martha Wyrick (*pro hac vice* admission pending)<br>HAYNES AND BOONE, LLP<br>2323 Victory Ave., Suite 700<br>Dallas, TX 75219<br>(214) 651-5000<br>martha.wyrick@haynesboone.com<br><br>*Attorneys for JGB* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on May 9, 2022.

*/s/ Richard Kanowitz*
Richard Kanowitz