UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                                    Chapter 11
                                                                                              Case No. 22-70914
    **Brickchurch Enterprises, Inc.**                         Judge Alan S. Trust

                                     Debtor.
----------------------------------------------------------------X

## STATEMENT REGARDING MONTHLY OPERATING REPORT
## FOR MONTH OF APRIL 2022

      The debtor, **Brickchurch Enterprises, Inc.** ("Debtor") filed its Chapter 11 petition commencing this case at approximately 11:00 pm on Saturday, April 30, 2022, the last day of the month of April.

      As there was only one hour remaining in the month, and as this was a weekend day, Debtor did not engage in any financial transactions, nor did it have any income or expenses, in this one-hour period.

      Accordingly, Debtor will not be filing a monthly operating report for the month of April 2022.  Debtor's first monthly operating report shall be for the month of May 2022.

Dated:      Melville, New York
               May 16, 2022

                                                  *s/ Craig D. Robins*
                                                  **CRAIG D. ROBINS, ESQ.**
                                                  Attorney for Debtor
                                                  35 Pinelawn Rd., Suite 106-E
                                                  Melville, NY 11747
                                                  (516) 496-0800