**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

BRICKCHURCH ENTERPRISES, INC.,

Debtor.

Chapter 11

Case No. 22-70914-ast

---------------------------------------------------------------x

### DECLARATION OF LOUISE BLOUIN IN SUPPORT OF THE APPLICATION OF DEBTOR PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE, FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a), AND LOCAL BANKRUPTCY RULE 2014-1 FOR AUTHORITY TO RETAIN AND EMPLOY SIMMONS LEGAL PLLC AS BANKRUPTCY COUNSEL

**LOUISE BLOUIN**, hereby states under the federal penalties of perjury as follows:

1. I submit this declaration in support of the application of **Brickchurch Enterprises, Inc.** ("***Debtor***") to retain Simmons Legal PLLC as its chapter 11 bankruptcy counsel.

2. I paid Simmons Legal PLLC a retainer in the sum of $5,000 on June 23, 2022. The source of the retainer was from my personal funds, and not funds of the Debtor.

3. I am the Director of Debtor.

4. I understand that only Debtor has retained Simmons Legal PLLC and that neither I, nor any of Debtor's parent entities or affiliates, have retained Simmons Legal PLLC.

5. I further understand that Simmons Legal PLLC will act solely on behalf of the Debtor, and that Simmons Legal PLLC and any attorney member of Simmons Legal PLLC owes no duty or obligation to any of the affiliates, parent entities or me. Accordingly, I understand that Simmons Legal PLLC and any attorney employed by Simmons Legal PLLC has a duty of undivided loyalty which is owed exclusively to Debtor – and not to me.

6. I understand that if I need any personal legal advice and personal representation, I must retain independent legal counsel.

Dated: June 30, 2022

/s/ *Louise Blouin*
**Louise Blouin, Director**
Brickchurch Enterprises, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on June 30, 2022 a true and correct copy of the foregoing *Declaration of Louise Blouin in Support of the Application of Debtor Pursuant to Sections 327(a) and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2014(a), and Local Bankruptcy Rule 2014-1 for Authority to Retain and Employ Simmons Legal PLLC as Bankruptcy Counsel to Debtor-in-Possession* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System.

/s/ *Camisha L. Simmons*
Camisha L. Simmons