**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **BRICKCHURCH ENTERPRISES, INC.** | § | Case No. 8-22-70914-ast |
| | § | |
| | § | |
| Debtor. | § | |

**AFFIDAVIT OF MARK S. DUNEC IN SUPPORT OF (I) JGB'S MOTION TO DISMISS**
**PURSUANT TO 11 U.S.C. §§ 305(A) AND 1112(B) OF THE BANKRUPTCY CODE AND**
**(II) JGB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

STATE OF NEW JERSEY            )
                              ) ss.:
COUNTY OF ESSEX               )

Mark S. Dunec, being duly sworn, deposes and states as follows:

1.      I am a Managing Director in the Real Estate Solutions practice with FTI Consulting, Inc. ("FTI").

2.      Pursuant to this Court's August 17, 2022 *Contested Matter Scheduling Order* [Doc. No. 63], I submit this affidavit (the "Dunec Affidavit") in support of (i) *JGB's Motion to Dismiss Pursuant to 11 U.S.C. §§ 305(A) and 1112(B) of the Bankruptcy Code* [Doc. No. 44] (the "Motion to Dismiss") and (ii) *JGB's Motion for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [Doc. No. 45] (the "Lift Stay Motion," and collectively, the "Motions"),[1] and for use as my direct testimony at the August 31, 2022 hearing on the Motions (the "August 31 Hearing").

3.      Except as otherwise indicated, all statements in this Dunec Affidavit are based on my personal experience and knowledge, my opinions, and my review of the relevant documents.

---

[1] Each capitalized term used but not defined herein shall have the meaning ascribed to it in the Motions.

**A.      Qualifications.**

4.      FTI is a global consulting firm with specialties across a broad range of services, including real estate advisory services.  FTI prepares real estate valuations for financial reporting, expert testimony and litigation support, appraisal management, financing, debt valuation, estate planning and market and marketability studies, among others.  FTI and its professionals have on numerous occasions provided real estate valuation services to debtors and creditors.

5.      I have more than twenty (20) years of experience in the real estate industry, specializing in underwriting pro forma cash flow, valuation, acquisition due diligence, financing, recapitalization, asset and entity restructuring, and repositioning.  I have worked on complex real estate advisory projects across the United States, as well as the Bahamas, Costa Rica, Croatia, England, Ireland, Panama, and the United Arab Emirates.  I am a licensed real estate appraiser in eleven U.S. states, including New York, and hold designations with the Appraisal Institute (MAI), Counselors of Real Estate (CRE) and Royal Institution of Chartered Surveyors (FRICS).  *See* Hearing Ex. 53, Doc. No. 70-4, Professional Qualifications, p. 1.[2]

6.      I have in-depth experience across all types of commercial, residential, and special use properties.  With respect to my experience with residential properties, I have conducted over 100 appraisals.

7.      I also have specific experience appraising luxury, high-end residential real estate, including for purposes of estate planning, marital and divorce litigation, and general litigation.  In the past 5 years, I have appraised approximately 60 luxury, high-end residential real estate properties across the United States.

---

[2] "Hearing Ex." refers to the exhibits as listed on JGB's Witness and Exhibit List that will be submitted in connection with the August 31 Hearing.  "Doc. No." refers to the docket number of such exhibit, to the extent the exhibit was already filed on the docket.

8.      I teach graduate level real estate courses as an adjunct professor at the University of Miami.  Prior to teaching at the University of Miami, I taught undergraduate level real estate courses as an adjunct professor at Montclair State University.

9.      Prior to joining FTI, I worked as a Financial Analyst in Lend Lease's Project Finance Group, where I led the underwriting efforts for acquisitions and developments totaling over $500 million.  I also worked as a Real Estate Analyst for Shurgard Storage Centers, a self-storage REIT, prior to its acquisition by Public Storage, where I was responsible for over $70 million of acquisition and re-development capital of the company's portfolio.  I began my career as an Associate in KPMG's Compensation and Benefits Practice, specializing in executive compensation and the calculation of golden parachutes.  *See* Hearing Ex. 53, Doc. No. 70-4, Professional Qualifications, p. 1.

10.     I attended Pace University in New York City, where I earned an M.B.A. in Finance, and I attended York University in Toronto, Canada, where I earned a B.A. in History.  A copy of my professional qualifications is appended to the Appraisal (as defined below).  *See id.*

**B.      Background Relevant to the Motions.**

11.     On May 4, 2022, Haynes and Boone, LLP ("Haynes and Boone") retained FTI on behalf of Haynes and Boone's clients, JGB Partners, LP, JGB Capital, LP, JGB (Cayman) Ancona Ltd., and JGB Plymouth Rock LLC (collectively, "JGB") as a consulting expert and expert witness in connection with the chapter 11 case, *In re Brickchurch Enters., Inc.*, Case No. 8-22-70914-ast (Bankr. E.D.N.Y. 2022) (the "Bankruptcy Case").

12.     Pursuant to FTI's engagement with Haynes and Boone, I led a team of FTI professionals in order to conduct an inspection and appraisal of properties with the addresses 366 Gin Lane (the "366 Gin Lane Property") and 376 Gin Lane (the "376 Gin Lane Property," and

collectively, the "Gin Lane Properties"), each located in Southampton, New York.  *See* Hearing Ex. 53, Doc. No. 70-4.

**C.    The Inspections.**

13.    On May 26, 2022, Danielle Holliday, a Real Estate Consultant at FTI, attempted to conduct an inspection of the Gin Lane Properties.  At this inspection, representatives of the Debtor prevented FTI from inspecting the top floor of the 366 Gin Lane Property, as well as the interior of the 376 Gin Lane Property.  *See* Hearing Ex. 53, Doc. No. 70-4, p. 2.

14.    On June 10, 2022, Lauren DeFonte, a Senior Consultant at FTI, and I conducted another inspection of the Gin Lane Properties.  At this second inspection, FTI completed an inspection of the 366 Gin Lane Property and a partial inspection of the 376 Gin Lane Property. Representatives of the Debtor prevented FTI from inspecting the main floor and upper floor of the 376 Gin Lane Property.  *Id.*

**D.    Listing History of the Gin Lane Properties.**

15.    As part of my research and analyses in connection with the Appraisal, I reviewed the listing history of the Gin Lane Properties.  As shown in the table below, the lowest listing price since October 2019 of $52,000,000 for the 376 Gin Lane Property was rejected by the market.

| 376 Gin Lane - Listing Price History | | |
| --- | --- | --- |
| **Date** | **Event** | **Price Change** |
| 8/12/2022 | Listed for Sale | $85,000,000 |
| 12/17/2019 | Listing Removed | $70,000,000 |
| 11/25/2019 | Price Change | $70,000,000 |
| 10/22/2019 | Listed for Sale | $52,000,000 |

Source: outeast.com
https://outeast.com/properties/sales/395883

16.    As shown in the table below, the lowest listing price of $49,000,000 for the 366 Gin Lane Property was rejected by the market.

| 366 Gin Lane - Listing Price History | | |
|---|---|---|
| Date | Event | Price Change |
| 8/12/2022 | Listed for Sale | $65,000,000 |
| 4/25/2022 | Price Change | ($30,000) |
| 4/21/2022 | Listing Removed | $45,000,000 |
| 4/21/2022 | Listed for Sale | $45,000,000 |
| 12/17/2019 | Listing Removed | $70,000,000 |
| 11/25/2019 | Price Change | $70,000,000 |
| 9/4/2019 | Price Change | $49,000,000 |
| 8/10/2019 | Listed for Sale | $59,000,000 |
| 7/23/2019 | Listing Removed | $59,000,000 |
| 6/20/2019 | Listed for Sale | $59,000,000 |

Source: outeast.com
https://outeast.com/properties/sales/395840

17.     As shown in the table below, the lowest listing price since September 2019 of $94,000,000 for both of the Gin Lane Properties was rejected by the market.

| 366 & 376 Gin Lane - Listing Price History | | |
|---|---|---|
| Date | Event | Price Change |
| 8/12/2022 | Listed for Sale | $150,000,000 |
| 1/18/2020 | Listing Removed | $140,000,000 |
| 11/25/2019 | Price Change | $140,000,000 |
| 9/9/2019 | Price Change | $94,000,000 |
| 9/4/2019 | Listed for Sale | $110,000,000 |
| 3/18/2019 | Listing Removed | $145,000,000 |

Source: outeast.com
https://outeast.com/properties/sales/395841

**E.     Results of the Appraisal.**

18.     On June 22, 2022, I provided Haynes and Boone with the Appraisal of Real Property in connection with the Gin Lane Properties (the "Appraisal"). *See* Hearing Ex. 53, Doc. No. 70-4.

19.    As set forth in the Appraisal, I reached the following value conclusions:

| Value Conclusions | | | | |
| --- | --- | --- | --- | --- |
| | 366 Gin Lane | $/SF | 376 Gin Lane | $/SF |
| Retrospective Value as of May 2, 2022 | $40,000,000 | $3,750 | $35,000,000 | $3,246 |
| Market Value as of June 10, 2022 | $40,000,000 | $3,750 | $35,000,000 | $3,246 |

20.    To reach these conclusions, I used a sales comparison approach, which estimates fair market value based on recent sales of properties that are similar to the Gin Lane Properties.  I researched comparable ocean front property sales in the Hamptons region that took place between January 2018 and May 2022 (the "Comparable Transactions").  My research yielded 33 arm's-length Comparable Transactions.  Of these 33 Comparable Transactions, I identified five sales that were acquired for land value, which were included in the Appraisal for illustrative purposes.  Of the remaining 28 Comparable Transactions, I identified eight sales that were in the same township as the Gin Lane Properties, and utilized these eight sales to form my opinion of value.  *See id.*

21.    Using the sale prices from these eight Comparable Transactions, I calculated the price per square foot of each of the eight residences sold.  Then, I utilized a qualitative adjustment grid and guidance from the Appraisal Institute[3] to calculate a price per square foot for the Gin Lane Properties.    Utilizing "the five number summary"[4] avoids cherry picking of comparable transactions and minimizes the impact of outliers in the data set.  *See id.*, p. 43-45.

22.    As further stated in the Appraisal, in order to obtain the highest value possible, the Gin Lane Properties should be sold together.  I reached this conclusion because the Gin Lane Properties are adjacent to each other, so any benefits of privacy and exclusivity will be lost if the Gin Lane Properties are owned by separate owners.  *See* Hearing Ex. 53, Doc. No. 70-4, p. 69.

---

[3] *See* Wolverton, Marvin L., Appraisal Institute, *An Introduction to Statistics for Appraisers* (2009), pgs. 76-78.

[4] *Id.*

**F.**     **Rental and Sale Periods for the Gin Lane Properties.**

23.     In connection with the Appraisal, Haynes and Boone also asked me to consider issues regarding renting and selling the Gin Lane Properties.

24.     The ideal rental period for properties such as the Gin Lane Properties runs from the beginning of the summer around Memorial Day to Labor Day.  *See* Hearing Ex. 53, Doc. No. 70-4, p. 24 (stating that thousands of visitors visit the Hamptons in the summer and that "the population of [the Hamptons] increases more than 250,000 people during peak summer times due to tourism").

25.     With respect to selling properties such as the Gin Lane Properties, for the same reasons as renting, the prime window for selling such properties is during the summer season.  On average, properties in the Hamptons are on the market for approximately 163.5 days.  *See id.*, p. 26.

**G.**     **Appraisal Corrections.**

26.     Upon further review of the Appraisal, I identified three non-substantive discrepancies that do not affect the value conclusions:

> a.  On page 28 of the Appraisal, I state that "the Subject Properties have direct access to the private resident beach."  The Appraisal should have stated that "the Subject Properties have direct access to the public beach."  This change does not affect the value conclusions.

> b.  On page 28 of the Appraisal, I state "the table below illustrates historical sales on Gin Lane and Meadow Lane over the prior 3-year period."  This sentence should have been deleted because I did not provide a table after this paragraph.  The historical sales on Gin Lane and Meadow Lane over the prior 3-year period are

located in the table on page 44 of the Appraisal.  This change does not affect the value conclusions.

c.    On pages 44, 55, 63 and 64 of the Appraisal, I state that the property known as 90 Jule Pond Drive sold for $145,000,000.  In fact, this property sold for $105,000,000. This change affects page 67 of the Appraisal.  The maximum and weighted average sales prices of $7,250 per square foot and $4,464 per square foot should have been $5,250 per square foot and $4,013 per square foot, respectively. This change does not affect the value conclusion.

d.    On page 66 of the Appraisal, I state under the "376 Gin Lane Sales Analysis" section that "Sales 2, 3, 4 and 6 were adjusted upward for the lack of tennis court." It should have stated the sales were adjusted "downward."  This change does not affect the value conclusions because on page 64 of the Appraisal, in the adjustment grid, the adjustment reflects a downward adjustment.

Mark S. Dunec
Managing Director
FTI Consulting, Inc.

Sworn to before me this
19 day of August , 2022

Notary Public

MARGARET M MARINOAZZOLI
Notary Public - State of New Jersey
My Commission Expires Aug 7, 2024



# Appraisal of Real Property

*Appraisal Report*

366 & 376 Gin Lane

Southampton, New York, 11968


**Valuation Date(s):**

May 2, 2022 & June 10, 2022


**Prepared for:**

Richard S. Kanowitz

Partner, Haynes and Boone

30 Rockefeller Plaza, 26th Floor,

New York, NY 10112


**Prepared By:**

Mark S. Dunec, MAI, CRE, FRICS

Managing Director

973.852.8241

mark.dunec@fticonsulting.com


*June 22, 2022*

EXPERTS WITH IMPACT™

**HEARING EXHIBIT 53**

# APPRAISAL OF REAL PROPERTY



**APPRAISAL REPORT**

June 22, 2022

Richard S. Kanowitz
Partner, Haynes and Boone
30 Rockefeller Plaza, 26th Floor,
New York, NY 10112

Re:     366 & 376 Gin Lane
        Southampton, NY, 11968

Dear Mr. Kanowitz:

In fulfillment of our agreement, as outlined in the Letter of Engagement, FTI Consulting, Inc. ("FTI") is pleased to transmit our valuation (the "Report"), presented in an Appraisal Report, of the above captioned properties (the "Subject Properties") on behalf of Haynes and Boone ("Haynes and Boone" or "Counsel") in connection with its representation of JGB Partners, LP ("Client"). The analysis reflects the retrospective value of the Subject Properties as of May 2, 2022 and market value of the Subject Properties as of June 10, 2022.

The Subject Properties are two ulta-luxury residential homes known as the estate "La Dune." The Properties consist of 366 Gin Lane (the "Guest House") and 376 Gin Lane (the "Main House").

This appraisal report is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of the Uniform Standards of Professional Appraisal Practice (USPAP) for an Appraisal Report. As such, it presents a description of the appraisal process, subject and market data and valuation analysis.

The purpose of this appraisal is to develop an opinion of the market value of the Subject Properties fee simple interests in connection with the bankruptcy case styled and numbered *In re Brickchurch Enters., Inc.*, Case No. 22-70914 (Bankr. E.D.N.Y. 2022).

The appraisal has been prepared for Counsel in connection with its representation of the Client. Counsel and the Client are the intended users of this appraisal.  It is also understood that the Report may be used in court proceedings that may require future testimony, and our Report will be exchanged with opposing counsel and the court. Neither the appraiser nor FTI Consulting, Inc. are responsible for any unauthorized use of this report by any entity other than Counsel and the Client, and the report is intended only for its specified use. It may not be distributed to or relied upon by any other persons or entities.

## Value Conclusions

Based on the agreed to Scope of Work, and as outlined in the report, we have developed an opinion of the retrospective value and market value of the fee simple estate of the Subject Properties, subject to the assumptions and limiting conditions, certifications, extraordinary and hypothetical conditions, if any, and definitions, as of the effective dates is as follows:

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| Value Conclusions | | | | |
|---|---|---|---|---|
| | **366 Gin Lane** | **$/SF** | **376 Gin Lane** | **$/SF** |
| Retrospective Value as of May 2, 2022 | $40,000,000 | $3,750 | $35,000,000 | $3,246 |
| Market Value as of June 10, 2022 | $40,000,000 | $3,750 | $35,000,000 | $3,246 |

It is our professional opinion that the Subject Properties should be sold together to get the highest value possible. Because buyers in the Southampton luxury real estate market value privacy and exclusivity, it is unlikely that the Subject Properties would sell in two separate transactions.

The value opinions reported above are qualified by certain assumptions, limiting conditions, certifications, and definitions, which are set forth in the report.

In accordance with USPAP, we certify that we have no present or contemplated future interest in the property beyond these estimates of value. In addition, we have not provided an appraisal regarding the Subject Properties within the past three years.

The analyses, opinions, and conclusions were prepared by the undersigned. If you should have any questions, comments or further requests, please feel free to contact the undersigned. Acceptance of this report constitutes an agreement with these conditions and assumptions. Thank you for the opportunity to be of service.

This letter is invalid as an opinion of value if detached from the report, which contains the text, exhibits, and Addenda.

Respectfully submitted,

**FTI Consulting, Inc.**

Mark S. Dunec, MAI, CRE, FRICS
Managing Director | Real Estate Solutions
NY Certified General Real Estate Appraiser License Number: 46000051295
mark.dunec@fticonsulting.com
973.852.8241 Office Direct

# Table of Contents

Summary of Salient Facts & Conclusions ................................................................................................. 2

Extraordinary Assumptions and Hypothetical Conditions ....................................................................... 4

Scope of the Appraisal ............................................................................................................................. 5

Definitions of Value, Interest Appraised and Other Terms ..................................................................... 8

Location Map .......................................................................................................................................... 10

Aerial View ............................................................................................................................................. 11

Property Photographs ............................................................................................................................ 12

    Property Photographs – Main House ................................................................................................... 12

    Property Photographs – Guest House .................................................................................................. 15

    Privacy Issue – Main House and Guest House ...................................................................................... 22

Area Analysis .......................................................................................................................................... 23

Site Description ...................................................................................................................................... 31

Flood Map .............................................................................................................................................. 32

Tax Map .................................................................................................................................................. 33

Improvements Description ..................................................................................................................... 34

Assessment Data & Real Estate Taxes ................................................................................................... 37

Zoning ..................................................................................................................................................... 38

Highest and Best Use ............................................................................................................................. 41

Valuation Methodology .......................................................................................................................... 42

Sales Comparison Approach ................................................................................................................... 43

Reconciliation ........................................................................................................................................ 68

Assumptions and Limiting Conditions .................................................................................................... 70

Certification Statement .......................................................................................................................... 72

Exhibit A ................................................................................................................................................. 73

Professional Qualifications ..................................................................................................................... 75

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

# Summary of Salient Facts & Conclusions

The following is an executive summary of the information that we present in more detail in the report.

| Assignment Information | |
|---|---|
| Date of Report: | June 22, 2022 |
| Report Type: | Appraisal Report |
| Intended Use: | The intended use of the report is to provide a market value estimate of the fee simple Interest of the Subject Properties in connection with the bankruptcy case styled and numbered *In re Brickchurch Enters., Inc.*, Case No. 22-70914 (Bankr. E.D.N.Y. 2022). |
| Intended User(s): | The appraisal has been prepared for Counsel in connection with its representation of the Client. Counsel and Client are the intended users of this appraisal.  It is also understood that the Report may be used in court proceedings that may require future testimony, and our Report will be exchanged with opposing counsel and the court. |
| Retrospective Valuation Date: | May 2, 2022 |
| Market Valuation Date: | June 10, 2022 |
| Property Rights Valued: | Fee Simple Interest |
| Date of Inspection: | The Guest House was physically inspected by Danielle Holliday on May 26, 2022 and by Mark S. Dunec and Lauren DeFonte on June 10, 2022. The Main House was partially inspected by Mark S. Dunec and Lauren DeFonte on June 10, 2022. We were not granted access to the main floor and upper floor. |

| Property Information | |
|---|---|
| Common Property Name: | La Dune - 366 & 376 Gin Lane, Southampton, NY |
| Location: | The Subject Properties are located on the southern side of Gin Lane in the Village of Southampton. The Subject Properties have direct beach access and border the Atlantic Ocean to the south and residential properties to the east, north and west. |
| Property Description: | The Main House is a historical residential estate that consists of 10 bedrooms, eight bathrooms and 1 half bathroom. The Main House, originally built in 1890, is situated over rosa rugosa dunes that slope down to the beach. The Main House contains 10,784 square feet of living space including a home gym and sauna, several balconies and patios and a custom gunite pool. The date of the most recent renovation has not been confirmed

The Guest House, built in 2003, was built to reflect the design and proportions of the Main House, which consists of nine bedrooms, seven full bathrooms and 2 half bathrooms. The Guest House features 10,667 square feet of living space including a billiards and bar room, a gym with steam sauna and massage room, a theater, laundry room, |

**HEARING EXHIBIT 53**

|  |  |
|---|---|
| | tennis court, separate staff quarters and a custom gunite ocean facing pool. |
| Square Footage: | Main House: 10,784± square feet |
| | Guest House: 10,667± square feet |
| Ownership: | Brickchurch Enterprises, Inc. & Aberdeen Enterprises, Inc. |
| Land Area: | Main House: 76,700± square feet; 1.76± acres |
| | Guest House: 80,600± square feet; 1.85± acres |
| Zoning: | R-120 Residence District |
| Assessor Parcel Numbers: | 0904-029.00-01.00-017.014, 0904-029.00-01.00-017.013 |

## Highest & Best Use

|  |  |
|---|---|
| As Vacant: | Considering the Subject Properties physical characteristics and location, as well as the state of the local market, it is our opinion that the highest and best use of the Subject Properties' site as though vacant is for residential development built to its maximum feasible building area, in accordance with market demand. |
| As Improved: | It is our opinion that the existing improvements have contributory value to the overall property; our analysis considers our opinion that the continuation of the current use reflects the highest and best use of the Subject Properties. |

## VALUE INDICATORS

| Sales Comparison Approach | Main House – 376 Gin Lane | Guest House – 366 Gin Lane |
|---|---|---|
| Indicated Value: | $40,001,250 | $35,048,000 |
| Concluded Value: (Rounded) | $40,000,000 | $35,000,000 |
| Value Per SF: | $3,750 | $3,250 |

## FINAL VALUE CONCLUSION

| | | |
|---|---|---|
| Retrospective Value as of May 2, 2022: | **$40,000,000** | **$35,000,000** |
| Market Value as of June 10, 2022: | **$40,000,000** | **$35,000,000** |
| Exposure Time: | 3 to 6 months | 3 to 6 months |

It is our professional opinion that the Subject Properties should be sold together to get the highest value possible. Because buyers in the Southampton luxury real estate market value privacy and exclusivity, it is unlikely that the Subject Properties would sell in two separate transactions.

**HEARING EXHIBIT 53**
EXPERTS WITH IMPACT™

# Extraordinary Assumptions and Hypothetical Conditions

## Extraordinary Assumptions

An extraordinary assumption is defined by the USPAP (2020-2021 Edition, The Appraisal Foundation)[1] as "an assignment-specific assumption, as of the effective date regarding uncertain information used in an analysis, which, if found to be false, could alter the appraiser's opinions or conclusions."

The allocated retrospective values and market values may be difficult to achieve in separate transactions.

This appraisal does not employ any other extraordinary assumptions.

## Hypothetical Conditions

A hypothetical condition is defined by the USPAP (2020-2021 Edition, The Appraisal Foundation) as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis."

This appraisal does not employ any hypothetical conditions.

---

[1] Per the Appraisal Institute the 2020-2021 edition of USPAP has been extended to 2022.

**HEARING EXHIBIT 53**           **EXPERTS WITH IMPACT™**

# Scope of the Appraisal

According to the Uniform Standards of Professional Appraisal Practice, it is the appraiser's responsibility to develop and report a scope of work that results in credible results that are appropriate for the appraisal problem and intended user(s). Therefore, the appraiser must identify and consider:

- the client and intended users;
- the intended use of the report;
- the type and definition of value;
- the effective date of value;
- assignment conditions;
- typical client expectations; and
- typical appraisal work by peers for similar assignments.

**Our Scope of Work included the following:**

- We reviewed the Subject Properties' economic and demographic trends for the market; collected primary and secondary data relevant to the Subject Properties; and conducted a review of the micro and/or macro market environments with respect to physical and economic factors relevant to the valuation process.

- We confirmed and analyzed legal and physical features of the Subject Properties including sizes of the site and improvements, flood plain data, zoning, easements and encumbrances, access and exposure of the site, and construction materials and condition of the improvements. The Guest House was physically inspected by Danielle Holliday on May 26, 2022 and by Mark S. Dunec and Lauren DeFonte on June 10, 2022. The Main House was partially inspected by Mark S. Dunec and Lauren DeFonte on June 10, 2022. We were not granted access to the main floor and upper floor.

- We conducted a Highest and Best Use analysis, determining the highest and best use of the Subject Properties' As-Vacant and As-Improved. The analysis considered legal, locational, physical and financial feasibility characteristics of the Subject Properties.

- This appraisal employs the Sales Comparison Approach. Based on our analysis and knowledge of the Subject Properties' type and relevant buyer profiles, it is our opinion that this approach would be considered meaningful and applicable in developing a credible value conclusion. The Income Capitalization Approach is not applicable to the assignment because there is not an active rental market for similar properties that would permit us to develop a reliable estimate of the Subject Properties' income generating potential and similar properties are typically owner-occupied, decreasing the reliability of this approach. Buyers do not typically rely on the Cost Approach when purchasing a property such as the subject of this Report. Therefore, we have not included the Income Capitalization or Cost Approach in our analysis.

- We estimated the retrospective value and market value of the fee simple estate of the Subject Properties.

- The scope of this analysis, and the analysis contained herein, is reflective of "the type and extent of research and analyses in an appraisal or appraisal review assignment." (2020-2021 USPAP).

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## Property Ownership and Recent History

| | |
|---|---|
| Current Ownership: | Brickchurch Enterprises, Inc. & Aberdeen Enterprises, Inc. |
| Sale History: | To the best of our knowledge, there have been no transfers related to the Subject Properties within the past three years (relative to the valuation date). |
| Current Disposition: | To the best of our knowledge, the Subject Properties are currently being marketed for sale as of the date of this Report. In August 2021, the seller received a $40 million offer for 366 Gin Lane but the offer was not accepted. |

## Intended Use and Users of the Appraisal

The purpose of this appraisal is to develop an opinion of the market value of the Subject Properties fee simple interests in connection with the bankruptcy case styled and numbered *In re Brickchurch Enters., Inc.*, Case No. 22-70914 (Bankr. E.D.N.Y. 2022).

The appraisal has been prepared for Counsel in connection with its representation of the Client. Counsel and Client are the intended users of this appraisal. Counsel and the Client are the intended users of this appraisal.  It is also understood that the Report may be used in court proceedings that may require future testimony, and our Report will be exchanged with opposing counsel and the court. Neither the appraiser nor FTI Consulting, Inc. are responsible for any unauthorized use of this report by any entity other than Counsel and the Client, and the report is intended only for its specified use. It may not be distributed to or relied upon by any other persons or entities.

## Dates of Valuation and Inspection

The retrospective value conclusion and market value conclusion reported herein is as of May 2, 2022 and June 10, 2022, respectively.

The Guest House was physically inspected by Danielle Holliday on May 26, 2022 and by Mark S. Dunec and Lauren DeFonte on June 10, 2022. The Main House was partially inspected by Mark S. Dunec and Lauren DeFonte on June 10, 2022. We were not granted access to the main floor and upper floor.

## Property Rights Appraised

Fee Simple Estate

## Report Type

This appraisal, presented in an Appraisal Report, is intended to comply with the reporting requirements outlined under the USPAP (Standards Rule 2-2 (a)) for an Appraisal Report. The report was also prepared to comply with the requirements of the Code of Professional Ethics of the Appraisal Institute and the Competency Provision of the Appraisal Foundation and the Appraisal Institute.  The appraiser's analysis and conclusions are fully described within this document.

**HEARING EXHIBIT 53**

## Market Area and Analysis of Market Conditions

An analysis of market conditions has been made. The appraiser maintains and has access to databases for this market area and has reviewed the market for sales and listings relevant to this analysis.

## Highest and Best Use Analysis

A highest and best use analysis has been completed. Physically possible, legally permissible and financially feasible uses were considered, and the maximally productive use was concluded, and is the basis for the valuation conclusion reported within this report.

## Valuation Analyses

The valuation process involved utilizing generally accepted market-derived methods and procedures considered appropriate to the assignment.

The Cost Approach was considered and was not developed because buyers do not typically rely on the Cost Approach when purchasing similar properties.

The Income Capitalization Approach was considered and was not developed because there is not an active rental market for similar properties that would permit us to develop a reliable estimate of the Subject Properties' income generating potential and similar properties are typically owner-occupied, decreasing the reliability of this approach.

The Sales Comparison Approach was considered and was developed because there is adequate data to develop a value estimate and this approach reflects market behavior for this property type.

Based on our analysis and knowledge of the Subject Properties' type and relevant buyer profiles, it is our opinion that the Sales Comparison Approach would be considered meaningful and applicable in developing a credible value conclusion. The Income Capitalization Approach is not applicable to the assignment because similar properties are typically owner-occupied, decreasing the reliability of this approach. Typical purchasers do not generally rely on the Cost Approach when purchasing a property such as the subject of this Report.

To the extent that any information was not available, its impact on our valuation is fully addressed in the extraordinary assumptions and hypothetical conditions that are detailed within this Report.

**HEARING EXHIBIT 53**

# Definitions of Value, Interest Appraised and Other Terms

The following definitions of pertinent terms are taken from The Dictionary of Real Estate Appraisal, Seventh Edition (2022), published by the Appraisal Institute, as well as other sources.

## Market Value

A type of value that is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined, such as the following.

The most widely accepted components of market value are incorporated in the following definition: The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.

Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the value definition that is identified by the appraiser as applicable in an appraisal.

The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States: The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their own best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in US dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## As Is Market Value

The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.

## Retrospective Value

A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation.

## Fee Simple Estate

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

## Leased Fee Interest

The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

## Leasehold Interest (Leasehold Estate)

The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

## Cash Equivalent Price

The sale price of a property that is equivalent to what a cash buyer would pay.

## Exposure Time

1. The time a property remains on the market.

2. An opinion, based on supporting market data, of the length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. (USPAP, 2020-2021 ed.)

Based on our discussions with market participants and information gathered during the sales verification process, a reasonable exposure time for the Subject Properties at the market value concluded within this report would have been approximately 3 to 6 months. This assumes an active and professional marketing plan would have been employed by the current owner.

**HEARING EXHIBIT 53**

# Location Map



# Aerial View



Aerial View (Source: Suffolk County GIS)

**HEARING EXHIBIT 53**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

# Property Photographs

## Property Photographs – Main House



Exterior View (Source: FTI Consulting)

**HEARING EXHIBIT 53**   **EXPERTS WITH IMPACT™**



Foyer (Source: FTI Consulting)



Pool (Source: FTI Consulting)



Rear View of Main House/Dune at rear of Property (Source: FTI Consulting)



Beach Access (Source: FTI Consulting)

APPRAISAL OF REAL PROPERTY **366 & 376 Gin Lane, Southampton, NY**

## Property Photographs – Guest House



Exterior View (Source: FTI Consulting)



Drive Thru - Six Car Garage (Source: FTI Consulting)

**HEARING EXHIBIT 53** **EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY  **366 & 376 Gin Lane, Southampton, NY**



Tennis Court (Source: FTI Consulting)



Pool (Source: FTI Consulting)

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**



Beach Access (Source: FTI Consulting)



Living Room (Source: FTI Consulting)

**HEARING EXHIBIT 53**     **EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**



Kitchen (Source: FTI Consulting)



Second Story Balcony (Source: FTI Consulting)



Bedroom (Source: FTI Consulting)



Bathroom (Source: FTI Consulting)



Billards room and bar (Source: FTI Consulting)



Movie Theater (Source: FTI Consulting)

APPRAISAL OF REAL PROPERTY  **366 & 376 Gin Lane, Southampton, NY**



Gym (Source: FTI Consulting)



View of Main House from Guest House balcony (Source: FTI Consulting)

APPRAISAL OF REAL PROPERTY **366 & 376 Gin Lane, Southampton, NY**

## Privacy Issue – Main House and Guest House



View of Main House from Guest House Backyard (Source: FTI Consulting)



View of Main House from Guest House's Rear Patio (Source: FTI Consulting)

**HEARING EXHIBIT 53**    **EXPERTS WITH IMPACT™**

# Area Analysis

## Suffolk County

The Subject Properties are located in the Village of Southampton within Suffolk County. Suffolk County is mainly located on the eastern end of Long Island and is the easternmost county within New York State. The County is bordered by Nassau County to the west, the Long Island Sound to the north and it reaches the shores of the Atlantic Ocean to the east and south, spanning over 1,000 miles of coastline. Approximately 912 square miles of land and 1,461 square miles of water comprise Suffolk County, making it geographically the second largest county in New York State by total area. According to the 2020 Census, Suffolk County population totaled 1,525,920, making it the fourth-most populated county in New York State.



Suffolk County is diverse in character and is comprised of mostly suburban residential, significant amounts of land are also used for commercial, industrial, institutional, parkland and agricultural purposes.  The County is divided into 10 towns, Babylon, Brookhaven, East Hampton, Huntington, Islip, Riverhead (county seat), Shelter Island, Smithtown, Southampton and Southold and consists of 32 incorporated villages and 127 census-designated places and two islands, Gardiners Island and Robins Island. Additionally, there are two Indian reservations within the borders of Suffolk County, Shinnecock and Poospatuck Reservations.

Suffolk County has a growing and vibrant economy that continues to benefit from its high population density and proximity to New York City. Suffolk County's economy has a mix of industry and science alongside more rural activities like agriculture, commercial fishing and tourism. The diversification in the Suffolk County economy is reflected in the large number of jobs in natural resources, mining and construction, retail trade and education& health services industries. Suffolk County is ranked first statewide in the wholesale value of crops due to thriving greenhouse, nursery, sod, potato, vegetable and winegrape industries. Due to the county's well-drained, glacial soils, maritime climate with abundant sunshine and proximity to markets throughout the NY metropolitan region, the agriculture industry is a key component of the County economy.

Suffolk County is home to worldwide or North American headquarters for industry leading companies such as Canon USA, Marchon Eyewear, Henry Schein, D'Addario, Estee Lauder, Symbol Technologies, and Leviton. The technology industry is growing in Suffolk County, it is home to Brookhaven National Laboratory, a multi-purpose research institution that employs nearly 3,200 people. Other significant industries include office, industrial, retail and hospitality.

Suffolk County benefits from an excellent location and transportation network. There are five active airports located in the County. Islip MacArthur Airport in Ronkonkoma serves the vast majority of the County's air passenger traffic and is the county's only airport with regularly scheduled carrier service. The County's highway network includes the Northern and Southern State Parkways, which are located in the western portion of the

County, and the Long Island Expressway (I-495) which extends eastward from New York City to the eastern portion of the County. Other major highways include Sunrise Highway, which connects the County's western border to its eastern town of Southampton, and the Sunken Meadow/Sagtikos Parkway which connects the north and south shores in the western part of the County. Though residential and major employment centers in the County are widely dispersed, the County offers a public bus system and commuter train system, the Long Island Rail Road (LIRR). The LIRR operates numerous stations in Suffolk County with service to New York City.

The County attracts visitors due to its extensive parks and recreation department which offers nearly 20 New York State parks. Eastern Suffolk County is a popular tourist destination due to its nationally ranked beaches. With nearly 1,000 miles of coastline, Suffolk County offers recreational boating, marinas, wineries and charter boat fishing. Each summer thousands of visitors are transported by ferry to the various summer communities located on Fire Island. There are approximately 70 golf courses located in the County, the Shinnecock Hills Golf Club was home to the 2018 U.S. Open and will host the upcoming 2026 U.S. Open.

Suffolk County has one of the largest concentrations of second homes of any county in the nation. The Suffolk County Division of Planning & Environment estimates that the population of eastern Suffolk increases more than 250,000 people during peak summer times due to tourism. Due to its proximity to New York City, the County is well situated to serve the vacation needs of this market.

**Labor Market Trends**

According to the Bureau of Labor Statistics, the unemployment rate in New York State trended upward between April 2019 and April 2022, although the increase in the unemployment rate was more moderate in Suffolk County. Nationally, the unemployment trended at the same rate despite numerous fluctuations due to Covid-19. The labor force also declined between about 0.1% and 3.6% within Suffolk County New York State during the period as more people left the labor force. Southampton experienced a larger increase in unemployment, though had experienced a 1.1% increase in labor force, greater than Suffolk County and New York State, respectively.

| Labor Market Trends | | | | | | |
|---|---|---|---|---|---|---|
| **Geography** | **Unemployment Rate** | | | **Labor Force** | | |
| | April 2019 | April 2022 | Change (BPS) | April 2019 | April 2022 | % Change |
| Southampton | 3.8% | 5.1% | 130 | 30,182 | 30,521 | 1.1% |
| Suffolk County | 3.0% | 3.5% | 50 | 787,685 | 786,560 | -0.1% |
| New York State | 4.0% | 4.7% | 70 | 9,794,314 | 9,442,439 | -3.6% |
| United States | 3.3% | 3.3% | 0 | 155,830,000 | 163,449,000 | 4.9% |

Source: Bureau of Labor Statistics

Suffolk County's top five largest employment sectors as of June 2021 were Education & Health Services, Government, Professional & Business Services, Retail Trade and Leisure & Hospitality.

**HEARING EXHIBIT 53**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| Non-farm Employment (Long Island in thousands) | | | |
|---|---|---|---|
| | **May-21** | **April-21** | **May-20** |
| Education & Health Services | 263.5 | 264.5 | 238.9 |
| Government | 196.4 | 192.1 | 189.0 |
| Professional & Business Services | 165.3 | 164.9 | 147.0 |
| Retail Trade | 139.6 | 139.8 | 112.4 |
| Leisure & Hospitality | 103.2 | 98.1 | 67.3 |
| Natural Resources, Mining & Construction | 74.0 | 72.1 | 63.9 |
| Financial Activities | 67.6 | 67.5 | 66.3 |
| Manufacturing | 66.3 | 66.0 | 60.6 |
| Wholesale Trade | 60.4 | 60.4 | 57.8 |
| Other Services | 49.3 | 49.0 | 36.9 |
| Transportation, Warehousing & Utilities | 39.8 | 40.0 | 33.0 |
| Information | 13.9 | 13.6 | 14.3 |
| **Total** | **1,239.3** | **1,228.0** | **1,087.4** |

Source: Suffolk County Department of Labor, Published June 2021

## The Hamptons



The Hamptons region consists of the towns of Southampton and East Hampton, known as the South Fork and is a group of seaside communities located on eastern Long Island. The Hamptons include nine hamlets, seven villages and six census-designated places within the towns of Southampton and East Hampton. The Hamptons are home to many communities and are known for attracting the ultra-wealthy. What distinguished the villages and hamlets is how their population increases during the summers, the Hamptons have increasingly become a destination for New Yorkers to escape the city heat. Historically, the Hamptons had been devoted to agriculture and fishing and many farms are still operating in the area. The Hamptons is known for its sophisticated arts scene and is packed with high-end restaurants, shops and hotels along with a wealth of beaches and attractions.

Nearly 58,300 residents reside in the Hamptons region. Average household income is estimated to be $178,489, which is nearly double the national average.

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

| Population and Income Trends - The Hamptons | |
|---|---|
| 2021 Population | 58,297 |
| Total Households | 23,335 |
| Owner Occupied | 80% |
| Renter Occupied | 20% |
| Average Household Income | $178,489 |
| Median Household Income | $109,375 |

Source: censusreporter.org (census data: ACS 2021)

Residential real estate prices in the Hamptons rank among the highest in the U.S., as the real estate market is very strong for buyers and sellers, as well as summer rentals. The most expensive neighborhoods in the Hamptons reside south of the highway in the Estate Areas of Sagaponack, Southampton Village, Watermill, Bridgehampton and East Hampton Village. As of 2021, Sagaponack had the highest median property sale price in the Hamptons of nearly $8.5 million.

The luxury home market in the Hamptons has experienced an increase in demand which has led to an increase in average sale price over the prior year. With listing inventory declining in 4Q2021, the Hamptons realized the highest average sale price since pre-covid times. On average, over the prior year, buyers received a 7.7% discount from list price and homes average 163.5 days on the market. Days on market can be skewed by de-listing and re-listing a property, which resets the days on market timeframe.

| The Hamptons - Luxury Home Sales | | | | | |
|---|---|---|---|---|---|
| | **1Q2022** | **4Q2021** | **3Q2021** | **2Q2021** | **Average** |
| Average Sales Price | $12,102,413 | $10,730,796 | $9,295,969 | $10,352,899 | $10,620,519 |
| Median Sales Price | $7,711,250 | $8,050,000 | $7,032,500 | $6,500,000 | $7,323,438 |
| Number of Sales | 40 | 54 | 40 | 68 | 50.5 |
| Days on Market | 116 | 140 | 241 | 157 | 163.5 |
| Listing Discount | 6.6% | 8.9% | 8.7% | 6.4% | 7.7% |
| Listing Inventory | 354 | 282 | 369 | 460 | 366.25 |
| Months of Supply | 26.6 | 15.7 | 27.7 | 20.3 | 22.6 |
| Entry Price Threshold | $4,800,000 | $5,200,000 | $5,100,000 | $4,400,000 | $4,875,000 |

Source: Douglas Elliman

**HEARING EXHIBIT 53**

## Southampton

The Town of Southampton is located in southeastern Suffolk County. Southampton is part of the South Fork of Long Island and is one of two towns that make up the area in addition to East Hampton. The Town of Southampton is approximately 295 square miles and 53% of the total area is water. The town is bound by the Peconic River to the north, the Town of East Hampton to the east, the Atlantic Ocean to the south and the Hamlet of Eastport to the west. The Town of Southampton was New York State's first English colony, town records extend back to the founding of the settlement in 1640. The Subject Properties are located within the Village of



Southampton along the south side of Gin Lane. The Village of Southampton is approximately 7.2 square miles and runs along the shores of the Atlantic Ocean. Some of the most affluent people live in the village and it is known for having some of the highest residential property values within the Hamptons. The Village of Southampton has a relatively larger year-round population then other villages and hamlets of the town.

**Demographics**

According to the 2020 census, Southampton was home to about 69,036 people, which grew an estimated 22% between 2010 and 2020, considerably outpacing growth of the other geographies compared. The Village of Southampton is home to nearly 3,100 residents, which is 2-3 times the population of any other villages or hamlets in the Hamptons. The Village of Southampton boasts highly educated residents, with nearly 68.9% of residents holding a bachelors degree or higher, which is nearly double the rate in New York State.

| Population Trends | | | | |
|---|---|---|---|---|
| | Southampton | Suffilk County | New York State | United States |
| 2020 Census | 69,036 | 1,525,920 | 20,201,249 | 331,449,281 |
| 2010 Census | 56,790 | 1,493,350 | 19,378,102 | 308,745,538 |
| Growth 2010-2020 | 22% | 2% | 4% | 7% |

Source: U.S. Census Bureau

According to the U.S. Census Bureau, median household income within the Village of Southampton was roughly 18%, 74% and 91% higher, respectively, than the median for the Suffolk County, the New York State and the United States. Compared to the other geographies shown below, 32% of residents earn over $200,000 in annual household income. Similarly, the Town of Southampton has earned income higher than the national and state average, and 20% of the town population earned income over $200,000 annually.

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| 2021 Income Trends | | | | | |
|---|---|---|---|---|---|
| | Town of Southampton | Village of Southampton | Suffolk County | New York State | United States |
| Total Households | 22,094 | 1,384 | 495,667 | 7,417,224 | 122,354,219 |
| Median Household Income | $100,722 | $124,054 | $105,362 | $71,117 | $64,994 |
| Less than 50K | 25% | 21% | 23% | 37% | 39% |
| $50K-$100K | 24% | 17% | 25% | 27% | 30% |
| $100K-$200K | 31% | 30% | 35% | 24% | 23% |
| $200K and above | 20% | 32% | 18% | 12% | 8% |

Source: censusreporter.org (census data: ACS 2021)

## Neighborhoods

There are several neighborhoods in the Town of Southampton, each with its own unique character and qualities. The town contains seven incorporated villages and 16 hamlets. The Subject Properties are located within the Village of Southampton, which is considered one of the most affluent communities in the Hamptons. The most desired neighborhoods in Southampton lie south of the highway. Many people consider homes south of the highway



"prestige" and "exclusive." The real estate market in Southampton is continuing to evolve, with the most desirable real estate along the south shore, and property values continue to increase. Of note, Meadow Lane, just west of the Subject Properties, has been dubbed "Billionaire Lane," due to its ultrawealthy residents. Gin Lane is one of the most desired ocean front residential roads in Southampton, with only 47 residential homes along this road. In discussions with local market participants, Gin Lane is heavily desired because of its low inventory, it is very rare that product comes to market on this Lane. Gin Lane is within walking distance to the village center and offers exclusive private beach access for residents.

## Property Location

The Subject Properties are located in the Village of Southampton on the southern side of Gin Lane. Adjacent property uses include residential use and the Subject Properties have direct access to the private resident beach. Gin Lane has direct access to Main Street just west of the property, which is the primary route into the village center. The Subject Properties are within close proximity to the Stony Brook Southampton Hospital and are surrounded by beaches and attractions such as the Southampton Bath & Tennis Club, Gin Beach, and Cryder Beach, among others.

The table below illustrates historical sales on Gin Lane and Meadow Lane over the prior 3-year period. Gin Lane has seen less sales activity than Meadow Lane, with one property trading at 24 Gin Lane. This property has traded 4 times since 2010 and represents the sale of 2.75 acres of vacant land. Over the prior 3-year period, six residential properties have sold on Meadow Lane ranging from $20 million to $39.5 million. Meadow Lane and Gin Lane have a limited inventory of highly sought after residential homes. Meadow Lane is known as "Billionaires Lane."

On average, the Village of Southampton's median sale price was 47% to 68% higher than the Southampton Area, per year. As shown in the table below, the annual number of home sales has fluctuated year-over-year in both locations, with the Great Recession taking a toll on the housing market from 2008-2012. Due to limited inventory, the number of sales quarter-over-quarter has fluctuated. While this table reflects all home sales, it is important to note that the Subject Properties are considered luxury homes and would command a much higher sale price then the median for the Village of Southampton.

| Southampton Residential Home Sales | | | | |
|---|---|---|---|---|
| | **Southampton Area (includes North Sea)** | | **Southampton Village** | |
| | **# of Sales** | **Median Home Price** | **# of Sales** | **Median Home Price** |
| 1Q2022 | 72 | $1.46 M | 34 | $3.38 M |
| 2021 | 248 | $1.31 M | 132 | $3.23 M |
| 2020 | 254 | $1.05 M | 130 | $2.93 M |
| 2019 | 174 | $0.87 M | 69 | $2.75 M |
| 2018 | 236 | $0.88 M | 87 | $2.10 M |
| 2017 | 223 | $0.95 M | 101 | $2.80 M |
| 2016 | 188 | $0.89 M | 84 | $2.30 M |
| 2015 | 223 | $0.85 M | 113 | $2.30 M |
| 2014 | 200 | $0.83 M | 142 | $1.91 M |
| 2013 | 192 | $0.79 M | 128 | $2.18 M |
| 2012 | 143 | $0.73 M | 97 | $1.83 M |
| 2011 | 137 | $0.75 M | 76 | $2.34 M |
| 2010 | 145 | $0.89 M | 97 | $1.68 M |
| 2009 | 85 | $0.77 M | 68 | $1.84 M |
| 2008 | 93 | $0.75 M | 59 | $2.25 M |
| 2007 | 154 | $0.79 M | 116 | $1.66 M |
| 2006 | 196 | $0.90 M | 130 | $2.14 M |

Source: Town & Country

The following chart illustrates the number of sales that have occurred in the Village of Southampton and the breakdown of sales price. Per Town & Country's Hamptons Annual Sales Report, the majority of sales that have occurred over the prior 15-year period have been between $2 million and $9.99 million. Due to the lack of inventory there have only been 42 sales over $20 million over the prior 15-year period.



**Conclusion**

The Suffolk County region is well positioned to continue its growing economy, technology and agriculture industries. The area benefits from a vast transportation network, an extensive human capital base, and diversity of cultural, historical and recreational activities and attractions that allow for a steady demand for services. The Properties are considered well located within Southampton, which is an affluent, vibrant and diverse community and should be an attractive location for future residents.  Benefitting the local real estate market, economic conditions continue to gradually improve within the area.

# Site Description

The following description is based on a review of assessment records and public information from third party sources.

| | Guest House | Main House |
|---|---|---|
| Location: | 366 Gin Lane, Southampton, NY | 376 Gin Lane Southampton |
| Shape: | Irregular | Irregular |
| Topography: | Generally level but sloping towards the bulk head south of the property. | Generally level but sloping towards the bulk head south of the property. |
| Land Area: | 80,600± square feet; 1.85± acres | 76,700± square feet; 1.76± acres |
| Frontage: | Approximately 200 feet of frontage along the south side of Gin Lane. | Approximately 66 feet of frontage along the south side of Gin Lane. |
| Ocean Frontage: | 260± feet | 160± feet |
| Access: | Average | Good |
| Visibility: | Average | Average |
| Soil Conditions: | We were not given a soil report to review; however, we assume that the soil's load-bearing capacity is sufficient to support existing and/or proposed structure(s). | We were not given a soil report to review; however, we assume that the soil's load-bearing capacity is sufficient to support existing and/or proposed structure(s). |
| Utilities: | All utilities are available and connected to the Property; utilities include municipal water and sewer, electricity and natural gas and telephone service. | All utilities are available and connected to the Property; utilities include municipal water and sewer, electricity and natural gas and telephone service. |
| Site Improvements: | Gravel walkway/driveway, lighting, landscaping, fence/security gate, stone patio, custom gunite pool, Har-Tru clay tennis court and tennis pavilion. | Gravel walkway/driveway, lighting, landscaping, fence/security gate, custom gunite pool and stone patio. |
| Overall Site Utility: | Good | Good |
| Current Use: | In addition to the foregoing site improvements, the Property site is improved with an 10,667 sf residential home. | In addition to the foregoing site improvements, the Property site is improved with an 10,784 sf residential home. |

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| Property Access: | We are aware of an easement on 366 Gin Lane. On December 6, 2004 there was an access easement granted by Brickchurch Enterprises, Inc. (366 Gin Lane owner) to Aberdeen Enterprises, Inc (376 Gin Lane owner) which allows them access to their property through the 366 Gin Lane parcel. |
|---|---|
| Flood Zone: | The Subject Properties are located in an area mapped by the Federal Emergency Management Agency (FEMA). The Subject Properties are located in FEMA flood zone AE and VE,  which  are areas that present a 1% annual chance of flooding and a 26% chance over the life of a 30-year mortgage. Zone VE represents  Coastal regions that experience annual flash flooding, hurricanes and other weather-related hazards. The appraiser is not an expert in this matter and is reporting data from FEMA maps. |
| FEMA Map & Date: | 36103C0538H, dated September 9, 2009 |

## Flood Map



Source: FEMA Flood Maps

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

# Tax Map

Parcels 0904-029.00-01.00-017.014 & 0904-029.00-01.00-017.013



Source: Suffolk County, NY GIS

# Improvements Description

The following description of improvements is based on third party information.

| Improvements Description | | |
|---|---|---|
| Property Name/Type: | Guest House | Main House |
| Overview: | The Guest House, built in 2003, was built to reflect the design and proportions of the Main House, which consists of nine bedrooms, seven full bathrooms and 2 half bathrooms. The Guest House features 10,667 square feet of living space including a billiards and bar room, a gym with steam sauna and massage room, a theater, laundry room, tennis court and a custom gunite ocean facing pool. | The Main House is a historical residential estate that consists of 10 bedrooms, eight bathrooms and 1 half bathroom. The Main House, originally built in 1890, is situated over rosa rugosa dunes that slope down to the beach. The Main House contains 10,784 square feet of living space including a home gym and sauna, several balconies and patios and a custom gunite pool. |
| **General Description** | | |
| Year Built/Renovated: | 2003/2021 | 1890/Unknown |
| Number of Buildings: | 1 | 1 |
| Number of Stories: | 2 | 4 |
| Net Rentable Area: | 10,667 square feet | 10,784 square feet |
| Ocean Frontage: | 160 feet | 260 feet |
| **Construction Detail** | | |
| Foundation: | Assumed to be reinforced concrete flat plate floor construction | Unable to confirm |
| Architect: | Frank Greenwald | Stanford White |
| Exterior Walls: | Cedar clapboard and cedar shake siding | Cedar clapboard and cedar shake siding |
| Roof Type: | Cedar shilling roof | Cedar Shilling roof |
| **Mechanical Detail** | | |
| HVAC: | Central A/C | Central A/C |
| Plumbing: | Private septic system | Private septic system |
| Electric: | Electric service is assumed to be adequate for the existing use. | Electric service is assumed to be adequate for the existing use. |
| Gas: | Natural gas fuel | Natural gas fuel |

| Interior Detail | | |
|---|---|---|
| Floor Covering: | Hardwood and marble flooring | Hardwood and marble flooring |
| Ceilings: | Coffered | Coffered |
| Bedrooms: | 9 | 10 |
| Bathrooms: | 7 | 8 |
| Half Bathrooms: | 2 | 1 |
| Amenities: | Amenities include a billiards and bar room, a gym with steam sauna and massage room, a theater, laundry room, tennis court, a custom gunite ocean facing pool and separate staff quarters. | Amenities include a home gym and sauna, several balconies and patios and a custom gunite pool. |
| **Site Improvements** | | |
| Parking: | 6 car garage | Driveway parking (no garage) |
| Site Improvements: | Gravel walkway/driveway, lighting, landscaping, fence/security gate, stone patio, custom gunite pool, Har-Tru clay tennis court and tennis pavilion. | Gravel walkway/driveway, lighting, landscaping, fence/security gate, custom gunite pool and stone patio. |
| **Personal Property** | | |
| FF&E: | Personal property was excluded from our valuation | |
| **Summary** | | |
| Condition/Quality: | Minor exterior renovations were completed in 2021, though the property still requires renovation. | Property is assumed to be in average condition and requires significant renovation.[2] |
| Property Rating: | After considering all of the physical characteristics of the Property, we have concluded that this property has an overall rating that is average, when measured against other properties in this marketplace. | After considering all of the physical characteristics of the Property, we have concluded that this property has an overall rating that is average, when measured against other properties in this marketplace. |
| Roof & Mechanical Inspections: | We did not inspect the roof or the mechanical systems. We are not qualified to render an opinion regarding the adequacy or condition of these components. The client is urged to retain an expert in this field if detailed information is needed. | We did not inspect the roof or the mechanical systems. We are not qualified to render an opinion regarding the adequacy or condition of these components. The client is urged to retain an expert in this field if detailed information is needed. |

---

[2] Property condition is assumed to be average based on our partial inspection of the Main House.

| Economic Life: | The economic life of the structural improvements has been estimated based on our experience and consideration of estimated economic life data reported in the Marshall & Swift Cost Handbook prepared by Marshall Valuation Service.<br><br>45± years | The economic life of the structural improvements has been estimated based on our experience and consideration of estimated economic life data reported in the Marshall & Swift Cost Handbook prepared by Marshall Valuation Service.<br><br>45± years |
|---|---|---|

### Capital Expenditures

| Known Costs: | According to Michaela Keszler of Douglas Elliman Real Estate, the Guest House underwent a $450,000 renovation in 2021. |
|---|---|

### Deferred Maintenance

| Cost to Cure: | Curable physical deterioration refers to those items that are economically feasible to cure as of the effective date of the appraisal. This element of depreciation is commonly referred to as deferred maintenance and is measured as the cost of repairing or restoring the item to new or reasonably new condition. |
|---|---|

# Assessment Data & Real Estate Taxes

## Standards for Valuing and Taxing Property

Real estate taxes and assessments are administered by Suffolk County and the Village of Southampton. Taxing authorities set the millage rate, which is the rate of tax per $1,000 of taxable value. Every year each individual town assessor's office in Suffolk County determines a value of the property. This serves as the basis for what the property taxes will be in the coming year – the 2021 filing period is for the 2021/2022 tax year. In Suffolk, the property assessment should reflect property values in the neighborhood as of July 1, 2020 for your December 2021/May 2022 tax bills.

The Village of Southampton assesses properties on an annual basis and are due in full between June 1 and July 1 without penalty. For taxes unpaid after July 1, there is a 5% penalty for the first month and 1% penalty each additional month after. The Property Appraiser establishes the value of property, approves exemptions, including Homestead, and certifies the Tax Roll to the Tax Collector. The appraisers market value is typically estimated using comparable sales and the assessed value is 100% of fair market value.

## Current Assessment and Property Taxes

According to the local tax collector's office, taxes are current. Below is a summary of current and historical taxes.

| Property Taxes - 366 Gin Lane | | | |
|---|---|---|---|
| **Tax Year** | **2019/2020** | **2020/2021** | **2021/2022** |
| County Assessed Value | $17,896,600 | $17,896,600 | $17,896,600 |
| Ratio | 100% | 100% | 100% |
| Taxable Value | $17,896,600 | $17,896,600 | $17,896,600 |
| Tax Rate | 2.8005 | 2.8341 | 2.8330 |
| **Total County Property Taxes** | **$50,119** | **$50,721** | **$50,701** |
| Village Assessed Value | $187,980 | $187,980 | $187,980 |
| Ratio | 100% | 100% | 100% |
| Taxable Value | $187,980 | $187,980 | $187,980 |
| Tax Rate | 196.21 | 203.21 | 200.66 |
| **Total Village Property Taxes** | **$36,884** | **$38,199** | **$37,720** |
| **Total Fiscal Year Property Taxes** | **$87,003** | **$88,920** | **$88,421** |

| Property Taxes - 376 Gin Lane | | | |
|---|---|---|---|
| **Tax Year** | **2019/2020** | **2020/2021** | **2021/2022** |
| County Assessed Value | $20,318,700 | $20,318,700 | $20,318,700 |
| Ratio | 100% | 100% | 100% |
| Taxable Value | $20,318,700 | $20,318,700 | $20,318,700 |
| Tax Rate | 2.8005 | 2.8341 | 2.8330 |
| **Total County Property Taxes** | **$56,903** | **$57,585** | **$57,563** |
| Village Assessed Value | $133,012 | $133,012 | $133,012 |
| Ratio | 100% | 100% | 100% |
| Taxable Value | $133,012 | $133,012 | $133,012 |
| Tax Rate | 196.21 | 203.21 | 200.66 |
| **Total Village Property Taxes** | **$26,098** | **$27,029** | **$26,690** |
| **Total Fiscal Year Property Taxes** | **$83,001** | **$84,615** | **$84,253** |

# Zoning

## R-120 Residence District & Village of Southampton Historical District

The Property is situated in R-120 Residence District and the Village of Southampton Historical District.

Permitted uses within the R-120 Residence District include one family detached dwellings, park, playground or recreational area when authorized by the municipality, agriculture uses excluding animal husbandry. Accessory uses include accommodations for no more than two roomers or boarders in one family detached dwelling, customary accessory structure, home professional office, private garage or off street parking, private swimming pool and signage.

Dimensional regulations permit of a minimum lot area of 120,000 sf, minimum lot with of 120 square feet and maximum of 2 ½ stories per dwelling unit.

**Village of Southampton Historic District**

The Village of Southampton Historic District is the largest of Southampton's four historic districts, comprising over 430 contributing historic resources. The district includes a portion of the Central Business District along Main Street and Jobs Lane, the dense residential areas to the north and west and a large number of homes in the estate area to the south. The historic buildings in this district span the years between 1640 and 1940. The purpose of this district is to preserve and display a wide variety of significant architectural styles and building types in the village. Notable buildings within the district include the Thomas Halsey House, the Gothic Revival Style First Presbyterian Church and several houses designed by nationally rebound architects Sandford White and John Russell. 376 Gin Lane has links to architect Stanford White.

## Conformance

Property value is affected by whether or not an existing or proposed improvement conforms to zoning regulations, as discussed below.

### Conforming Uses

An existing or proposed use that conforms to zoning regulations implies that there is no legal risk and that the existing improvements could be replaced "as-of-right."

### Pre-Existing, Non-Conforming Uses

In many areas, existing buildings pre-date the current zoning regulations. When this is the case, it is possible for an existing building that represents a non-conforming use to still be considered a legal use of the property. Whether or not the rights of continued use of the building exist depends on local laws. Local laws will also determine if the existing building may be replicated in the event of loss or damage.

### Non-Conforming Uses

A proposed non-conforming use to an existing building might remain legal via variance or special use permit. When appraising a property that has such a non-conforming use, it is important to understand the local laws governing this use.

## Other Restrictions

We are aware of an easement on the 366 Gin Lane that limits the Subject Properties' use. On December 6, 2004 there was an access easement granted by Brickchurch Enterprises, Inc. (366 Gin Lane owner) to Aberdeen Enterprises, Inc (376 Gin Lane owner) which allows them access to their property through the 366 Gin Lane parcel. The research required to determine whether or not such restrictions exist is beyond the scope of this appraisal assignment. Deed restrictions are a legal matter and only a title examination by an attorney or title company can usually uncover such restrictive covenants. We recommend a title examination to determine if any such restrictions exist.

## Zoning Conclusion

We have analyzed the zoning requirements in relation to the Subject Properties and considered the conformance of the Properties sites. We are not experts in the interpretation of complex zoning ordinances, but based on our review of public information, the Properties sites are legally non-conforming and the existing improvements are a permitted, non-conforming use that may be continued.

Detailed zoning studies are typically performed by a zoning or land use expert, including attorneys, land use planners, or architects. The depth of our analysis correlates directly with the scope of this assignment and it considers all pertinent issues that have been discovered through our due diligence.

We note that this analysis is not intended to be a detailed determination of compliance, as that determination is beyond the scope of this assignment.  We reserve the right to amend our value estimates if further pertinent details come to our attention.

**HEARING EXHIBIT 53**   **EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

# Zoning Map



Source: Village of Southampton Zoning Division

# Highest and Best Use

The site is valued as though vacant and available to be put to its highest and best use. If the conclusion is to improve the site, the ideal or likely improvement must be considered. Finally, if the site is improved, the existing and ideal improvements are compared, after which a determination must be made to maintain the property in its present form or to modify the improvements to conform, as closely as possible, to the ideal use.

In both cases, the property's highest and best use must meet four criteria; that use must be (1) legally permissible, (2) physically possible, (3) financially feasible and (4) maximally productive.

1. **Legal (Permissible) Use**

   What uses are legally permitted by zoning regulations and not prohibited by deed restrictions or covenants?

2. **Physically Possible Use**

   What uses are physically possible, considering the site's physical characteristics, including size, configuration, topography and availability of utilities?

3. **Financially Feasible Use**

   Which uses, being both possible and legally permitted, will produce any net return to the site?

4. **Maximally Productive Use**

   Which of the feasible uses will produce the highest net return?

We have considered the legal issues related to zoning and legal restrictions, have analyzed the physical characteristics of the Subject Properties' sites to determine what legal uses would be possible, and have considered the financial feasibility of these uses to determine the use that is maximally productive.

## Highest and Best Use as Vacant

Considering the Subject Properties' physical characteristics, location and our conclusions with respect to the parcel's zoning and the state of the local market, it is our opinion that the Highest and Best Use of the Subject Properties as vacant is for residential development built to its maximum feasible building area, in accordance with market demand.

## Highest and Best Use as Improved

It is our opinion that the existing improvements have contributory value to the overall property; our analysis considers our opinion that the continuation of the current use reflects the highest and best use of the Subject Properties.

**HEARING EXHIBIT 53**   EXPERTS WITH IMPACT™

# Valuation Methodology

There are three generally accepted approaches to developing an opinion of value: Cost, Sales Comparison and Income Capitalization. We have considered each in this appraisal to develop an opinion of the market value of the Property. In appraisal practice, an approach to value is included or eliminated based on its applicability to the property type being valued and the quality of information available. The reliability of each approach depends on the availability and comparability of market data as well as the motivation and thinking of buyers and sellers.

The valuation process is concluded by analyzing each approach to value used in the appraisal. When more than one approach is used, each approach is judged based on its applicability, reliability, and the quantity and quality of its data. A final value opinion is chosen that either corresponds to one of the approaches to value, or is a correlation of all the approaches used in the appraisal.

The Subject Properties are two single family, ultra-luxury residential homes located at 366 & 376 Gin Lane, Southampton, NY.

The Cost Approach was considered and was not developed because sellers and buyers of ultra-luxury homes do not typically rely on the Cost Approach in their pricing decisions.

The Income Capitalization Approach was considered and was not developed because there is not an active rental market for similar properties that would permit us to develop a reliable estimate of the Subject Properties' income generating potential and similar properties are typically owner-occupied, decreasing the reliability of this approach.

The Sales Comparison Approach was considered and was developed because there is adequate data to develop a value estimate and this approach reflects market behavior for this property type.

Based on our analysis and knowledge of the Subject Properties' type and relevant buyer profiles, it is our opinion that the Sales Comparison Approach would be considered meaningful and applicable in developing a credible value conclusion.

To the extent that any information was not available, its impact on our valuation is fully addressed in the extraordinary assumptions and hypothetical conditions that are detailed within this report.

# Sales Comparison Approach

## Methodology

The Sales Comparison Approach to estimating market value reflects the market's perception that the value of a property is directly related to the prices of comparable competitive properties; it analyzes the Subject Properties' market value based on prices paid in actual market transactions involving properties that have a similar highest and best use to that of the subject.

The reliability of this technique depends on (a) the degree of comparability of the property appraised with each sale, (b) the length of time since the sale, (c) the accuracy of the sales data, and (d) the absence of unusual conditions affecting the sale.

By analyzing sales that qualify as arm's-length transactions between willing and knowledgeable buyers and sellers, we can identify value and price trends. The steps of the Sales Comparison Approach are as follows:

1. Research the market to find sales and current offerings of properties that are comparable to the Property; this includes the verification of all relevant sales data.

2. Reduce the sale prices to a common unit of comparison such as price per square foot, effective gross income multiplier, or net income per square foot.

3. Analyze the comparable sales to derive market supported adjustments that reflect the significant differences between the comparable sales and the Property; general adjustment categories include buyer expenditures, property rights conveyed, finance terms, conditions of sale, market conditions, location and physical characteristics.

4. Formulate an opinion of the price or unit price for which each comparable property would have sold had it possessed all of the important attributes of the Subject Properties, by applying the market derived adjustments to the comparable sales.

5. Reconcile the adjusted sale or unit prices into an indication of value for the Subject Properties.

The following pages contain a summary of the improved properties that we compared to the Subject Properties.

**Relationship to Highest and Best Use**

This approach analyzes the Subject Properties based upon its highest and best use; therefore, the comparables used in this analysis will have similar highest and best uses to that of the Subject Properties.

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## Collection and Analysis of Sale Data

Comparable improved sales were researched through leads found in various sources, including municipal data, Douglas Elliman, websites and other publications. FTI researched off-market transactions but we were unable to identify any sales details due to the nature of these transactions. The research yielded recent sales of comparable properties in the market area of the Subject Properties; the properties that were considered most comparable to the Subject Properties have been used as the basis of this analysis.

FTI researched comparable ocean front property sales in the Hamptons region over the prior four-year period and our search yielded 33 recent sales transactions. Additionally, we researched current property listings for sale as of the date of this Report, which are detailed in Exhibit A of this Report.

| # | Address | Property Type | Sale Date | Sale Price | Living Area (SF) | Lot Size (ac) | Year Built | Year Renovated | Ocean Frontage | $/SF | $/AC |
|---|---------|---------------|-----------|-----------|------------------|---------------|------------|----------------|----------------|------|------|
| 1 | 35 Potato Road & 543 Daniels Lane, Sagaponack, NY | Single Family | 5/16/22 | $46,500,000 | 5,200 | 3.80 | 1983 | 1997 | 250 | $8,942 | $12,236,842 |
| 2 | 1580 Meadow Lane, Southampton, NY | Single Family | 4/25/22 | $16,400,000 | 5,353 | 4.50 | 1989 | 2005 | 240 | $3,064 | $3,644,444 |
| 3 | 153 Lily Pond Lane, East Hampton, NY | Single Family | 1/6/22 | $84,500,000 | 11,435 | 9.25 | 1971 | 1986 | 385 | $7,390 | $9,135,135 |
| 4 | 38 Association Road, Wainscott, NY | Single Family | 12/23/21 | $30,000,000 | 6,537 | 2.00 | 2005 | Unknown | 161 | $4,589 | $15,000,000 |
| 5 | 442 Further Lane, East Hampton, NY | Single Family | 12/6/21 | $55,000,000 | 6,100 | 4.00 | Unknown | Unknown | 400 | $9,016 | $13,750,000 |
| 6 | 115 Beach Lane, Wainscott, NY | Single Family | 11/30/21 | $45,000,000 | 11,000 | 2.55 | 2018 | N/A | 230 | $4,091 | $17,647,059 |
| 7 | 840 Meadow Lane, Southampton, NY | Single Family | 11/18/21 | $70,000,000 | 19,000 | 8.37 | 1929 | 1975 | 506 | $3,684 | $8,363,202 |
| 8 | 124 Beach Lane, Wainscott, NY | Single Family | 10/8/21 | $22,500,000 | 3,000 | 2.30 | 1981 | Unknown | 315 | $7,500 | $9,782,609 |
| 9 | Jule Pond Drive, Water Mill, NY | Single Family | 8/25/21 | $145,000,000 | 20,000 | 42.13 | 2005 | Unknown | 1,287 | $7,250 | $3,441,728 |
| 10 | 67 Surfside Drive, Bridgehampton, NY | Single Family | 5/13/21 | $28,500,000 | 6,714 | 2.20 | 2016 | N/A | 187 | $4,245 | $12,954,545 |
| 11 | 1210 Meadow Lane, Southampton, NY | Single Family | 5/11/21 | $28,800,000 | 3,727 | 3.32 | 1972 | Unknown | 200 | $7,727 | $8,674,699 |
| 12 | 30 Spaeth Lane, East Hampton, NY | Single Family | 3/15/21 | $60,000,000 | 4,143 | 7.70 | 1955 | Unknown | 333 | $14,482 | $7,792,208 |
| 13 | 155 Surfside Drive, Bridgehampton, NY | Single Family | 12/23/20 | $16,500,000 | 3,500 | 1.20 | 1988 | Unknown | 130 | $4,714 | $13,750,000 |
| 14 | 1145 Sagg Main Street, Sagaponack, NY | Single Family | 12/18/20 | $19,800,000 | 6,000 | 8.00 | 1994 | Unknown | 300 | $3,300 | $2,475,000 |
| 15 | 1400 Meadow Lane, Southampton, NY | Single Family | 12/10/20 | $39,500,000 | 10,927 | 2.96 | 2019 | N/A | 162 | $3,615 | $13,344,595 |
| 16 | 382 Barons Lane, Southampton, NY | Single Family | 11/30/20 | $38,000,000 | 8,225 | 4.50 | 1991 | Unknown | 430 | $4,620 | $8,444,444 |
| 17 | 1384 Meadow Lane, Southampton, NY | Single Family | 10/20/20 | $16,000,000 | 2,244 | 3.12 | 1976 | Unknown | 150 | $7,130 | $5,128,205 |
| 18 | 12 & 15 West Dune Road, East Hampton, NY | Single Family | 10/1/20 | $67,000,000 | 14,000 | 3.40 | 2000 | Unknown | 103 | $4,786 | $19,705,882 |
| 19 | 719 Daniels Lane, Sagaponack, NY | Single Family | 9/11/20 | $16,000,000 | 4,300 | 0.75 | 2012 | Unknown | 161 | $3,721 | $21,333,333 |
| 20 | 1116 Meadow Lane, Southampton, NY | Single Family | 8/28/20 | $36,000,000 | 12,800 | 3.65 | 2010 | Unknown | 200 | $2,813 | $9,863,014 |
| 21 | 2020 & 1995 Meadow Lane, Southampton, NY | Single Family | 8/28/20 | $21,000,000 | 7,250 | 9.75 | 1983 | Unknown | 170 | $2,897 | $2,153,846 |
| 22 | 38 Two Mile Hollow Road, East Hampton, NY | Single Family | 8/19/20 | $24,000,000 | 8,242 | 2.80 | 2013 | Unknown | 98 | $2,912 | $8,571,429 |
| 23 | 25 Potato Road, Sagaponack, NY | Single Family | 8/11/20 | $20,500,000 | 4,857 | 1.03 | 2019 | Unknown | 126 | $4,221 | $19,902,913 |
| 24 | 113 Mid Ocean Drive, Bridgehampton, NY | Single Family | 6/19/20 | $20,000,000 | 1,673 | 2.20 | 1995 | Unknown | 164 | $11,955 | $9,090,909 |
| 25 | 32 & 26 Windmill Lane, East Hampton, NY | Single Family | 4/10/20 | $45,000,000 | 8,000 | 6.70 | 1989 | 2017 | 294 | $5,625 | $6,716,418 |
| 26 | 32 Windmill Lane, East Hampton, NY | Single Family | 4/10/20 | $37,000,000 | 5,500 | 5.40 | 1986 | 2017 | 294 | $6,727 | $6,851,852 |
| 27 | 317 Murray Place, Southampton, NY | Single Family | 2/19/20 | $35,000,000 | 9,200 | 2.82 | 1990 | Unknown | 200 | $3,804 | $12,411,348 |
| 28 | 1050 Meadow Lane, Southampton, NY | Single Family | 1/30/20 | $42,000,000 | 9,000 | 3.38 | 2005 | Unknown | 200 | $4,667 | $12,426,036 |
| 29 | 40 Association Road, Wainscott, NY | Single Family | 12/30/19 | $24,300,000 | 5,000 | 3.42 | 1879 | Unknown | 332 | $4,860 | $7,105,263 |
| 30 | 370 Fowler Street, Water Mill, NY | Single Family | 12/20/19 | $24,500,000 | 9,050 | 3.30 | 2006 | Unknown | 330 | $2,707 | $7,424,242 |
| 31 | 980 Meadow Lane, Southampton, NY | Single Family | 12/2/19 | $29,500,000 | 2,500 | 4.12 | 1962 | Unknown | 216 | $11,800 | $7,160,194 |
| 32 | 263 Surfside Drive, Bridgehampton, NY | Single Family | 6/20/19 | $39,250,000 | 7,360 | 1.42 | 2011 | Unknown | 125 | $5,333 | $27,640,845 |
| 33 | 290 Further Lane, East Hampton, NY | Single Family | 4/23/18 | $40,000,000 | 10,000 | 6.11 | 1995 | Unknown | 300 | $4,000 | $6,546,645 |

Source: Douglas Elliman

As shown in the table below, statistical analysis was completed for the comparables using the following indicators: (Minimum, Quartile 1, Median, Quartile 3, Maximum, and Weighted Average), based on guidance from the Appraisal Institute.[3]

---

[3]  Wolverton, Marvin L. (2009). An Introduction to Statistics for Appraisers. Chicago, IL: Appraisal Institute.

The interquartile range (between Quartile 1 and Quartile 3) also sometimes referred to as the "middle range" is less sensitive than the range to extreme values. Computation of what is known as a "five-number summary," including sample quartiles along with a sample's minimum, maximum, and median values, facilitates construction of box and whisker plots. These plots assist in providing a visual comparison of central tendency, variability, and symmetry. Quartiles divide an ordered array into quarters by finding, in addition to the median, the middle value for half the data set below the median and the middle value for the half above the median. The interquartile, or middle, range for the data arrayed is more resistant to the effects of extreme values (i.e., outliers). To note, the interquartile range was calculated through using an Excel algorithm to parse the data.

We analyzed the details of each sale and summarized our findings in the tables below. The total population of sales yielded a weighted average sales price per square foot and price per acre of $5,095 and $7,453,093, respectively. Additional details on the comparable sales are detailed in our workfiles.

| Summary | $/SF | $/AC |
|---|---|---|
| Minimum: | $2,707 | $2,153,846 |
| Q1, First Quartile | $3,721 | $7,105,263 |
| Median | $4,667 | $9,090,909 |
| Q3, Third Quartile | $7,250 | $13,344,595 |
| Maximum: | $14,482 | $27,640,845 |
| Weighted Average: | $5,095 | $7,453,093 |
| | | |
| Number of Data Points | 33 | 33 |
| Number of Data Points within Q1 and Q3 | 17 | 17 |
| % of Data Points within Q1 and Q3 | 52% | 52% |

## Unit of Comparison

For the purpose of this analysis, sale price per square foot is the selected unit of comparison; it is calculated by dividing the sale price by the square feet of the property.  Most active market participants, such as developers, buyers, real estate brokers, purchasers and sellers as well as appraisers, typically analyze sales of similar properties using this unit of measurement. It is our opinion that this unit of comparison is representative of the Subject Properties' competing market.

## Summary of Comparable Sales

Based on qualitative analysis, we selected the most comparable subset of the population of sales (summarized above) based on location, size, condition, quality, physical traits and access. We analyzed all Southampton sales including improved sales and properties that sold for land value. The comparable sales considered in this analysis are summarized on the following pages.

APPRAISAL OF REAL PROPERTY    **366 & 376 Gin Lane, Southampton, NY**

## LAND SALE COMPARABLE 1

| | |
|---|---|
| Street Address: | 1210 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-022.00-02.00-011.000 |
| Year Built: | 1972 |
| Building SF: | 3,727 |
| Lot Size (AC): | 3.32 |
| Ocean Frontage: | 200 sf |
| Property Type: | Single Family |
| Property Condition: | Sold for Land Value |
| Bedrooms: | 3 |
| Bathrooms: | 4, 1 ½ baths |
| Sale Date: | 5/11/2021 |
| Sales Price: | $28,800,000 |
| Price per AC: | $8,674,699 |
| Grantee: | 1210 MEADOW LANE LLC |
| Grantor: | LUBA BEGAZY TRUST |

Description:    This 3,727 sf home, situated on 3.32 acres sold for land value on May 11, 2021. Per discussions with Douglas Elliman Real Estate, the existing property will be replaced with a new residential home.

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## LAND SALE COMPARABLE 2

| | |
|---|---|
| Street Address: | 1384 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-022.00-02.00-012.000 |
| Year Built: | 1976 |
| Building SF: | 2,244 |
| Lot Size (AC): | 3.12 |
| Ocean Frontage: | 150 sf |
| Property Type: | Single Family |
| Property Condition: | Sold for land value |
| Bedrooms: | 3 |
| Bathrooms: | 3 |
| Sale Date: | 10/20/2020 |
| Sales Price: | $16,000,000 |
| Price per AC: | $5,128,205 |
| Grantee: | 1384 Meadow Lane, LLC |
| Grantor: | WOOLLAHRA LLC |

Description:      This 2,244 sf home, situated on 3.12 acres sold for land value on October 20, 2020. Per discussions with Douglas Elliman Real Estate, the existing property will be replaced with a new residential home.

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| LAND SALE COMPARABLE 3 | |
|---|---|
| Street Address: | 1116 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-022.00-02.00-022.000 |
| Year Built: | 2010 |
| Building SF: | 12,800 |
| Lot Size (AC): | 3.65 |
| Ocean Frontage: | 200 sf |
| Property Type: | Single Family |
| Property Condition: | Sold for land value |
| Bedrooms: | 8 |
| Bathrooms: | 9, 4 ½ baths |
| Sale Date: | 8/28/2020 |
| Sales Price: | $36,000,000 |
| Price per AC: | $9,863,014 |
| Grantee: | Meadow Lane PROPCO, LP |
| Grantor: | Meadow Lane Trust |

Description:   This 12,800 sf home, situated on 3.65 acres sold for land value on August 28, 2020. Per discussions with Douglas Elliman Real Estate, the existing property will be replaced with a new residential home.

**Property Photograph – Exterior View**



Source: Douglas Elliman

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| LAND SALE COMPARABLE 4 | |
|---|---|
| Street Address: | 317 Murray Place, Southampton, NY |
| Parcel No.: | 0904-030.00-01.00-038.002 |
| Year Built: | 1990 |
| Building SF: | 9,200 |
| Lot Size (AC): | 2.82 |
| Ocean Frontage: | 200 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 4 |
| Bathrooms: | 5, 1 ½ bath |
| Sale Date: | 2/19/2020 |
| Sales Price: | $35,000,000 |
| Price per AC: | $12,411,348 |
| Grantee: | 317 Murray Place, LLC |
| Grantor: | James Ledley |

Description:   This 9,200 sf home, situated on 2.82 acres sold for land value on February 19, 2020. Per discussions with Douglas Elliman Real Estate, the existing property will be replaced with a new residential home.

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

## LAND SALE COMPARABLE 5

| | |
|---|---|
| Street Address: | 980 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-023.00-02.00-007.000 |
| Year Built: | 1962 |
| Building SF: | 2,500 |
| Lot Size (AC): | 4.12 |
| Ocean Frontage: | 216 sf |
| Property Type: | Single Family |
| Property Condition: | Sold for land value |
| Bedrooms: | 4 |
| Bathrooms: | 4 |
| Sale Date: | 12/2/2019 |
| Sales Price: | $29,500,000 |
| Price per AC: | $7,160,194 |
| Grantee: | 980 MEADOW LANE TRUST |
| Grantor: | Mulholland, James S. |

Description:    This 2,500 sf home, situated on 4.12 acres sold for land value on December 2, 2019. Per discussions with Douglas Elliman Real Estate, the existing property will be replaced with a new residential home.

**Property Photograph – Exterior View**



Source: Douglas Elliman

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## Land Comparable Sales Map (Sold for Land Value)



**HEARING EXHIBIT 53** EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| Properties Sold for Land Value - Southampton, NY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Address | Sale Date | Sale Price | Year Built | Total Building SF | GLA | Acres | Ocean Frontage (in feet) | $/Acre |
| 1210 Meadow Lane, Southampton, NY | 5/11/21 | $28,800,000 | 1972 | 3,727 | 3,727 | 3.32 | 200.00 | $8,674,699 |
| 1384 Meadow Lane, Southampton, NY | 10/20/20 | $16,000,000 | 1976 | 2,244 | 2,244 | 3.12 | 150.00 | $5,128,205 |
| 1116 Meadow Lane, Southampton, NY | 8/28/20 | $36,000,000 | 2010 | 12,800 | 12,800 | 3.65 | 200.00 | $9,863,014 |
| 317 Murray Place, Southampton, NY | 2/19/20 | $35,000,000 | 1990 | 9,200 | 9,200 | 2.82 | 200.00 | $12,411,348 |
| 980 Meadow Lane, Southampton, NY | 12/2/19 | $29,500,000 | 1962 | 2,500 | 2,500 | 4.12 | 216.00 | $7,160,194 |

Source: Douglas Elliman

| Summary | $/AC |
|---|---|
| Minimum: | $5,128,205 |
| Q1, First Quartile | $7,160,194 |
| Median | $8,674,699 |
| Q3, Third Quartile | $9,863,014 |
| Maximum: | $12,411,348 |
| Weighted Average: | $8,532,002 |
| | |
| Number of Data Points | 5 |
| Number of Data Points within Q1 and Q3 | 3 |
| % of Data Points within Q1 and Q3 | 60% |

For illustrative purposes and as shown in the table above, five of the Southampton comparable sales were purchased for land value. In the Southampton luxury real estate market, it is not uncommon for properties to be purchased with the intention of complete teardown regardless of the quality/condition of the current improvements. The comparable land sales reflected an unadjusted range of $5,128,205 to $12,411,348 per acre. We define the market to be between the first and third quartile of the data set, which reflects a range of $7,160,194 to $9,863,014 per acre.  All of the sales have been considered in the estimation of the Subject Properties' market value.

FTI further analyzed the improved sales in Southampton as shown on the following pages.

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY    **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 1

| | |
|---|---|
| Street Address: | 1580 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-022.00-02.00-002.008 |
| Year Built: | 1989/2005 |
| Building SF: | 5,353 |
| Lot Size (AC): | 4.50 |
| Ocean Frontage: | 240 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 6 |
| Bathrooms: | 5, 1 ½ baths |
| Sale Date: | 4/25/2022 |
| Sales Price: | $16,400,000 |
| Price per SF: | $3,064 |
| Grantee: | Not available |
| Grantor: | Wendy Evans Joseph Trust |
| Description: | This property is a modern shingle-style, single family residential home, situated on 4.50 acres along the south side of Meadow Lane. This property includes 5,353 square feet of living space and spans 240 sf of ocean frontage. The property contains amenities such as a pool and outdoor deck. Per discussions with market participants, this property will require major renovation. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 2

| | |
|---|---|
| Street Address: | 840 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-023.00-02.00-011.000 |
| Year Built: | 1929/1975 |
| Building SF: | 19,000 |
| Lot Size (AC): | 8.3 |
| Ocean Frontage: | 512 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 15 |
| Bathrooms: | 10, 2 ½ baths |
| Sale Date: | 11/19/2021 |
| Sales Price: | $70,000,000 |
| Price per SF: | $3,684 |
| Grantee: | 840 Meadow Lane, LLC |
| Grantor: | 840 Meadow LLC |
| Description: | This property is a Tudor style, single family residential home, situated on 8.3 acres along the south side of Meadow Lane. This property includes 19,000 square feet of living space and spans 512 sf of ocean frontage. The property contains separate staff quarters and luxury amenities such as a gym with sauna, art gallery, game room, tennis court, pool and outdoor deck. Per discussions with market participants, this property was purchased by the neighbor and requires major renovation. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 3

| | |
|---|---|
| Street Address: | 90 Jule Pond Drive, Water Mill, NY |
| Parcel No.: | 0900-178.00-01.00-017.07 |
| Year Built: | 2005 |
| Building SF: | 20,000 |
| Lot Size (AC): | 42.13 |
| Ocean Frontage: | 1,287 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 12 |
| Bathrooms: | 12 |
| Sale Date: | 8/25/2021 |
| Sales Price: | $145,000,000 |
| Price per SF: | $7,250 |
| Grantee: | JPD2021 LTD |
| Grantor: | Yumi & The Kids, LLC |
| Description: | This property is a stucco style, single family residential home, situated on 42.13 acres along the south side of Jule Pond Drive. This property borders Jule Pond to the west, Channel Pond to the south and spans 1,287 sf of ocean frontage. The property contains separate staff quarters and luxury amenities such as a gym with sauna, basketball court, tennis court, pool and outdoor deck. Per discussions with market participants, the value in this home lies within the ability to subdivide the land, the home itself is in need of minor renovations. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY    **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 4

| | |
|---|---|
| Street Address: | 1400 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-022.00-02.00-011.000 |
| Year Built: | 2019 |
| Building SF: | 10,927 |
| Lot Size (AC): | 2.96 |
| Ocean Frontage: | 162 sf |
| Property Type: | Single Family |
| Property Condition: | Excellent |
| Bedrooms: | 9 |
| Bathrooms: | 12, 1 ½ baths |
| Sale Date: | 12/10/2021 |
| Sales Price: | $39,500,000 |
| Price per SF: | $3,615 |
| Grantee: | Meadow MCD LLC |
| Grantor: | 1400 MEADOW LANE LLC |
| Description: | This ultramodern estate is situated on 2.96 acres along the south side of Meadow Lane. Constructed in 2019, this property features floor to ceiling walls of glass on two of its 3 stories. This property includes 10,927 square feet of living space and spans 162 sf of ocean frontage. The property contains a 6.5 car garage beneath the home and luxury amenities such as a gym, movie theater, oversized glass wine storage and bar area, tennis court, pool and outdoor deck. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 5

| | |
|---|---|
| Street Address: | 382 Barons Lane, Southampton, NY |
| Parcel No.: | 0904-030.00-01.00-045.005 |
| Year Built: | 1991 |
| Building SF: | 8,225 |
| Lot Size (AC): | 4.50 |
| Ocean Frontage: | 430 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 8 |
| Bathrooms: | 7, 2 ½ baths |
| Sale Date: | 11/30/2021 |
| Sales Price: | $38,000,000 |
| Price per SF: | $4,620 |
| Grantee: | Barons View LLC |
| Grantor: | Barons Lane LLC |
| Description: | This single-styled estate is situated on 4.50 acres along the south side of Barons Lane. Constructed in 1991, this property features includes 8,225 square feet of living space and spans 430 sf of ocean frontage. The property contains eight bedrooms, seven bathrooms, 2 powder rooms and luxury amenities such as a wine cellar/room, pool and outdoor deck. Per discussions with market participants, this property is in need of major renovations. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 6

| | |
|---|---|
| Street Address: | 2020 & 1995 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-021.00-01.00-011.005 & 0904-021.00-01.00-004.000 |
| Year Built: | 1983 |
| Building SF: | 7,250 |
| Lot Size (AC): | 9.75 |
| Ocean Frontage: | 170 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 6 |
| Bathrooms: | 6, 1 ½ baths |
| Sale Date: | 8/28/2020 |
| Sales Price: | $21,000,000 |
| Price per SF: | $2,897 |
| Grantee: | Eiffel Residence LLC |
| Grantor: | RNA, LLC |
| Description: | This Mediterranean style estate is situated on two parcels totaling 9.75 acres along the east and south side of Meadow Lane. This property includes 7,250 square feet of living space and spans 162 sf of ocean frontage and 500 sf of bay frontage. The property contains luxury amenities such as a tennis court, pool and outdoor deck. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

### IMPROVED SALE COMPARABLE 7

| | |
|---|---|
| Street Address: | 1050 Meadow Lane, Southampton, NY |
| Parcel No.: | 0904-023.00-02.00-004.000 & 0904-023.00-01.00-005.000 |
| Year Built: | 2005 |
| Building SF: | 9,000 |
| Lot Size (AC): | 3.38 |
| Ocean Frontage: | 200 sf |
| Property Type: | Single Family |
| Property Condition: | Excellent |
| Bedrooms: | 6 |
| Bathrooms: | 9, 2 ½ baths |
| Sale Date: | 1/20/2020 |
| Sales Price: | $42,000,000 |
| Price per SF: | $4,667 |
| Grantee: | The Sandstone Trust |
| Grantor: | 1050 Meadow Lane LLC |
| Description: | This property is situated on two parcels totaling 3.38 acres along the east and south side of Meadow Lane. This property includes 9,000 square feet of living space and spans 200 sf of ocean frontage and 325 sf of bay frontage. The property contains its own private dock on Shinnecock Bay and features luxury amenities such as an elevator, media recreational room, gym, wine cellar, wet bar, pool and outdoor deck. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

## IMPROVED SALE COMPARABLE 8

| | |
|---|---|
| Street Address: | 370 Fowler Street, Water Mill, NY |
| Parcel No.: | 0900-178.00-01.00-022.001 |
| Year Built: | 2006 |
| Building SF: | 9,050 |
| Lot Size (AC): | 3.30 |
| Ocean Frontage: | 330 sf |
| Property Type: | Single Family |
| Property Condition: | Average |
| Bedrooms: | 5 |
| Bathrooms: | 5, 3 ½ baths |
| Sale Date: | 12/10/2019 |
| Sales Price: | $24,500,000 |
| Price per SF: | $2,707 |
| Grantee: | 370 Fowler Street LLC |
| Grantor: | James F. Mooney |
| Description: | This property is situated on 3.30 acres along the south side of Fowler Street. This property includes 9,050 square feet of living space and spans 330 sf of ocean frontage. The property contains a separate pool house and luxury amenities such as an outdoor media room, outdoor kitchen, pool & spa and several outdoor deck. |

**Property Photograph – Exterior View**



Source: Douglas Elliman

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY  **366 & 376 Gin Lane, Southampton, NY**

## Improved Comparable Sales Map



**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

## Adjustment Process

The major points of comparison for this type of analysis include the property rights conveyed, the financial terms incorporated into the transaction, the conditions or motivations surrounding the sale, changes in market conditions since the sale, the location of the real estate, its physical traits and the economic characteristics of the property.

In accordance with the suggestion of the Appraisal Institute, the sale properties are analyzed with regard to their location and physical characteristics. The comparable sale properties and the respective adjustments are presented on the following pages.

The adjustment factors with respect to each of the individual categories for which adjustments are made are applied as follows:

> No adjustment (0) of the comparable property's price denotes a degree of similarity, equality or parity between the comparable property and the subject property sufficient to justify no numerical adjustment.

> A positive (+) adjustment of the comparable property's price indicates a relative degree of inferiority of the comparable property compared to the subject property for the particular adjustment category.

> A negative (-) adjustment of the comparable property's price indicates a relative degree of superiority of the comparable property compared to the subject property for the particular adjustment category.

The result of the adjustment process indicates what price each improved sale would have sold for had it possessed the same salient characteristics of the Property. Adjusted sale prices, which form a range in value, are then correlated into a single indication of market value for the subject by the Sales Comparison Approach.

## Comparable Sales Analysis

As shown in the tables below, statistical analysis was completed for the comparables using the following indicators: (Minimum, Quartile 1, Median, Quartile 3, Maximum, and Weighted Average), based on guidance from the Appraisal Institute.[4]

---

[4]   Wolverton, Marvin L. (2009). An Introduction to Statistics for Appraisers. Chicago, IL: Appraisal Institute.

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| | | | | 366 Gin Lane - Summary of Comparable Sales and Adjustment Grid | | | | |
|---|---|---|---|---|---|---|---|---|
| | Subject | Sale 1 | Sale 2 | Sale 3 | Sale 4 | Sale 5 | Sale 6 | Sale 7 | Sale 8 |
| Address | 366 Gin Lane, Southampton, NY | 1580 Meadow Lane, Southampton, NY | 840 Meadow Lane, Southampton, NY | 90 Jule Pond Drive, Water Mill, NY | 1400 Meadow Lane, Southampton, NY | 382 Barons Lane, Southampton, NY | 2020 & 1995 Meadow Lane, Southampton, NY | 1050 Meadow Lane, Southampton, NY | 370 Fowler Street, Water Mill, NY |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family |
| Sale Date | | 4/25/22 | 11/18/21 | 11/18/21 | 12/10/20 | 11/30/20 | 8/28/20 | 1/30/20 | 12/20/19 |
| Sale Price | | $16,400,000 | $70,000,000 | $145,000,000 | $39,500,000 | $38,000,000 | $21,000,000 | $42,000,000 | $24,500,000 |
| Unadjusted $/SF | | $3,064 | $3,684 | $7,250 | $3,615 | $4,620 | $2,897 | $4,667 | $2,707 |
| **Property Information** | | | | | | | | | |
| Living Area (SF) | 10,667 | 5,353 | 19,000 | 20,000 | 10,927 | 8,225 | 7,250 | 9,000 | 9,050 |
| Lot Size (AC) | 1.85 | 4.50 | 8.37 | 42.13 | 2.96 | 4.50 | 9.75 | 3.38 | 3.30 |
| Year Built | 2003 | 1989 | 1929 | 2005 | 2019 | 1991 | 1983 | 2005 | 2006 |
| Year Renovated | 2021 | 2005 | 1975 | Unknown | N/A | Unknown | Unknown | Unknown | Unknown |
| Ocean Frontage (SF) | 160 | 240 | 512 | 1,287 | 162 | 430 | 170 | 200 | 330 |
| Bay Frontage (SF) | N/A | N/A | N/A | N/A | N/A | N/A | 500 | 325 | N/A |
| # of Beds | 9 | 6 | 15 | 12 | 9 | 8 | 6 | 6 | 5 |
| # of Baths | 7 | 5 | 10 | 12 | 12 | 7 | 6 | 9 | 5 |
| # of 1/2 Baths | 2 | 1 | 2 | 0 | 1 | 2 | 1 | 2 | 3 |
| Garage | Attached | Attached | Detached | Attached | Attached | Attached | Attached | Attached | Attached |
| Pool | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Tennis Court | Yes | No | Yes | Yes | Yes | No | Yes | No | No |
| Privacy | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Surplus Land | No | No | No | Yes | No | Yes | No | Yes | No |
| Property Condition | Average | Average | Average | Average | Excellent | Average | Average | Excellent | Average |
| Access (Easement) | Yes | None | None | None | None | None | None | None | None |
| **Adjustments** | | | | | | | | | |
| Location | | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Living Area (SF) | | (0) | (+) | (+) | (0) | (0) | (0) | (0) | (0) |
| Lot Size (ac) | | (+) | (+) | (+) | (+) | (+) | (+) | (+) | (+) |
| Property Condition | | (0) | (0) | (0) | (-) | (0) | (0) | (-) | (0) |
| **Amenities** | | | | | | | | | |
| Garage | | (0) | (+) | (0) | (0) | (0) | (0) | (0) | (0) |
| Pool | | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Tennis Court | | (+) | (0) | (0) | (0) | (+) | (0) | (+) | (+) |
| **Water View** | | | | | | | | | |
| Ocean Frontage | | (-) | (-) | (-) | (0) | (-) | (0) | (0) | (-) |
| Bay Frontage | | (0) | (0) | (0) | (0) | (0) | (-) | (-) | (0) |
| Privacy | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Access (Easement) | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| **Net Adjustment** | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Conclusion | | Superior | Superior | Superior | Superior | Superior | Superior | Superior | Superior |

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

APPRAISAL OF REAL PROPERTY  **366 & 376 Gin Lane, Southampton, NY**

| 376 Gin Lane - Summary of Comparable Sales and Adjustment Grid | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Subject | Sale 1 | Sale 2 | Sale 3 | Sale 4 | Sale 5 | Sale 6 | Sale 7 | Sale 8 |
| Address | 376 Gin Lane, Southampton, NY | 1580 Meadow Lane, Southampton, NY | 840 Meadow Lane, Southampton, NY | 90 Jule Pond Drive, Water Mill, NY | 1400 Meadow Lane, Southampton, NY | 382 Barons Lane, Southampton, NY | 2020 & 1995 Meadow Lane, Southampton, NY | 1050 Meadow Lane, Southampton, NY | 370 Fowler Street, Water Mill, NY |
| Property Type | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family | Single Family |
| Sale Date | | 4/25/22 | 11/18/21 | 11/18/21 | 12/10/20 | 11/30/20 | 8/28/20 | 1/30/20 | 12/20/19 |
| Sale Price | | $16,400,000 | $70,000,000 | $145,000,000 | $39,500,000 | $38,000,000 | $21,000,000 | $42,000,000 | $24,500,000 |
| Unadjusted $/SF | | $3,064 | $3,684 | $7,250 | $3,615 | $4,620 | $2,897 | $4,667 | $2,707 |
| **Property Information** | | | | | | | | | |
| Living Area (SF) | 10,784 | 5,353 | 19,000 | 20,000 | 10,927 | 8,225 | 7,250 | 9,000 | 9,050 |
| Lot Size (AC) | 1.76 | 4.50 | 8.37 | 42.13 | 2.96 | 4.50 | 9.75 | 3.38 | 3.30 |
| Year Built | 1890 | 1989 | 1929 | 2005 | 2019 | 1991 | 1983 | 2005 | 2006 |
| Year Renovated | 2021 | 2005 | 1975 | Unknown | N/A | Unknown | Unknown | Unknown | Unknown |
| Ocean Frontage (SF) | 260 | 240 | 512 | 1,287 | 162 | 430 | 170 | 200 | 330 |
| Bay Frontage (SF) | N/A | N/A | N/A | N/A | N/A | N/A | 500 | 325 | N/A |
| # of Beds | 10 | 6 | 15 | 12 | 9 | 8 | 6 | 6 | 5 |
| # of Baths | 8 | 5 | 10 | 12 | 12 | 7 | 6 | 9 | 5 |
| # of 1/2 Baths | 1 | 1 | 2 | 0 | 1 | 2 | 1 | 2 | 3 |
| Garage | No | Attached | Detached | Attached | Attached | Attached | Attached | Attached | Attached |
| Pool | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Tennis Court | No | No | Yes | Yes | Yes | No | Yes | No | No |
| Privacy | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Surplus Land | No | No | No | Yes | No | Yes | No | Yes | No |
| Property Condition | Average[1] | Average | Average | Average | Excellent | Average | Average | Excellent | Average |
| Access (Easement) | Yes | None | None | None | None | None | None | None | None |
| **Adjustments** | | | | | | | | | |
| Location | | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Living Area (SF) | | (0) | (+) | (+) | (0) | (0) | (0) | (0) | (0) |
| Lot Size (ac) | | (+) | (+) | (+) | (+) | (+) | (+) | (+) | (+) |
| Property Condition | | (0) | (0) | (0) | (-) | (0) | (0) | (0) | (0) |
| **Amenities** | | | | | | | | | |
| Garage | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Pool | | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Tennis Court | | (0) | (-) | (-) | (-) | (0) | (-) | (0) | (0) |
| **Water View** | | | | | | | | | |
| Ocean Frontage | | (-) | (-) | (-) | (0) | (-) | (+) | (0) | (-) |
| Bay Frontage | | (0) | (0) | (0) | (0) | (0) | (-) | (-) | (0) |
| Privacy | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Access (Easement) | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Net Adjustment | | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Conclusion | | Superior | Superior | Superior | Superior | Superior | Superior | Superior | Superior |

[1] Property condition is assumed to be average based on our partial inspection of the Main House.

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

## Sales Analysis/Notes to Adjustments

Elements of comparison are the characteristics of properties and transactions that cause variation among sale prices. In the following paragraphs, each of the sales characteristics and adjustments, as they appear on the adjustment grids, are discussed.

### Location

An analysis of the sufficiency and quality of the various location factors, insofar as these factors affect value. Adjustments for location are required when the locational characteristics of a comparable property are different from those of the subject property; superior locations typically result in higher property values.

The Subject Properties are located in the Village of Southampton. No location adjustments were made to the comparable sales because they are all located within the municipality of Southampton.

### Physical Traits

Each property has various physical traits that determine its appeal. These traits include size, condition, utility and other factors that are specific to the particular asset class.

- The size adjustment is an analysis of the relationship between the area of the improvements and the sale price of the property. This analysis is based on the proposition in the real estate market that, other things remaining equal, a smaller property will command a higher the value per square foot/per acre (and vice versa).

  - We have adjusted comparable Sales 2 and 3 upward to account for the larger square footage of the improvements. Additionally, we have adjusted all sales upward to account for the larger lot acreage.

- The age, quality and condition adjustment is an analysis of the relationship between the condition of the improvements and the sale price of the property. This analysis is based on the proposition in the real estate market that, other things remaining equal, a newer property in better condition will command a higher the value per square foot (and vice versa).

  - The Subject Properties are in average condition.[5] Based on our review of the comparable sales, we determined all sales are in average condition besides Sales 4 and 7, which is considered excellent condition. Therefore, we have adjusted Sales 4 and 7 downward to account for superior quality and construction.

---

[5] The property condition of the Main House is assumed to be average based on our partial inspection.

## 366 Gin Lane Sales Analysis

The Guest House contains an attached six car garage, amenities such as a pool and tennis court and spans 160 feet of ocean frontage. The property does not have any surplus land and is situated adjacent to the Main House, which impedes on the privacy of the property. Additionally, there is an easement that encumbers the use of the driveway which is shared between the Main House and Guest House. We have utilized our knowledge of the Subject Property to make the following qualitative adjustments to the comparable sales:

- Sale 2 was adjusted upward to account for the detached garage.

- Sales 1, 5, 8 and 8 were adjusted upward for the lack of tennis court.

- Sales 1, 2, 3, 5 and 8 were adjusted downward for their superior ocean frontage.

- Sales 6 and 7 were adjusted downward for their superior bay frontage.

- All sales were adjusted downward for their superior privacy.

- All sales were adjusted downward for their superior access and lack of easement.

- It is unlikely that a buyer would acquire 366 Gin Lane knowing that 376 Gin Lane will go through major renovations/construction for 3-4 years.

## 376 Gin Lane Sales Analysis

The Main House does not contain an attached garage or tennis court, has a private pool and spans 260 feet of ocean frontage. The property does not have any surplus land and is situated adjacent to the Guest House, which impedes on the privacy of the property. Additionally, there is an easement that encumbers the use of the driveway which is shared between the Main House and Guest House. We have utilized our knowledge of the Subject Property to make the following qualitative adjustments to the comparable sales:

- All sales were adjusted downward due to their garage being located on the property.

- Sales 2, 3, 4 and 6 were adjusted upward for the lack of tennis court.

- Sales 2, 3, 5, and 8 were adjusted downward for their superior ocean frontage. Sales 4 and 6 were adjusted upward for their inferior ocean frontage.

- Sales 6 and 7 were adjusted downward for their superior bay frontage.

- All sales were adjusted downward for their superior privacy.

- All sales were adjusted downward for their superior access and lack of easement.

## Summary of Sales Comparison Approach

| Summary | $/SF |
|---|---|
| Minimum: | $2,707 |
| Q1, First Quartile | $3,022 |
| Median | $3,650 |
| Q3, Third Quartile | $4,632 |
| Maximum: | $7,250 |
| Weighted Average: | $4,464 |
| | |
| Number of Data Points | 8 |
| Number of Data Points within Q1 and Q3 | 4 |
| % of Data Points within Q1 and Q3 | 50% |

The comparable sales reflected a range of $2,707 to $7,250 per square foot. We define the market to be between the first and third quartile of the data set, which reflects a range of $3,022 to $4,632 per square foot. The qualitative adjustments to the comparable sales above indicate that the improved sales comps are superior to the Subject Properties in terms of physical traits, quality and condition. All of the sales have been considered in the estimation of the Subject Properties' market value.

It is our professional opinion that the Subject Properties should be sold together to get the highest value possible. Because buyers in the Southampton luxury real estate market value privacy and exclusivity, it is unlikely that the Subject Properties would sell in two separate transactions. Based on our qualitative analysis, discussions with market participants and market research, the following is a summary of our analysis:

| Summary of Sales Comparison Approach | | |
|---|---|---|
| | 366 Gin Lane | 376 Gin Lane |
| Square Feet | 10,667 | 10,784 |
| $/SF | $3,750 | $3,250 |
| Indicated Value | $40,001,250 | $35,048,000 |
| **Concluded Value (Rounded)** | **$40,000,000** | **$35,000,000** |

# Reconciliation

The last step in the appraisal process is reconciliation. The purpose of the reconciliation is to complete the process of correlation, which has taken place throughout the report and to develop the value indications derived in the approaches into a final value opinion. Reconciliation is a discussion that analyzes the quantity and quality of the data examined in each approach. This analysis includes examination of the inherent advantages and disadvantages of the approaches utilized and the relevance they have to the property being appraised and the appraisal problem. Reconciliation is a phase of a valuation assignment in which two or more value indications are processed into a value opinion.

The process of reconciliation involves the analysis of each approach to value. This appraisal employs the Sales Comparison Approach. Based on our analysis and knowledge of the Subject Properties type and relevant buyer profiles, it is our opinion that this approach would be considered applicable and/or necessary for market participants.

## Sales Comparison Approach

The Sales Comparison Approach has arrived at a range of values by analyzing historical arms-length transactions, reducing the gathered information to a common unit of comparison, and developing a quantitative and qualitative comparisons and interpreting the results to yield a meaningful value conclusion.

Strengths

- The Sales Comparison Approach is representative of the actions of buyers and sellers in the Subject Properties' competitive marketplace.

Weaknesses

- Making quantitative adjustments for differences requires careful experience and judgement and these adjustments are often challenging to explain and support satisfactorily.

## Reconciliation Conclusion

In the final reconciliation, I considered the entire appraisal, making sure that the data available and the analytical techniques and logic applied led to consistent judgments. Being that the Subject Properties are residential properties typically purchased by owner-users and not purchased for rental income, the appraiser gave all weight to the Sales Comparison approach because it best reflects the motivations and activities of purchasers in the market.

## Value Conclusions

Based on the agreed to Scope of Work, and as outlined in the report, we have developed an opinion of the retrospective and market value of the fee simple estate of the Subject Properties, subject to the assumptions and limiting conditions, certifications, extraordinary and hypothetical conditions, if any, and definitions, as of the effective dates is as follows:

| Value Conclusions | | | | |
|---|---|---|---|---|
| | **366 Gin Lane** | **$/SF** | **376 Gin Lane** | **$/SF** |
| Retrospective Value as of May 2, 2022 | $40,000,000 | $3,750 | $35,000,000 | $3,246 |
| Market Value as of June 10, 2022 | $40,000,000 | $3,750 | $35,000,000 | $3,246 |

It is our professional opinion that the Subject Properties should be sold together to get the highest value possible. Because buyers in the Southampton luxury real estate market value privacy and exclusivity, it is unlikely that the Subject Properties would sell in two separate transactions.

# Assumptions and Limiting Conditions

"Report" means the consulting report and conclusions stated therein, to which these Assumptions and Limiting Conditions are annexed.

"Property" means the subject of the Report.

"FTI" means FTI Consulting, Inc. or its subsidiary that issued the Report.

"Analyst (s)" means the employee(s) of FTI who prepared analyses and Report.

The Report has been made subject to the following assumptions and limiting conditions:

- No opinion is intended to be expressed and no responsibility is assumed for the legal description or for any matters that are legal in nature or require legal expertise or specialized knowledge beyond that of an appraisal. Title to the Property is assumed to be good and marketable and the Property is assumed to be free and clear of all liens unless otherwise stated. No survey of the Property was undertaken.

- The information contained in the Report or upon which the Report is based has been gathered from sources the Analyst assumes to be reliable and accurate. The owner of the Property may have provided some of such information. Neither the Analyst nor FTI shall be responsible for the accuracy or completeness of such information, including the correctness of estimates, opinions, dimensions, sketches, exhibits and factual matters. Any authorized user of the Report is obligated to bring to the attention of FTI any inaccuracies or errors that it believes are contained in the Report.

- The opinions are only as of the transaction date stated in the Report. Changes since that date in external and market factors or in the Property itself can significantly affect the conclusions in the Report.

- That the definition of value together with other definitions and assumptions on which our analyses are based are set forth in appropriate sections of the report and are to be part of these Assumptions and Limiting conditions as if included in their entirety.

- The Report is to be used in whole and not in part. No part of the Report shall be used in conjunction with any other analyses. Publication of the Report or any portion thereof without the prior written consent of FTI is prohibited. Except as may be otherwise stated in the letter of engagement, the Report may not be used by any person(s) other than the party(ies) to whom it is addressed or for purposes other than that for which it was prepared. The reader agrees that this report is not to be referred to or quoted, in whole or in part, in any registration statement, prospectus, public filing, loan agreement, or other agreement or document and agrees not to distribute the report without FTI's prior written consent.

- Except as may be otherwise stated in the letter of engagement, the Analyst shall not be required to give testimony in any court or administrative proceeding relating to the Property or the appraisal.

- The Report assumes (a) responsible ownership and competent management of the Property; (b) there are no hidden or unapparent conditions of the Property, subsoil or structures that render the Property more or less valuable (no responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them); (c) full compliance with all applicable federal, state and local zoning and environmental regulations and laws, unless noncompliance is stated, defined and considered in the Report; (d) all required licenses, certificates of occupancy and other governmental consents have

**HEARING EXHIBIT 53**

EXPERTS WITH IMPACT™

been or can be obtained and renewed for any use on which the value opinion contained in the Report is based; and (e) is free of all liens and encumbrances except as specifically discussed herein.

▪ The physical condition of the improvements considered by the Report is based on third party data provided to FTI. FTI assumes no responsibility for the soundness of structural components or for the condition of mechanical equipment, plumbing or electrical components.

▪ It is assumed that the utilization of the land and/or improvements is within the boundaries or property lines of the property described herein and that there are no encroachments or trespasses unless noted within the report.

▪ The Report assumes no responsibility for the authenticity or completeness of lease information provided by others. FTI recommends that legal advice be obtained regarding the interpretation of lease provisions and the contractual rights of parties.

▪ The forecasts of income and expenses are not predictions of the future. Rather, they are the FTI's best opinions of current market thinking on future income and expenses. FTI makes no warranty or representation that these forecasts will materialize. The real estate market is constantly fluctuating and changing. It is not FTI's task to predict or in any way warrant the conditions of a future real estate market; FTI can only reflect what the investment community, as of the date of the Report, envisages for the future in terms of rental rates, expenses, and supply and demand.

▪ Unless otherwise stated in the Report, the existence of potentially hazardous or toxic materials that may have been used in the construction or maintenance of the improvements or may be located at or about the Property was not considered in arriving at the opinion of value. These materials (such as formaldehyde foam insulation, asbestos insulation and other potentially hazardous materials) may adversely affect the value of the Property. FTI is not qualified to detect such substances. FTI recommends that an environmental expert be employed to determine the impact of these matters on the opinion of value.

▪ Unless otherwise stated in the Report, compliance with the requirements of the Americans with Disabilities Act of 1990 (ADA) has not been considered in this appraisal. Failure to comply with the requirements of the ADA may adversely affect the value of the Property. FTI recommends that an expert in this field be employed to determine the compliance of the Property with the requirements of the ADA and the impact of these matters on the property.

▪ The appraisal reported herein applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any appraisal and are invalid if so used.

▪ Possession of this report, or a copy thereof, does not carry with it the right of publication.  It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of FTI, and in any event only with proper written qualifications and only in its entirety.

▪ In the event of a claim against FTI or its affiliates or their respective officers or employees in connection with or in any way relating to this Report or this engagement, the maximum damages recoverable shall be the amount of the monies actually collected by FTI or its affiliates for this Report and under no circumstances shall any claim for consequential damages be made.

▪ By use of this Report each party that uses this Report agrees to be bound by all of the Assumptions and Limiting Conditions, Hypothetical Conditions and Extraordinary Assumptions stated herein.

# Certification Statement

The undersigned, do hereby certify that to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- In accordance with USPAP, we have no present or prospective interest in the Subject Properties that are the subject of this Report and no personal interest with respect to the parties involved.

- In accordance with USPAP, we have performed no services, as an appraiser or in any other capacity, regarding the properties that are the subjects of this Report within the three-year period immediately preceding acceptance of this assignment.

- We have no bias with respect to the Subject Properties that is the subject of this Report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed in conformity with the Uniform Standards of Professional Appraisal Practice.

- The reported analyses, opinions and conclusions were developed, and this Report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

- The use of this Report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The Guest House was physically inspected by Danielle Holliday on May 26, 2022 and by Mark S. Dunec and Lauren DeFonte on June 10, 2022. The Main House was partially inspected by Mark S. Dunec and Lauren DeFonte on June 10, 2022. We were not granted access to the main floor and upper floor.

- Lauren DeFonte and Danielle Holliday provided significant real property appraisal assistance to the person signing this certification, including due diligence with regard to the site and improvements description, local area and the sales comparison approach.

- As of the date of this report, Mark S. Dunec has completed the continuing education program for Designated Members of the Appraisal Institute.

**FTI Consulting, Inc.**

Mark S. Dunec, MAI, CRE, FRICS
Managing Director | Real Estate Solutions
NY Certified General Real Estate Appraiser License Number: 46000051295
mark.dunec@fticonsulting.com
973.852.8241 Office Direct

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

Exhibit A

**HEARING EXHIBIT 53**

**EXPERTS WITH IMPACT™**

APPRAISAL OF REAL PROPERTY   **366 & 376 Gin Lane, Southampton, NY**

| # | Address | Property Type | List Price | Living Area (SF) | Lot Size (ac) | Year Built | Ocean Frontage | # of Beds | # of Baths | # of 1/2 Baths | Garage | Surplus Land | Property Condition | Access (Easement | Unadjusted $/SF | Unadjusted $/AC |
|---|---------|--------------|-----------|------------------|---------------|-----------|----------------|-----------|-----------|----------------|--------|-------------|-------------------|------------------|-----------------|-----------------|
| 1 | 700 Meadow Lane, Southampton, NY | Residential | $175,000,000 | 15,521 | 8.00 | 2005 | 500 | 11 | 12 | 4 | Yes | Yes | Average | No | $11,275 | $21,875,000 |
| 2 | **366 & 376 Gin Lane, Southampton, NY (Subject** | **Residential** | **$140,000,000** | **21,451** | **3.61** | **1890/2003** | **420** | **19** | **15** | **3** | **Yes** | **No** | **Average** | **Yes** | **$6,527** | **$38,781,163** |
| 3 | 1080 Meadow Lane, Southampton, NY[1] | Residential | $44,950,000 | 3,900 | 5.18 | 1196 | 295 | 11 | 11 | 2 | Yes | Yes | Average | No | $11,526 | $8,677,606 |
| 4 | 1100 Meadow Lane, Southampton, NY[1] | Residential | $39,500,000 | 3,800 | 3.00 | 1998 | 205 | 5 | 8 | 4 | Yes | Yes | Average | No | $10,395 | $13,166,667 |
| 5 | 1320 Meadow Lane, Southampton, NY | Vacant Land | $75,000,000 | n/a | 9.75 | n/a | 550 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | | $7,692,308 |
| 6 | 201 Lily Pond Lane, East Hampton, NY | Residential | $65,000,000 | 8,000 | 2.70 | 1925 | 400 | 8 | 7 | 1 | Yes | No | Average | No | $8,125 | $24,074,074 |
| 7 | 290 Further Lane, East Hampton, NY | Residential | $68,000,000 | 10,000 | 6.00 | Unknown | 300 | 7 | 9 | 2 | Yes | No | Good | No | $6,800 | $11,333,333 |
| 8 | 33 Lily Pond Lane, East Hampton, NY | Residential | $49,500,000 | 7,000 | 1.80 | Unknown | 175 | 6 | 8 | 0 | No | No | Average | No | $7,071 | $27,500,000 |
| 9 | 381 Dune Road, Bridgehampton, NY | Residential | $47,500,000 | 3,846 | 2.55 | Unknown | 250 | 4 | 4 | 0 | Yes | Yes | Average | no | $12,350 | $18,627,451 |
| 10 | 165 Surfside Drive, Bridgehampton, NY | Residential | $26,995,000 | 4,000 | 1.30 | 1991 | 125 | 5 | 5 | 0 | No | No | Average | No | $6,749 | $20,765,385 |
| 11 | 2056 Montauk Highway, Amagansett, NY | Residential | $25,000,000 | 8,200 | 2.40 | 2009 | | 6 | 7 | 2 | Yes | No | Average | No | $3,049 | $10,416,667 |
| 12 | 216 Old Montauk Highway, Montauk, NY | Residential | $22,500,000 | 3,000 | 1.50 | 2011 | 180 | 3 | 3 | 0 | No | No | Average | No | $7,500 | $15,000,000 |

Source: Douglas Elliman

[1] 1080 & 1100 Meadow Lane are listed together with a total asking price of $78,000,000.

**HEARING EXHIBIT 53**  EXPERTS WITH IMPACT™

# Professional Qualifications



# Mark Dunec

Managing Director

(1) 973.852.8241

mark.dunec@fticonsulting.com



**LOCATION**
Roseland, NJ

**DESIGNATIONS**
MAI
CRE
FRICS

**PROFESSIONAL AFFILIATIONS**
Essex County Improvement Authority, Commissioner

Appraisal Institute's Metro New Jersey Chapter, Board Member

Appraisal Institute

Counselors of Real Estate

Royal Institution of Chartered Surveyors

**EDUCATION**
B.A., History, York University

M.B.A., Finance, Pace University



Mark Dunec is a Managing Director in the Real Estate Solutions industry practice, where he develops strategic real estate operating and capital markets solutions for both domestic and international clients. Mr. Dunec has more than 20 years of experience in the real estate industry, specializing in underwriting pro forma cash flow, valuation, acquisition due diligence, financing, recapitalization, asset and entity restructuring and repositioning.

Mr. Dunec has worked on complex real estate advisory projects across the United States, as well as the Bahamas, Costa Rica, Croatia, England, Ireland, Panama and the United Arab Emirates.

Throughout his career, Mr. Dunec has created and maintained pro forma cash flow models, calculated various sensitivity analyses, determined the profitability of investments and assisted with the management of the entitlement, closing and due diligence processes. He has in-depth experience across all types of commercial and special use properties, with a particular emphasis on hospitality, healthcare and development properties.

Mr. Dunec also has extensive experience encompassing the life cycle of tax liens. He has been involved in the purchasing, managing and redemptions of tax lien portfolios.

Prior to joining FTI Consulting, Mr. Dunec was a Financial Analyst in Lend Lease's Project Finance Group, where he led the underwriting efforts for acquisitions and developments totaling over $500 million. Mr. Dunec was also a Real Estate Analyst for Shurgard Storage Centers, a self-storage REIT, prior to the acquisition by Public Storage, where he was responsible for over $70 million of acquisition and re-development capital of the company's portfolio. Mr. Dunec began his career as an Associate in KPMG's Compensation & Benefits Practice, specializing in executive compensation and the calculation of golden parachutes.

finance from Pace University. He holds certified general appraiser licenses in Connecticut, Florida, Georgia, Massachusetts, New Jersey, New York, Pennsylvania, Rhode Island, Tennessee, Texas and Virginia and holds designations with the Appraisal Institute (MAI), Counselors of Real Estate (CRE) and Royal Institution of Chartered Surveyors (FRICS).

**Disclosure of Expert Testimony:**

- *PPI Talent LLC vs. W Artists LLC et al., JAMS Arbitration No.: 1425036279*

- *96 Wythe Acquisition LLC, Debtor. United States Bankruptcy Court Southern District of New York, Chapter 11, Case No. 21-22108 (RDD)*

- *Fisher Auto Parts, Inc., et al. vs. Fisher, et al., Virginia: The Circuit Court of Augusta County, Case No. CL19002154-00*

- *GVS Portfolio I B LLC, V. Teachers Insurance Annuity Association of America, Supreme Court of New York County of New York, Case No. Index No. 654095/2020*

- *Huntington Way Associates, LLC and RRI Associates, LLC and WB-US Enterprises, Inc. Case No. 01-20-0015-3929*

- *Phillip Wiskow vs. Helen Zanetakos, Superior Court of New Jersey, County of Morris, Docket No.: FM-14-001316-08-A*

- *Atlas MF Mezzanine Borrower, LLC vs. Macquarie Texas Loan Holder, LLC, KKR REPA AIV-2, LP, and KRE LRP Osprey Venture, LLC, Superior Court of the State of New York County of New York, Index No. 651657/2017*

- *RCHF, LLC et al. vs. Marriott Vacations Worldwide Corp et al., In The United State District Court, District of Colorado, Civil Action No.: 1:16-cv-01301-PAB-GBG*

- *Bank of America, N.A. vs. Stonestreet Hospitality Realty Company, LLC,* Superior Court Judicial District of New London at New London, Docket Nos.: KNL-CV-16-6026981-S

- *Trump Taj Mahal Associates, LLC vs. City of Atlantic City, New Jersey*, Docket Nos.: 7574-2008; 10192-2009; 584-2010

- *Trump Marina Associates, LLC vs. City of Atlantic City, New Jersey*, Docket Nos.: 7488-2008; 10454-2009; 6062-2010

- *Trump Plaza Associates, LLC vs. City of Atlantic City, New Jersey*, Docket Nos.: 7488-2008; 10454-2009; 6064-2010

**HEARING EXHIBIT.53**

1



# Mark Dunec

Managing Director

(1) 973.852.8241
mark.dunec@fticonsulting.com



**LOCATION**
Roseland, NJ

**DESIGNATIONS**
MAI
CRE
FRICS

**PROFESSIONAL AFFILIATIONS**
Essex County Improvement Authority, Commissioner
Appraisal Institute's Metro New Jersey Chapter, Board Member
Appraisal Institute
Counselors of Real Estate
Royal Institution of Chartered Surveyors

**EDUCATION**
B.A., History, York University
M.B.A., Finance, Pace University



**Publications / Panels:**

The Seattle Times: *"Aging gasoline storage tanks in WA pose environmental hazard but many owners can't afford cleanup"*, May 2022, quoted

CRE and Multifamily Finance In the Spotlight: *"Above or Below the Line: How Expense Categorization Affects Multifamily Valuation"*, March 2022, Co-authored with Jason Basedow of FTI Consulting

The Real Deal: *"Avoiding Partnership Waterfall Disputes and Potential Litigation"*, January 2022, Co-authored with Eun Oh of FTI Consulting

Grist: *"Think apartment-hunting is frustrating? Try doing it with an electric car."*, December 2021, quoted

Connected Real Estate Magazine: *"How can office and apartment landlords provide charging for all those electric vehicles?"*, November 2021, quoted

University of Miami: *"Active versus passive real estate appreciation in matrimonial litigation"*, October 2021, Panelist

GlobeSt: *"Are EV Charging Stations Worth the Investment?"*, August 2021, quoted

Bloomberg Tax Journal: *"Passive Real Estate Appreciation in High-Asset Matrimonial Litigation"*, June 2021, Co-authored with Daniel Serviss of Greenbaum, Rowe, Smith & Davis LLP

University of Miami: *"Real Estate Law Transparency and Other Factors Driving Demand for South Florida Real Estate"* , April 2021, Panelist

New Jersey State Bar Association: *"The Haunting Trinity of Vexing Valuation issues in High Asset Matrimonial Litigation"*, February 2021, Panelist

**HEARING EXHIBIT 53**

2



# Mark Dunec

Managing Director

(1) 973.852.8241
mark.dunec@fticonsulting.com



**LOCATION**
Roseland, NJ

**DESIGNATIONS**
MAI
CRE
FRICS

**PROFESSIONAL AFFILIATIONS**
Essex County Improvement Authority, Commissioner
Appraisal Institute's Metro New Jersey Chapter, Board Member
Appraisal Institute
Counselors of Real Estate
Royal Institution of Chartered Surveyors

**EDUCATION**
B.A., History, York University
M.B.A., Finance, Pace University



**Publications / Panels:**

Environmental Law Institute: _"Governing the Gasoline Spigot – Gas Stations and the Transition Away from Gasoline"_, January 2021, Panelist

Law360: _"How to Reliably Value Income-Producing Real Estate"_, January 2021, Co-authored with Anthony DellaPelle of McKirdy Riskin Olson & DellaPelle PC

Commercial Property Executive: _"What Gas Station Owners Need to Know About the Electric Revolution"_, September 2019, Podcast

Real Assets Adviser: _"5 Questions: Electric vehicles and the end of gasoline stations"_, December 2019, Author

**HEARING EXHIBIT 53**

3

\*\*\*\*\*\*\*\*\*\*\*\*



**HEARING EXHIBIT 53**