**Exhibit 78:**



# HAMPTONS YEAR END 2021
# HOME SALES REPORT

"For years now I have been referring to the high end being on a 7-year cycle to blast through new ceilings and 2021 is right on time! Let's evaluate the year by going right to the finale -- All Hamptons Markets Combined -- and slide your eyes to the last of all the price ranges monitored by Town & Country Real Estate. In the $20M+ price range 28 deals closed over $20M. That's a record no other year comes close to. As I've mentioned several times before over the past three decades of writing these reports, when the stock market does well Hamptons real estate follows. The stock market rose up 20% and our Median Home Sales Price rose 19% with Total Home Sales Volume swelling 25%. It's a clear connection between the two. Let's dig deep and see where the big bucks went."

Judi Desiderio, CEO | JD@TCHamptons.com | 631.324.8080

| THE HAMPTONS ALL MARKETS COMBINED | # OF HOME SALES | TOTAL HOME SALES VOLUME | MEDIAN HOME SALES PRICE | # SALES UNDER $500K | # SALES $500K - $999K | # SALES $1M - $1.99M | # SALES $2M - $3.49M | # SALES $3.5M - $4.99M | # SALES $5M - $9.99M | # SALES #10M - $19.99M | # SALES $20M+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 2,557 | 7,224,790,815 | 1,613,000 | 78 | 672 | 785 | 524 | 200 | 202 | 68 | 28 |
| CHANGE | +4% | +24.84% | +19.04% | -52% | -13% | +12% | +23% | +11% | +45% | +28% | +65% |
| 2020 | 2,450 | 5,787,371,421 | 1,355,000 | 162 | 770 | 703 | 426 | 180 | 139 | 53 | 17 |

# HAMPTONS HEAT MAP
BASED ON THE NUMBER OF TOTAL SALES



To view all reports visit: https://www.townandcountryhamptons.com/market-reports
All information is deemed reliable and correct. Information is subject to errors, omissions and withdrawal without prior notice. (Source: The Real Estate Report Inc.)

EAST HAMPTON | BRIDGEHAMPTON | SOUTHAMPTON | WESTHAMPTON BEACH | MONTAUK | MATTITUCK | GREENPORT | TOWNANDCOUNTRYHAMPTONS.COM



# HAMPTONS YEAR END 2021
# HOME SALES REPORT

## MEDIAN HOME SALES PRICE



## SALES TRENDS




## TOTAL # OF HOME SALES



To view all reports visit: https://www.townandcountryhamptons.com/market-reports
All information is deemed reliable and correct. Information is subject to errors, omissions and withdrawal without prior notice. (Source: The Real Estate Report Inc.)

 | EAST HAMPTON | BRIDGEHAMPTON | SOUTHAMPTON | WESTHAMPTON BEACH | MONTAUK | MATTITUCK | GREENPORT | TOWNANDCOUNTRYHAMPTONS.COM



# HAMPTONS YEAR END 2021
# HOME SALES REPORT



$4,850,000
Web# 8781767

# SOUTHAMPTON

"Southampton Village was the only one of the 12 markets monitored by Town & Country to experience a decline of -8.3% in Total Home Sales Volume year-over-year yet the Median Home Sales Price increased 10.3% to $3.225M. The Southampton Area experienced a whopping 233% increase in home sales in the $5M-$9.99M price range. Up from 3 in 2020 to 10 in 2021."

Judi Desiderio, CEO | JD@TCHamptons.com | 631.324.8080

| SOUTHAMPTON AREA (INCLUDES NORTH SEA) | | # OF HOME SALES | TOTAL HOME SALES VOLUME | MEDIAN HOME SALES PRICE | # SALES UNDER $500K | # SALES $500K - $999K | # SALES $1M - $1.99M | # SALES $2M - $3.49M | # SALES $3.5M - $4.99M | # SALES $5M - $9.99M | # SALES #10M - $19.99M | # SALES $20M+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2021 | 248 | 425,017,087 | 1,305,000 | 6 | 87 | 85 | 50 | 10 | 10 | - | - |
| | CHANGE | -2% | +13.19% | +24.29% | -50% | -22% | +25% | +2% | - | +233% | - | - |
| | 2020 | 254 | 375,477,582 | 1,050,000 | 12 | 112 | 68 | 49 | 10 | 3 | - | - |

| SOUTHAMPTON VILLAGE | | # OF HOME SALES | TOTAL HOME SALES VOLUME | MEDIAN HOME SALES PRICE | # SALES UNDER $500K | # SALES $500K - $999K | # SALES $1M - $1.99M | # SALES $2M - $3.49M | # SALES $3.5M - $4.99M | # SALES $5M - $9.99M | # SALES #10M - $19.99M | # SALES $20M+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2021 | 132 | 759,440,336 | 3,225,000 | 2 | 11 | 23 | 32 | 16 | 31 | 9 | 8 |
| | CHANGE | +2% | -8.26% | +10.26% | - | +57% | -21% | +3% | -38% | +138% | -36% | - |
| | 2020 | 130 | 827,782,235 | 2,925,000 | 2 | 7 | 29 | 31 | 26 | 13 | 14 | 8 |

To view all reports visit: https://www.townandcountryhamptons.com/market-reports
All information is deemed reliable and correct. Information is subject to errors, omissions and withdrawal without prior notice. (Source: The Real Estate Report Inc.)

 EAST HAMPTON | BRIDGEHAMPTON | SOUTHAMPTON | WESTHAMPTON BEACH | MONTAUK | MATTITUCK | GREENPORT | TOWNANDCOUNTRYHAMPTONS.COM