# IN UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRIT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| BRICKCHURCH ENTERPRISES, INC., | Case No. 22-70914-ast |
| Debtor. | |

## DEBTOR'S STATEMENT AND NOTICE OF RECEIPT OF OFFER TO PURCHASE DEBTOR'S REAL PROPERTY

Brickchurch Enterprises, Inc., (the "*Debtor*"), the debtor and debtor in possession in the above-captioned chapter 11 case, by and through its counsel submits this statement and notice of receipt of initial offer to purchase Debtor's real property.

## PURCHASE OFFER

1. The Debtor has received an initial offer to purchase its property located at 366 Gin Lane, Southampton. The details of the initial offer are included in the attached letter from broker Nest Seekers International.

Dated: August 31, 2022

Respectfully submitted,

SIMMONS LEGAL PLLC

*/s/ Camisha L. Simmons*

**Camisha L. Simmons**
SIMMONS LEGAL PLLC
1330 Avenue of the Americas, Suite 23A
New York, New York 10019
212.653.0667 (Telephone- New York)
214.643.6192 (Telephone- Dallas)
800.698.9913 (Facsimile)
Email: camisha@simmonslegal.solutions

*COUNSEL FOR DEBTOR*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on August 31, 2022, a true and correct copy of the foregoing *Debtor's Statement and Notice of Receipt of Offer to Purchase Debtor's Real Property* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

                                             /s/ *Camisha L. Simmons*
                                             Camisha L. Simmons