IN UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRIT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>BRICKCHURCH ENTERPRISES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-70914-ast |

### DEBTOR'S STATEMENT AND NOTICE OF RECEIPT OF
### OFFER TO PURCHASE DEBTOR'S REAL PROPERTY

Brickchurch Enterprises, Inc., (the "*Debtor*"), the debtor and debtor in possession in the above-captioned chapter 11 case, by and through its counsel submits this statement and notice of receipt of initial offer to purchase Debtor's real property.

### PURCHASE OFFER

1. The Debtor has received an initial offer to purchase its property located at 366 Gin Lane, Southampton. The details of the initial offer are included in the attached letter from broker Nest Seekers International.

Dated: August 31, 2022

Respectfully submitted,

S<small>IMMONS</small> L<small>EGAL</small> PLLC

*/s/ Camisha L. Simmons*

**Camisha L. Simmons**
S<small>IMMONS</small> L<small>EGAL</small> PLLC
1330 Avenue of the Americas, Suite 23A
New York, New York 10019
212.653.0667 (Telephone- New York)
214.643.6192 (Telephone- Dallas)
800.698.9913 (Facsimile)
Email: camisha@simmonslegal.solutions

*COUNSEL FOR DEBTOR*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on August 31, 2022, a true and correct copy of the foregoing *Debtor's Statement and Notice of Receipt of Offer to Purchase Debtor's Real Property* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons



30th August 2022

Louise Blouin
366/376 Gin Lane
Southampton NY 11968


Louise,

Re: Customer Offer for Gin Lane

Just sending you an update. The buyers visited the property again on Sunday with their architect, and the principals of the purchasing entity. The showing took over an hour and a half they discussed at length their intent to purchase the properties, and their proposed structuring of renting the houses for a 2-month period and wanting to close on the sales within 60 days.

They left to discuss their offer and stated it would be forth coming. Later that evening their agent called me to say she got their initial offer and would be submitting it formally within the next day. The offer communicated at that time was as follows:

There are no financing contingencies and properties will be bought in separate newly formed LLCs
The rental for 366 Gin Lane at $300,000.00 for September, $250,000.00 for October total for the 2-month period $550,000.00
The offer for sale at $65m for 366 Gin Lane to close on or about November 4th 2022
*They were asking the furniture to be included, however I said the furniture would be by separate agreement between the parties, as it was not discussed before and not included in the sale.*

The agent Elizabeth Bowden and I have been communicating throughout the day and I expect the written offer today. She has been waiting for principal approval to send.

As soon as it is received, I will forward it to you to discuss.

Thank you

*Geoff Gifkins*
Geoff Gifkins
Regional Manager
Nest Seekers International



Doc ID: 8c62db28375fbe4eaf6cfe48fa9d351b67b44d46





Doc ID: 8c62db28375fbe4eaf6cfe48fa9d351b67b44d46

# HELLOSIGN      Audit Trail

| | |
|---|---|
| **TITLE** | Please Sign |
| **FILE NAME** | 366 Gin Lane offer Letter.docx |
| **DOCUMENT ID** | 8c62db28375fbe4eaf6cfe48fa9d351b67b44d46 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**  08 / 31 / 2022  02:07:40 UTC
Sent for signature to Geoff Gifkins (geoffg@nestseekers.com) from ggifkins@gmail.com
IP: 69.114.73.16

**VIEWED**  08 / 31 / 2022  02:08:11 UTC
Viewed by Geoff Gifkins (geoffg@nestseekers.com)
IP: 69.114.73.16

**SIGNED**  08 / 31 / 2022  02:08:27 UTC
Signed by Geoff Gifkins (geoffg@nestseekers.com)
IP: 69.114.73.16

**COMPLETED**  08 / 31 / 2022  02:08:27 UTC
The document has been completed.

Powered by HELLOSIGN