United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-70914-ast |
| Brickchurch Enterprises, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 07, 2022 | Form ID: 295 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brickchurch Enterprises, Inc., c/o BCI Management, 165 Broadway 23rd Floor, New York, NY 10006-1452 |
| aty | + | Anthony M. Saccullo, A.M. Saccullo Legal, LLC, 27 Crimson King Drive, Bear, DE 19701-2392 |
| | + | Anthony M. Saccullo, Esq., 27 Crimson King Dr., Bear, DE 19701-2392 |
| | + | Camisha L. Simmons, Esq., 1330 Avenue of the Americas, Suite 23A, New York, NY 10019-5483 |
| | + | Craig D. Robins, Esq., 35 Pinelawn Road, Suite 106-E, Melville, NY 11747-3100 |
| | + | Haynes and Boone, LLP, Attn: Leslie C. Thorne, Michael Freyberg, Greg Kramer, 30 Rockefeller Plaza, 26th Floor, New York, NY 10112-0086 |
| | + | William Birmingham, Esq., 560 Federal Plaza, Central Islip, NY 11722-4456 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camisha Simmons | |
| | on behalf of Debtor Brickchurch Enterprises  Inc. camisha@simmonslegal.solutions |
| Craig D Robins | |
| | on behalf of Debtor Brickchurch Enterprises  Inc. CraigR@CraigRobinsLaw.com, lauren@craigrobinslaw.com,ECF@craigrobinslaw.com,Carolyn@craigrobinslaw.com |
| Elizabeth E Malang | |

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 07, 2022 | Form ID: 295 | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Creditor Sotheby's International Realty Inc. emalang@ryanconlon.com |
| Martha Wyrick | |
| | on behalf of Creditor JGB Capital LP martha.wyrick@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Martha Wyrick | |
| | on behalf of Creditor JGB Plymouth Rock LLC martha.wyrick@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Martha Wyrick | |
| | on behalf of Creditor JGB Partners LP martha.wyrick@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Martha Wyrick | |
| | on behalf of Creditor JGB (Cayman) Ancona Ltd. martha.wyrick@haynesboone.com, kenneth.rusinko@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Creditor JGB Plymouth Rock LLC richard.kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com;kenneth.rusinko@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Creditor JGB Capital LP richard.kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com;kenneth.rusinko@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Creditor JGB Partners LP richard.kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com;kenneth.rusinko@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Creditor JGB (Cayman) Ancona Ltd. richard.kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com;kenneth.rusinko@haynesboone.com |
| United States Trustee | |
| | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | |
| | william.birmingham@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor | Brickchurch Enterprises, Inc.<br>Name | EIN: 04–3417524 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 11  4/30/22 |
| Case number: | 8–22–70914–ast | |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 8/31/22 was filed on 9/6/22.

The following deadlines apply:

The parties have until September 13, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 27, 2022.

If a Transcript Redaction Request is filed, the redacted transcript is due October 7, 2022.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 5, 2022, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber eScribers, LLC at 973–406–2250 or you may view the document at the public terminal at the Office of the Clerk.

Dated: September 7, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]