# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In Re. Brickchurch Enterprises, Inc. § Case No. 22-70914
§
§
Debtor(s) §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2022  Petition Date: 04/30/2022

Months Pending: 4  Industry Classification: 5 3 1 3

Reporting Method: Accrual Basis ○  Cash Basis ⊙

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Louise Blouin    *Louise T Blouin*     Louise Blouin, Director
Signature of Responsible Party                Printed Name of Responsible Party

09/20/2022
Date

366 Gin Lane, Southampton, NY, 11968
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Brickchurch Enterprises, Inc.

Case No. 22-70914

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $28,255 | |
| b. Total receipts (net of transfers between accounts) | $705 | $0 |
| c. Total disbursements (net of transfers between accounts) | $285 | $1,244 |
| d. Cash balance end of month (a+b-c) | $28,675 | |
| e. Disbursements made by third party for the benefit of the estate | $15,746 | $68,611 |
| f. Total disbursements for quarterly fee calculation (c+e) | $16,031 | $69,855 |

| Part 2: Asset and Liability Status | Current Month |
|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | |
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $28,675 |
| e. Total assets | $22,424,713 |
| f. Postpetition payables (excluding taxes) | $1,560,000 |
| g. Postpetition payables past due (excluding taxes) | $1,560,000 |
| h. Postpetition taxes payable | $96,560 |
| i. Postpetition taxes past due | $96,560 |
| j. Total postpetition debt (f+h) | $1,656,560 |
| k. Prepetition secured debt | $43,376,485 |
| l. Prepetition priority debt | $352,640 |
| m. Prepetition unsecured debt | $10,584,103 |
| n. Total liabilities (debt) (j+k+l+m) | $55,969,788 |
| o. Ending equity/net worth (e-n) | $-33,545,075 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) | Current Month | Cumulative |
|---|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $15,746 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $390,000 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-405,746 | $-1,601,600 |

UST Form 11-MOR (12/01/2021)

2

Debtor's Name  Brickchurch Enterprises, Inc.                                    Case No.  22-70914

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Brickchurch Enterprises, Inc.                                             Case No. 22-70914

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                                                                    Case No. 22-70914

|   |        |   |   |   |   |   |   |
|---|--------|---|---|---|---|---|---|
|   | lxxix  |   |   |   |   |   |   |
|   | lxxx   |   |   |   |   |   |   |
|   | lxxxi  |   |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |   |
|   | lxxxiv |   |   |   |   |   |   |
|   | lxxxv  |   |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |   |
|   | lxxxix |   |   |   |   |   |   |
|   | xc     |   |   |   |   |   |   |
|   | xci    |   |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |   |
|   | c      |   |   |   |   |   |   |
|   | ci     |   |   |   |   |   |   |

|    |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|----|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
|    | *Itemized Breakdown by Firm* | | | | | | |
|    |      | Firm Name | Role |   |   |   |   |
|    | i    |   |   |   |   |   |   |
|    | ii   |   |   |   |   |   |   |
|    | iii  |   |   |   |   |   |   |
|    | iv   |   |   |   |   |   |   |
|    | v    |   |   |   |   |   |   |
|    | vi   |   |   |   |   |   |   |
|    | vii  |   |   |   |   |   |   |
|    | viii |   |   |   |   |   |   |
|    | ix   |   |   |   |   |   |   |
|    | x    |   |   |   |   |   |   |
|    | xi   |   |   |   |   |   |   |
|    | xii  |   |   |   |   |   |   |
|    | xiii |   |   |   |   |   |   |
|    | xiv  |   |   |   |   |   |   |

Debtor's Name  Brickchurch Enterprises, Inc.                                             Case No. 22-70914

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Brickchurch Enterprises, Inc.                                          Case No.  22-70914

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Brickchurch Enterprises, Inc.                                    Case No. 22-70914

|   | xcix |   |   |   |   |   |
|---|------|---|---|---|---|---|
|   | c    |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---:|---:|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $96,560 | $96,560 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ◯  No ⦿ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◯  No ⦿ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◯  No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯  No ◯  N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ◯  No ⦿ |
|    | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿ (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ⦿  No ◯ |
|    | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯ (if no, see Instructions) |
|    | General liability insurance? | Yes ⦿  No ◯ |
|    | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ◯ |

UST Form 11-MOR (12/01/2021)                                    8

Debtor's Name Brickchurch Enterprises, Inc.                                           Case No. 22-70914

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

s/ *Louise T Blouin*                                                                                    Louise Blouin

Signature of Responsible Party                                                                Printed Name of Responsible Party

Director                                                                                                    09/20/2022

Title                                                                                                            Date

UST Form 11-MOR (12/01/2021)                           9

Debtor's Name  Brickchurch Enterprises, Inc.                                          Case No.  22-70914


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Brickchurch Enterprises, Inc.                                Case No.  22-70914



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                          11

Debtor's Name  Brickchurch Enterprises, Inc.                                    Case No.  22-70914


PageThree


PageFour

**Expenses Allocation**

| Name of the Bank | Bank Account | Date | Description | Supplier | Type | Fund | Amount | BEI |
|---|---|---|---|---|---|---|---|---|
| Coutts | M/C 1581 | 8/16/2022 | Refuse removal service | Emil Norsic - Refuse Services | Repairs and Maintenance | | 276 | Aug'22 |
| Coutts | M/C 1581 | 8/16/2022 | Internet and TV | Optimum | Utilities | | 506 | Aug'22 |
| FNBLI | *0231 | 8/25/2022 | US Trustee Quarterly Fee | | Legal and professional | | 250 | Aug'22 |
| FNBLI | *0421 | 8/5/2022 | Brickchurch Dwelling Insurance Fee | Colstan & Assoc | Insurance | | 12,209.19 | Aug'22 |
| FNBLI | *0421 | 8/26/2022 | Brickchurch Appraisal | Vanderbilt Appraisals | Legal and professional | | 2,500 | Aug'22 |
| | | | | | Bank Charges | | 30 | Aug'22 |
| | | | | | Bank Charges | | 35 | Aug'22 |

## Brickchurch Enterprises Inc
### Balance Sheet as of Aug 31 2022

| Tax Year | 2022(01-Apr-2022 to 31-08-2022) |
|---|---:|
| **Assets** | |
| Bank | 28,675 |
| Fixed assets | 3,498,684 |
| Accumulated Depreciation | (2,666,649) |
| Land - 366 Gin Lane | 1,076,112 |
| Land - 366 Gin Lane- Initial Cost | 10,000,000 |
| Louise T Blouin | 1,896,637 |
| Aberdeen Ent Holding | 8,591,254 |
| Total Assets* | 22,424,713 |
| **Liabilities** | |
| Accounts Payable | 352,640 |
| JGB** | 44,936,485 |
| Loan from Shareholders | 10,584,103 |
| Common Stock | |
| Beginning of the year | $ (31,846,914) |
| Current year | $ (1,601,600) |
| Other Decreases | |
| Prior year adjustment | |
| Fines and Penalties - Permanent Difference | |
| Total Liabilities and shareholders equity | 22,424,713 |

*Book value of the real estate asset, which holds a real value of 63 MM
** Disputed payoff and interest amount with JGB Partners
** This amount includes disputed post-petition interest of 390,000 per mo.

## Brickchurch Enterprises Inc
Profit and Loss Account for the year from May 2022 to Aug 2022

| Tax Year | 2022 (01-Apr-2022 to 31-08-2022) | | | | |
|---|---|---|---|---|---|
| | May'2022 | June'22 | July-22 | Aug-22 | **Total** |
| Gross Rents | | | | | - |
| Other Income | | | 28,259 | | 28,259 |
| | | | | | - |
| | | | | | - |
| **Total Income** | **0** | **0** | **28,259** | | **28,259** |
| | | | | | |
| Salaries and Wages | | | | | - |
| Repairs and Maintenance | 28,385 | 4,560 | 10,563 | 276 | 43,784 |
| Taxes and Licences | | | | | - |
| Local Property Taxes | | | | | - |
| State Income Taxes | | | | | - |
| Other Miscelleneous Taxes | | | | | - |
| Real Estate Taxes | | | | | - |
| | | | | | - |
| Interest** | 390,000 | 390,000 | 390,000 | 390,000 | 1,560,000 |
| Depreciation | | | | | - |
| | | | | | - |
| Other Deductions | | | | | - |
| Insurance | | | | 12,209 | 12,209 |
| Legal and professional | 1,375 | 5,000 | | 2,750 | 9,125 |
| Lender Fee | | | | | - |
| Security | | | | | - |
| Utilities | | 463 | 3,578 | 506 | 4,547 |
| Automobile and truck expenses | | | | | - |
| Bank Charges | 20 | 90 | 20 | 5 | 135 |
| Travel | | | | | - |
| Office expenses | | 59 | | | 59 |
| Postage and shipping | | | | | - |
| Telephone | | | | | - |
| Management Fees | | | | | - |
| | | | | | - |
| **Total Expenses** | **419,780** | **400,172** | **404,161** | **405,746** | **1,629,859** |
| | | | | | |
| **Taxable Income** | | | | | **- 1,601,600** |

**As per communication from JGB, although to be dispute as part of Ch11 process

```
                                            Direct Inquiries To:
                                            SOUTHHAMPTON
                                            150 HAMPTON RD
                                            SOUTHAMPTON NY 11968

                                            Telephone: (631)772-9950


                                            Account Number   64-7000231
    BRICKCHURCH ENTERPRISES INC             Statement Period AUG  1, 2022
    DEBTOR IN POSSESSION 8-22-70914-AST          through      AUG 31, 2022
    366 GIN LN
    SOUTHAMPTON NY 11968-5077




BUSINESS CHECKING PLUS
Account: 64-7000231

                         Account Summary

Beginning Balance             $ 28,254.74
Credits/Interest/Deposits       28,959.93
Debits/Charges/Withdrawals      28,539.93
Ending Balance                $ 28,674.74


                              Transactions

Date    Description                              Credits      Debits        Balance

Aug  1 BEGINNING BALANCE                                                 $ 28,254.74
Aug  8 DEPOSIT                                    200.00                   28,454.74
Aug  8 REFUNDED SERVICE FEE                        30.00                   28,484.74
Aug  8 CHECK 0                                              28,254.93         229.81
Aug 22 INCOMING WIRE 59417042 MRS LOU ISE THERESE BLOUIN 475.00               704.81
Aug 23 DEPOSIT                                 28,254.93                   28,959.74
Aug 25 QUARTERLY FEE PAYMENT BRICKCHURCH ENTERPRISE 0000       250.00      28,709.74
Aug 31 SERVICE FEE                                              35.00
Aug 31 ENDING BALANCE                                                    $ 28,674.74


                    * Indicates skip in Check Numbers

Check#        Amount          Check#       Amount          Check#        Amount

            28,254.93     |                            |

        Total Number of Checks 1              Total Amount of Checks $28,254.93
```

BRICKCHURCH ENTERPRISES INC
DEBTOR IN POSSESSION 8-22-70914-AST
366 GIN LN
SOUTHAMPTON NY 11968-5077

Account Number   64-7000231
Statement Period AUG  1, 2022
        through   AUG 31, 2022

Summary of Overdraft and Returned Item Fees

|  | Total for This Period | Total Year-to-Date |
| --- | --- | --- |
| Total Returned Items Fees | 0.00 | 0.00 |
| Total Overdraft Fees | 0.00 | 30.00 |