UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>BRICKCHURCH ENTERPRISES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8-22-70914-ast<br><br>Response Deadline:  October 17, 2022 |

NOTICE OF APPLICATION OF DEBTOR PURSUANT TO SECTIONS 327(e)
AND 328 OF THE BANKRUPTCY CODE, FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2014(a), AND LOCAL BANKRUPTCY
RULE 2014-1 FOR AUTHORITY TO RETAIN AND EMPLOY
<u>DUANE MORRIS LLP AS SPECIAL LITIGATION COUNSEL</u>

**PLEASE TAKE NOTICE** that the following application was filed on **Thursday, September 22, 2022:**

- Application of Debtor Pursuant to Sections 327(e) and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2014(a), and Local Bankruptcy Rule 2014-1 for Authority to Retain and Employ Duane Morris LLP as Special Litigation Counsel [Docket No. 106] (the "*Application*").

**PLEASE TAKE FURTHER NOTICE THAT RESPONSES OR OBJECTIONS, IF ANY, TO THE APPLICATION MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT AND SERVED UPON THE UNDERSIGNED COUNSEL FOR DEBTOR SO AS TO BE RECEIVED BY <u>OCTOBER 17, 2022</u> (the "<u>RESPONSE DEADLINE</u>").**

**PLEASE TAKE FURTHER NOTICE THAT NO HEARING REGARDING THE APPLICATION WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BY THE RESPONSE DEADLINE.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE IS RECEIVED BY THE RESPONSE DEADLINE, AND NO HEARING IS TIMELY REQUESTED, THE RELIEF REQUESTED IN THE APPLICATION SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Dated:  September 22, 2022                                  Respectfully submitted.

                                                                                                                 SIMMONS LEGAL PLLC

                                                                                                                /s/ *Camisha L. Simmons*
                                                                                                                **Camisha L. Simmons**
                                                                                                                SIMMONS LEGAL PLLC
1330 Avenue of the Americas, Suite 23A
New York, New York 10019
212.653.0667 (Telephone- New York)
214.643.6192 (Telephone- Dallas)
800.698.9913 (Facsimile)
Email:  camisha@simmonslegal.solutions

***COUNSEL FOR DEBTOR***

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on September 22, 2022, a true and correct copy of the foregoing *Notice of Application of Debtor Pursuant to Sections 327(e) and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2014(a), and Local Bankruptcy Rule 2014-1 for Authority to Retain and Employ Duane Morris LLP as Special Litigation Counsel* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service and by first class mail to those parties listed on Debtor's service list.

                                                                       /s/ *Camisha L. Simmons*
                                                                       Camisha L. Simmons