Richard S. Kanowitz
Leslie Thorne
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
leslie.thorne@haynesboone.com

-and-

Martha Wyrick (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, TX 75219
(214) 651-5000
martha.wyrick@haynesboone.com

*Attorneys for JGB Partners, LP, JGB Capital, LP,*
*JGB (Cayman) Ancona, Ltd. and JGB Plymouth Rock, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **BRICKCHURCH ENTERPRISES, INC.** | § § § § | **Case No. 8-22-70914-ast** |
| **Debtor.** | § | |

**JGB'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON OCTOBER 26, 2022 AT 11:30 A.M. (ET)**

JGB Partners, LP, JGB Capital, LP, JGB (Cayman) Ancona, Ltd. and JGB Plymouth Rock, LLC and their affiliates (collectively "JGB"), respectfully submit this *JGB's Witness and Exhibit List for Hearing on October 26, 2022 at 11:30 a.m. (ET)* (the "Witness and Exhibit List") for hearing on (i) *JGB's Motion to Dismiss Pursuant to 11 U.S.C. §§ 305(a) and 1112 (b) of the Bankruptcy Code* [Doc. No. 44] (the "Motion to Dismiss"), and (ii) *Motion of the Debtor for Entry*

*of an Order Approving the Debtor's Entry Into Exit Financing Commitment* [Doc. No. 115] (the "Exit Financing Motion"), and respectfully designates the following witnesses and exhibits:

## WITNESSES

1. Brett Cohen, JGB Partners, LP;

2. Charles Andros, Bay Point Advisors, LLC;

3. Any witness designated by any other party; and

4. Any rebuttal or impeachment witnesses.

## JGB's EXHIBITS

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| **JGB Loan Documents** | | | | | | |
| 1. | Mortgage dated 7-25-18 | | | | | |
| 2. | Secured Promissory Note dated 7-25-18 | | | | | |
| 3. | First Default Notice dated 6-4-19 | | | | | |
| 4. | Second Default Notice dated 6-13-19 | | | | | |
| 5. | Third Default Letter dated July 5, 2019 | | | | | |
| 6. | Forbearance Agreement dated 7-11-19 | | | | | |
| 7. | Guaranty Agreement dated 7-11-19 | | | | | |
| 8. | Collateral Assignment of Rents, dated 7-25-2018 | | | | | |
| 9. | JGB Proofs of Claim [Claim Nos. 2–9] | | | | | |
| **State Court Foreclosure Action[1] Documents** | | | | | | |

---

[1] *See JGB Partners, LP, et al. v. Brickchurch Enters., Inc., et al.*, Index No. 6323202/2019 in the Supreme Court for the State of New York, County of Suffolk.

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 10. | Complaint for Foreclosure of a Non-Residential Mortgage dated 11-22-19 [State Court Doc. No. 1] | | | | | |
| 11. | Motion for Default Judgment and Appointment of Referee dated 1-30-20 [State Court Doc. Nos. 24-47] | | | | | |
| 12. | Order Granting Default Judgment and Appointing Referee dated 6-1-21 [State Court Doc. No. 72] | | | | | |
| 13. | Motion to Confirm and Foreclose dated 10-20-21 [State court Doc. Nos. 75-86] | | | | | |
| 14. | Report of Referee of Amount Due dated 7-27-21 [State Court Doc. No. 80] | | | | | |
| 15. | Opposition to Motion to Confirm and Foreclose dated 10-29-21 [State Court Doc. No. 88] | | | | | |
| 16. | Reply in Support of Motion to Confirm and Foreclose dated 11-4-21 [State Court Doc. Nos. 90, 95] | | | | | |
| 17. | Order Confirming Referee's Report dated 1-14-22 [State Court Doc. No. 97] | | | | | |
| 18. | Foreclosure Judgment dated 2-2-22 [State Court Doc. No. 99] | | | | | |
| 19. | Brickchurch Appeal of Foreclosure Judgment dated 03-02-22 [State Court Doc. No. 100] | | | | | |
| 20. | Notice of Sale dated 3-28-22 [State Court Doc. No. 102] | | | | | |
| 21. | Order to Show Cause Requesting Stay of Foreclosure Sale dated 4-25-22 [State Court Doc. Nos. 103-07] | | | | | |
| 22. | Opposition to Order to Show Cause Requesting Stay of Foreclosure Sale dated 4-24-22 [State court Doc. No. 108] | | | | | |
| 23. | Order Denying Order to Show Cause Requesting Stay of Foreclosure Sale dated 4-26-22 [State Court Doc. No. 111] | | | | | |

**Bankruptcy Case Docket and Transcripts**

| **Ex. No.** | **Description** | **Mkd.** | **Off.** | **Obj.** | **Adm.** | **Date** |
|---|---|---|---|---|---|---|
| 24. | Transcript of Conference Held on May 25, 2022 | | | | | |
| 25. | Transcript of Conference Held on June 29, 2022 | | | | | |
| 26. | Voluntary Petition, Schedules and Statement of Financial Affairs [Doc. No. 1] | | | | | |
| 27. | Monthly Operating Report and Amended Monthly Operating Report for Period Ending May 31, 2022 [Doc. Nos. 36, 42] | | | | | |
| 28. | Monthly Operating Report for Period Ending June 30, 2022 [Doc. No. 52] | | | | | |
| 29. | Monthly Operating Report for Period Ending July 31, 2022 [Doc. No. 67] | | | | | |
| 30. | Debtor's Chapter 11 Affidavit Pursuant to Local Rule 1007-4 of the U.S. Bankruptcy Court for the Eastern District of New York [Doc. No. 21] | | | | | |
| **Refinancing Documents** | | | | | | |
| 31. | Letter from Nathan Capital Group, dated 8-7-22 | | | | | |
| **Listing of 366 Gin Lane Documents** | | | | | | |
| 32. | Debtor's Application in Support of the Retention of Nest Seekers LLC D/B/A Nest Seekers International as its Real Estate Broker [Doc. No. 54] | | | | | |
| 33. | Nest Seekers Exclusive Rental Agreement, dated 8-5-22 (updated 8-23-22) | | | | | |
| 34. | Nest Seekers Exclusive Agency Agreement, dated 8-5-22 (updated 8-23-22) | | | | | |
| 35. | Gifkins Declaration [Doc. No. 54, Ex. B, pp. 22–26] | | | | | |
| 36. | Nest Seekers Marketing Plan for 366 Gin Lane [Doc. No. 54, Ex. C, p. 28] | | | | | |
| 37. | NestSeekers Int'l, *Selling the Hamptons*, https://www.nestseekers.com/selling-the-hamptons/ (last visited Aug. 8, 2022) | | | | | |

| **Ex. No.** | **Description** | **Mkd.** | **Off.** | **Obj.** | **Adm.** | **Date** |
|---|---|---|---|---|---|---|
| 38. | Zillow, *366 Gin Ln, Southampton, NY 11968*, https://www.zillow.com/homedetails/366-Gin-Ln-Southampton-NY-11968/64507149_zpid/ (last visited Aug. 12, 2022) | | | | | |
| 39. | Nest Seekers Int'l, *An Oceanfront Compound on Southampton's Gin Lane Relists for $150 Million*, https://www.nestseekers.com/Company/Press/an-oceanfront-compound-on-southamptons-ginlane-re | | | | | |
| **Insurance Documents** | | | | | | |
| 40. | Colstan & Associates Inc., Insurance Binder, dated 8-8-22 | | | | | |
| 41. | Receipt for partial payment of insurance for $12,209.19 to Morstan General Agency, dated 8-8-22 | | | | | |
| 42. | Confirmation of Coverage, Morstan General Agency, dated 8-5-22 | | | | | |
| 43. | Notice of Acceptance and Assignment for Insurance Financing, IPFS of New York, LLC, Account Number NYT-521748 | | | | | |
| 44. | Flood Insurance, Neptune, Notice of Payment Due, dated 7-10-22 | | | | | |
| 45. | Emails between Matt Kabatoff, Melanie Ann, Anne Prosser, Colstan, and JGB demonstrating Debtor's past due insurance payments dated October 2020 | | | | | |
| 46. | Email from Melanie Ann to JGB dated 10-5-2020 stating Mathew Kabatoff is "unable to cover insurance premiums on the Gin Lane Properties at present" | | | | | |
| 47. | Emails from JGB to Colstan & Associates, dated between October 2020 and January 2021 demonstrating JGB insurance payments | | | | | |

| **Ex. No.** | **Description** | **Mkd.** | **Off.** | **Obj.** | **Adm.** | **Date** |
|---|---|---|---|---|---|---|
| 48. | Email from JGB to Colstan & Associates, dated 10-5-21 demonstrating JGB insurance payments | | | | | |
| 49. | Referee Report, p. 88, detailing amounts paid by JGB for insurance | | | | | |
| 50. | Email from Colstan & Associates to JGB, dated 7-22-21 demonstrating insurance proceeds paid to Brickchurch | | | | | |
| 51. | First National Cashiers Check for $28,254.93 paid to Brickchurch | | | | | |
| **JGB's Affidavits and FTI/Debtor's Appraisals** | | | | | | |
| 52. | Affidavit of Brett Cohen in Support of (I) JGB's Motion to Dismiss Pursuant to 11 U.S.C. §§ 305(A) And 1112(B) of the Bankruptcy Code and (II) JGB's Motion for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code [Doc. No. 71] | | | | | |
| 53. | Appraisal of Real Property prepared by FTI Consulting [Doc. No. 70] | | | | | |
| 54. | Affidavit of Mark S. Dunec in Support of (I) JGB's Motion to Dismiss Pursuant to 11 U.S.C. §§ 305(A) And 1112(B) of the Bankruptcy Code and (II) JGB's Motion for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code [Doc. No. 72] | | | | | |
| 55. | Supplemental Affidavit of Mark S. Dunec in Support of (I) JGB's Motion to Dismiss Pursuant to 11 U.S.C. §§ 305(A) And 1112(B) of the Bankruptcy Code and (II) JGB's Motion for Relief from the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code [Doc. No. 75] | | | | | |
| 56. | Mark S. Dunec's Appraisal Review of October 2020 Vanderbilt Appraisal Update dated 8-21-22 [Doc. No. 75] | | | | | |
| 57. | Reserved | | | | | |

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 58. | Mark S. Dunec's Appraisal Review of April 2022 Vanderbilt Appraisal Update dated 8-21-22 [Doc. No. 75] | | | | | |
| 59. | Mark S. Dunec's Appraisal Review of August 2022 Vanderbilt Appraisal Update dated 8-21-22 [Doc. No. 75] | | | | | |
| 60. | Reserved | | | | | |
| 61. | Reserved | | | | | |
| 62. | Vanderbilt Appraisal Update dated 4-26-22 | | | | | |
| 63. | Vanderbilt Appraisal Update dated 8-3-22 | | | | | |
| **The Debtor's Affidavits** | | | | | | |
| 64. | Affidavit of Louise Blouin dated 8-22-22 [Doc. No. 76] | | | | | |
| 65. | Affidavit of Geoffrey Gifkins of NestSeekers dated 8-22-22 [Doc. No. 69] | | | | | |
| 66. | Affidavit of Nicholas Hubbard of Nathan Capital Group dated 8-22-22 [Doc. No. 73] | | | | | |
| 67. | Affidavit of Michael Vargas of Vanderbilt dated 8-22-22 [Doc. No. 74] | | | | | |
| **Deposition Transcripts** | | | | | | |
| 68. | Transcript of Deposition of Geoff Gifkins dated 8-24-22 | | | | | |
| 69. | Transcript of Deposition of Nicholas Hubbard dated 8-25-22 | | | | | |
| 70. | Transcript of Deposition of Mark Dunec dated 8-26-22 | | | | | |
| 71. | Transcript of Deposition of Louise Blouin dated 8-30-22 | | | | | |
| 72. | Transcript of Deposition of Brett Cohen dated 8-30-22 | | | | | |
| **Miscellaneous** | | | | | | |

| **Ex. No.** | **Description** | **Mkd.** | **Off.** | **Obj.** | **Adm.** | **Date** |
|---|---|---|---|---|---|---|
| 73. | Summary of Rents (undated) for rents in September 2019 and Summer 2021 | | | | | |
| 74. | Proof of Claim filed by Suffolk County Comptroller dated 8-20-22 | | | | | |
| 75. | Robb Report, *An Oceanfront Compound in Southampton Relists for $150 Million* (last visited August 22, 2022) | | | | | |
| 76. | 27 East, *Water Hogs of the Hamptons, 2022*, https://www.27east.com/east-hampton-press/water-hogs-of-the-hamptons-2022-2007919/ (last visited August 16, 2022) | | | | | |
| 77. | Siegler, M., Page Six, *Water company shames the Hamptons' billionaire water hogs* (Aug. 15, 2022), *available at* https://pagesix.com/2022/08/15/water-company-shames-hamptons-billionaires-water-hogs/?utm_source=email_sitebuttons&utm_medium=site%20buttons&utm_campaign=site%20buttons | | | | | |
| 78. | Email dated 5-17-22 from R. Kanowitz to C. Robins | | | | | |
| 79. | Email dated 6-2-22 from R. Kanowitz to C. Robins | | | | | |
| 80. | Email dated 6-10-22 from M. Wyrick to C. Robins | | | | | |
| 81. | Letter dated 6-15-22 from R. Kanowitz to C. Robins and the Debtor | | | | | |
| 82. | Email dated 6-17-22 from C. Robins to R. Kanowitz | | | | | |
| 83. | Email from Louise Blouin to Brett Cohen acknowledging delays in curing defaults dated 11-12-21 | | | | | |
| 84. | Morgan Stanley foreclosure complaint against Aberdeen dated 11-25-19 | | | | | |
| 85. | Schwartz summons with notice against Brickchurch for nonpayment of legal fees dated 3-11-22 | | | | | |
| 86. | NestSeekers, *366 & 376 Gin Ln Southampton NY 11968* (last visited August 22, 2022) | | | | | |

| Ex. No. | Description | Mkd. | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|---|
| 87. | Driveway Easement Agreement between Brickchurch and Aberdeen | | | | | |
| 88. | Mark S. Dunec's Appraisal Review of December 2019 Vanderbilt Appraisal Update dated 8-26-22 | | | | | |
| 89. | Reserved | | | | | |
| 90. | Email string from 10-9-22 to 10-18-22 RE: Meet and Confer and Bay Point Capital | | | | | |
| 91. | Letter from Rivkin Radler to the State Court, dated January 13, 2022 [State Court Doc. No. 96] | | | | | |
| 92. | Affirmation of Greg Kramer in Support of Motion to Confirm Referee's Report, Award Legal Fees, and Order a Judgment of Foreclosure [State Court Doc. No. 81] | | | | | |
| 93. | Affirmation of Tamika N. Hardy in Support of Motion to Confirm Referee's Report, Award Legal Fees, and Order a Judgment of Foreclosure [State Court Doc. No. 84] | | | | | |
| 94. | Affirmation of Leslie C. Thorne in Support of Motion to Confirm Referee's Report, Award Legal Fees, and Order a Judgment of Foreclosure [State Court Doc. No. 76] | | | | | |
| 95. | Cohen Affidavit in Support of October 26, 2022 Hearing | | | | | |
| **Other** | | | | | | |
| 96. | Any exhibit designated by any other party | | | | | |
| 97. | Any pleading or other document filed with the Court on the docket of the above-captioned case | | | | | |
| 98. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |

JGB reserves the right to ask the Court to take judicial notice of pleadings and/or transcripts and/or documents filed in or in connection with the Debtor's bankruptcy case, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the hearing

on October 26, 2022. Designation of any exhibit above does not waive any objections that JGB may have to any exhibit listed on any other party's exhibit list.

Dated: October 21, 2022

Respectfully submitted,

**HAYNES AND BOONE, LLP**

/s/ *Richard S. Kanowitz*
Richard S. Kanowitz
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

*Attorneys for JGB Partners, LP,*
*JGB Capital, LP, JGB (Cayman) Ancona, Ltd.*
*and JGB Plymouth Rock, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic transmission via the Court's ECF system to all parties authorized to receive electronic notice in this case on October 21, 2022. A copy of the foregoing has also been provided to the Court in accordance with the Court's procedures.

*/s/ Richard S. Kanowitz*
Richard S. Kanowitz