## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | |
| **BRICKCHURCH ENTERPRISES, INC.,** | **Chapter 11** |
| **Debtor.** | **Case No. 22-70914-ast** |

### [PROPOSED] ORDER REGARDING CLOSING OF DIP LOAN

Upon the letter submission of Bay Point Capital Partners II, LP ("Bay Point"), and joined

with Debtor and Aberdeen Enterprises, Inc.'s, and upon notice to Edward Murphy, counsel for

the Internal Revenue Service, it is hereby ORDERED as follows:

1.      Bay Point may proceed with distribution of the DIP loan proceeds in accordance

with the DIP Order (ECF Doc. 172).  There will be no violation of the obligations of the Notice

of Levy Served upon Bay Point so long as Ms. Blouin does not receive any proceeds from the

DIP Loan.


SO ORDERED:

_____

Alan S. Trust, Chief Bankruptcy Judge