# IN UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: <br><br> BRICKCHURCH ENTERPRISES, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-70914-ast |

## NOTICE OF STATUS CONFERENCE AND HEARING BY ZOOM

**PLEASE TAKE NOTICE** that a **January 25, 2023** status conference and hearing on the below listed agenda items ("*Matters*") filed in the above-captioned case will be heard by Zoom (not-in person) with the United States Bankruptcy Court for the Eastern District of New York (the "*Court*").

**Matters to Be Heard on January 25, 2023 at 11:00 a.m. EST by Zoom**

(a) Case Status Hearing – Case Management Conference [Related Dkt. Item 6];

(b) First Interim Application of Simmons Legal PLLC for Allowance of Compensation and Reimbursement of Expenses for the Period June 21, 2022 to November 20, 2022 [Dkt. No. 176];

(c) Final Application of Craig D. Robins, Esq. for Allowance of Compensation and Reimbursement of Expenses for the Period April 23, 2022 to November 19, 2022 [Dkt. No. 184];

(d) First Interim Fee Application of Duane Morris LLP as Special Litigation Counsel to the Debtor for the Allowance and Payment of Compensation for Services and Reimbursement of Expenses for the Period Beginning September 1, 2022, Through and Including December 16, 2022 [Dkt. No. 210].

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the above listed Matters and any objections related thereto (the "*Hearing*") will be held on **Wednesday, January 25, 2023, at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza Central Islip, NY 11722.

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the relief sought with respect to the Matters, if any, must be made in writing no later than **Wednesday, January 18, 2023, at 4:00 p.m. EST**, and conform to the Federal Rules of Bankruptcy Procedure and the

Local Rules for the United States Bankruptcy Court for the Eastern District of New York and be filed with the Bankruptcy Court and be served on Movants. Filing instructions may be found on the Court's website at https://www.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** the **Hearing will be conducted virtually**. Any parties wishing to participate must do so by making arrangements with the Court. Instructions regarding hearings before the Court may be accessed on the Court's website at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust. Parties may register for e-Court appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that all attorneys and unrepresented parties are required to register for the Hearing at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE that** if for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. **Your email must include in the Re line "I am not able to register using eCourt Appearances."** You will then be provided with the dial in / log in information. If you do not have internet access you may call the courtroom deputy with this information.

Dated: January 11, 2023                    Respectfully submitted,

                                           **SIMMONS LEGAL PLLC**

                                           */s/ Camisha L. Simmons*
                                           **Camisha L. Simmons**
                                           **SIMMONS LEGAL PLLC**
                                           1330 Avenue of the Americas, Suite 23A
                                           New York, New York 10019
                                           212.653.0667 (Telephone- New York)
                                           214.643.6192 (Telephone- Dallas)
                                           800.698.9913 (Facsimile)
                                           Email: camisha@simmonslegal.solutions

                                           ***COUNSEL FOR DEBTOR***

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that, on January 11, 2023, a true and correct copy of the foregoing *Notice of Status Conference and Hearing by Zoom* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service and by first-class mail on those parties listed on the Debtor's service list.

                                           /s/ *Camisha L. Simmons*
                                           Camisha L. Simmons