January 25, 2023

The Honorable Chief Judge Alan Trust
Courtroom 960
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    *In re Brickchurch Enters., Inc.*, Case No. 8-22-70914-ast (the "<u>Chapter 11 Case</u>"); Joint Letter of the Debtor and Craig D. Robins, Former Debtor's Counsel, with Respect to Resolution of Debtor's Objection to Former Debtor's Counsel's Fee Application

Dear Judge Trust,

      Brickchurch Enterprises, Inc. (the "***Debtor***") and Craig D. Robins, Esq. ("***Former Debtor's Counsel***," and with the Debtor, the "***Parties***") hereby respectfully submit this joint letter regarding resolution of Debtor's Objection to Debtor's Former Counsel's Fees [Dkt. No. 214] (the "***Objection***").

      The Objection to the Final Fee Application of Craig D. Robins, Esq. for Allowance of Compensation and Reimbursement of Expenses for the Period April 23, 2022 Through November 19, 2022 [Dkt. No. 184] (the "***Fee Application***") is resolved as follows: the Parties agree that the Debtor will pay Craig Robins, Esq. the agreed reduced amount of **$28,000** in Fees and reimbursement of Expenses of **$1,902.22**. **A total final payment of $29,902.22** is due in full satisfaction of all amounts requested pursuant to the Fee Application filed in the Chapter 11 Case. The total amount payable to Craig Robins, Esq., including the $25,000 retainer amount paid to Craig Robins, Esq. pre-petition, is **$53,000 in Fees and $1,902.22 in Expenses**. Upon issuance of a Court Order approving these Fees and Expenses, Debtor will make an immediate payment of the Court Ordered amount from funds held in escrow and/or reserve.

Respectfully submitted,

| | |
|---|---|
| **SIMMONS LEGAL PLLC** | **CRAIG D. ROBINS, ESQ.** |
| */s/ Camisha L. Simmons* | */s/ Craig D. Robins* |
| **Camisha L. Simmons** | **Craig D. Robins** |
| **SIMMONS LEGAL PLLC** | **CRAIG D. ROBINS, ESQ.** |
| 1330 Avenue of the Americas, Suite 23A | 35 Pinelawn Road, Suite 106-E |
| New York, New York 10019 | Melville, New York 11747 |
| 212.653.0667 (Telephone- New York) | Phone: (516) 496-0800 |
| 214.643.6192 (Telephone- Dallas) | Fax: (516) 682-4775 |
| 800.698.9913 (Facsimile) | Email: CraigR@craigrobinslaw.com |
| Email: camisha@simmonslegal.solutions | ***DEBTOR'S FORMER COUNSEL*** |

***COUNSEL FOR DEBTOR***