

# Town of Southampton

## Browsing

**Exhibit 3**

Tax Map # 473605 029.000-0001-017.014 (p_id:70652), Brickchurch Enterprises Inc Since Mar 1999 (Owner:158636), Brickchurch Enterprises Inc Private Office of Louise Blouin 88 Laight St New York NY 10013 (Name na_id:158636)

| Name id | As of date | Status | | Seq_priority |
|---|---|---|---|---|
| 158636 | 3/1/1999 | O | Brickchurch Enterprises Inc | |
| 17452 | 3/1/1994 | P | B & C Property Company | |
| 17453 | 6/1/1986 | P | Marc Sabatine | |
| 17454 | 5/30/1986 | P | Natalie Sabatine | |
| 17455 | 5/30/1986 | P | Matthew Sabatine | |

*Handwritten annotations:* "May 12, 1998"; "default"; "private office of Louise Blouin"; "last owner of record"; "5 5 5"; "527 - most legal document of deed"