**Exhibit 4**

## Screen 1

```
LOUISE BLOUIN            SMT-A              19-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-23 RESI-E  ACT-E OACT-
366          GIN                    LA         SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968                PHONE:S:287:9467-631* KEY:        ARA:RES INC
MAIL                                                       X-WYANDANCH LA CO
CRR-HIST DEPOSIT    AMT DUE    CURRENT    30 DAY   60 DAY   90 DAY  TOT ARREARS
1-111123    00      9632.07    1228.51    124.19   1268.89  7010.48   8403.56
WARDS 034 0  CFNAMT   8403.56 DATE 04-29-19  BB/ON    #BLD    BB/BAL
CASH-DTE TE    CASH-AMT  *  BB/AMT BILL-TOTAL BILL-DTE E    180         G
04-29-19 96     126.05  *          1102.46  04-26-19   1102.46 A
03-29-19 96     124.19  *          1163.73  02-27-19   1163.73 MA
03-01-19 96     105.16  *          1307.65  12-31-18   1307.65 A
01-02-19 96      84.28  *          2103.67  10-30-18   2103.67 S
11-30-18 96      51.94  *          2143.25  10-26-18   2143.25 CE
11-26-18 11     600.00- *          3919.75  08-31-18   3919.75 E
10-29-18 96      60.04  *          1370.22  06-29-18   1370.22 A
09-04-18 54      83.15  *           685.70  04-28-18    685.70 S
08-23-18 11    7924.73- *          1377.30  04-26-18   1377.30 CE
04-26-18 11    4000.00- *          1138.11  02-28-18   1138.11 E
03-29-18 96     145.84  *          1320.00  12-29-17   1320.00 E
03-01-18 96     126.87  *          2143.91  10-27-17   2143.91 A
01-31-18 96     105.49  *          3205.10  08-29-17   3205.10 A
01-02-18 96     103.93  *          1460.67  06-30-17   1460.67 A
PREV TRANS TC1M DT 04-30  FIXED CR 0000                       MOR SCNS
           CSH2 *            FNL CYCLE     FNL BL DTE      MOS CHG OFF 0
```

## Screen 2

```
LOUISE BLOUIN            SMT-A              19-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-23 RESI-E  ACT-E OACT-
366          GIN                    LA         SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968                PHONE:S:287:9467-631* KEY:        ARA:RES INC
MAIL                                                       X-WYANDANCH LA CO
CRR-HIST DEPOSIT    AMT DUE    CURRENT    30 DAY   60 DAY   90 DAY  TOT ARREARS
1-111123    00      9632.07    1228.51    124.19   1268.89  7010.48   8403.56
WARDS 034 0  CFNAMT   8403.56 DATE 04-29-19  BB/ON    #BLD    BB/BAL
CASH-DTE TE       CASH-AMT   DESCRIPTION
04-29-19 96        126.05    LPC
03-29-19 96        124.19    LPC
03-01-19 96        105.16    LPC
01-02-19 96         84.28    LPC
11-30-18 96         51.94    LPC
11-26-18 11-003    600.00-   PYMT-WESTERN UNION
10-29-18 96         60.04    LPC
09-04-18 54         83.15    EL LOCK REG HRS
08-23-18 11-016   7924.73-   PYMT PAY-BY-PHONE
04-26-18 11-007   4000.00-   PYMT-CUSTOMER OFFICE
03-29-18 96        145.84    LPC
03-01-18 96        126.87    LPC
01-31-18 96        105.49    LPC
01-02-18 96        103.93    LPC
PREV TRANS TC1M DT 04-30  FIXED CR 0000                       MOR SCNS
           TPX2 *            FNL CYCLE     FNL BL DTE      MOS CHG OFF 0
```

## Screen 1 (CSH2)

```
LOUISE BLOUIN           SMT-A            19-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-23 RESI-E  ACT-E OACT-
366         GIN                   LA         SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968              PHONE:S:287:9467-631* KEY:        ARA:RES INC
MAIL                                                      X-WYANDANCH LA CO
CRR-HIST  DEPOSIT    AMT DUE    CURRENT    30 DAY    60 DAY   90 DAY  TOT ARREARS
1-111123    00       9632.07    1228.51    124.19   1268.89  7010.48   8403.56
WARDS 034 0  CFNAMT    8403.56 DATE 04-29-19  BB/ON     #BLD    BB/BAL
CASH-DTE TE     CASH-AMT  *  BB/AMT BILL-TOTAL BILL-DTE E     180      G
04-29-19 96       126.05  *          1102.46 04-26-19   1102.46 A
03-29-19 96       124.19  *          1163.73 02-27-19   1163.73 MA
03-01-19 96       105.16  *          1307.65 12-31-18   1307.65 A
01-02-19 96        84.28  *          2103.67 10-30-18   2103.67 S
11-30-18 96        51.94  *          2143.25 10-26-18   2143.25 CE
11-26-18 11       600.00- *          3919.75 08-31-18   3919.75 E
10-29-18 96        60.04  *          1370.22 06-29-18   1370.22 A
09-04-18 54        83.15  *           685.70 04-28-18    685.70 S
08-23-18 11      7924.73- *          1377.30 04-26-18   1377.30 CE
04-26-18 11      4000.00- *          1138.11 02-28-18   1138.11 E
03-29-18 96       145.84  *          1320.00 12-29-17   1320.00 E
03-01-18 96       126.87  *          2143.91 10-27-17   2143.91 A
01-31-18 96       105.49  *          3205.10 08-29-17   3205.10 A
01-02-18 96       103.93  *          1460.67 06-30-17   1460.67 A
PREV TRANS TC1M DT 04-30  FIXED CR 0000                       MOR SCNS
          CSH2 *            FNL CYCLE       FNL BL DTE       MOS CHG OFF 0
```

## Screen 2 (TPX2)

```
LOUISE BLOUIN           SMT-A            19-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-23 RESI-E  ACT-E OACT-
366         GIN                   LA         SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968              PHONE:S:287:9467-631* KEY:        ARA:RES INC
MAIL                                                      X-WYANDANCH LA CO
CRR-HIST  DEPOSIT    AMT DUE    CURRENT    30 DAY    60 DAY   90 DAY  TOT ARREARS
1-111123    00       9632.07    1228.51    124.19   1268.89  7010.48   8403.56
WARDS 034 0  CFNAMT    8403.56 DATE 04-29-19  BB/ON     #BLD    BB/BAL
CASH-DTE TE       CASH-AMT    DESCRIPTION
04-29-19 96         126.05    LPC
03-29-19 96         124.19    LPC
03-01-19 96         105.16    LPC
01-02-19 96          84.28    LPC
11-30-18 96          51.94    LPC
11-26-18 11-003     600.00-   PYMT-WESTERN UNION
10-29-18 96          60.04    LPC
09-04-18 54          83.15    EL LOCK REG HRS
08-23-18 11-016    7924.73-   PYMT PAY-BY-PHONE
04-26-18 11-007    4000.00-   PYMT-CUSTOMER OFFICE
03-29-18 96         145.84    LPC
03-01-18 96         126.87    LPC
01-31-18 96         105.49    LPC
01-02-18 96         103.93    LPC
PREV TRANS TC1M DT 04-30  FIXED CR 0000                       MOR SCNS
          TPX2 *            FNL CYCLE       FNL BL DTE       MOS CHG OFF 0
```

**Billing Address:**
Louise Blouin
366 Gin Ln
Southampton NY 11968

**Update Bank Information**

Customer ID: 0772/3000/56

**Update Bank Information**

Bank ABA: _____    Bank Account: _____

Account Type:  Checking ●
               Savings ○

[Submit]

| Bank |       |  Personal account |
|------|-------|-------------------|
| ABA # | Account # |              |

| Bank |       | Business Account |
|------|-------|------------------|
|      | ABA # | Account # |

