

J BLOUIN MACBAIN
38 LAIGHT ST
NY NY 10013

Receivables | Down payments | Totals | Payment list | Chronology

| Stat | Cont. Acct. | Png Date | Due Date | Transaction | PT | Amount | Still Open | L | DP | Document | Clear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CCB | 300377633 | 04/02/2019 | 04/02/2019 | Late charge from dunning | GB | 1.24 | 1.24 | ST | 01 | 6020007632 44 | 3024305104 |
| CCB | 300377633 | 02/15/2019 | 03/11/2019 | LPC charged during invoicing | FA | 180.55 | 180.55 | ST | 01 | 2200035379 52 | 3024305104 |
| CCB | 300377633 | 02/15/2019 | 03/11/2019 | Consumption billing receivable | FA | 54.93 | 54.93 | ST | 01 | 2200035379 52 | 3024305104 |
| CCB | 300377633 | 01/01/2019 | 01/01/2019 | Late charge from dunning | GB | 100.21 | 100.21 | ST | 03 | 6030008806 18 | 3024305104 |
| CCB | 300377633 | 12/13/2018 | 03/11/2019 | Collection fee | GB | 20.00 | 20.00 | ST | 01 | 6035724 55 | |
| CCB | 300377633 | 11/15/2018 | 12/10/2018 | LPC charged during invoicing | FA | 76.37 | 76.37 | ST | 03 | 2100037598 73 | 3024305104 |
| CCB | 300377633 | 11/15/2018 | 12/10/2018 | Consumption billing receivable | FA | 4,453.62 | 4,453.62 | ST | 03 | 2100037598 73 | 3024305104 |
| CCB | 300377633 | 10/02/2018 | 10/02/2018 | Late charge from dunning | GB | 74.69 | 74.69 | ST | 03 | 6050009833 25 | 3024305104 |
| CCB | 300377633 | 08/17/2018 | 09/10/2018 | Consumption billing receivable | FA | 3,319.49 | 3,319.49 | ST | 03 | 2100036977 06 | 3024305104 |
| CCB | 300377633 | 07/25/2018 | 07/25/2018 | Reconnection Fee | BA | 2.45 | | ST | 01 | 6050009606 20 | 3024305104 |
| CCB | 300377633 | 07/25/2018 | 07/25/2018 | Late charge from dunning | GB | 4,352.01- | | ST | 01 | 6050009606 20 | 3024305104 |
| CCB | 300377633 | 06/15/2018 | 07/09/2018 | Incoming payment | BA | 4,289.56- | | ST | 01 | 6035367 37 | 3024305104 |
| CCB | 300377633 | 06/05/2018 | 06/05/2018 | Late charge from dunning | GB | 60.00 | | ST | 03 | 2400045643 08 | 3024305613 |
| CCB | 300377633 | 05/15/2018 | 06/08/2018 | LPC charged during invoicing | FA | 187.55 | | ST | 03 | 2400045643 08 | 3024305104 |
| CCB | 300377633 | 05/15/2018 | 06/08/2018 | Consumption billing receivable | FA | 55.90 | | ST | 03 | 2400045643 08 | 3024305104 |
| CCB | 300377633 | 04/02/2018 | 04/02/2018 | Late charge from dunning | GB | 1.19 | | ST | 03 | 6030008318 31 | 3024305104 |
| CCB | 300377633 | 02/15/2018 | 03/12/2018 | LPC charged during invoicing | FA | 182.23 | | ST | 01 | 2100035428 51 | 3024305104 |
| CCB | 300377633 | 02/15/2018 | 03/12/2018 | Consumption billing receivable | FA | 53.01 | | ST | 03 | 2100035428 51 | 3024305104 |
| CCB | 300377633 | 01/08/2018 | 01/08/2018 | Late charge from dunning | GB | 85.37 | | ST | 03 | 6030008214 49 | 3024305104 |
| CCB | 300377633 | 11/22/2017 | 12/18/2017 | LPC charged during invoicing | FA | 92.41 | | ST | 03 | 2100035447 59 | 3024305613 |
| CCB | 300377633 | 11/22/2017 | 12/18/2017 | Consumption billing receivable | FA | 3,631.90 | | ST | 03 | 2000032447 59 | 3024305104 |
| CCB | 300377633 | 11/17/2017 | 12/11/2017 | Collection fee | GB | 20.00 | | ST | 03 | 2000032447 59 | 3024305613 |
| CCB | 300377633 | 10/02/2017 | 10/02/2017 | Late charge from dunning | GB | 90.38 | | ST | 03 | 6035018 16 | 3024256613 |
| CCB | 300377633 | 08/17/2017 | 09/11/2017 | Consumption billing receivable | FA | 55.29 | | ST | 03 | 2000032059 15 | 3024256613 |
| CCB | 300377633 | 08/09/2017 | 08/09/2017 | Payment on Account | FA | 4,016.78 | | ST | 03 | 2000032059 15 | 8020005987 96 |
| CCB | 300377633 | 07/13/2017 | 07/13/2017 | Incoming payment | BA | 55.29- | | ST | 01 | 3023797 88 | 3024256613 |
| CCB | 300377633 | 06/29/2017 | 06/29/2017 | Late charge from dunning | GB | 1.22 | | ST | 01 | 6020006479 95 | 3023963943 |
| CCB | 300377633 | 05/15/2017 | 06/08/2017 | Consumption billing receivable | FA | 54.07 | | ST | 03 | 2000030971 50 | 3023963943 |
| CCB | 300377633 | 04/03/2017 | 04/03/2017 | Late charge from dunning | GB | 5,958.34- | | ST | 03 | 3023913 828 | 3023913828 |
| CCB | 300377633 | 03/17/2017 | 03/17/2017 | Returns | RT | 1.15 | | ST | 01 | 6030007604 52 | 3023913828 |
| CCB | 300377633 | 03/17/2017 | 03/17/2017 | Return check charge | RT | 5,917.19 | 5,917.19 | ST | 01 | 4000048 886 | 4000048886 |
| CCB | 300377633 | 03/15/2017 | 03/15/2017 | Incoming Payment on Acct. | BA | 20.00 | | | | 3035609 499 | 3023913828 |
| CCB | 300377633 | 03/08/2017 | 04/03/2017 | Collection fee | AB | 5,917.19- | | ST | 03 | 603425 47 | 3023913828 |
| CCB | 300377633 | 02/16/2017 | 03/13/2017 | LPC charged during invoicing | FA | 20.00 | | ST | 01 | 2000030060 20 | 3023913828 |
| CCB | 300377633 | 02/16/2017 | 03/13/2017 | Consumption billing receivable | FA | 129.09 | | ST | 01 | 2000030060 20 | 3023913828 |
| CCB | 300377633 | 01/03/2017 | 01/03/2017 | Late charge from dunning | GB | 50.93 | | ST | 03 | 6050008662 86 | 3023913828 |
| CCB | 300377633 | 12/16/2016 | 12/16/2016 | Returns | RT | 4,892.29 | | ST | 03 | 4000047 425 | 4000047425 |
| CCB | 300377633 | 12/16/2016 | 12/16/2016 | Return check charge | RT | 52.01 | | ST | 02 | 4000047 425 | 3023913828 |
| CCB | 300377633 | 12/13/2016 | 12/13/2016 | Incoming Payment on Acct. | BA | 125.81 | | ST | | 4000047 425 | 4000047425 |
| CCB | 300377633 | 11/16/2016 | 12/12/2016 | Consumption billing receivable | FA | 5,591.36 | 5,591.36 | ST | 03 | 2200027268 38 | 3023913828 |
| CCB | 300377633 | 09/12/2016 | 09/12/2016 | Incoming Payment on Acct. | BA | 4,892.29- | | | | 3043480 039 | 3043480039 |
| CCB | 300377633 | 08/16/2016 | 09/09/2016 | Consumption billing receivable | FA | 5,591.36 | | ST | 01 | 2100031359 07 | 3043480039 |
| CCB | 300377633 | 06/10/2016 | 06/10/2016 | Incoming payment | BA | 4,892.29 | | ST | | 3043387 879 | 3043387879 |
| CCB | 300377633 | 05/16/2016 | 06/09/2016 | Consumption billing receivable | FA | 52.01 | | ST | 03 | 2100030285 56 | 3043387879 |
| CCB | 300377633 | 04/11/2016 | 04/11/2016 | Late charge from dunning | GB | 1,028.79- | | ST | 01 | 3043326 981 | 3043326981 |
| CCB | 300377633 | 04/04/2016 | 04/04/2016 | Returns | GB | 22.20 | | ST | | 4000043 054 | 4000043054 |
| CCB | 300377633 | 03/18/2016 | 03/18/2016 | Return check charge | RT | 986.59 | | ST | 01 | 4000043 054 | 4000043054 |
| CCB | 300377633 | 03/18/2016 | 03/18/2016 | Incoming Payment on Acct. | RT | 20.00 | | ST | 01 | 6050007976 04 | 3043326981 |
| CCB | 300377633 | 03/15/2016 | 03/14/2016 | Returns | BA | 986.59- | | ST | | 3023477 834 | 4000043054 |
| CCB | 300377633 | 02/18/2016 | 03/15/2016 | Consumption billing receivable | BA | 986.59 | | | | 4000043 054 | 4000043054 |
| CCB | 300377633 | 12/11/2015 | 12/11/2015 | Incoming payment | BA | 4,969.92- | | | | 2007352 951 | 3033166435 |

L BIOUIN MACBAIN
88 LAIGHT ST
NY NY 10013

Receivables | Down payments | Totals | Payment list | Chronology

| Stat | Cont. Acct | Ptng Date | Due Date | Transaction | DN | Amount | Still Open | L | DP | DI | Document | S | Clear |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCB | 300377633 | 11/16/2015 | 12/10/2015 | Consumption billing receivable | FA | 4,969.92 | | | | | 2200024D4294 | | 3033166435 |
| CCB | 300377633 | 09/09/2015 | 09/09/2015 | Incoming payment | BA | 4,759.58- | | | | | 3007073830 | | 3007073830 |
| CCB | 300377633 | 08/14/2015 | 09/08/2015 | Consumption billing receivable | FA | 4,759.58 | | | | | 2200023232B3 | | 3017073830 |
| CCB | 300377633 | 06/09/2015 | 06/09/2015 | Incoming payment | BA | 49.90- | | | | | 3006977754 | | 3006977754 |
| CCB | 300377633 | 05/15/2015 | 06/08/2015 | Consumption billing receivable | FA | 49.90 | | | | | 2400034389333 | | 3006977754 |
| CCB | 300377633 | 03/17/2015 | 03/17/2015 | Incoming payment | BA | 46.96- | | | | | 3023151469 | | 3023151469 |
| CCB | 300377633 | 02/18/2015 | 03/16/2015 | Consumption billing receivable | FA | 46.96 | | | | | 2200021612A2 | | 3023151469 |
| CCB | 300377633 | 02/09/2015 | 02/09/2015 | Incoming payment | BA | 5,838.27- | | | | | 3042B73598 | | 3042873598 |
| CCB | 300377633 | 12/29/2014 | 12/29/2014 | Late charge from dunning | GB | 128.47 | | | ST | 03 | 6050007053B2 | | 3042873598 |
| CCB | 300377633 | 12/12/2014 | 12/12/2014 | Returns | RT | 5,709.80 | | | | | 4000035101 | | 4000035101 |
| CCB | 300377633 | 12/09/2014 | 12/09/2014 | Incoming Payment on Acct. | BA | 5,709.80- | | | ST | 03 | 30068214B7 | | 4000035101 |
| CCB | 300377633 | 11/14/2014 | 12/08/2014 | Consumption billing receivable | FA | 5,709.80 | | | | | 2200020B6169 | | 3042873598 |
| CCB | 300377633 | 11/07/2014 | 11/07/2014 | Incoming payment | BA | 5,325.27- | | | | | 3032767565 | | 3032767565 |
| CCB | 300377633 | 09/30/2014 | 09/30/2014 | Late charge from dunning | GB | 116.73 | | | | | 3032767565 | | 3032767565 |
| CCB | 300377633 | 09/12/2014 | 09/12/2014 | Returns | RT | 5,208.54 | | | ST | 03 | 604000458175 | | 3032767565 |
| CCB | 300377633 | 09/09/2014 | 09/12/2014 | Incoming Payment on Acct. | BA | 5,208.54- | | | | | 4000033561 | | 4000033581 |
| CCB | 300377633 | 08/15/2014 | 09/08/2014 | LPC charged during invoicing | FA | 0.45 | | | | | 3022954162 | | 4000033581 |
| CCB | 300377633 | 06/13/2014 | 06/13/2014 | Consumption billing receivable | FA | 5,188.09 | | | ST | 03 | 2400031299531 | | 3032767565 |
| CCB | 300377633 | 06/13/2014 | 06/13/2014 | Returns | RT | 109.69 | | | ST | 03 | 24000312519531 | | 3032767565 |
| CCB | 300377633 | 06/13/2014 | 06/13/2014 | Return check charge | RT | 20.00 | | | | | 4000032088 | | 4000032088 |
| CCB | 300377633 | 06/10/2014 | 06/10/2014 | Incoming Payment on Acct. | BA | 109.69- | | | ST | 03 | 4000032088 | | 4000032088 |
| CCB | 300377633 | 05/15/2014 | 06/09/2014 | Payment on Account | BA | 1.04 | | | | | 3032594081 | | 3032767565 |
| CCB | 300377633 | 05/15/2014 | 06/09/2014 | Consumption billing receivable | FA | 47.25 | | | | | 3022856998 | | 4000032088 |
| CCB | 300377633 | 03/21/2014 | 06/09/2014 | Returned Check Fee | AB | 15.00 | | | | | 2400030300141 | | 8020049Z939 |
| CCB | 300377633 | 03/21/2014 | 04/14/2014 | Returned check | AB | 46.40 | | | | | 603082425 | | 8020049Z939 |

USD 8,281.10   8,281.10

Partner 2000310821 / Company Code SCWA
L BLOUIN MACBAIN
88 LAIGHT ST
NY NY 10013
CA# 300037633

| Type | Payment Type | Payment Date | Amount | Status | Account Number | Account Name | Confirmation Number | Bank Acct#/ CC#/Ref# | Source |
|---|---|---|---|---|---|---|---|---|---|
| Billtrust | ACH | 03/13/2017 - 15:00 | 5,917.19 | Declined | 14887285 | L BLOUIN MACBAIN | 41253779 | | AP |
| Billtrust | Credit CardV | 05/06/2017 - 05:52 | 5,958.34 | Accepted | 14887285 | L BLOUIN MACBAIN | 44481787 | | OBP |
| Billtrust | Credit CardM | 07/12/2017 - 14:44 | 55.29 | Accepted | 14887285 | L BLOUIN MACBAIN | 47138408 | | OBP |
| Billtrust | Credit CardM | 08/08/2017 - 13:16 | 55.29 | Accepted | 14887285 | L BLOUIN MACBAIN | 48229189 | | OBP |
| Billtrust | Credit CardM | 06/04/2018 - 11:42 | 4,289.56 | Accepted | 14887285 | L BLOUIN MACBAIN | 62153574 | | Client Connect |
| Billtrust | Credit CardV | 07/24/2018 - 17:38 | 4,352.01 | Accepted | 14887285 | L BLOUIN MACBAIN | 64619094 | | OBP |