

Exhibit
6

# Tisch, other Hamptons billionaires shamed by water authority

*Jonathan Tisch, Louise Blouin and others use millions of gallons despite emergency*

Tri-State                                               Aug. 17, 2022 03:30 PM

**TRD Staff**



Illustration of Loews Corporation's Jonathan Tisch and Taubman Centers' Robert Taubman (Photo Illustration by Steven Dilakian for The Real Deal with Getty Images)

A Hamptons agency turned the hose on rich residents who are siphoning off huge quantities of water during a dire shortage.

The Suffolk County Water Authority released a list of the biggest water users in the Hamptons, 27East reported   (https://www.27east.com/east-hampton-press/water-hogs-of-

the-hamptons-2022-2007919/) . The agency has requested customers to adjust watering schedules and reduce use to preserve the supply for firefighting.

The average Suffolk County home uses 130,000 gallons per year, according to the water authority. But the top 10 users in Southampton Town each used more than 5 million gallons from June 2020 to July 2021.

A Meadow Lane property owned by Ickenham Limited easily led the list of the Hamptons' top water users, which was compiled from data obtained by Freedom of Information Act requests. The home used more than 16.4 million gallons of water during the period.

Joann Goldsman, the wife of screenwriter Akiva Goldsman, ranked second with more than 9 million gallons used.



*Jonathan Tisch's Bridgehampton home (Google Maps)*

A familiar name ranks third: Loews Hotels co-chairman Jonathan Tisch (https://therealdeal.com/closings/jonathan-tisch/) . His Bridgehampton home guzzled nearly 7.2 million gallons of water in the past year.

## Read more

- Massive waterfront Southampton estate listed for $150M (https://therealdeal.com/tristate/2022/08/10/massive-waterfront-southampton-estate-listed-for-150m/)
- The Closing: Jonathan Tisch   (https://therealdeal.com/closings/jonathan-tisch/)
- East Hampton to buy 28 acres around Lake Montauk   (https://therealdeal.com/tristate/2022/07/05/east-hampton-to-buy-28-acres-around-lake-montauk/)

Another notable name in the top 10 is Louise Blouin, whose Gin Lane estate used more than 5.7 million gallons. Considering that a two-tiered rate schedule charges more to users who exceed a certain threshold, Blouin may want to cut back: Her home at 366 Gin Lane is in bankruptcy.



*366 Gin Lane in Southampton (OutEast)*

Blouin recently put the entire estate on the market (https://therealdeal.com/tristate/2022/08/10/massive-waterfront-southampton-estate-listed-for-150m/) for $150 million.

The biggest strain on the water system is automatic sprinkler systems, which are standard on Hamptons estates, along with some massive estates guzzling gallons fo

geothermal heating and cooling systems. The local authority wants to disincentivize major water use without raising prices for the more average user.

The water authority declared a water emergency in parts of the Hamptons at the beginning of the month, calling for customers to stop irrigation overnight, reduce shower times and lessen nonessential water use. Officials told Newsday (https://www.newsday.com/long-island/environment/water-shortage-east-hampton-shelter-island-southampton-and-southold-suffolk-county-water-authority-uwe3qgiw) those claims have largely fallen on deaf ears.

Seven of the 10 biggest water culprits in the Hamptons are in Southampton, while two are in Sagaponack and one is Tisch's Bridgehampton home.

— *Holden Walter-Warner*

Contact Holden Walter-Warner