# Certificate of Official Record

Date 01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Louise T Blouin covering Civil Penalty for the period ending December 31, 2010 consisting of 4 pages under the custody of this office.

Exhibit
7

RECEIVED
CTS, NORTHERN REGION
TAX DIVISION

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11000-8 05 | 4,734.18 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11000-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11006-8 05 | 4,734.18 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11006-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201012 | | | |
| | INTEREST ASSESSED 20184105 | 34.44 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53096-9 | 4,734.18- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53096-9 20190605 | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 256.36 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 220.35 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 01-11-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2010

BALANCE 5,245.33

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

March 31, 2011 consisting of 5 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-270-11009-8 05 | 600,657.92 | | 09-27-2018 |
| | QUICK ASSESSMENT<br>29251-270-11009-8 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED<br>20184005 | 2,060.43 | | 10-22-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-274-11001-8 05 | 7,279.18 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>29251-274-11001-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-277-11007-8 05 | 7,279.18 | | 10-04-2018 |
| | QUICK ASSESSMENT<br>29251-277-11007-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY<br>941 201103 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201103 | | | |
| | INTEREST ASSESSED 20184105 | 631.14 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53099-9 | 7,279.18- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53099-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-22-2019 | FEES AND COLLECTION COSTS | 240.00 | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 05-29-2019 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED BUSINESS 19254-591-53100-9 | 2,076.79- | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 34,959.54 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 28,227.86 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 01-11-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 08-29-2022 | FEES AND COLLECTION COSTS | 640.00 | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2011

BALANCE 672,619.28

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

June 30, 2011 consisting of 5 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11010-8 | 144,795.50 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11010-8 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | 496.69 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11002-8 | 7,279.18 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11002-8 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11008-8 | 7,279.18 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11008-8 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201106 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201106 | | | |
| | INTEREST ASSESSED 20184105 | 192.33 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53100-9 | 7,279.18- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53100-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 8,736.34 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 7,081.62 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 01-11-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2011

---

BALANCE 168,581.66

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date 01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Louise T Blouin covering Civil Penalty for the period ending September 30, 2011 consisting of 5 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Form **2866** (Rev. 1-2022) Catalog Number 19002E publish.no.irs.gov Department of the Treasury - **Internal Revenue Service**

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2011

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11011-8 | 05 | 144,795.50 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11011-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 496.69 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11003-8 | 05 | 7,279.18 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11003-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11009-8 | 05 | 7,279.18 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11009-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201109 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201109 | | | |
| | INTEREST ASSESSED 20184105 | 192.33 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53101-9 | 7,279.18- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53101-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 8,736.34 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 7,081.62 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 01-11-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2011

BALANCE 168,581.66

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

December 31, 2011 consisting of 3 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11012-8 05 | 144,795.50 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11012-8 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | 496.69 | | 10-22-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201112 | | | |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 8,481.55 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 6,742.82 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 01-11-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2011

---

BALANCE 160,516.56

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Sal

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

March 31, 2012 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Form **2866** (Rev. 1-2022)        Catalog Number 19002E        publish.no.irs.gov        Department of the Treasury - **Internal Revenue Service**

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2012

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11013-8 | 05 | 103,079.01 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11013-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 353.59 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11004-8 | 05 | 8,112.95 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11004-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11010-8 | 05 | 8,112.95 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11010-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201203 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201203 | | | |
| | INTEREST ASSESSED 20184105 | 158.22 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53102-9 | 8,112.95- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53102-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | | 6,378.06 | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | | 5,177.77 | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2012

---

BALANCE 123,259.60

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date     01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

June 30, 2012 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2012

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11014-8 | 05 | 10,189.24 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11014-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 34.95 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11005-8 | 05 | 8,112.95 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11005-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11011-8 | 05 | 8,112.95 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11011-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201206 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201206 | | | |
| | INTEREST ASSESSED 20184105 | 68.81 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53103-9 | 8,112.95- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53103-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 1,026.36 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 852.09 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2012

---

BALANCE 20,284.40

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

September 30, 2012 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11006-8 05 | 8,112.95 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11006-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11012-8 05 | 8,112.95 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11012-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201209 | | | |
| | INTEREST ASSESSED 20184105 | 59.00 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53104-9 | 8,112.95- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53104-9 20190605 | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 439.34 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 377.59 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2012

---

BALANCE 8,988.88

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

December 31, 2012 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2012

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11007-8 | 05 | 8,112.95 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11007-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11013-8 | 05 | 8,112.95 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11013-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201212 | | | | |
| | INTEREST ASSESSED 20184105 | | 59.00 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53105-9 | | 8,112.95- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53105-9 20190605 | | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 439.34 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 377.59 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2012

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2012

---

BALANCE 8,988.88

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date 01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Louise T Blouin covering Civil Penalty for the period ending June 30, 2013 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11015-8 05 | 491,173.12 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11015-8 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | 1,684.87 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11008-8 05 | 7,876.43 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11008-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11014-8 05 | 7,876.43 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11014-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201306 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201306 | | | |
| | INTEREST ASSESSED 20184105 | 530.08 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53106-9 | 7,876.43- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53106-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 28,724.69 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 23,239.50 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2013

---

BALANCE 553,228.69

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

---

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

FORM 4340 (REV. 01-2002) PAGE 4

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

September 30, 2013 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2013

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11016-8 | 05 | 491,173.12 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11016-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 1,684.87 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11009-8 | 05 | 7,876.43 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11009-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11015-8 | 05 | 7,876.43 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11015-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201309 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201309 | | | |
| | INTEREST ASSESSED 20184105 | 530.08 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53107-9 | 7,876.43- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53107-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 28,724.69 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 23,239.50 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2013

---

BALANCE 553,228.69

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date     01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

December 31, 2013 consisting of 4 pages under the custody of this office.


Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center


IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2013

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11018-8 | 05 | 491,173.12 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11018-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 1,684.87 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11010-8 | 05 | 7,876.43 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11010-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11016-8 | 05 | 7,876.43 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11016-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201312 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201312 | | | |
| | INTEREST ASSESSED 20184105 | 530.08 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53108-9 | 7,876.43- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53108-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 28,724.69 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 23,239.50 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2013

---

BALANCE 553,228.69

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

March 31, 2014 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Form **2866** (Rev. 1-2022)        Catalog Number 19002E        publish.no.irs.gov        Department of the Treasury - **Internal Revenue Service**

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2014

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11017-8 | 05 | 337,122.85 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11017-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 1,156.43 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11011-8 | 05 | 5,614.96 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11011-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11017-8 | 05 | 5,614.96 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11017-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201403 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201403 | | | |
| | INTEREST ASSESSED 20184105 | 365.35 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53109-9 | 5,614.96- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53109-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 19,726.86 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 15,960.45 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2014

---

BALANCE 379,946.90

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

June 30, 2014 consisting of 5 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2014

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11019-8 | 05 | 337,122.85 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11019-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 1,156.43 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11012-8 | 05 | 5,614.96 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11012-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11013-8 | 05 | 5,614.96 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11013-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11018-8 | 05 | 5,614.96 | | 10-04-2018 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT<br>29251-277-11018-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY<br>941 201406 | | | |
| 10-02-2018 | XREF 100% PENALTY<br>941 201406 | | | |
| | INTEREST ASSESSED<br>20184105 | 386.92 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT<br>IRC 6672 - TRUST FUND RECOVERY PENALTY<br>83254-431-53110-9 | 5,614.96- | | |
| | ADDITIONAL TAX ASSESSED<br>83254-431-53110-9 20190605 | 0.00 | | 02-25-2019 |
| 10-01-2018 | MISCELLANEOUS PENALTY ADJUSTMENT<br>IRC 6672 - TRUST FUND RECOVERY PENALTY<br>83254-459-53220-9 | 5,614.96- | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED 83254-459-53220-9 20191005 | | 0.00 | 03-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 19,705.29 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 15,960.45 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2014

---

BALANCE 379,946.90

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

September 30, 2014 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11020-8 05 | 337,122.85 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11020-8 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | 1,156.43 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11019-8 05 | 5,614.96 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11019-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201409 | | | |
| 10-02-2018 | XREF 100% PENALTY 941 201409 | | | |
| | INTEREST ASSESSED 20184105 | 343.77 | | 10-29-2018 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 19,745.98 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 15,960.34 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2014

BALANCE 379,944.33

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

December 31, 2014 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2014

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-270-11021-8 | 05 | 337,122.85 | | 09-27-2018 |
| | QUICK ASSESSMENT<br>29251-270-11021-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED<br>20184005 | | 1,156.43 | | 10-22-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-274-11014-8 | 05 | 5,614.96 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>29251-274-11014-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-277-11020-8 | 05 | 5,614.96 | | 10-04-2018 |
| | QUICK ASSESSMENT<br>29251-277-11020-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY<br>941 201412 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201412 | | | |
| | INTEREST ASSESSED 20184105 | 365.35 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53111-9 | 5,614.96- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53111-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2014

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 19,726.86 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 15,960.45 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2014

---

BALANCE 379,946.90

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

March 31, 2015 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2015

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11022-8 | 05 | 286,603.70 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11022-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 983.13 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11015-8 | 05 | 6,596.06 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11015-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11021-8 | 05 | 6,596.06 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11021-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201503 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201503 | | | |
| | INTEREST ASSESSED 20184105 | 323.86 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53112-9 | 6,596.06- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53112-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 16,869.40 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 13,653.53 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2015

---

BALANCE 325,029.68

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

---

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date     01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

June 30, 2015 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2015

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11023-8 | 05 | 286,603.70 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11023-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | | 983.13 | | 10-22-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11016-8 | 05 | 6,596.06 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11016-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11022-8 | 05 | 6,596.06 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11022-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201506 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201506 | | | |
| | INTEREST ASSESSED 20184105 | 323.86 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53113-9 | 6,596.06- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53113-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN    EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN    TAX PERIOD: JUNE 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 16,869.40 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 13,653.53 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2015

BALANCE 325,029.68

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

September 30, 2015 consisting of 5 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2015

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-270-11024-8 | 05 | 58,275.75 | | 09-27-2018 |
| | QUICK ASSESSMENT<br>29251-270-11024-8 | 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED<br>20184005 | | 199.90 | | 10-22-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-274-11017-8 | 05 | 6,596.06 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>29251-274-11017-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-277-11023-8 | 05 | 6,596.06 | | 10-04-2018 |
| | QUICK ASSESSMENT<br>29251-277-11023-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY<br>941 201509 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 10-02-2018 | XREF 100% PENALTY 941 201509 | | | |
| | INTEREST ASSESSED 20184105 | 104.08 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53114-9 | 6,596.06- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53114-9 20190605 | 0.00 | | 02-25-2019 |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20194205 | 3,714.65 | | 11-04-2019 |
| 01-31-2013 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED BUSINESS 19254-597-53071-0 | 13,468.97- | | |
| 07-06-2020 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED BUSINESS 19254-597-53073-0 | 385.98- | | |
| | INTEREST ASSESSED 20204205 | 1,554.61 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 07-06-2020 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 TRUST FUND RECOVERY PENALTY/RELATED BUSINESS 11254-679-53043-1 | 1,118.76- | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2015

---

BALANCE 55,471.34

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date 01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Louise T Blouin covering Civil Penalty for the period ending December 31, 2015 consisting of 4 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11018-8 | 6,596.06 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11018-8 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11024-8 | 6,596.06 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11024-8 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201512 | | | |
| | INTEREST ASSESSED 20184105 | 47.97 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53115-9 | 6,596.06- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53115-9 20190605 | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | INTEREST ASSESSED 20194205 | 357.19 | | 11-04-2019 |
| | INTEREST ASSESSED 20204205 | 307.00 | | 11-02-2020 |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2015

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT, DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-25-2019 | Statutory Notice of Balance Due | | | |
| 11-04-2019 | Statutory Notice of Balance Due | | | |
| 11-02-2020 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2015

BALANCE 7,308.22

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

March 31, 2016 consisting of 3 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Form **2866** (Rev. 1-2022)        Catalog Number 19002E        publish.no.irs.gov        Department of the Treasury - **Internal Revenue Service**

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11019-8 05 | 5,558.10 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11019-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11025-8 05 | 5,558.10 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11025-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201603 | | | |
| | INTEREST ASSESSED 20184105 | 40.42 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53116-9 | 5,558.10- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53116-9 20190605 | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: MAR 2016

---

BALANCE 5,598.52

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: ______

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date      01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

June 30, 2016 consisting of 3 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-274-11020-8 05 | 5,558.10 | | 10-01-2018 |
| | QUICK ASSESSMENT 29251-274-11020-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-277-11026-8 05 | 5,558.10 | | 10-04-2018 |
| | QUICK ASSESSMENT 29251-277-11026-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201606 | | | |
| | INTEREST ASSESSED 20184105 | 40.42 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY ADJUSTMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 83254-431-53117-9 | 5,558.10- | | |
| | ADDITIONAL TAX ASSESSED 83254-431-53117-9 20190605 | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2016

---

BALANCE 5,598.52

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date     01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

September 30, 2016 consisting of 3 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2016

| DATE | EXPLANATION OF TRANSACTION | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|---|
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-274-11021-8 | 05 | 5,558.10 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>29251-274-11021-8 | 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-277-11027-8 | 05 | 5,558.10 | | 10-04-2018 |
| | QUICK ASSESSMENT<br>29251-277-11027-8 | 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY<br>941 201609 | | | | |
| | INTEREST ASSESSED<br>20184105 | | 40.42 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY<br>ADJUSTMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>83254-431-53119-9 | | 5,558.10- | | |
| | ADDITIONAL TAX ASSESSED<br>83254-431-53119-9 20190605 | | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: SEPT 2016

BALANCE 5,598.52

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date    01/25/2023

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other

Specified Matters for Louise T Blouin covering Civil Penalty for the period ending

December 31, 2016 consisting of 3 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be
affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-274-11022-8 05 | 5,558.10 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>29251-274-11022-8 05 | 0.00 | | 10-01-2018 |
| | QUICK ASSESSMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>29251-277-11028-8 05 | 5,558.10 | | 10-04-2018 |
| | QUICK ASSESSMENT<br>29251-277-11028-8 05 | 0.00 | | 10-04-2018 |
| 10-02-2018 | XREF 100% PENALTY<br>941 201612 | | | |
| | INTEREST ASSESSED<br>20184105 | 40.42 | | 10-29-2018 |
| 10-04-2018 | MISCELLANEOUS PENALTY<br>ADJUSTMENT<br>IRC 6672 - TRUST FUND<br>RECOVERY PENALTY<br>83254-431-53118-9 | 5,558.10- | | |
| | ADDITIONAL TAX ASSESSED<br>83254-431-53118-9 20190605 | 0.00 | | 02-25-2019 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2016

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 10-01-2018 | Statutory Notice of Balance Due | | | |
| 10-04-2018 | Statutory Notice of Balance Due | | | |
| 02-25-2019 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: DEC 2016

---

BALANCE 5,598.52

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: Nicole T. Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023

# Certificate of Official Record

Date 01/25/2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Louise T Blouin covering Civil Penalty for the period ending June 30, 2017 consisting of 3 pages under the custody of this office.

Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Form 2866 (Rev. 1-2022) Catalog Number 19002E publish.no.irs.gov Department of the Treasury - Internal Revenue Service

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2017

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | QUICK ASSESSMENT IRC 6672 - TRUST FUND RECOVERY PENALTY 29251-270-11025-8 05 | 19,719.76 | | 09-27-2018 |
| | QUICK ASSESSMENT 29251-270-11025-8 05 | 0.00 | | 09-27-2018 |
| | INTEREST ASSESSED 20184005 | 67.64 | | 10-22-2018 |
| 10-02-2018 | XREF 100% PENALTY 941 201706 | | | |
| 03-12-2019 | CDP LEVY NOTICE ISSUED | | | |
| 03-29-2019 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 04-04-2019 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 04-16-2019 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 08-08-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2017

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 08-16-2021 | RECEIVED POA/TIA | | | |
| 08-05-2022 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 10-12-2022 | CURRENTLY NOT COLLECTIBLE | | | |
| 12-09-2022 | | | | |
| 09-27-2018 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOUISE T BLOUIN EIN/SSN:

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN TAX PERIOD: JUNE 2017

---

BALANCE 19,787.40

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

---

SIGNATURE OF CERTIFYING OFFICER: Nicole T Salazar

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
KANSAS CITY, MO

ACCOUNT STATUS DATE 01/24/2023