# Department of State
## Division of Corporations

### Entity Information



Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** LOUISE BLOUIN MEDIA INC.
**DOS ID:** 4075887
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** INACTIVE
**DATE OF INITIAL DOS FILING:** 04/01/2011
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/01/2011
**INACTIVE DATE:** 08/31/2016
**FOREIGN FORMATION DATE:** 06/07/2004
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 04/30/2015
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** LOUISE BLOUIN MEDIA INC.

**Address:** 88 LAIGHT STREET, SUITE 1, NEW YORK, NY, UNITED STATES, 10013

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

**Chief Executive Officer's Name and Address**

**Name:** LOUISE T BLOUIN

**Address:** 88 LAIGHT STREET, SUITE 1, NEW YORK, NY, UNITED STATES, 10013

**Principal Executive Office Address**

**Address:** 88 LAIGHT STREET, SUITE1, NEW YORK, NY, UNITED STATES, 10013

**Registered Agent Name and Address**

**Name:**
**Address:**

**Entity Primary Location Name and Address**

**Name:**
**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |