**efile GRAPHIC print - DO NOT PROCESS** | **LATEST DATA - Production**                  DLN: 93310290045527

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2016 or tax year beginning **01-01-2016** , ending **12-31**
► **Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.**

OMB No. 1545-0123

**2016**

| A   Check if: | | | |
|---|---|---|---|
| **1a** Consolidated return (attach Form 851) | | ☐ | |

**b** Life/nonlife consolidated return  .  .  .  .  ☐

**2** Personal holding co. (attach Sch. PH) ☐

**3** Personal service corp. (see instructions) . ☐

**4** Schedule M-3 attached 🖈 ☑

**TYPE OR PRINT**

Name
LOUISE BLOUIN MEDIA INC

Number, street, and room or suite no. If a P.O. box, see instructions.
80 BROAD ST FIFTH AND SIXTH FLOOR

City or town, state or province, country, and ZIP or foreign postal code
NEW YORK, NY  10013

ntification number

ated
004

see instructions)

15,502,488

**E** Check if:  **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ change
**(5)** ☐ Amended Return  **(6)** ☐ Superseded Return

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** | Gross receipts or sales  .  .  .  .  .  .  .  .  .  . | **1a** | 3,173,252 |
| | **b** | Returns and allowances  .  .  .  .  .  .  .  .  .  . | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a  .  .  .  .  .  .  .  .  . | **1c** | 3,173,252 |
| | **2** | Cost of goods sold (attach Form 1125-A)  .  .  .  .  .  .  . | **2** | 1,088,243 |
| | **3** | Gross profit. Subtract line 2 from line 1c .  .  .  .  .  .  . | **3** | 2,085,009 |
| | **4** | Dividends (Schedule C, line 19)  .  .  .  .  .  .  .  .  . | **4** | |
| | **5** | Interest  .  .  .  .  .  .  .  .  .  .  .  .  . | **5** | |
| | **6** | Gross rents  .  .  .  .  .  .  .  .  .  .  .  . | **6** | |
| | **7** | Gross royalties  .  .  .  .  .  .  .  .  .  .  . | **7** | |
| | **8** | Capital gain net income (attach Schedule D (Form 1120))  .  . | **8** | |
| | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **9** | |
| | **10** | Other income (see instructions-attach statement) 🖈  .  .  .  .  .  . | **10** | 518,077 |
| | **11** | **Total income.** Add lines 3 through 10  .  .  .  .  .  .  ► | **11** | 2,603,086 |
| **Deductions (See instructions for limitations on deductions.)** | **12** | Compensation of officers (see instructions-attach Form 1125-E)  .  .  ► | **12** | 500,000 |
| | **13** | Salaries and wages (less employment credits)  .  .  .  .  .  . | **13** | 78,249 |
| | **14** | Repairs and maintenance  .  .  .  .  .  .  .  .  .  . | **14** | 31,003 |
| | **15** | Bad debts  .  .  .  .  .  .  .  .  .  .  .  . | **15** | |
| | **16** | Rents  .  .  .  .  .  .  .  .  .  .  .  .  . | **16** | 17,070 |
| | **17** | Taxes and licenses  .  .  .  .  .  .  .  .  .  .  . | **17** | 1,186 |
| | **18** | Interest  .  .  .  .  .  .  .  .  .  .  .  .  . | **18** | 295,252 |
| | **19** | Charitable contributions  .  .  .  .  .  .  .  .  .  . | **19** | |
| | **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) 🖈 | **20** | 3,233,018 |
| | **21** | Depletion  .  .  .  .  .  .  .  .  .  .  .  . | **21** | |
| | **22** | Advertising  .  .  .  .  .  .  .  .  .  .  .  . | **22** | |
| | **23** | Pension, profit-sharing, etc., plans  .  .  .  .  .  .  .  . | **23** | |
| | **24** | Employee benefit programs  .  .  .  .  .  .  .  .  .  . | **24** | 47,519 |
| | **25** | Domestic production activities deduction (attach Form 8903)  .  . | **25** | |
| | **26** | Other deductions (attach statement) 🖈  .  .  .  .  .  .  . | **26** | 341,152 |
| | **27** | **Total deductions.** Add lines 12 through 26  .  .  .  .  .  ► | **27** | 4,544,449 |
| | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | **28** | -1,941,363 |
| | **29  a** | Net operating loss deduction (see instructions)  .  .  .  .  . **29a** | | |
| | **b** | Special deductions (Schedule C, line 20)  .  .  .  . **29b** | | |
| | **c** | Add lines 29a and 29b  .  .  .  .  .  .  .  .  .  .  . | **29c** | |
| **Tax, Refundable Credits, and Payments** | **30** | **Taxable income.** Subtract line 29c from line 28. See instructions. | **30** | -1,941,363 |
| | **31** | Total tax (Schedule J, Part I, line 11)  .  .  .  .  .  .  . | **31** | 0 |
| | **32** | Total payments and refundable credits (Schedule J, Part II, line 21)  . | **32** | |
| | **33** | Estimated tax penalty. See instructions. Check if Form 2220 is attached  .  .  .  .  .  ► ☐ | **33** | |
| | **34** | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed. | **34** | |
| | **35** | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid  .  .  . | **35** | |
| | **36** | Enter amount from line 35 you want: **Credited to 2017 estimated tax►** | Refunded ► | **36** | |

**Exhibit**
12

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ****** Signature of officer | 2017-04-17 Date | ► CHAIRPERSON Title |
|---|---|---|

May the IRS discuss this return with the preparer shown below?
See instructions.  ☐ Yes  ☑ No

| **Paid Preparer Use Only** | Print/Type preparer's name<br>PANKAJ SHAH | Preparer's signature | Date<br>2017-10-16 | Check ☑ if<br>self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Pankaj Shah | | | | Firm ▶ |
| | Firm's address ▶ 13902 Rockingham Rd<br>Germantown, MD, 20874 | | | | Pho |

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 11450Q        2016)

Form 1120 (2016)                                                                        age **2**

| Schedule C | Dividends and Special Deductions<br>(see instructions) | (a) Dividends received | (b) % | (c) Special deductions<br>(a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . . . . . . . . . . . . . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . . . . . . . . . | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . . . . . . . . | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation . . | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . . . . . . . . . . . . . . . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . . . . . . . . . . . . . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . . . . . . . . | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . ▶ | | | |

Form **1120** (2016)

Form 1120 (2016)                                                                        Page **3**

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions. . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation. See instructions. . . ▶ ☐ | **2** | 0 |
| 3 | Alternative minimum tax (attach Form 4626) 🖑 . . . . . . . . . | **3** | 0 |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . | **5a** | |
| b | Credit from Form 8834(see instructions) . . . . . | **5b** | |
| c | General business credit (attach Form 3800) . . . . . | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . | **5d** | |
| e | Bond credits from Form 8912 . . . . . | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . | **8** | 0 |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . | **9a** | |
| b | Recapture of low-income housing credit (attach Form 8611) . . | **9b** | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **9c** | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | **9d** | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . | **9e** | |
| f | Other (see instructions — attach statement) . . . . . . . . | **9f** | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . | **11** | 0 |

**Part II - Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | 2015 overpayment credited to 2016 . . . . . . . . . . | **12** | |
| 13 | 2016 estimated tax payments . . . . . . . . . . . | **13** | |
| 14 | 2016 refund applied for on Form 4466 . . . . . . . . . | **14** | ( ) |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . | **15** | |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . | **16** | |
| 17 | Withholding (see instructions) . . . . . . . . . . . | **17** | |
| 18 | **Total payments.** Add lines 15, 16 and 17 . . . . . . . . | **18** | |
| 19 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . | **19a** | |
| b | Form 4136 . . . . . . . . . . . | **19b** | |
| c | Form 8827, line 8c . . . . . . . . . | **19c** | |
| d | Other (attach statement — see instructions) . . . . | **19d** | |
| 20 | **Total credits.** Add lines 19a through 19d . . . . . . . . | **20** | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 . . . . . . . | **21** | |

| Schedule K | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☑ Accrual   c ☐ Other (specify) ▶_____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 511190 | | |
| b | Business activity ▶ PUBLISHING | | |
| c | Product or service ▶ PUBLISHING COMPANY | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . | | No |
| | If "Yes," enter name and EIN of the parent corporation ▶_____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) 🖑 . . . . | | Yes |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | No |

Form **1120** (2016)

1/30/23, 12:46 PM

Preparing printout...

Form 1120 (2016)

Page **4**

| Schedule K | Other Information *(continued from page 3)* |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **5** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. | | No |
|  | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | No |
|  | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. . . . . . . | | No |
|  | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. | | |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? . . . . | Yes | |
|  | For rules of attribution, see section 318. If "Yes," enter: | | |
|  | **(i)** Percentage owned ▶       100.00 %  and **(ii)**  Owner's country: ▶ BD | | |
|  | **(c)**  The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached 🖐 ▶ 1 | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount. . . . . . . ▶ ☐ | | |
|  | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 1 | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here. . . . ▶ ☐ | | |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election won't be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (don't reduce it by any deduction on line 29a.) ▶ $           29,233,005 | | |
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . | | No |
|  | If "Yes," the corporation isn't required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions. . . . | | No |
|  | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2016 that would require it to file Form(s) 1099? . . . . . . . . . . | Yes | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . | Yes | |
| **16** | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | No |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . | | No |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . | | No |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . | | No |

Form **1120** (2016)

Form 1120 (2016)

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash . . . . . . . . . . | | 101,343 | | 479,657 |
| **2a** | Trade notes and accounts receivable | 667,537 | | 190,114 | |
| **b** | Less allowance for bad debts . . . | ( ) | 667,537 | ( ) | 190,114 |
| **3** | Inventories . . . . . . . . | | 8,084 | | 6,255 |
| **4** | U.S. government obligations . . . | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | | | 🖻 | |
| | | | | | 9,286 |
| **7** | Loans to shareholders . . . . . | | | | |
| **8** | Mortgage and real estate loans . . | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 22,920,607 | | 24,224,578 | |
| **b** | Less accumulated depreciation . . | (13,881,637) | 9,038,970 | (15,719,554) | 8,505,024 |
| **11a** | Depletable assets . . . . . . | | | | |
| **b** | Less accumulated depletion . . . | ( ) | | ( ) | |
| **12** | Land (net of any amortization) . . | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization . . | ( ) | | ( ) | |
| **14** | Other assets (attach statement) . . | 🖻 | 13,136,522 | 🖻 | 6,312,152 |
| **15** | Total assets . . . . . . . . | | 22,952,456 | | 15,502,488 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . | | 927,775 | | 307,223 |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) | 🖻 | 6,358,017 | 🖻 | 49,130,192 |
| **19** | Loans from shareholders . . . . | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock: **a** Preferred stock | | | | |
| | **b** Common stock | 1,250,100 | 1,250,100 | 1,250,100 | 1,250,100 |
| **23** | Additional paid-in capital . . . . | | 49,051,035 | | |
| **24** | Retained earnings—Appropriated (attach statement) | | | | |
| **25** | Retained earnings—Unappropriated | | -34,634,471 | | -35,185,027 |
| **26** | Adjustments to shareholders' equity (attach statement) | | | | |
| **27** | Less cost of treasury stock . . . | | ( ) | | ( ) |
| **28** | Total liabilities and shareholders' equity | | 22,952,456 | | 15,502,488 |

| Schedule M-1 | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|
| | **Note:** The corporation may be required to file Schedule M-3. See instructions. |

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 1 | Net income (loss) per books . . . | -550,292 | 7 | Income recorded on books this year | | |
| 2 | Federal income tax per books  . . | 1,791 | | not included on this return (itemize): | | |
| 3 | Excess of capital losses over capital gains | | | | | |
| 4 | Income subject to tax not recorded on | | | Tax-exempt interest $ | | |
| | books this year (itemize): | | | | | |
| 5 | Expenses recorded on books this year | | 8 | Deductions on this return not charged | | |
| | not deducted on this return (itemize): | | | against book income this year (itemize): | | |
| a | Depreciation $ | | | | | |
| b | Charitable contributions $ | | a | Depreciation $ | 1,395,099 | |
| c | Travel and entertainment $  777 | | b | Charitable | | |
| | | 2,237 | | | | 1,395,099 |
| 6 | Add lines 1 through 5  .  .  .  .  . | -546,264 | 9 | Add lines 7 and 8  .  .  .  .  .  .  . | | 1,395,099 |
| | | | 10 | Income (page 1, line 28)—line 6 less line 9 | | -1,941,363 |

| Schedule M-2 | **Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)** |
|---|---|

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 1 | Balance at beginning of year . . . | -34,634,471 | 5 | Distributions: **a** Cash  .  .  .  .  . | | |
| 2 | Net income (loss) per books  .  .  . | -550,292 | | **b** Stock  .  .  .  .  . | | |
| 3 | Other increases (itemize): | | | **c** Property  .  .  .  . | | |
| 4 | Add lines 1, 2, and 3  .  .  .  .  . | -35,184,763 | 6 | Other decreases (itemize):  | 264 | |
| | | | 7 | Add lines 5 and 6  .  .  .  .  .  .  . | 264 | |
| | | | 8 | Balance at end of year (line 4 less line 7) | -35,185,027 | |

Form **1120** (2016)

Preparing printout...

## Additional Data

|  |  |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **EIN:** | |
| **Name:** | MEDIA INC |
| **Return Software ID:** | |

**Form 1120, Special Condition:**

| Special Condition |
|---|
| |

1/30/23, 12:46 PM

Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA – Production | DLN: 93310290045527 |

Form **1125-A**

(October 2016)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, and 1065-B.**
▶ **Information about Form 1125-A and its instructions is at** *www.irs.gov/form*

MB No. 1545-0123

Name
LOUISE BLOUIN MEDIA INC

ntification Number

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | | 8,084 |
| **2** | Purchases | | 1,086,414 |
| **3** | Cost of labor | | |
| **4** | Additional section 263A costs (attach schedule) | | |
| **5** | Other costs (attach schedule) | | |
| **6** | **Total.** Add lines 1 through 5 | 6 | 1,094,498 |
| **7** | Inventory at end of year | 7 | 6,255 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,088,243 |

**9a** Check all methods used for valuing closing inventory:

  *(i)* ☐ Cost

  *(ii)* ☐ Lower of cost or market

  *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☑ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

**For Paperwork Reduction Act Notice, see instructions.** Cat. No. 55988R Form **1125-A** (10-2016)

**Additional Data**

| | |
|---:|---|
| **Software ID:** | |
| **Software Version:** | |
| **EIN:** | |
| **Name:** | IN MEDIA INC |

1/30/23, 12:46 PM

Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | | DLN: 93310290045527 |

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC , or 11**
▶**Information about Form 1125–E and its separate instructions is a**
*www.irs.gov/form1125e.*

B No. 1545-0123

Name
LOUISE BLOUIN MEDIA INC

ntification number

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of tota

| (a) Name of officer | (b) Social security number (See instructions.) | (c) Percent of time devoted to business | Percent of stock | | (f) Amount of compensation |
| --- | --- | --- | --- | --- | --- |
| | | | (d) Common | (e | |
| **1** LOUISE T BLOUIN | 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 | 100.00 % | | | 500,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
| --- | --- | --- | --- |
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . | **2** | 500,000 |
| **3** | Compensation of officers claimed on Form 1125-A or elesewhere on return . . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . | **4** | 500,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**      Cat. No. 55989C      **Form 1125-E** (Rev. 10-2016)

https://eup.eps.gov/mef/rrdprd/sdi/proxy/printMsgContent

## Additional Data

|                      |          |
|---------------------:|----------|
|     **Software ID:** |          |
| **Software Version:**|          |
|             **EIN:** |          |
|            **Name:** | MEDIA INC|

1/30/23, 12:46 PM    Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310290045527 |
|---|---|---|

Form **4562**

Department of the Treasury
Internal Revenue Service  (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.*

OMB No. 1545-0172

**6**
nt
No. **179**

| Name(s) shown on return | Business or activity to which this form relates | **number** |
|---|---|---|
| LOUISE BLOUIN MEDIA INC | FORM 1120 | |

**Part I**  **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) · · · · · · · · · · · · · · · | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) · · · · · · | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) · · · | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 1. If zero or less, enter -0- · · · · | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions · · · · · · · · · · · · · · · · · · | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 · · · · · · · · · | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 · · · · · | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 · · · · · · · · · · · | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2015 Form 4562 · · · · · · · | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 · · · | **12** | |
| 13 | Carryover of disallowed deduction to 2017 Add lines 9 and 10, less line 12    ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  **Special Depreciation Allowance and Other Depreciation (Don't** include listed property.**)** (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) · · · · · · · · · · · · · · · · · · · · | **14** | 651,986 |
| 15 | Property subject to section 168(f)(1) election · · · · · · · · · · · · · · | **15** | |
| 16 | Other depreciation (including ACRS) · · · · · · · · · · · · · · · · | **16** | 2,269,614 |

**Part III**  **MACRS Depreciation (Don't** include listed property.**)** (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2016 · · · | **17** | 202,754 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here · · · · · · · · · · · · · · · · ▶ ☐ | | |

**Section B—Assets Placed in Service During 2016 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only—see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | 651,985 | 3 | HY | S/L | 108,664 |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2016 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 · · · · · · · · · · · · | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions · · · · · | **22** | 3,233,018 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs · · · · · · · · · · | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 12906N    Form **4562** (2016)

Form 4562 (2016)                                                                                          Page **2**

| Part V | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**    **24b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation/ deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (do n't include commuting miles) . . . . . . . . . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year . . . . | | | | | | | | | | | | |
| **32** Total other personal(noncommuting) miles driven . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? . . . . . | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2016 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2016 tax year . . . . . . . . . . | | | **43** | | |
| **44 Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . | | | **44** | | |

Form **4562** (2016)

P              ntout...

**Additional Data**

|  |  |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **EIN:** | |
| **Name:** | MEDIA INC |

1/30/23, 12:46 PM                                              Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | LN: 9331029004 5527 |
|---|---|---|

Form **4626**

**Alternative Minimum Tax—Corporatio**

OMB No. 1545-0123

**2016**

Department of the Treasury
Internal Revenue Service

▶ **Attach to the corporation's tax return.**
▶**Information about Form 4626 and its separate instructions is at** *www.ir*

6.

Name
LOUISE BLOUIN MEDIA INC

ntification number

**Note:** *See the instructions to find out if the corporation is a small corporation exempt from the a minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction . . . . . . . . . . | **1** | -1,941,363 |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property . . . . . . . . . . . . . . . . . . . | **a** | -87,153 |
| b | Amortization of certified pollution control facilities . . . . . . . . . . . . . | **2b** | |
| c | Amortization of mining exploration and development costs . . . . . . . . . . . | **2c** | |
| d | Amortization of circulation expenditures (personal holding companies only) . . . . . . | **2d** | |
| e | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . | **2e** | |
| f | Long-term contracts . . . . . . . . . . . . . . . . . . . . . . | **2f** | |
| g | Merchant marine capital construction funds . . . . . . . . . . . . . . . | **2g** | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) . . . . . | **2h** | |
| i | Tax shelter farm activities (personal service corporations only) . . . . . . . . . | **2i** | |
| j | Passive activities (closely held corporations and personal service corporations only) . . . . | **2j** | |
| k | Loss limitations . . . . . . . . . . . . . . . . . . . . . . . | **2k** | |
| l | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . | **2l** | |
| m | Tax-exempt interest income from specified private activity bonds . . . . . . . . . | **2m** | |
| n | Intangible drilling costs . . . . . . . . . . . . . . . . . . . . . | **2n** | |
| o | Other adjustments and preferences . . . . . . . . . . . . . . . . . . | **2o** | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o . . . . . | **3** | -2,028,516 |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |

| 4 | | | | |
|---|---|---|---:|---:|
| a | ACE from line 10 of the ACE worksheet in the instructions . . . . | **4a** | -2,028,516 | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount. See instructions | **4b** | 0 | |
| c | Multiply line 4b by 75% (0.75). Enter the result as a positive amount | **4c** | 0 | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments. See instructions. **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* . . . . . . . . . . | **4d** | 0 | |
| e | ACE adjustment. | | | |
| | ● If line 4b is zero or more, enter the amount from line 4c | | | |
| | ● If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount } . . . | **4e** | | 0 |

| | | | |
|---|---|---|---:|
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT . . . . . | **5** | -2,028,516 |
| 6 | Alternative tax net operating loss deduction. See instructions . . . . . . . . . . | **6** | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions . . . . . . . . . . . . . . | **7** | |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |

| 8 | | | | |
|---|---|---|---:|---:|
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- . . . . . | **8a** | | |
| b | Multiply line 8a by 25% (0.25) . . . . . . . . . . . . | **8b** | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- . . . . . . . . . . . . | **8c** | | 0 |

| | | | |
|---|---|---|---:|
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- . . . . . . . . . . | **9** | |
| 10 | Multiply line 9 by 20% (0.20) . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC). See instructions . . . . . . . . . | **11** | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 . . . . . . . . . . . | **12** | |
| 13 | Regular tax liability before applying all credits except the foreign tax credit . . . . . . . | **13** | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter that amount on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return . . . . | **14** | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.**          Cat. No. 12955I          Form **4626** (2016)

1/30/23, 12:46 PM                                                        P            printout...

## Additional Data

|                    |               |
|-------------------:|---------------|
| **Software ID:**   |               |
| **Software Version:** |            |
| **EIN:**           |               |
| **Name:**          | IN MEDIA INC  |

1/30/23, 12:46 PM                                                Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310290045527 |

Form **5472**
(Rev. December 2012)

**Information Return of a 25% Foreign-Owned U.S. Corpora**
**or a Foreign Corporation Engaged in a U.S. Trade or Busi**
(Under Sections 6038A and 6038C of the Internal Revenue Code)
► Information about Form 5472 and its separate instructions is at *www.irs.gov/fo*

OMB No. 1545-0805

Department of the Treasury
Internal Revenue Service

For tax year of the reporting corporation beginning ___01-01-2016___, and ending ___12-31-201___

**Note.** *Enter all information in English and money items in U.S. dollars.*

| Part I | Reporting Corporation (see instructions). All reporting corporations must complete Part I. |

**1a** Name of reporting corporation
LOUISE BLOUIN MEDIA INC

**1b**                  ntification number

Number, street, and room or suite no. (if a P.O. box, see instructions)
80 BROAD ST FIFTH AND SIXTH FLOOR

**1c**

City or town, state, and ZIP code (if a foreign address, see instructions)

NEW YORK , NY  10013

15,502,488

| **1d** Principal business activity ► PUBLISHING | **e** Principal busin | **e** ► 511190 |

**1f** Total value of gross payments made or received
(see instructions) reported on **this** Form 5472
$                48,262,279

**1g** Total number of Forms 5472
filed for the tax year
1

**1h** Total value of gross payments made or received
(see instructions) reported on **all** Forms 5472
$                48,262,279

**1i** Check here if this is
a consolidated filing
of Form 5472 ► ☐

**1j** Country of
incorporation
US

**1k** Country(ies) under whose laws the reporting corporation
files an income tax return as a resident
US

**1l** Principal country(ies) where
business is conducted
US

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting
power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the
reporting corporation .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ► ☐

| Part II | 25% Foreign Shareholder (see instructions) |

**1a** Name and address of direct 25% foreign shareholder
LTB HOLDINGS LTD
MILNER HOUSE 18 PARLIMENT
HAMILTON
BD

**1b(1)** U.S. identifying number, if any

FOREIGNUS

**1b(2)** Reference ID number (see instructions)
90593

**1c** Principal country(ies) where
business is conducted
BD

**1d** Country of citizenship,
organization, or incorporation
BD

**1e** Country(ies) under whose laws the direct 25% foreign
shareholder files an income tax return as a resident
BD

**2a** Name and address of direct 25% foreign shareholder

**2b(1)** U.S. identifying number, if any

**2b(2)** Reference ID number (see instructions)

**2c** Principal country(ies) where
business is conducted

**2d** Country of citizenship,
organization, or incorporation

**2e** Country(ies) under whose laws the direct 25% foreign
shareholder files an income tax return as a resident

**3a** Name and address of ultimate indirect 25% foreign shareholder

**3b(1)** U.S. identifying number, if any

**3b(2)** Reference ID number (see instructions)

**3c** Principal country(ies) where
business is conducted

**3d** Country of citizenship,
organization, or incorporation

**3e** Country(ies) under whose laws the ultimate indirect 25%
foreign shareholder files an income tax return as a resident

**4a** Name and address of ultimate indirect 25% foreign shareholder

**4b(1)** U.S. identifying number, if any

**4b(2)** Reference ID number (see instructions)

Preparing printout...

| **4c** Principal country(ies) where business is conducted | **4d** Country of citizenship, organization, or incorporation | **4e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident |
|---|---|---|

**For Paperwork Reduction Act Notice, see instructions.**    Cat. No. 49987Y    Form **5472** (Rev. 12-2012)

Form 5472 (Rev. 12-2012)                                                                                          Page **2**

| **Part III** | **Related Party** (see instructions) |
|---|---|

Check applicable box: Is the related party a ☑ foreign person or ☐ U.S. person ?
All reporting corporations must complete this question and the rest of Part III.

| **1a** Name and address of related party | **1b(1)** U.S. identifying number, if any |
|---|---|
| LTB HOLDINGS LTD<br>MILNER HOUSE 18 PARLIMENT<br>HAMILTON ,   BERMUDA<br>BD | FOREIGNUS |
| | **1b(2)** Reference ID number (see instructions)<br><br>90593 |

| **1c** Principal business activity ▶ PUBLISHING | **1d** Principal business activity code ▶ 511190 |
|---|---|

**1e** Relationship—Check boxes that apply: ☐ Related to reporting corporation  ☐ Related to 25% foreign shareholder  ☑ 25% foreign shareholder

| **1f** Principal country(ies) where business is conducted | **1g** Country(ies) under whose laws the related party files an income tax return as a resident |
|---|---|
| BD | BD |

| **Part IV** | **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions) |
|---|---|

**Caution:** *Part IV* **must** *be completed if the "foreign person" box is checked in the heading for Part III.*

If estimates are used, check here ▶ ☐

| | | | |
|---|---|---|---:|
| 1 | Sales of stock in trade (inventory) | 1 | |
| 2 | Sales of tangible property other than stock in trade | 2 | |
| 3 | Platform contribution transaction payments received | 3 | |
| 4 | Cost sharing transaction payments received | 4 | |
| 5a | Rents received (for other than intangible property rights) | 5a | |
| b | Royalties received (for other than intangible property rights) | 5b | |
| 6 | Sales, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 6 | |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | 7 | |
| 8 | Commissions received | 8 | |
| 9 | Amounts borrowed (see instructions) **a** Beginning balance 392,094 **b** Ending balance or monthly average ▶ | 9b | 381,562 |
| 10 | Interest received | 10 | |
| 11 | Premiums received for insurance or reinsurance | 11 | |
| 12 | Other amounts received (see instructions) | 12 | |
| 13 | **Total.** Combine amounts on lines 1 through 12 | 13 | 381,562 |
| 14 | Purchases of stock in trade (inventory) | 14 | |
| 15 | Purchases of tangible property other than stock in trade | 15 | |
| 16 | Platform contribution transaction payments paid | 16 | |
| 17 | Cost sharing transaction payments paid | 17 | |
| 18a | Rents paid (for other than intangible property rights) | 18a | |
| b | Royalties paid (for other than intangible property rights) | 18b | |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 19 | |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | 20 | |
| 21 | Commissions paid | 21 | |
| 22 | Amounts loaned (see instructions) **a** Beginning balance _____ **b** Ending balance or monthly average ▶ | 22b | |
| 23 | Interest paid | 23 | |
| 24 | Premiums paid for insurance or reinsurance | 24 | |
| 25 | Other amounts paid (see instructions) | 25 | |
| 26 | **Total.** Combine amounts on lines 14 through 25 | 26 | |

| **Part V** | **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party** (see instructions) |
|---|---|

Describe these transactions on an attached separate sheet and check here. ▶ ☐

| **Part VI** | **Additional Information** |
|---|---|

All reporting corporations must complete Part VI.

| | | |
|---|---|---|
| 1 | Does the reporting corporation import goods from a foreign related party? | ☐ Yes  ☑ No |
| 2a | If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? If "No," **do not** complete **b** and **c** below. | ☐ Yes  ☐ No |
| b | If "Yes," attach a statement explaining the reason or reasons for such difference. | |
| c | If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? | ☐ Yes  ☐ No |
| 3 | During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement? | ☐ Yes  ☑ No |
| 4 | During the course of the tax year, did the foreign parent corporation become a participant in any cost sharing arrangement ? | ☐ Yes  ☑ No |

Form **5472** (Rev. 12-2012)

P          printout...

## Additional Data

|  |  |
|---|---|
| **Software ID:** |  |
| **Software Version:** |  |
| **EIN:** |  |
| **Name:** | IN MEDIA INC |

1/30/23, 12:46 PM                                    Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | | Production | | DLN: 93310290045527 |

## TY 2016 Itemized Expenses R          Books Schedule

**Name:**          IN MEDIA INC

**EIN:**

| Corporation Name | Cor | Description | Amount |
|---|---|---|---|
| | | TIES | 1,460 |
| Total | | | |

Preparing printout...

| efile GRAPHIC print – DO NOT PROCESS | Production | DLN: 93310290045527 |

## TY 2016 Itemized Other Asse

**Name:**          N MEDIA INC
**EIN:**

| Corporation Name | Corporation EIN | Description | Beginning Amount | Ending Amount |
|---|---|---|---|---|
| | | | 13,131,754 | 6,312,152 |
| | | PRE | 3,643 | |
| | | TRANSIT CHECK | -560 | |
| | | OTHER ACCOUNT RECV | 1,685 | |

1/30/23, 12:46 P                                    Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | | Production | | DLN: 93310290045527 |

## TY 2016 Itemized Other Curr          hedule

**Name**            N MEDIA INC

**EIN:**

| Corporation Name | Corporation EIN | O | ets Description | Beginning Amount | Ending Amount |
|---|---|---|---|---|---|
| | | RE | | | 9,286 |

Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | Production | DLN: 93310290045527 |
|---|---|---|

## TY 2016 Itemized Other Curr          Schedule

**Name:**        IN MEDIA INC

**EIN:**

| Corporation Name | Corporation EIN | cription | Beginning Amount | Ending Amount |
|---|---|---|---|---|
| | | A | 409,031 | -2 |
| | | O          L | | 682,466 |
| | | COBRA | | -249 |
| | | FRINGE CLEARING ACCT | | -64,951 |
| | | INTERCOMPANY | 5,948,986 | 48,262,279 |
| | | TRANSIT CHECK | | 169 |
| | | DEFERRED REVENUE | | 196,525 |
| | | 401K | | -8,158 |
| | | PAYROLL | | 52,010 |
| | | FLEXIBLE SPENDING PL | | 10,103 |

1/30/23, 12:46 PM                              Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | Production | DLN: 93310290045527 |
|---|---|---|

## TY 2016 Itemized Other Decr          ule

**Name:**          IN MEDIA INC
**EIN:**

| Corporation Name | Corporate EIN | Description | Amount |
|---|---|---|---|
| | | J | 264 |
| Total | | | |

Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | Production | DLN: 9331029045527 |

## TY 2016 Itemized Other Liabi          le

**Name:**           IN MEDIA INC

**EIN:**

| Corporation Name | Corporation EIN | es Description | Beginning Amount | Ending Amount |
| --- | --- | --- | --- | --- |

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310290045527 |
|---|---|---|

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)

Department of the Treasury
Internal Revenue Service

### Information on Certain Persons Ownin
### Corporation's Voting Stock

▶**Attach to Form 1120.**
▶**See instructions on page 2.**

OMB No. 1545-0123

| Name | ntification number (EIN) |
|---|---|
| LOUISE BLOUIN MEDIA INC | |

**Part I**    **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Sche    n 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (includ    treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more,    tly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to    ructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| LTB HOLDING LTD | FOREIGNUS | CORPORATION | BD | 100.00 % |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**    **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citzenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| See Additional Data Table | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.    Cat. No. 52684S    **Schedule G (Form 1120) (Rev. 12-2011)**

P            rintout...

## Additional Data

|  |  |
|---|---|
| **Software ID:** |  |
| **Software Version:** |  |
| **EIN:** |  |
| **Name:** | N MEDIA INC |

1/30/23, 12:46 PM                                        Preparing printout...

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93310290045527 |
|---|---|---|

**SCHEDULE M-3**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

## Net Income (Loss) Reconciliation for Corporati
## With Total Assets of $10 Million or More

▶Attach to Form 1120 or 1120-C.▶ Information about Schedule M-3 (Form 112
separate instructions is available at *www.irs.gov/form1120.*

OMB No. 1545-0123

**2016**

Name of corporation (common parent, if consolidated return)
LOUISE BLOUIN MEDIA INC

entification number

Check applicable box(es): (1) ☑ Non-consolidated return   (2) ☐ Consolidated return (Form 11
(3) ☐ Mixed 1120/L/PC group   (4) ☐ Dormant subsidiaries schedul

| Part I | Financial Information and Net Income (Loss) Reconciliation (see instructions) |
|---|---|

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?

☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
☑ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?

☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
☑ **No.** Go to line 1c.

**c** Did the corporation prepare a non-tax-basis income statement for that period?

☑ **Yes.** Complete lines 2a through 11 with respect to that income statement.
☐ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2a** Enter the income statement period:   Beginning   01-01-2016   Ending   12-31-2016

**b** Has the corporation's income statement been restated for the income statement period on line 2a?

☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☑ **No.**

**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?

☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☑ **No.**

**3a** Is any of the corporation's voting common stock publicly traded?

☐ **Yes.**
☑ **No.** If "No," go to line 4a.

**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common
stock . . . . . . . . . . . . . . . . . . . . . .

**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting
common stock . . . . . . . . . . . . . . . . . . . .

| | | | |
|---|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | -550,292 | |
| **b** Indicate accounting standard used for line 4a (see instructions): | | | |
| (1) ☑ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☐ Tax-basis (5) ☐ Other (specify) | | | |
| **5a** Net income from nonincludible foreign entities (attach statement) . . . . . . . . | **5a** | ( ) | |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | **5b** | | |
| **6a** Net income from nonincludible U.S. entities (attach statement) . . . . . . . . | **6a** | ( ) | |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) . | **6b** | | |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) | **7a** | | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) . | **7b** | | |
| **c** Net income (loss) of other includible entities (attach statement) . . . . . . | **7c** | | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) . . . . . . . | **8** | | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) . . . . | **9** | | |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) . . . . . | **10a** | | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) . . . | **10b** | | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) . . . . . . | **10c** | | |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 . . | **11** | -550,292 | |

**Note:** Part I, line 11, must equal Part II, line 30, column (a) or Schedule M-1, line 1 (see instructions).

Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

**12**

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4  . . . . . . . . ▶ | 15,502,488 | 49,437,415 |
| **b** Removed on Part I, line 5  . . . . . . . ▶ | | |
| **c** Removed on Part I, line 6  . . . . . . . ▶ | | |
| **d** Included on Part I, line 7  . . . . . . . ▶ | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**   Cat. No. 37961C   **Schedule M-3 (Form 1120) 2016**

1/30/23, 12:46 PM          Preparing printout...

Schedule M-3 (Form 1120) 2016          Page **2**

Name of corporation (common parent, if consolidated return)
LOUISE BLOUIN MEDIA INC
       **ntification number**

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidia    ☐ ixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

Name of subsidiary (if consolidated return)        **ntification number**

| Part II | **Reconciliation of Net Income (Loss) per Income Statement of Includible Co** | | | **ith Taxable** |

**Income per Return** (see instructions)

| | **Income (Loss) Items** <br> (Attach statements for lines 1 through 12) | **(a)** <br> Income (Loss) per <br> Income Statement | **(b)** <br> Temporary <br> Difference | **(c)** <br> Permanent <br> Difference | **(d)** <br> Income (Loss) <br> per Tax Return |
|---|---|---|---|---|---|
| 1 | Income (loss) from equity method foreign corporations | | | | |
| 2 | Gross foreign dividends not previously taxed | | | | |
| 3 | Subpart F, QEF, and similar income inclusions . . . | | | | |
| 4 | Section 78 gross-up . . . . . . . . . | | | | |
| 5 | Gross foreign distributions previously taxed . . . | | | | |
| 6 | Income (loss) from equity method U.S. corporations . | | | | |
| 7 | U.S. dividends not eliminated in tax consolidation . . | | | | |
| 8 | Minority interest for includible corporations . . . . | | | | |
| 9 | Income (loss) from U.S. partnerships . . . . . | | | | |
| 10 | Income (loss) from foreign partnerships . . . . . | | | | |
| 11 | Income (loss) from other pass-through entities . . . | | | | |
| 12 | Items relating to reportable transactions . . . . | | | | |
| 13 | Interest income (see instructions) . . . . . . | | | | |
| 14 | Total accrual to cash adjustment . . . . . . | | | | |
| 15 | Hedging transactions . . . . . . . . . | | | | |
| 16 | Mark-to-market income (loss) . . . . . . . | | | | |
| 17 | Cost of goods sold (see instructions) . . . . . | ( ) | | | ( ) |
| 18 | Sale versus lease (for sellers and/or lessors) . . . | | | | |
| 19 | Section 481(a) adjustments . . . . . . . . | | | | |
| 20 | Unearned/deferred revenue . . . . . . . . | | | | |
| 21 | Income recognition from long-term contracts . . . | | | | |
| 22 | Original issue discount and other imputed interest . . . | | | | |
| 23a | Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b | Gross capital gains from Schedule D, excluding amounts from pass-through entities . . . . . . . | | | | |
| c | Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses . . . . . | | | | |
| d | Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses . . . | | | | |
| e | Abandonment losses . . . . . . . . . . | | | | |
| f | Worthless stock losses (attach statement) . . . . | | | | |
| g | Other gain/loss on disposition of assets other than inventory | | | | |
| 24 | Capital loss limitation and carryforward used . . . . | | | | |
| 25 | Other income (loss) items with differences (attach statement) | | | | |
| 26 | **Total income (loss) items.** Combine lines 1 through 25 | | | | |
| 27 | **Total expense/deduction items** (from Part III, line 38) | | | | |
| 28 | Other items with no differences . . . . . . . | | | | |
| 29a | Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b | PC insurance subgroup reconciliation totals . . . . | | | | |
| c | Life insurance subgroup reconciliation totals . . . . | | | | |
| 30 | **Reconciliation totals.** Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) 2016

1/30/23, 12:46 PM                                              Preparing printout...

Schedule M-3 (Form 1120) 2016                                                          Page **3**

| Name of corporation (common parent, if consolidated return) | ntification number |
|---|---|
| LOUISE BLOUIN MEDIA INC | |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidi    ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | ntification number |
|---|---|
| | |

**Part III** — **Reconciliation of Net Income (Loss) per Income Statement of Includible Co** ith Taxable
Income per Return—Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Other expense/deduction items with differences (attach statement) | | | | |
| 38 **Total expense/deduction items.** Combine lines 1 through 37. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

Schedule M-3 (Form 1120) 2016

## Additional Data

|  |  |
|---|---|
| **Software ID:** |  |
| **Software Version** |  |
| **EIN:** |  |
| **Name** | N MEDIA INC |