| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 93311259528326 |
|---|---|---|

# Form 851
(Rev. December 2010)

Department of the Treasury
Internal Revenue Service

**Affiliations Schedule**

▶ File with each consolidated income tax return.

For tax year ending    12-31-2015

OMB No. 1545-0025

Name of common parent corporation
LOUISE BLOUIN MEDIA INC

ntification number

Number, street, and room or suite no. If a P.O. box, see instructions.
88 LAIGHT ST STE 410

City or town, state, and ZIP code
NEW YORK, NY10013

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see in

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| 2 | Subsidiary corporations:<br>LTB USA INC<br>601 W 26 STREET STE 410<br>NEW YORK<br>NY<br>10001<br>Corporation Name Control: LTBU | | | |
| 3 | ART KNOWLEDGE CORPORATION<br>601 W 26 STREET STE 410<br>NEW YORK<br>NY<br>10001<br>Corporation Name Control: ARTK | | | |
| 4 | ART NOW INC<br>601 W 26 STREET STE 410<br>NEW YORK<br>NY<br>10001<br>Corporation Name Control: ARTN | | | |
| 5 | ART INFO INC<br>601 W 26 STREET STE 410<br>NEW YORK<br>NY<br>10001<br>Corporation Name Control: ARTI | | | |
| 6 | ART AND AUCTION HOLDINGS INC<br>601 W 26 STREET STE 410<br>NEW YORK<br>NY<br>10001<br>Corporation Name Control: ARTA | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

Exhibit 13

**Totals** (Must equal amounts shown on the consolidated tax return.)   . ▶

## Part II    Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | |
|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation<br>PUBLISHING | 511190 | | | | | | |
| 2 | Subsidiary corporations:<br>PUBLISHING | 511190 | | | | 100.000 % | 100.000 % | 1 |
| 3 | PUBLISHING | 511190 | | | | 100.000 % | 100.000 % | 1 |
| 4 | PUBLISHING | 511190 | | | | 100.000 % | 100.000 % | 1 |
| 5 | PUBLISHING | 511190 | | | | 100.000 % | 100.000 % | 1 |
| 6 | PUBLISHING | 511190 | | | | 100.000 % | 100.000 % | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | | | | | | % | % |
| 8 | | | | | | % | % |
| 9 | | | | | | % | % |
| 10 | | | | | | % | % |

**For Paperwork Reduction Act Notice, see instructions.**          Cat. No. 16880G                    Form **851** (Rev. 12-2010)

Form 851 (Rev. 12-2010) Page **2**

### Part III  Changes in Stock Holdings During the Tax Year

| Corp. No. | Name of corporation | Share-holder of Corporation No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percent of voting power | Percent of value |
| 1 | LOUISE BLOUIN MEDIA INC | | | | | % | % |
| | | 2 | LTB USA INC | | | % | % |
| | | | 3 | ART KNOWLEDGE CORPORATION | | % | % |
| | | | | 4 | ART NOW INC | % | % |
| | | | | | 5 | ART INFO INC | % | % |
| | | | | | | 6 | ART AND AUCTION HOLDINGS INC | % | % |
| | | | | | | | % | % |
| | | | | | | | % | % |

**(c)** If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions. . . . . . . ☐ **Yes** ☐ **No**

**(d)** Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instructions. . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**(e)** If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

**(f)** If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

Form **851** (Rev. 12-2010)

Form 851 (Rev. 12-2010)                                                                                                    Page **3**

**Part IV**      **Additional Stock Information**(see instructions)

**1**  During the tax year, did the corporation have more than one class of stock outstanding?  . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," enter the name of the corporation and list and describe each class of stock.

During the tax year, did the corporation have more than one class of stock outstanding?  . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," enter the name of the corporation and list and describe each class of stock.

During the tax year, did the corporation have more than one class of stock outstanding?  . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," enter the name of the corporation and list and describe each class of stock.

During the tax year, did the corporation have more than one class of stock outstanding?  . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," enter the name of the corporation and list and describe each class of stock.

During the tax year, did the corporation have more than one class of stock outstanding?  . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," enter the name of the corporation and list and describe each class of stock.

During the tax year, did the corporation have more than one class of stock outstanding?  . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | Class of stock |
|---|---|---|
|  | See Additional Data Table |  |
|  |  |  |
|  |  |  |
|  |  |  |

| 2 | During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? If "Yes," enter the name of the corporation(s) and explain the circumstances. | ☐ Yes | ☑ No |
|---|---|---|---|
| | During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? If "Yes," enter the name of the corporation(s) and explain the circumstances. | ☐ Yes | ☑ No |
| | During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? If "Yes," enter the name of the corporation(s) and explain the circumstances. | ☐ Yes | ☑ No |
| | During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? If "Yes," enter the name of the corporation(s) and explain the circumstances. | ☐ Yes | ☑ No |
| | During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? If "Yes," enter the name of the corporation(s) and explain the circumstances. | ☐ Yes | ☑ No |
| | During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? If "Yes," enter the name of the corporation(s) and explain the circumstances. | ☐ Yes | ☑ No |

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
| | See Additional Data Table | |
| | | |
| | | |
| | | |

| 3 | During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? | ☐ Yes | ☑ No |
|---|---|---|---|
| | If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c). | | |
| | During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? | ☐ Yes | ☐ No |
| | If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c). | | |
| | During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? | ☐ Yes | ☐ No |
| | If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c). | | |
| | During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? | ☐ Yes | ☐ No |
| | If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c). | | |
| | During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? | ☐ Yes | ☐ No |
| | If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c). | | |
| | During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? | ☐ Yes | ☐ No |
| | If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c). | | |

| Corp. No. | Name of corporation | (a) Percentage of value | (b) Percent of outstanding voting stock | (c) Percent of voting power |
|---|---|---|---|---|
| | See Additional Data Table | % | % | % |
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |

| Corp. No. | **(d)** — Provide a description of any arrangement. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Form **851** (Rev. 12-2010)

## Additional Data

**Software ID:**
**Software Version:**
**EIN:**
**Name:** N MEDIA INC

**Form 851, Part IV, Line 1 - Additional Stock Information**(see in

| Corp. No. | Name of corporatio | Class of stock |
|---|---|---|
| 1 | LOUISE BLOUIN MEDIA INC | |
| 2 | LTB USA INC | |
| 3 | ART KNOWLEDGE CORPORATION | |
| 4 | ART NOW INC | |
| 5 | ART INFO INC | |
| 6 | ART AND AUCTION HOLDINGS INC | |

**Form 851, Part IV, Line 2 - Additional Stock Information**(see instructions)**:**

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
| 1 | LOUISE BLOUIN MEDIA INC | |
| 2 | LTB USA INC | |
| 3 | ART KNOWLEDGE CORPORATION | |
| 4 | ART NOW INC | |
| 5 | ART INFO INC | |
| 6 | ART AND AUCTION HOLDINGS INC | |

**Form 851, Part IV, Line 3 - Additional Stock Information**(see instructions)**:**

| Corp. No. | Name of corporation | (a) Percent of value | (b) Percent of outstanding voting stock | (c) Percent of voting power |
|---|---|---|---|---|
| 1 | LOUISE BLOUIN MEDIA INC | % | % | % |
| 2 | LTB USA INC | % | % | % |
| 3 | ART KNOWLEDGE CORPORATION | % | % | % |
| 4 | ART NOW INC | % | % | % |
| 5 | ART INFO INC | % | % | % |
| 6 | ART AND AUCTION HOLDINGS INC | % | % | % |

**Form 851, Part IV, Line 3d - Additional Stock Information**(see instructions)**:**

| Corp. No. | (d) – Provide a description of any arrangement. |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |