December 19, 2016

John Koskinen
Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


Exhibit 15

RE: Election to discontinue filing a consolidated tax return under § 1.1502-75

Dear Commissioner Koskinen:

Louise Blouin Media Inc (Fed Id: _____) currently is filing a consolidated tax return with the following subsidiaries:

1. LTB USA Inc.
2. Art Knowledge Corporation
3. Art Now Inc.
4. Art Info Inc.
5. Art and Auction Holdings Inc.

Louise Blouin Media Inc. hereby respectfully requests to discontinue filing a consolidated tax return under § 1.1502-75 for tax year 2016 due to restructuring and merger of its subsidiaries.

Thank you for your attention to this matter.

Sincerely,

*Louise T Blouin*

Louise T Blouin
Officer & Chairperson

2017-89282