SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

--------------------------------------------------------X

CATHERINE SHANLEY and
WENDY BUCKLEY,

                  Plaintiff,

     -against-

LOUISE BLOUIN MEDIA, INC., LOUISE
BLOUIN,

                Defendants.

--------------------------------------------------------X

Index No. 20-614001

JUDGMENT BY CONFESSION

**ENTERED: SEP 3 0 2020
AT: 9 04 am**

Upon reading and filing the affidavit of confession of judgment, sworn to on February 26, 2020, and the affirmation of Wendy Stryker, Esq., of Frankfurt Kurnit Klein & Selz, P.C., 28 Liberty Street, 35th Fl., New York, NY 10005, attorneys for plaintiffs Catherine Shanley and Wendy Buckley, it is

ADJUDGED that plaintiffs Wendy Buckley, having an address at 2601 16th Street NW, Apt. 817, Washington, D.C. 20009, and Catherine Shanley, having an address at 150 Greenway Terrace, 44W, Forest Hills, NY 11375,  have judgment and recover from defendants Louise Blouin Media, Inc. and Louise Blouin, having an address at  366 Gin Lane, Southampton, New York 11968, the sum of $550,000.00, plus interest in the amount of $ 24,750.00, at the statutory rate from March 27, 2020,  and all costs incurred by Buckley and Shanley in connection with the filing and entry of this Affidavit of Confession of Judgment in the amount of $ 210.00 for a total amount of $ 574,960 and that plaintiffs have execution thereon.

_____
                Clerk

**Exhibit**

17

FILED

2020 SEP 30  A 9 04

JUDITH A. PASCALE
SUFFOLK COUNTY CLERK