

June 27, 2018

S Gould
Internal Revenue Service
290 Broadway, 14-D
New York, NY 10007
347-213-7424

**Exhibit**
**19**

Dear: S Gould

<u>Subject: Louise Therese Blouin</u>
<u>Our Case ID: 3672170</u>

The undersigned certifies being the custodian of the records to which this certificate is annexed, that these records are true and accurate photocopies of records maintained in the actual course of business of this institution, further, that it is this institution's ordinary business to maintain such records, that such records were made contemporaneously with the transactions stated therein, or within a reasonable time after said transaction.

| **Exact Name on Account** | **A/C Number** | **Type** | **Period Covered** |
|---|---|---|---|
| Louise Blouin Media Inc | 403 | Checking | Closed |
| Louise Blouin Media Inc |  | Checking | Closed |

| **Exact Name on Account** | **A/C Number** | **Type** | **Open-Closed** |
|---|---|---|---|
| Louise Blouin Media Inc |  | Credit Card | Closed |
| Louise Blouin Media Inc |  | Credit Card | Closed |

**SSN#:**   ← SSN BELONGS TO A DECEASED PERSON

The enclosed materials concern or may concern nonpublic, confidential, proprietary or privileged business, commercial and/or personal information concerning HSBC Bank USA, N.A., its personnel and/or its customers, including financial customer information and/or trade secrets. Accordingly, these materials are subject to all applicable provisions governing the use of such information, including any protective order or confidentiality obligation, grand jury requirements, or federal or state Freedom of Information Acts, and may only be used in connection with the above-referenced matter.

RESTRICTED - HSBC Bank USA, National Association
P.O. Box 1145, Buffalo, NY 14240



If we can be of further assistance, please contact us at (877) 874-2403.

Sincerely,

*Nancy Lewandowski*
Nancy Lewandowski
Legal Processing Department

enc.

RESTRICTED - HSBC Bank USA, National Association
P.O. Box 1145, Buffalo, NY 14240

**Account**

Account # 403
Account Name: Account Title not found on CIF

**Signer**

x [signature]

INTERNAL