**Regus**

# Office Service Agreement

| Agreement Date (dd/mm/yy): | 15 February 2018 | Reference No.: | 8012239 |
|---|---|---|---|

| Business Centre Address: | | Client Address (Not a Regus Centre Address): | |
|---|---|---|---|
| 80 Broad St - 5th floor - New York, 10004, NY | | Company Name: | LTB Media |
| | | Contact Name: | Louise Bloin |
| | | Address: | Crown House, 72 Hammersmith Road |
| | | Address: | |
| | | Phone & Email: | raju@artinfo.com/917-3103-032 |

### Office Payment Details (excluding tax and excluding services)

| Office Number | No. of People | Monthly Office Fee | Currency |
|---|---|---|---|
| 607 | 4 | 2,050.56 | USD |
| | | | USD |
| | | | USD |
| | | | |
| | | | |
| | | | |
| **Total per Month** | 4 | 2,050.56 | USD |

| Initial Payment | First Month's Fee | | 2,050.56 | USD |
|---|---|---|---|---|
| | Service Retainer | 0 | – | USD |
| | Total Initial Payment | | 2,050.56 | USD |
| **Monthly Payment** | Total Monthly Payment Thereafter | | 2,050.56 | USD |

| Service Provision | Start Date | 01 December 2018 | End Date* | 28 February 2020 |
|---|---|---|---|---|

\* All agreements end on the last calendar day of the month.

**Exhibit 20**

Comments:
*Downgrading office 606 by extending office 607 for more 15 months to complete the remaining amount of office 606.*

We are [Regus Business Centre Kft], ("Regus"). This Agreement incorporates our terms of business set out on attached Terms and Conditions which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Bringing your Agreement to an end".

Name (printed): _____

Title (printed): _____

Date: _____

**SIGNED on your behalf (Client)**

Name (printed): _____

Title (printed): _____

Date: _____

**SIGNED on our behalf**

## Jazmyn Outler

| | |
|---|---|
| **From:** | Lais Bluman |
| **Sent:** | Friday, January 19, 2018 9:12 AM |
| **To:** | Jazmyn Outler |
| **Cc:** | New York Broad Street |
| **Subject:** | FW: Regus Payment and Statement |
| **Attachments:** | Regus Payment and Statement |

**Importance:**    High

Hi Jaz,

Any updates about this request?

Let me know if you need escalation.

Thank you.

**From:** Ahmer Ahmed [mailto:ahmer03@artinfo.com]
**Sent:** Tuesday, January 16, 2018 10:28 AM
**To:** New York Broad Street; Lais Bluman
**Cc:** 'Satya N'; Amelie Riccio; 'C G Kiran Sharma'; 'Caroline Farin'; 'Anas Zuberi'
**Subject:** Regus Payment and Statement
**Importance:** High

Dear All,

We have sent a query regarding the payment. Attached is the email for your reference.

Would appreciate if you could help us to reconcile the same.

Thanks,
Ahmer Ahmed
**Manager - International Accounts**
Skype Id: ahmer.ahmed5
ahmer03@artinfo.com
www.blouinartinfo.com

# BLOUINARTINFO
C O R P

Follow us on social media

 

NOTE: NEW ADDRESS
NEW YORK 80 Broad St. NY 10004 Suite 607 |  PARIS 57 rue de la Roquette 75011 Paris

---------- Forwarded message ----------
From: **Lais Bluman** <Lais.Bluman@regus.com>
Date: Tuesday, January 16, 2018
Subject: Fwd:
To: Amelie Riccio <Amelie.Riccio@regus.com>, Satya N <raju@artinfo.com>
Cc: C G Kiran Sharma <gks@artinfo.com>, Ritesh Ahuja <riteshahuja@artinfo.com>, Caroline Farin <cfarin@artinfo.com>, New York Broad Street <NewYork.BroadStreet@regus.com>

Hi Caroline,


The center team just received the e-mail attached from Louise Blouin this morning.

Please update her about the transferring process. Moving out of the NY office will implicate in a Collections process and we need the signed agreement that Amelie has sent you, so we can place the transfer in our system.


These are the two things pending:


-   Signed agreement

-   Process payment for the 2 overdue invoices (Dec and Jan) for the NY office

-

With these two things are able to move forward and have your agreement transferred.


If you have any questions, please, let me know.


Kind Regards,


Lais Bluman

Area Manager Financial District

M: +1 917 326-1836

**Regus**

3000 locations, 900 cities, 120 countries

---

**From:** Amelie Riccio
**Sent:** Monday, January 15, 2018 6:42 AM
**To:** Satya N
**Cc:** C G Kiran Sharma; Ritesh Ahuja; Caroline Farin; Lais Bluman
**Subject:** RE: Re:

Hello Satya,

Lais Bluman (cc in this email) is your contact in NY.

**Area Manager Financial District**

**M:** +1 917 326-1836

Thanks

Amélie

**Amélie Riccio**

Area Manager

Paris Invalides/Paris Quai d'Orsay

**T** + 33 (0)1 70 91 72 72

3

M + 33 (0)6 40 99 76 03

**Regus**

3000 sites, 900 villes, 120 pays

**From:** Satya N [mailto:raju@artinfo.com]
**Sent:** 15 January 2018 12:39
**To:** Amelie Riccio <Amelie.Riccio@regus.com>
**Cc:** C G Kiran Sharma <gks@artinfo.com>; Ritesh Ahuja <riteshahuja@artinfo.com>; Caroline Farin <cfarin@artinfo.com>; Lais Bluman <Lais.Bluman@regus.com>
**Subject:** Re:

Hi Amelie,

Could you please provide the details of the person to whom you are interacting with Regus NY.

We have the equipment there in our NY office and need to confirm with them before signing of the contract.

Regards

Satya

Finance Controller

LBM

On Mon, Jan 15, 2018 at 4:32 PM, Caroline Farin <cfarin@artinfo.com> wrote:

FYI

i just sent you everything.

Please follow up with the signature.


Kind regards,


Caroline Farin

Global VP Business Development
Direct : +33 6 02 17 53 45/+ 33 1 48 05 81 83

Skype Pseudo: cfarin@artinfo.com

BlouinArtinfo Corp

NEW YORK 80 Broad St. NY NY 10004 Suite 607 | PARIS 57 rue de la Roquette


BLOUIN ART+AUCTION  BLOUIN MODERN PAINTERS  BLOUIN SHOP  BLOUIN GALLERY GUIDE  BLOUIN ART SALES
INDEX  BLOUIN NEWS  SOMOGY  BLOUIN MONTHLIES  LTB FOUNDATION   BLOUIN CREATIVE LEADERSHIP
SUMMIT  BLOUIN ART INFO CORP


Début du message réexpédié :


De: Amelie Riccio <Amelie.Riccio@regus.com>

Objet: RE:

Date: 15 janvier 2018 à 11:55:58 UTC+1

À: "cfarin@artinfo.com" <cfarin@artinfo.com>, Ritesh Ahuja <riteshahuja@artinfo.com>

Cc: Lais Bluman <Lais.Bluman@regus.com>


Dear Louise,

I am in contact with Caroline, who has all information for you: agreements to sign and return to
us as soon as possible so we can move forward.

AGREEMENTS:
- New agreement for office:

https://serviceagreement.regus.com/ServiceAgreement.aspx?id=7a20862554c588e8&user=regu
s (initial payment in required to validate the contract)
- Transfer agreement enclosed

SECURITY DEPOSIT: 2 months security deposit for your office in Paris will be transferred
from NY. And the rest will remain at this centre for the office that you are keeping there.

OFFICE SETUP:
Separation between office 229 and 230 in Paris will be removed by your start date: 1st of March
2018.
How many desks do you need to be installed in your Paris office? Maximum is 6.
Louise, the separators are not standard furniture (we do install these separators in our co-
working space) but we can of course, order them for you. I can send you the quote for approval
asap?
Let me also check if we have spare separators. If we do, I will offer them to you.

Details of transfer agreement:
Office 606 (Amount that will be transferred to Paris): $4160/month. Remaining amount from
Feb 2018 to Nov 2018: $41600
Office 607 (Keeping in NYC) $2184/ month.

Regards,
Amélie


Regards,
Amélie



Amélie Riccio
Area Manager

Paris Invalides/Paris Quai d'Orsay

T + 33 (0)1 70 91 72 72
M + 33 (0)6 40 99 76 03


3000 sites, 900 villes, 120 pays

-----Original Message-----
From: Louise Blouin [mailto:ltb@ltbholding.com]
Sent: 15 January 2018 09:41
To: Amelie Riccio <Amelie.Riccio@regus.com>; cfarin@artinfo.com; Ritesh Ahuja
<riteshahuja@artinfo.com>
Subject:

Dear all I have no more time to waste on this issue

Step one get all out of the TriBeCa

6

Move michael Kazi to Chelsea

Get our deposit back in ny this is why we have deposit
Paris I need final terms in one email we take the rooms in the back next to the shared offices we remove the separation
I will need the max layout for these rooms and with desk separators no later than tomorrow
If we have a credit difference we do a month more with paris
Paris we would like same price for 3 years at our option

*********************************************************************************

The information contained in this e-mail (including any attachments) is
Intended only for the personal and confidential use of the recipient(s)
named above. If you are not an intended recipient of this message,
please notify the sender by replying to this message and then delete
the message and any copies from your system. Any use, dissemination,
distribution, or reproduction of this message by unintended recipients is
not authorised and may be unlawful.
*********************************************************************************

The information in this transmittal (including any attachments) is privileged and/or confidential information from and belonging to Blouin Corp, Inc., and its subsidiaries and/or affiliates, and is intended solely for the named recipient(s) listed above. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this transmittal, in any medium, by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of this transmittal or any attachment(s) or from making any use of this transmittal or attachment(s) in any way whatsoever. If you have received this transmittal in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company. Finally, the recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

The information in this transmittal (including any attachments) is privileged and/or confidential information from and belonging to Blouin Corp, Inc., and its subsidiaries and/or affiliates, and is intended solely for the named recipient(s) listed above. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this transmittal, in any medium, by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of this transmittal or any attachment(s) or from making any use of this transmittal or attachment(s) in any way whatsoever. If you have received this transmittal in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company. Finally, the recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The

sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

The information in this transmittal (including any attachments) is privileged and/or confidential information from and belonging to Blouin Corp, Inc., and its subsidiaries and/or affiliates, and is intended solely for the named recipient(s) listed above.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this transmittal, in any medium, by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of this transmittal or any attachment(s) or from making any use of this transmittal or attachment(s) in any way whatsoever.  If you have received this transmittal in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.  Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company. Finally, the recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

The information in this transmittal (including any attachments) is privileged and/or confidential information from and belonging to Blouin Corp, Inc., and its subsidiaries and/or affiliates, and is intended solely for the named recipient(s) listed above.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this transmittal, in any medium, by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of this transmittal or any attachment(s) or from making any use of this transmittal or attachment(s) in any way whatsoever.  If you have received this transmittal in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.  Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company. Finally, the recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

## Jazmyn Outler

| | |
|---|---|
| **From:** | Lais Bluman |
| **Sent:** | Friday, February 16, 2018 10:16 AM |
| **To:** | New York Broad Street |
| **Subject:** | FW: FW: |

FYI

**From:** Anas Zuberi [mailto:anas04@artinfo.com]
**Sent:** Friday, February 16, 2018 4:41 AM
**To:** Satya N
**Cc:** Ritesh Ahuja; C G Kiran Sharma; Mathew Kabatoff; Lais Bluman
**Subject:** Re: FW:

Hi Satya,

Wire has been setup for the overdue payment for Feb 2018.

| Regus Management Group, LLC | BANK OF AMERICA NA | 488000406190 | Regus Feb | USD |
|---|---|---|---|---|

Thanks,

**Anas Zuberi**|Treasury

Skype : anas26april

Blouin Art info Corp

On Thu, Feb 15, 2018 at 11:58 PM, Satya N <raju@artinfo.com> wrote:
Hi Anas

Please setup the amount payable to Regus for the month of Feb 2018.

Regards
Satya

---------- Forwarded message ----------
From: **Lais Bluman** <Lais.Bluman@regus.com>
Date: Thu, Feb 15, 2018 at 11:51 PM
Subject: RE: FW:
To: Satya N <raju@artinfo.com>
Cc: C G Kiran Sharma <gks@artinfo.com>

Hi Satya,

I'll send you the agreement today, but please make the payment for the overdue invoice.

If the account is blocked again, it will delay the downgrade procedure, just as happened to the transfer to Paris.

Thank you.

Lais Bluman

**Area Manager Financial District**

M: <u>+1 917 326-1836</u>



**3000 locations, 900 cities, 120 countries**

**From:** Satya N [mailto:raju@artinfo.com]
**Sent:** Thursday, February 15, 2018 1:19 PM
**To:** Lais Bluman
**Cc:** C G Kiran Sharma
**Subject:** Re: FW:

Hi Lais

Apologies not able to take your call

Agreement is ready to sign

Regards

Satya

On Thu, Feb 15, 2018 at 10:21 PM, Lais Bluman <Lais.Bluman@regus.com> wrote:

Satya,

Can you please give me a call once you have a chance?

Thank You.

Lais Bluman

Area Manager Financial District

M: +1 917 326-1836

Regus™

3000 locations, 900 cities, 120 countries

**From:** Lais Bluman
**Sent:** Wednesday, February 14, 2018 3:42 PM

**To:** 'Satya N'; Louise Blouin
**Cc:** C G Kiran Sharma
**Subject:** RE: FW:

Hi Satya,

I would like to inform that the downgrade request was approved.

With that, office 607 will be extended to 15 more months so we can receive the remaining amount of $31236.50

Office 606: $3905.82/month

Office 607: $2050.56/month

Tomorrow I'll send you the agreement that must be signed immediately so we can have it done before the new invoice is issued on March 11th.

Let me know if you have any questions.

Kind Regards,

Lais Bluman

Area Manager Financial District

M: +1 917 326-1836

**Regus**

3000 locations, 900 cities, 120 countries

**From:** Satya N [mailto:raju@artinfo.com]
**Sent:** Thursday, February 08, 2018 10:58 AM
**To:** Louise Blouin
**Cc:** C G Kiran Sharma; Lais Bluman
**Subject:** Re: FW:

Dear Mrs. Blouin

Regus submitted proposal to adjust remaining obligation of amount of office 606 against office 607 for approval.

Regards

Satya

On Thu, Feb 8, 2018 at 9:18 PM, Lais Bluman <Lais.Bluman@regus.com> wrote:

Hi Satya,

I've submitted an approval request.

Please, understand that if approved it would take another billing cycle to have 606 removed from the invoices and the agreement extended to cover the remaining amount of this office.

You must proceed with the payment for the current agreement as it is, until the adjusts are made. If you have any questions about our billing cycles, please let me know.

Kind Regards,

Lais Bluman

Area Manager Financial District

M: +1 917 326-1836

# Regus™

3000 locations, 900 cities, 120 countries

**From:** Satya N [mailto:raju@artinfo.com]
**Sent:** Wednesday, February 07, 2018 12:36 PM
**To:** Lais Bluman; Louise Blouin
**Cc:** C G Kiran Sharma
**Subject:** Fwd: FW:

Hi Lais,

Thank you for the explanation

This is not going to yield any results.

Is it possible to extend the contract obligation of office 606 to office 607, If yes please send the amended contract for Office 607.

Regards

Satya


---------- Forwarded message ----------
From: **Lais Bluman** <Lais.Bluman@regus.com>
Date: Wed, Feb 7, 2018 at 10:55 PM
Subject: RE: FW:
To: Satya N <raju@artinfo.com>
Cc: Amelie Riccio <Amelie.Riccio@regus.com>, Louise Blouin <ltb@ltbholding.com>, C G Kiran Sharma
<gks@artinfo.com>

HI Satya,


We don't have access to renewal rates prior to the renewal period.


I believe this was also clarified by Amelie before.


Kind Regards,




Lais Bluman

Area Manager Financial District

M: +1 917 326-1836



**Regus**

3000 locations, 900 cities, 120 countries

**From:** Satya N [mailto:raju@artinfo.com]
**Sent:** Wednesday, February 07, 2018 12:23 PM

**To:** Lais Bluman
**Cc:** Amelie Riccio; Louise Blouin; C G Kiran Sharma
**Subject:** Re: FW:

Hi Lais

We are not clear after Nov 2018 and Mrs.Blouin would like to have same price after Nov 2018.

Please confirm on it and we are ready to sign the contract

Regards

Satya

On Wed, Feb 7, 2018 at 10:44 PM, Lais Bluman <Lais.Bluman@regus.com> wrote:

Thank you for the explanation Satya.

The soonest we can transfer would be starting March 1st and for this, we need the signed agreement immediately, so another invoice is not issued for the NY office.

As we informed, once the agreement is signed the normal transfer procedure takes 2 months, but we are rushing to get it done in one month.

What is pending now is the signed agreement.


Kind Regards,



Lais Bluman

Area Manager Financial District

M: +1 917 326-1836




3000 locations, 900 cities, 120 countries

**From:** Satya N [mailto:raju@artinfo.com]
**Sent:** Wednesday, February 07, 2018 12:08 PM
**To:** Lais Bluman
**Cc:** Amelie Riccio; Louise Blouin; C G Kiran Sharma
**Subject:** Re: FW:

Hi Lais

There are changes in the accounting department.

Please send all the details to me.

Mrs. Blouin would like to have the transfer of contract from Feb 15, 2018 to Nov 2018 and same price for the next 1 year for Paris office( Office 229 and Office 230)

As per her last e-mail if it is not possible we will move out of Office 606 and keep Office 607 and contract will be extended for Office 607 to cover the balance contract obligation of Office 606.. (This will be Final option)

Please let us know about your offer.

Regards

Satya

917-3103-032

On Wed, Feb 7, 2018 at 10:27 PM, Lais Bluman <Lais.Bluman@regus.com> wrote:

Hi Satya,

Can you please confirm to whom we should report?

We've been communicating with many different people since the beginning and I don't think Louise was informed about all the details.

The reason why we couldn't transfer the agreement before was first because there was an overdue balance in your account in NY and we have not received the signed agreement. Amelie has sent two agreements that were not signed.

All these were informed since the beginning. The transferring process takes two months, and we've been trying to have it done in one, but we cannot move forward without the signed agreement.

Kind Regards,

Lais Bluman

Area Manager Financial District

M: +1 917 326-1836

Regus

3000 locations, 900 cities, 120 countries

**From:** Louise Blouin [mailto:ltb@ltbholding.com]
**Sent:** Wednesday, February 07, 2018 11:45 AM
**To:** Lais Bluman
**Cc:** Ritesh Ahuja; raju@artinfo.com; Amelie Riccio
**Subject:** Re:

It has been a pain to deal with your regus .

I have used regus every where and have never accounted such bureaucracy

Regus is to give flexibility not headaches

If today I am not able to confirm price in paris I will look at something else the first is to close and credit for a longer period the other office

Your job is to give no headaches and option

Goal one close the office next to the small office do that now if paris comes through great if they do not we extend the lease we have of the small office

So lets get on with it

**From:** Lais Bluman <Lais.Bluman@regus.com>
**Date:** Wednesday, February 7, 2018 at 7:01 AM
**To:** Louise York <ltb@ltbholding.com>

Cc: Ritesh Ahuja <riteshahuja@artinfo.com>, "raju@artinfo.com" <raju@artinfo.com>, Amelie Riccio
<Amelie.Riccio@regus.com>
**Subject:** Re:

Hi Louise,

We are following the terms and conditions of our agreement.

We explained all the steps when we are first enquired about the transfer.

Kind Regards.

Lais Bluman

Sent from my iPhone

On Feb 6, 2018, at 9:41 PM, Louise Blouin <ltb@ltbholding.com> wrote:

> We can transfer when we want
> Let's stop with this non sense
> Let's get on with it we have nothing to do with you
> We are signing somewhere else
>
> Our experience with your office has been the worst in the world
> Get it done tomorrow
>
> And move on

*********************************************************************************
The information contained in this e-mail (including any attachments) is
Intended only for the personal and confidential use of the recipient(s)
named above. If you are not an intended recipient of this message,
please notify the sender by replying to this message and then delete
the message and any copies from your system. Any use, dissemination,
distribution, or reproduction of this message by unintended recipients is
not authorised and may be unlawful.
*********************************************************************************

This email has been scanned by the Symantec Email Security.cloud service.