| | |
|---|---|
| From: | Craig D. Robins |
| To: | Sylvia Anne |
| Subject: | RE: Request for tax returns BRICKCHURCH |
| Date: | Friday, May 27, 2022 3:22:21 PM |
| Attachments: | 2019 Tax Return Documents (BRICKCHURCH ENTERPRISE) Federal (1).pdf |
| | 2020 Tax Return Documents (BRICKCHURCH ENTERPRISE) -Federal (1).pdf |
| | 2021 7004 (BRICHCHURCH ENTERPRISE).pdf |

**Exhibit 23**

Hi Anne,

Attached are copies of:

2019 Form 1120
2020 Form 1120
2021 Form 7004
Regards,

Craig D. Robins, Esq.


CRAIG D. ROBINS, ESQ.
35 Pinelawn Road, Suite 106-E ..................Please note new suite effective May 15, 2021
Melville, New York 11747
phone: (516) 496-0800
fax: (516) 682-4775
www.BankruptcyCanHelp.com
www.LongIslandBankruptcyBlog.com


----- Original Message -----
From: Sylvia Anne <Anne.Sylvia@irs.gov>
To: "CraigR@CraigRobinsLaw.com" <CraigR@CraigRobinsLaw.com>
Sent: 5/27/2022 2:55PM
Subject: Request for tax returns


Good afternoon Mr. Robins,


I am the bankruptcy specialist assigned to the Brickchurch Enterprises, Inc. case, on behalf of the IRS.

Please see attached request for your clients corporate tax returns for 2019, 2020, and 2021. Please provide me with copies of these returns asap.

If you have any questions, please do not hesitate to contact me @ 267-941-6240.


Thank you,

*Anne Sylvia*

Bankruptcy Specialist

Internal Revenue Service

290 Broadway, 5th Floor

New York, NY 10007

Tel: 267-941-6240

Fax: 844-211-4414

*One Insolvency*

Virus-free. [www.avg.com](www.avg.com)

*Anne Sylvia*