# DuaneMorris®

DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196
PHONE: +1 215 979 1000
FAX: +1 215 979 1020



Exhibit 24

# FACSIMILE TRANSMITTAL SHEET

**TO:** S. Gould, Revenue Officer

**FIRM/COMPANY:** Internal Revenue Service

**FACSIMILE NUMBER:** 855-877-5702

**CONFIRMATION TELEPHONE:** 347-213-7424

**FROM:** Thomas W. Ostrander

**DIRECT DIAL:** +1 215 979 1802

**DATE:** August 30, 2022

**USER NUMBER:** 1281

**FILE NUMBER:** Y9534/00001

**TOTAL # OF PAGES:** 2
(INCLUDING COVERSHEET)

**MESSAGE:** Please see attached correspondence from Thomas W. Ostrander re Louise T. Blouin.  Thank you,

Carol P. Walters, Legal Assistant to Thomas W. Ostrander

NOTE:  Original will not follow

### CONFIDENTIALITY NOTICE

THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY TELEPHONE THE SENDER ABOVE TO ARRANGE FOR ITS RETURN, AND IT SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE

If there is a problem with this transmission, please call us as soon as possible at +1 215 979 1021.

DM3\7893764.1

Case 8-22-70914-ast    Doc 223-24    Filed 02/15/23    Entered 02/15/23 14:38:25

Page: 2 of 2    2022-08-30 11:00:54 EST    Duane Morris LLP    From: Walters, Carol P.



| NEW YORK | | SHANGHAI |
| LONDON | **DuaneMorris**® | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | THOMAS W. OSTRANDER | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1802 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 3639 | LAS VEGAS |
| LOS ANGELES | E-MAIL: Ostrander@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | www.duanemorris.com | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

August 29, 2022

**VIA FACSIMILE 855-877-5702**

Mr. S. Gould, Revenue Officer
Internal Revenue Service
SB/SE
290 Broadway, 14th Floor, Group - 43
New York, NY 10007

      Re: **Louise T. Blouin – Notice to Taxpayer of Nominee Federal Tax Lien Filings**

Dear Mr. Gould:

      We received today in the mail the Notice to Taxpayer of Nominee Federal Tax Lien Filing in relation to Brickchurch Enterprises Inc. and Aberdeen Enterprises Holdings BVI Ltd.

      It took approximately two weeks from the date of your letter (August 16) until August 29 for us to receive this mail in our offices.

      I strongly request that any correspondence on behalf of this client be sent to me via fax transmission to my direct fax: 215-689-3639 in order to avoid lengthy delays caused by slow U.S. mail delivery.

                            Sincerely,

                            /s/ *Thomas W. Ostrander*

TWO/cpw

DUANE MORRIS LLP

30 SOUTH 17TH STREET     PHILADELPHIA, PA 19103-4196     PHONE: +1 215 979 1000   FAX: +1 215 979 1020
DM3\8978580.1