# Private Corporate Structure

7/9/13



# Suffolk County Clerk's Office

## Deeds

**Tax Map From = 0904-029.00-01.00-017.013**

| Liber | Page | Amount | Date | Tax Map # | Grantor Name | Grantee Name |
|---|---|---|---|---|---|---|
| D00012358 | 919 | 0.00 | 12/06/2004 | 0904-029.00-01.00-017.013/090 | BRICKCHURCH ENTERPRISES INC | ABERDEEN ENTERPRISES INC |
| D00012668 | 252 | | 08/12/2011 | 0904-029.00-01.00-017.013 | BANK OF BERMUDA C I LIMITED | BRICKCHURCH ENTERPRISES INC/ABERDEEN ENTERPRISES INC |
| D00012684 | 335 | | 02/06/2012 | 0904-029.00-01.00-017.013 | BLOUIN, LOUISE T | FASANO, DAWN |
| D00012975 | 961 | | 08/29/2018 | 0904-029.00-01.00-017.013/090 | BRICKCHURCH ENTERPRISES INC/ABERDEEN ENTERPRISES INC | JGB PARTNERS LP/JGB CAPITAL LP/JGB CAYMAN ANCONA LTD/JGB PLYMOUTH ROCK LLC |

EXHIBIT 1

1 | 2

12069PG718
Number of pages

TORRENS

Serial #

Certificate #

Prior Ctf. #

Deed / Mortgage Instrument

.5985

RECEIVED
$ 0
REAL ESTATE
SEP 11 2000
TRANSFER TAX
SUFFOLK
COUNTY

.5985

Deed / Mortgage Tax Stamp

3

RECORDED
00 SEP 11 PM 4:23
EDWARD P. ROMAINE
CLERK OF
SUFFOLK COUNTY

Recording / Filing Stamps

4 FEES

| | |
|---|---|
| Page / Filing Fee | 12 |
| Handling | 5 |
| TP-584 | 5 |
| Notation | |
| EA-52 17 (County) | 5 |
| EA-5217 (State) | 25 |
| R.P.T.S.A. | 15 - |
| Comm. of Ed. | 5 00 |
| Affidavit | |
| Certified Copy | 4 |
| Reg. Copy | |
| Other | |

Sub Total 27

Sub Total 49

GRAND TOTAL 76

| | |
|---|---|
| Mortgage Amt. | |
| 1. Basic Tax | |
| 2. Additional Tax | |
| Sub Total | |
| Spec./Assit. Or Spec. /Add. | |
| TOT. MTG. TAX | |
| Dual Town ___ Dual County ___ | |
| Held for Apportionment | |
| Transfer Tax | 0 |
| Mansion Tax | |

The property covered by this mortgage is or will be improved by a one or two family dwelling only.
YES ___ or NO ___
If NO, see appropriate tax clause on page # ___ of this instrument.

5 Real Property Tax Service Agency Verification DFT MY

| | Dist. | Section | Block | Lot |
|---|---|---|---|---|
| | 0904 | 029.00 | 01.00 | 017.010 |
| Date 9-5-00 | | | | |
| Initials | | | | |

6 Community Preservation Fund

Consideration Amount $ -0-

CPF Tax Due $

Improved ✓

Vacant Land

TD 09

TD

TD

RECEIVED
$ 0
SEP 11 2000
COMMUNITY PRESERVATION FUND

7 Satisfactions/Discharges/Releases List Property Owners Mailing Address
RECORD & RETURN TO:

Boucke, Flanagan & Asato, P.C.
Attorneys at Law
21 South Main Street
Southampton, New York 11968

Attn: Gilbert G. Flanagan, Esq.

8 Title Company Information

Co. Name Commonwealth Land Title Ins. Co.

Title # C0700334 COURTESY

9 Suffolk County Recording & Endorsement Page

This page forms part of the attached DEED made by:
(SPECIFY TYPE OF INSTRUMENT)

Aberdeen Enterprises, Inc.

TO

Brickchurch Enterprises, Inc.

The premises herein is situated in
SUFFOLK COUNTY, NEW YORK.

In the Township of SOUTHAMPTON

In the VILLAGE
or HAMLET of SOUTHAMPTON

BOXES 5 THRU 9 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

RECORDED

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE**, made the 23 day of AUGUST , 2000

**BETWEEN**

ABERDEEN ENTERPRISES, INC., with offices at 376 Gin Lane, Southampton, New York 11968, as GRANTOR

party of the first part, and

BRICKCHURCH ENTERPRISES, INC., with offices at 366 Gin Lane, Southampton, New York 11968, as GRANTEE

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of NO CONSIDERATION dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Incorporated Village of Southampton, Town of Southampton, County of Suffolk, and State of New York more particularly bounded and described as set forth in the attached Schedule "A".

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

[signature]

Aberdeen Enterprises, Inc.
By: Robert Fetherstonhaugh
Deputy Chairman

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

State of New York, County of SUFFOLK ss:

On the 22 day of AUGUST in the year 2006 before me, the undersigned, personally appeared ROBERT FETHERSTONHAUGH personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature]

(signature and office of individual taking acknowledgment)

GILBERT G. FLANAGAN
Notary Public, State of New York
No. 4703908, Suffolk County
Commission Expires August 31, 2007

State of New York, County of ss:

On the day of in the year before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country) of ss:

On the day of in the year before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

in

(insert the City or other political subdivision) (and insert the State or Country or other place the acknowledgment was taken)

(signature and office of individual taking acknowledgment)

## BARGAIN AND SALE DEED
**WITH COVENANT AGAINST GRANTOR'S ACTS**

Title No. ____________

ABERDEEN ENTERPRISES, INC.

TO

BRICKCHURCH ENTERPRISES, INC.

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by

Commonwealth
A LANDAMERICA COMPANY
COMMONWEALTH LAND TITLE INSURANCE COMPANY

SECTION 29
BLOCK 1
LOT p/o lot 17.7
COUNTY OR TOWN Southampton
STREET ADDRESS p/o 376 Gin Lane

Recorded at Request of
COMMONWEALTH LAND TITLE INSURANCE COMPANY

RETURN BY MAIL TO:

Bourke, Flanagan & Asato, P.C.
Attorney's at Law
21 South Main Street
Southampton, New York 11968

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

12069PG713

Parcel D:

**SCHEDULE "A"**

All that certain plot, piece, or parcel of land situate, lying, and being in the Incorporated Village of Southampton, Town of Southampton, County of Suffolk, and State of New York more particularly bounded and described as follows:

BEGINNING at a point which point is distant the following three courses and distances from the point of intersection of the southerly line of Gin Lane and the westerly line of Wyandanch Lane:

(1) South 73 degrees 21 minutes 10 seconds West, 65.95 feet;
(2) South 20 degrees 05 minutes 50 seconds East, 226.69 feet; and
(3) South 58 degrees 56 minutes 50 seconds West, 66.64 feet to the point or place of beginning;

THENCE from the point or place of beginning South 03 degrees 20 minutes 09 seconds East, a distance of 101.72 feet to a point;

THENCE South 16 degrees 20 minutes 00 seconds East, a distance of 23.00 feet to a point;

THENCE North 44 degrees 44 minutes 07 seconds West, a distance of 57.14 feet to a point;

THENCE North 16 degrees 20 minutes 00 seconds West, a distance of 34.33 feet to a point;

THENCE North 58 degrees 56 minutes 50 seconds East, a distance of 28.10 feet to a point;

THENCE North 16 degrees 20 minutes 00 seconds West, a distance of 24.37 feet to a point;

THENCE North 58 degrees 56 minutes 50 seconds East, a distance of 23.65 feet to the point or place of BEGINNING.

**ABERDEEN ENTERPRISES HOLDINGS (BVI) LIMITED**
Registration # 277598

# REGISTER OF DIRECTORS

| Name of Director | Address | Date of Election | Date When Ceased to be a Director | Remarks |
|---|---|---|---|---|
| BARATERRE LIMITED | Morgan Trust Company of The Bahamas Limited, PO Bos N-4899, Nassau, Bahamas | April 28, 1998 | November 28, 2003 | Resigned |
| TARPUMBAY LIMITED | Morgan Trust Company of The Bahamas Limited, PO Bos N-4899, Nassau, Bahamas | April 12, 2001 | November 28, 2003 | Resigned |
| FIRST BOARD LIMITED | Rothschild Trust Guernsey Limited, P.O. Box 472 St. Peter's House, Le Bordage, St. Peter Port, Guernsey, Channel Islands | November 28, 2003 | June 30, 2009 | Resigned |
| MATHEW A. KABATOFF | D2 Albion Riverside Building<br>8 Hester Road<br>London, United Kindom SW11-4AW | June 30, 2009 | | |

**ATTORNEY VERIFICATION**

I, Dawn M. Fasano, an Attorney duly admitted to practice in the State of New York of the United States of America, do hereby certify that I have compared the annexed **REGISTER OF DIRECTORS FOR ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD, REGISTRATION NO., 277598,** with the original document, and that the same is a true copy thereof, and of the whole of such original; and further that the list of registered members contained therein are known to me to be the current Registered Members for **ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD**.

Dated: April 27, 2016

Dawn M. Fasano, Esq,
48 Highland Court
Huntington, New York 11743
Tel: 1-917-687-4469

**ABERDEEN ENTERPRISES HOLDINGS (BVI) LIMITED**
Registration # 277598

# REGISTER OF MEMBERS

| Certificate Number | Name of Member | Address | Number of Shares | From No. to No. | Amount Paid or Agreed to be Paid on Each Share | Date of Entry | Date When Ceased to be a Member | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1 | MTB Clients Nominees Limited | Morgan Trust Company of The Bahamas Limited, PO Bos N-4899, Nassau, Bahamas | 1 | 1-1 | US $1.00 | April 28, 1998 | April 13, 2001 | Cancelled |
| 2 | MTB Clients Nominees Limited | JP Morgan Trust Company (Bahamas) Limited, PO Bos N-4899, Nassau, Bahamas | 1-1 | 1-1 | US $1.00 | April 13, 2001 | November 28, 2003 | Cancelled |
| 3 | Louise T. Blouin | Haus Whymper, Wonhnung 14 Seilerwiesenstrasse 11 3920 Zermatt Schweiz | 1 | | US $1.00 | November 28, 2003 | | |

Form **SS-4** (Rev. January 2010) Department of the Treasury Internal Revenue Service

# Application for Employer Identification Number

**(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)**

▶ See separate instructions for each line. ▶ Keep a copy for your records.

OMB No. 1545-0003

EIN

Type or print clearly.

1 Legal name of entity (or individual) for whom the EIN is being requested
Aberdeen Enterprises Holdings (BVI) Ltd.

2 Trade name of business (if different from name on line 1)

3 Executor, administrator, trustee, "care of" name
Louise T. Blouin

4a Mailing address (room, apt., suite no. and street, or P.O. box)
376 Gin Lane

5a Street address (if different) (Do not enter a P.O. box.)

4b City, state, and ZIP code (if foreign, see instructions)
Southampton, NY 11968

5b City, state, and ZIP code (if foreign, see instructions)

6 County and state where principal business is located

7a Name of responsible party
Mathew Kabatoff

7b SSN, ITIN, or EIN

8a Is this application for a limited liability company (LLC) (or a foreign equivalent)? ☐ Yes ☑ No

8b If 8a is "Yes," enter the number of LLC members ▶

8c If 8a is "Yes," was the LLC organized in the United States? ☐ Yes ☐ No

9a **Type of entity** (check only one box). **Caution.** If 8a is "Yes," see the instructions for the correct box to check.

☐ Sole proprietor (SSN)
☐ Partnership
☑ Corporation (enter form number to be filed) ▶ 1120-F
☐ Personal service corporation
☐ Church or church-controlled organization
☐ Other nonprofit organization (specify) ▶
☐ Other (specify) ▶
☐ Estate (SSN of decedent)
☐ Plan administrator (TIN)
☐ Trust (TIN of grantor)
☐ National Guard
☐ Farmers' cooperative
☐ REMIC
☐ State/local government
☐ Federal government/military
☐ Indian tribal governments/enterprises

Group Exemption Number (GEN) if any ▶

9b If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country
British Virgin Islands

10 **Reason for applying** (check only one box)

☐ Started new business (specify type) ▶
☐ Hired employees (Check the box and see line 13.)
☑ Compliance with IRS withholding regulations
☐ Other (specify) ▶
☐ Banking purpose (specify purpose) ▶
☐ Changed type of organization (specify new type) ▶
☐ Purchased going business
☐ Created a trust (specify type) ▶
☐ Created a pension plan (specify type) ▶

11 Date business started or acquired (month, day, year). See instructions.

12 Closing month of accounting year

13 Highest number of employees expected in the next 12 months (enter -0- if none). If no employees expected, skip line 14.

| Agricultural | Household | Other |
|---|---|---|
| | | |

14 If you expect your employment tax liability to be $1,000 or less in a full calendar year **and** want to file Form 944 annually instead of Forms 941 quarterly, check here. (Your employment tax liability generally will be $1,000 or less if you expect to pay $4,000 or less in total wages.) If you do not check this box, you must file Form 941 for every quarter. ☐

15 First date wages or annuities were paid (month, day, year). **Note.** If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year) ▶

16 Check one box that best describes the principal activity of your business.
☐ Health care & social assistance ☐ Wholesale-agent/broker
☐ Construction ☐ Rental & leasing ☐ Transportation & warehousing ☐ Accommodation & food service ☐ Wholesale-other ☐ Retail
☐ Real estate ☐ Manufacturing ☐ Finance & insurance ☐ Other (specify) ▶

17 Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.

18 Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☑ No
If "Yes," write previous EIN here ▶

**Third Party Designee**

Complete this section **only** if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form.

Designee's name: Bruce Balsam
Designee's telephone number (include area code): 212-972-7500
Address and ZIP code: EH&Co., 675 Third Avenue, 23rd Floor, New York, NY 10017
Designee's fax number (include area code): 212-972-7050

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Applicant's telephone number (include area code): 646-401-2099

Name and title (type or print clearly) ▶ Mathew Kabatoff

Applicant's fax number (include area code): 212-972-7050

Signature ▶ Date ▶ 09/07/2017

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 16055N Form **SS-4** (Rev. 1-2010)

6036729400700 7

1412

Form **1120-F** For calendar year 2014, or tax year beginning , and ending
**U.S. Income Tax Return of a Foreign Corporation**
Department of the Treasury Internal Revenue Service
▶ Information about Form 1120-F and its separate instructions is at www.irs.gov/form1120f.
OMB No. 1545-0123
**2014**

Type or Print

Name ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.
C/O LOUISE BLOUIN

Number, street, and room or suite no. (see instructions)
376 GIN LANE

City or town, state or province, country, and ZIP or foreign postal code
SOUTHAMPTON, NY 11968

Employer identification number
# APPLIED FOR
# 09/07/2017

Check box(es) if: [X] Initial return [ ] Name or address change [ ] Final return [ ] First post-merger return [ ] Amended return [X] Schedule M-3 attached [ ] Protective return

A Country of incorporation BRITISH VIRGIN ISLANDS VI

B Foreign country under whose laws the income reported on this return is also subject to tax

C Date incorporated 04/28/1998

D (1) Location of corporation's primary books and records (city, province or state, and country) TORTOLA BRITISH VIRGIN ISLANDS 15

(2) Principal location of worldwide business PO BOX 659, ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS

(3) If the corporation maintains an office or place of business in the U.S., check here ▶ [X]

E If the corporation had an agent in the United States at any time during the tax year, enter:
(1) Type of agent
(2) Name
(3) Address

F See the instructions and enter the corporation's principal:
(1) Business activity code number ▶ 531390
(2) Business activity ▶ INVESTMENT HOLDING COMP
(3) Product or service ▶ REAL ESTATE

G Check method of accounting: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

| | Yes | No |
|---|---|---|
| H Did the corporation's method of accounting change from the preceding tax year? If "Yes," attach a statement with an explanation. | | X |
| I Did the corporation's method of determining income change from the preceding tax year? If "Yes," attach a statement with an explanation. | | X |
| J Did the corporation file a U.S. income tax return for the preceding tax year? | | X |
| K (1) At any time during the tax year, was the corporation engaged in a trade or business in the United States? | X | |
| (2) If "Yes," is taxpayer's trade or business within the United States solely the result of a section 897 (FIRPTA) sale or disposition? | | X |
| L Did the corporation have a permanent establishment in the United States for purposes of any applicable tax treaty between the United States and a foreign country? If "Yes," enter the name of the foreign country: | | X |
| M Did the corporation have any transactions with related parties? If "Yes," Form 5472 may have to be filed (see instructions). Enter number of Forms 5472 attached ▶ 1 | X | |

B

Note: Additional information is required on page 2.

**Computation of Tax Due or Overpayment**

| Line | Description | Ref | Amount | Ref | Amount |
|---|---|---|---|---|---|
| 1 | Tax from Section I, line 11, page 2 | 1 | 0. | | |
| 2 | Tax from Section II, Schedule J, line 9, page 4 | 2 | 0. | | |
| 3 | Tax from Section III (add lines 6 and 10 on page 5) | 3 | 0. | | |
| 4 | **Total tax.** Add lines 1 through 3 | | | 4 | 0. |
| 5a | 2013 overpayment credited to 2014 | 5a | | | |
| b | 2014 estimated tax payments | 5b | | | |
| c | Less 2014 refund applied for on Form 4466 | 5c | ( ) | | |
| d | Combine lines 5a through 5c | 5d | | | |
| e | Tax deposited with Form 7004 | 5e | | | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) | 5f | | | |
| g | Credit for federal tax paid on fuels (attach Form 4136). See instructions | 5g | | | |
| h | Refundable credit from Form 8827, line 8c | 5h | | | |
| i | U.S. income tax paid or withheld at source (add line 12, page 2, and amounts from Forms 8288-A and 8805 (attach Forms 8288-A and 8805)) | 5i | | | |
| j | Total payments. Add lines 5d through 5i | | | 5j | |
| 6 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ [ ] | | | 6 | |
| 7 | **Amount owed.** If line 5j is smaller than the total of lines 4 and 6, enter amount owed | | | 7 | 0. |
| 8a | **Overpayment.** If line 5j is larger than the total of lines 4 and 6, enter amount overpaid | | | 8a | |
| b | **Amount of overpayment on line 8a resulting from tax deducted and withheld under Chapters 3 and 4** (from Schedule W, line 7, page 7) | | | 8b | |
| 9 | Enter portion of line 8a you want **Credited to 2015 estimated tax** ▶ Refunded ▶ | | | 9 | |

RECEIVED SEP 28 2017 OGDEN, UT

0423669703OCT032017

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
▶ [signature] Signature of officer    09/15/2017 Date    ▶ PRESIDENT Title
May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

**Paid Preparer Use Only**
Print/Type preparer's name: BRUCE BALSAM (ELLIOT HOROW
Preparer's signature: [signature]
Date: 09/15/2017
Check [ ] if self-employed
PTIN [redacted]
Firm's name ▶ ELLIOT HOROWITZ & COMPANY, LLP
Firm's EIN ▶
Firm's address ▶ 675 THIRD AVENUE NEW YORK, NY 10017
Phone no. 212-972-7500

JWA
411921 12-24-14

For Paperwork Reduction Act Notice, see separate instructions.

Form **5472** (Rev. December 2012) Department of the Treasury Internal Revenue Service

# Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business

**(Under Sections 6038A and 6038C of the Internal Revenue Code)**

▶ Information about Form 5472 and its separate instructions is at *www.irs.gov/form5472.*

OMB No. 1545-0805

For tax year of the reporting corporation beginning JAN 1 , 2014 and ending DEC 31 , 2014

**Note.** *Enter all information in English and money items in U.S. dollars.*

## Part I Reporting Corporation (see instructions.) All reporting corporations must complete Part I.

1a Name of reporting corporation ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD C/O LOUISE BLOUIN

1b Employer identification number APPLIED FOR

Number, street, and room or suite no. (if a P.O. box, see instructions) 376 GIN LANE

City or town, state, ZIP code (if a foreign address, see instructions) SOUTHAMPTON NY 11968

1c Total assets $ 20,577,212.

1d Principal business activity ▶ INVESTMENT HOLDING COMP

1e Principal business activity code ▶ 531390

1f Total value of gross payments made or received (see instructions) reported on this Form 5472 $ 8,210,195.

1g Total number of Forms 5472 filed for the tax year 1

1h Total value of gross payments made or received (see instructions) reported on all Forms 5472 $ 8,210,195.

1i Check here if this is a consolidated filing of Form 5472 ▶ ☐

1j Country of incorporation BVI

1k Country(ies) under whose laws the reporting corporation files an income tax return as a resident SWITZERLAND

1l Principal country(ies) where business is conducted UNITED STATES

2 Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of (a) the total voting power of all classes of the stock of the reporting corporation entitled to vote, or (b) the total value of all classes of stock of the reporting corporation ▶ ☐

## Part II 25% Foreign Shareholder (see instructions)

1a Name and address of direct 25% foreign shareholder
LOUISE BLOUIN HAUS BLAUHERD WIESTISTRAS
ZERMATT 3920 SWEDEN

1b(1) U.S. identifying number, if any [REDACTED]

1b(2) Reference ID number (see instructions)

1c Principal country(ies) where business is conducted UNITED STATES

1d Country of citizenship, organization, or incorporation CANADA

1e Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident SWITZERLAND

2a Name and address of direct 25% foreign shareholder

2b(1) U.S. identifying number, if any

2b(2) Reference ID number (see instructions)

2c Principal country(ies) where business is conducted

2d Country of citizenship, organization, or incorporation

2e Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

3a Name and address of ultimate indirect 25% foreign shareholder

3b(1) U.S. identifying number, if any

3b(2) Reference ID number (see instructions)

3c Principal country(ies) where business is conducted

3d Country of citizenship, organization, or incorporation

3e Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

4a Name and address of ultimate indirect 25% foreign shareholder

4b(1) U.S. identifying number, if any

4b(2) Reference ID number (see instructions)

4c Principal country(ies) where business is conducted

4d Country of citizenship, organization, or incorporation

4e Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD. APPLIED FOR

Form 5472 (Rev. 12-2012) Page 2

**Part III** **Related Party** (see instructions)

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person? All reporting corporations must complete this question and the rest of Part III.

**1a** Name and address of related party
LOUISE BLOUIN
HAUS BLAUHERD WIESTISTRASSE 61
ZERMATT 3920 SWEDEN

**1b(1)** U.S. identifying number, if any [redacted]

**1b(2)** Reference ID number (see instructions)

**1c** Principal business activity ▶ REAL ESTATE

**1d** Principal business activity code ▶

**1e** Relationship-Check boxes that apply: [ ] Related to reporting corporation [ ] Related to 25% foreign shareholder [X] 25% foreign shareholder

**1f** Principal country(ies) where business is conducted: UNITED STATES

**1g** Country(ies) under whose laws the related party files an income tax return as a resident: SWITZERLAND

**Part IV** **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions)

**Caution:** *Part IV must be completed if the "foreign person" box is checked in the heading for Part III.*

If estimates are used, check here ▶ [ ]

| | Description | Line | Amount |
|---|---|---|---|
| 1 | Sales of stock in trade (inventory) | 1 | |
| 2 | Sales of tangible property other than stock in trade | 2 | |
| 3 | Platform contribution transaction payments received | 3 | |
| 4 | Cost sharing transaction payments received | 4 | |
| 5a | Rents received (for other than intangible property rights) | 5a | |
| b | Royalties received (for other than intangible property rights) | 5b | |
| 6 | Sales, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 6 | |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | 7 | |
| 8 | Commissions received | 8 | |
| 9 | Amounts borrowed a Beginning balance ______ b Ending balance or monthly average ▶ | 9b | |
| 10 | Interest received | 10 | |
| 11 | Premiums received for insurance or reinsurance | 11 | |
| 12 | Other amounts received (see instructions) | 12 | |
| 13 | **Total.** Combine amounts on lines 1 through 12 | 13 | 0. |
| 14 | Purchases of stock in trade (inventory) | 14 | |
| 15 | Purchases of tangible property other than stock in trade | 15 | |
| 16 | Platform contribution transaction payments paid | 16 | |
| 17 | Cost sharing transaction payments paid | 17 | |
| 18a | Rents paid (for other than intangible property rights) | 18a | |
| b | Royalties paid (for other than intangible property rights) | 18b | |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 19 | |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | 20 | |
| 21 | Commissions paid | 21 | |
| 22 | Amounts loaned a Beginning balance 7,949,709. b Ending balance or monthly average ▶ | 22b | 8,210,195. |
| 23 | Interest paid | 23 | |
| 24 | Premiums paid for insurance or reinsurance | 24 | |
| 25 | Other amounts paid (see instructions) | 25 | |
| 26 | **Total.** Combine amounts on lines 14 through 25 | 26 | 8,210,195. |

**Part V** **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party** (see instructions)

Describe these transactions on an attached separate sheet and check here. ▶ [ ]

**Part VI** **Additional Information**

All reporting corporations must complete Part VI.

| | Question | Yes | No |
|---|---|---|---|
| 1 | Does the reporting corporation import goods from a foreign related party? | [ ] | [X] |
| 2a | If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? If "No," **do not** complete **b** and **c** below. | [ ] | [ ] |
| b | If "Yes," attach a statement explaining the reason or reasons for such difference. | | |
| c | If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? | [ ] | [ ] |
| 3 | During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement? | [ ] | [X] |
| 4 | During the course of the tax year, did the foreign parent corporation become a participant in any cost sharing arrangement? | [ ] | [X] |

412582 05-01-14 Form **5472** (Rev. 12-2012)

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD. [redacted]

| FORM 1120-F | ITEM Q | STATEMENT 1 |
|---|---|---|

| | |
|---|---|
| (A) NAME | ABERDEEN ENTERPRISES (BVI) LTD. |
| ADDRESS | PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| EIN | |
| (B) PERCENT OF STOCK | 100.00% |
| (C) TAXABLE INCOME (LOSS) | |
| (A) NAME | BRICKCHURCH ENTERPRISES (BVI) LTD. |
| ADDRESS | PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| EIN | |
| (B) PERCENT OF STOCK | 100.00% |
| (C) TAXABLE INCOME (LOSS) | |
| (A) NAME | ABERDEEN ENTERPRISES , INC. |
| ADDRESS | PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| EIN | |
| (B) PERCENT OF STOCK | 100.00% |
| (C) TAXABLE INCOME (LOSS) | |
| (A) NAME | BRICKCHURCH ENTERPRISES, INC. |
| ADDRESS | PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| EIN | |
| (B) PERCENT OF STOCK | 100.00% |
| (C) TAXABLE INCOME (LOSS) | |

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.

| FORM 1120-F | ITEM V | STATEMENT 2 |
|---|---|---|

(A) NAME             LOUISE BLOUIN
    ADDRESS         376 GIN LANE, SOUTHHAMPTON, NY. 11968
    IDENTIFYING NUMBER
(B) PERCENT OF STOCK   100.00%

| FORM 1120-F | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PROPERTY MAINTENANCE | 152,368. |
| REAL ESTATE TAXES | 42,576. |
| TOTAL TO FORM 1120-F, PAGE 3, LINE 27 | 194,944. |

| SCHEDULE M-3 | OTHER INCOME (LOSS) AND EXPENSE/ DEDUCTION ITEMS WITH NO DIFFERENCES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | PER INCOME STATEMENT | PER RETURN |
|---|---|---|
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | <194,944.> | <194,944.> |
| TOTAL TO PART II, LINE 27 | <194,944.> | <194,944.> |

| SCHEDULE M-3 | OTHER EXPENSE/DEDUCTION ITEMS WITH NO DIFFERENCES | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | DEDUCTION PER TAX RETURN |
|---|---|---|
| PROPERTY MAINTENANCE | 152,368. | 152,368. |
| REAL ESTATE TAXES | 42,576. | 42,576. |
| TOTAL TO PART II, LINE 27 | 194,944. | 194,944. |

6036728700306 7

1512

Form **1120-F** For calendar year 2015, or tax year beginning , and ending
Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return of a Foreign Corporation

▶ Information about Form 1120-F and its separate instructions is at www.irs.gov/form1120f.

OMB No. 1545-0123
**2015**

Type or Print

Name ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.
C/O LOUISE BLOUIN
Number, street, and room or suite no. (see instructions)
376 GIN LANE
City or town, state or province, country, and ZIP or foreign postal code
SOUTHAMPTON, NY 11968

Employer identification number
APPLIED FOR
09/07/2017

Check box(es) if: Initial return; Name or address change; Final return; First post-merger return; Amended return; [X] Schedule M-3 attached; Protective return

A Country of incorporation BRITISH VIRGIN ISLANDS
B Foreign country under whose laws the income reported on this return is also subject to tax
C Date incorporated 04/28/1998
D (1) Location of corporation's primary books and records (city, province or state, and country) TORTOLA BRITISH VIRGIN ISLANDS
(2) Principal location of worldwide business
PO BOX 659, ROAD TOWN
TORTOLA BRITISH VIRGIN ISLANDS
(3) If the corporation maintains an office or place of business in the U.S., check here ▶ [X]
E If the corporation had an agent in the United States at any time during the tax year, enter:
(1) Type of agent
(2) Name
(3) Address
F See the instructions and enter the corporation's principal:
(1) Business activity code number ▶ 531390
(2) Business activity ▶ INVESTMENT HOLDING COMP
(3) Product or service ▶ REAL ESTATE
G Check method of accounting: (1) [X] Cash (2) [ ] Accrual
(3) [ ] Other (specify) ▶

| | Yes | No |
|---|---|---|
| H Did the corporation's method of accounting change from the preceding tax year? If "Yes," attach a statement with an explanation. | | X |
| I Did the corporation's method of determining income change from the preceding tax year? If "Yes," attach a statement with an explanation. | | X |
| J Did the corporation file a U.S. income tax return for the preceding tax year? | X | |
| K (1) At any time during the tax year, was the corporation engaged in a trade or business in the United States? | X | |
| (2) If "Yes," is taxpayer's trade or business within the United States solely the result of a section 897 (FIRPTA) sale or disposition? | | X |
| L Did the corporation have a permanent establishment in the United States for purposes of any applicable tax treaty between the United States and a foreign country? If "Yes," enter the name of the foreign country: | | X |
| M Did the corporation have any transactions with related parties? If "Yes," Form 5472 may have to be filed (see instructions). Enter number of Forms 5472 attached ▶ 1 | X | |

Note: Additional information is required on page 2.

## Computation of Tax Due or Overpayment

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 1 | Tax from Section I, line 11, page 2 | 1 | 0. | | |
| 2 | Tax from Section II, Schedule J, line 9, page 4 | 2 | 0. | | |
| 3 | Tax from Section III (add lines 6 and 10 on page 5) | 3 | 0. | | |
| 4 | Total tax. Add lines 1 through 3 | | | 4 | 0. |
| 5a | 2014 overpayment credited to 2015 | 5a | | | |
| b | 2015 estimated tax payments | 5b | | | |
| c | Less 2015 refund applied for on Form 4466 | 5c | ( ) | | |
| d | Combine lines 5a through 5c | 5d | | | |
| e | Tax deposited with Form 7004 | 5e | | | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) | 5f | | | |
| g | Credit for federal tax paid on fuels (attach Form 4136). See instructions | 5g | | | |
| h | Refundable credit from Form 8827, line 8c | 5h | | | |
| i | U.S. income tax paid or withheld at source (add line 12, page 2, and amounts from Forms 8288-A and 8805 (attach Forms 8288-A and 8805)) | 5i | | | |
| j | Total payments. Add lines 5d through 5i | | | 5j | |
| 6 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ [ ] | | | 6 | |
| 7 | Amount owed. If line 5j is smaller than the total of lines 4 and 6, enter amount owed | | | 7 | 0. |
| 8a | Overpayment. If line 5j is larger than the total of lines 4 and 6, enter amount overpaid | | | 8a | |
| b | Amount of overpayment on line 8a resulting from tax deducted and withheld under Chapters 3 and 4 (from Schedule W, line 7, page 7) | | | 8b | |
| 9 | Enter portion of line 8a you want Credited to 2016 estimated tax ▶ | | Refunded ▶ | 9 | |

RECEIVED SEP 15 2017 OGDEN, UT IRS-OSC

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Signature of officer [signature] Date 09/15/2017 Title PRESIDENT
May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

**Paid Preparer Use Only**
Print/Type preparer's name BRUCE BALSAM (ELLIOT HOROW; Preparer's signature [signature]; Date 09/15/2017; Check if self-employed; PTIN
Firm's name ▶ ELLIOT HOROWITZ & COMPANY, LLP; Firm's EIN ▶
Firm's address ▶ 575 THIRD AVENUE NEW YORK, NY 10017; Phone no. 212-972-7500

16040914 791240 202860 2015.06000 ABERDEEN ENTERPRISES HOLDIN 202860_1

0423605625 SEP 28 2017

20581090.

Form **5472** (Rev. December 2012)

Department of the Treasury Internal Revenue Service

# Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business

**(Under Sections 6038A and 6038C of the Internal Revenue Code)**

▶ **Information about Form 5472 and its separate instructions is at** *www.irs.gov/form5472.*

OMB No. 1545-0805

For tax year of the reporting corporation beginning JAN 1, 2015 and ending DEC 31, 2015

**Note.** *Enter all information in English and money items in U.S. dollars.*

## Part I Reporting Corporation (see instructions.) All reporting corporations must complete Part I.

**1a** Name of reporting corporation ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD
C/O LOUISE BLOUIN

Number, street, and room or suite no. (if a P.O. box, see instructions)
376 GIN LANE

City or town, state, ZIP code (if a foreign address, see instructions)
SOUTHAMPTON NY 11968

**1b** Employer identification number: APPLIED FOR

**1c** Total assets: $ 20,581,090.

**1d** Principal business activity ▶ REAL ESTATE

**1e** Principal business activity code ▶ 531390

**1f** Total value of gross payments made or received (see instructions) reported on **this** Form 5472: $ 8,662,886.

**1g** Total number of Forms 5472 filed for the tax year: 1

**1h** Total value of gross payments made or received (see instructions) reported on all Forms 5472: $ 8,662,886.

**1i** Check here if this is a consolidated filing of Form 5472 ▶ ☐

**1j** Country of incorporation: BVI

**1k** Country(ies) under whose laws the reporting corporation files an income tax return as a resident: BRITISH VIRGIN ISLANDS

**1l** Principal country(ies) where business is conducted: BVI

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the reporting corporation ▶ ☐

## Part II 25% Foreign Shareholder (see instructions)

**1a** Name and address of direct 25% foreign shareholder
LOUISE BLOUIN HAUS BLAUHERD WIESTISTRAS
ZERMATT 3920 SWEDEN

**1b(1)** U.S. identifying number, if any: [redacted]

**1b(2)** Reference ID number (see instructions): 1

**1c** Principal country(ies) where business is conducted: UNITED STATES

**1d** Country of citizenship, organization, or incorporation: CANADA

**1e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident: SWITZERLAND

**2a** Name and address of direct 25% foreign shareholder

**2b(1)** U.S. identifying number, if any

**2b(2)** Reference ID number (see instructions)

**2c** Principal country(ies) where business is conducted

**2d** Country of citizenship, organization, or incorporation

**2e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**3a** Name and address of ultimate indirect 25% foreign shareholder

**3b(1)** U.S. identifying number, if any

**3b(2)** Reference ID number (see instructions)

**3c** Principal country(ies) where business is conducted

**3d** Country of citizenship, organization, or incorporation

**3e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

**4a** Name and address of ultimate indirect 25% foreign shareholder

**4b(1)** U.S. identifying number, if any

**4b(2)** Reference ID number (see instructions)

**4c** Principal country(ies) where business is conducted

**4d** Country of citizenship, organization, or incorporation

**4e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD. APPLIED FOR

Form 5472 (Rev. 12-2012) Page 2

**Part III** **Related Party** (see instructions)

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person? All reporting corporations must complete this question and the rest of Part III.

1a Name and address of related party
LOUISE BLOUIN
HAUS BLAUHERD WIESTISTRASSE 61
ZERMATT 3920 SWEDEN

1b(1) U.S. identifying number, if any [redacted]

1b(2) Reference ID number (see instructions) 1

1c Principal business activity ▶ REAL ESTATE

1d Principal business activity code ▶ 551112

1e Relationship-Check boxes that apply: [ ] Related to reporting corporation [ ] Related to 25% foreign shareholder [X] 25% foreign shareholder

1f Principal country(ies) where business is conducted BRITISH VIRGIN ISLANDS

1g Country(ies) under whose laws the related party files an income tax return as a resident SWITZERLAND

**Part IV** **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions)

**Caution:** *Part IV must be completed if the "foreign person" box is checked in the heading for Part III.*

If estimates are used, check here ▶ [ ]

| | | Line | Amount |
|---|---|---|---|
| 1 | Sales of stock in trade (inventory) | 1 | |
| 2 | Sales of tangible property other than stock in trade | 2 | |
| 3 | Platform contribution transaction payments received | 3 | |
| 4 | Cost sharing transaction payments received | 4 | |
| 5a | Rents received (for other than intangible property rights) | 5a | |
| b | Royalties received (for other than intangible property rights) | 5b | |
| 6 | Sales, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 6 | |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | 7 | |
| 8 | Commissions received | 8 | |
| 9 | Amounts borrowed a Beginning balance ______ b Ending balance or monthly average ▶ | 9b | |
| 10 | Interest received | 10 | |
| 11 | Premiums received for insurance or reinsurance | 11 | |
| 12 | Other amounts received (see instructions) | 12 | |
| 13 | **Total.** Combine amounts on lines 1 through 12 | 13 | 0. |
| 14 | Purchases of stock in trade (inventory) | 14 | |
| 15 | Purchases of tangible property other than stock in trade | 15 | |
| 16 | Platform contribution transaction payments paid | 16 | |
| 17 | Cost sharing transaction payments paid | 17 | |
| 18a | Rents paid (for other than intangible property rights) | 18a | |
| b | Royalties paid (for other than intangible property rights) | 18b | |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 19 | |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | 20 | |
| 21 | Commissions paid | 21 | |
| 22 | Amounts loaned a Beginning balance 8,210,195. b Ending balance or monthly average ▶ | 22b | 8,662,886. |
| 23 | Interest paid | 23 | |
| 24 | Premiums paid for insurance or reinsurance | 24 | |
| 25 | Other amounts paid (see instructions) | 25 | |
| 26 | **Total.** Combine amounts on lines 14 through 25 | 26 | 8,662,886. |

**Part V** **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party** (see instructions)

Describe these transactions on an attached separate sheet and check here. ▶ [ ]

**Part VI** **Additional Information**

All reporting corporations must complete Part VI.

1 Does the reporting corporation import goods from a foreign related party? [ ] Yes [X] No

2a If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? [ ] Yes [ ] No
If "No," **do not** complete **b** and **c** below.

b If "Yes," attach a statement explaining the reason or reasons for such difference.

c If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? [ ] Yes [ ] No

3 During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement? [ ] Yes [X] No

4 During the course of the tax year, did the foreign parent corporation become a participant in any cost sharing arrangement? [ ] Yes [X] No

512582 04-01-15 Form **5472** (Rev. 12-2012)