```
ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.                    APPLIED FOR

FORM 1120-F                       ITEM Q                    STATEMENT   1


(A) NAME              ABERDEEN ENTERPRISES (BVI) LTD.
    ADDRESS           PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
    EIN
(B) PERCENT OF STOCK  100.00%
(C) TAXABLE INCOME
      (LOSS)

(A) NAME              BRICKCHURCH ENTERPRISES (BVI) LTD.
    ADDRESS           PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
    EIN
(B) PERCENT OF STOCK  100.00%
(C) TAXABLE INCOME
      (LOSS)

(A) NAME              ABERDEEN ENTERPRISES LTD.
    ADDRESS           PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
    EIN
(B) PERCENT OF STOCK  100.00%
(C) TAXABLE INCOME
      (LOSS)

(A) NAME              BRICKCHURCH ENTERPRISES LTD.
    ADDRESS           PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
    EIN
(B) PERCENT OF STOCK  100.00%
(C) TAXABLE INCOME
      (LOSS)
```

```
ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.                    APPLIED FOR
```

| FORM 1120-F | ITEM V | STATEMENT 2 |
|---|---|---|

```
(A) NAME                    LOUISE BLOUIN
    ADDRESS                 376 GIN LANE, SOUTHHAMPTON, NY 11968
    IDENTIFYING NUMBER
(B) PERCENT OF STOCK        100.00%
```

| FORM 1120-F | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PROPERTY MAINTENANCE | 161,058. |
| REAL ESTATE TAXES | 43,383. |
| TOTAL TO FORM 1120-F, PAGE 3, LINE 27 | 204,441. |

```
                    NET OPERATING LOSS DEDUCTION           STATEMENT 4
```

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/14 | 260,486. | | 260,486. | 260,486. |
| NOL AVAILABLE THIS YEAR | | | 260,486. | 260,486. |

# Form 1120-F — U.S. Income Tax Return of a Foreign Corporation

Department of the Treasury — Internal Revenue Service
For calendar year 2016, or tax year beginning _____, and ending _____
▶ Information about Form 1120-F and its separate instructions is at www.irs.gov/form1120f.
OMB No. 1545-0123
**2016**

**Type or Print**

Name: **ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.**
C/O LOUISE BLOUIN

Number, street, and room or suite no.: **376 GIN LANE**

City or town, state or province, country, and ZIP or foreign postal code: **SOUTHAMPTON, NY 11968**

Employer identification number: **APPLIED FOR** # 09/07/2017

Check box(es) if:
- Initial return: ☐
- Name or address change: ☐
- Final return: ☐
- First post-merger return: ☐
- Amended return: ☐
- Schedule M-3 attached: ☒
- Protective return: ☐

A Country of incorporation: **BRITISH VIRGIN ISLANDS** VI
B Foreign country under whose laws the income reported on this return is also subject to tax: _____
C Date incorporated: **04/28/1998**
D (1) Location of corporation's primary books and records (city, province or state, and country): **TORTOLA, BRITISH VIRGIN ISLANDS** 15
   (2) Principal location of worldwide business: **PO BOX 659, ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS**
   (3) If the corporation maintains an office or place of business in the U.S., check here ▶ ☒

E If the corporation had an agent in the United States at any time during the tax year, enter:
   (1) Type of agent: _____
   (2) Name: _____
   (3) Address: _____

F See the instructions and enter the corporation's principal:
   (1) Business activity code number ▶ **531390**
   (2) Business activity ▶ **INVESTMENT HOLDING COMP**
   (3) Product or service ▶ **REAL ESTATE**

G Check method of accounting: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

## Computation of Tax Due or Overpayment

| # | Description | Amount |
|---|---|---|
| 1 | Tax from Section I, line 11, page 3 | 0. |
| 2 | Tax from Section II, Schedule J, line 9, page 5 | 0. |
| 3 | Tax from Section III (add lines 6 and 10 on page 6) | 0. |
| 4 | Total tax. Add lines 1 through 3 | 0. |
| 5a | 2015 overpayment credited to 2016 | |
| 5b | 2016 estimated tax payments | |
| 5c | Less 2016 refund applied for on Form 4466 | ( ) |
| 5d | Combine lines 5a through 5c | |
| 5e | Tax deposited with Form 7004 | |
| 5f | Credit for tax paid on undistributed capital gains (attach Form 2439) | |
| 5g | Credit for federal tax paid on fuels (attach Form 4136). See instructions | |
| 5h | Refundable credit from Form 8827, line 8c | |
| 5i | U.S. income tax paid or withheld at source (add line 12, page 3, and amounts from Forms 8288-A and 8805 (attach Forms 8288-A and 8805)) | |
| 5j | Total payments. Add lines 5d through 5i | |
| 6 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 7 | Amount owed. If line 5j is smaller than the total of lines 4 and 6, enter amount owed | 0. |
| 8a | Overpayment. If line 5j is larger than the total of lines 4 and 6, enter amount overpaid | |
| 8b | Amount of overpayment on line 8a resulting from tax deducted and withheld under Chapters 3 and 4 (from Schedule W, line 7, page 8) | |
| 9 | Enter portion of line 8a you want Credited to 2017 estimated tax ▶  Refunded ▶ | |

**Sign Here**
Signature of officer: [signed]  Date: 09/15/2017  Title: **PRESIDENT**
May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes  ☐ No

**Paid Preparer Use Only**
Print/Type preparer's name: **BRUCE BALSAM (ELLIOT HOROW...)**
Preparer's signature: [signed] Bruce Balsam  Date: 09/15/2017
Check if self-employed: ☐
Firm's name ▶ **ELLIOT HOROWITZ & COMPANY, LLP**
Firm's address ▶ **675 THIRD AVENUE, NEW YORK, NY 10017**
Phone no. **212-972-7500**

For Paperwork Reduction Act Notice, see separate instructions.  Form **1120-F** (2016)

# Form 5472
(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

## Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business
(Under Sections 6038A and 6038C of the Internal Revenue Code)
▶ Information about Form 5472 and its separate instructions is at www.irs.gov/form5472.

OMB No. 1545-0805

For tax year of the reporting corporation beginning JAN 1, 2016 and ending DEC 31, 2016

Note. Enter all information in English and money items in U.S. dollars.

### Part I  Reporting Corporation (see instructions.) All reporting corporations must complete Part I.

**1a** Name of reporting corporation: ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD C/O LOUISE BLOUIN
**1b** Employer identification number: APPLIED FOR

Number, street, and room or suite no. (if a P.O. box, see instructions): 376 GIN LANE

**1c** Total assets: $ 20,594,382.

City or town, state, ZIP code (if a foreign address, see instructions): SOUTHAMPTON NY 11968

**1d** Principal business activity ▶ REAL ESTATE
**1e** Principal business activity code ▶ 531390

**1f** Total value of gross payments made or received (see instructions) reported on this Form 5472: $ 9,304,540.
**1g** Total number of Forms 5472 filed for the tax year: 1
**1h** Total value of gross payments made or received (see instructions) reported on all Forms 5472: $ 9,304,540.

**1i** Check here if this is a consolidated filing of Form 5472 ▶ ☐
**1j** Country of incorporation: BVI
**1k** Country(ies) under whose laws the reporting corporation files an income tax return as a resident: BRITISH VIRGIN ISLANDS
**1l** Principal country(ies) where business is conducted: UNITED STATES

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of (a) the total voting power of all classes of the stock of the reporting corporation entitled to vote, or (b) the total value of all classes of stock of the reporting corporation ▶ ☐

### Part II  25% Foreign Shareholder (see instructions)

**1a** Name and address of direct 25% foreign shareholder:
LOUISE BLOUIN
HAUS BLAUHERD WIESTISTRAS
ZERMATT 3920 SWEDEN

**1b(1)** U.S. identifying number, if any: [REDACTED]
**1b(2)** Reference ID number (see instructions): 1

**1c** Principal country(ies) where business is conducted: UNITED STATES
**1d** Country of citizenship, organization, or incorporation: CANADA
**1e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident: SWITZERLAND

**2a** Name and address of direct 25% foreign shareholder:

**2b(1)** U.S. identifying number, if any:
**2b(2)** Reference ID number (see instructions):

**2c** Principal country(ies) where business is conducted:
**2d** Country of citizenship, organization, or incorporation:
**2e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident:

**3a** Name and address of ultimate indirect 25% foreign shareholder:

**3b(1)** U.S. identifying number, if any:
**3b(2)** Reference ID number (see instructions):

**3c** Principal country(ies) where business is conducted:
**3d** Country of citizenship, organization, or incorporation:
**3e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident:

**4a** Name and address of ultimate indirect 25% foreign shareholder:

**4b(1)** U.S. identifying number, if any:
**4b(2)** Reference ID number (see instructions):

**4c** Principal country(ies) where business is conducted:
**4d** Country of citizenship, organization, or incorporation:
**4e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident:

612581 04-01-16   LHA   For Paperwork Reduction Act Notice, see instructions.   Form 5472 (Rev. 12-2012)

16

16490915 791240 202860        2016.04020 ABERDEEN ENTERPRISES HOLDIN 202860_1

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.                                                          APPLIED FOR
Form 5472 (Rev. 12-2012)                                                                                    Page 2

### Part III — Related Party (see instructions)

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person?   All reporting corporations must complete this question and the rest of Part III.

| | |
|---|---|
| 1a Name and address of related party<br>LOUISE BLOUIN<br>HAUS BLAUHERD WIESTISTRASSE 61<br>ZERMATT 3920 SWEDEN | 1b(1) U.S. identifying number, if any<br><br>1b(2) Reference ID number (see instructions)<br>1 |
| 1c Principal business activity<br>▶ REAL ESTATE | 1d Principal business activity code<br>▶ 551112 |
| 1e Relationship-Check boxes that apply: [ ] Related to reporting corporation  [ ] Related to 25% foreign shareholder  [X] 25% foreign shareholder | |
| 1f Principal country(ies) where business is conducted<br>BRITISH VIRGIN ISLANDS | 1g Country(ies) under whose laws the related party files an income tax return as a resident<br>BRITISH VIRGIN ISLANDS |

### Part IV — Monetary Transactions Between Reporting Corporations and Foreign Related Party (see instructions)

Caution: Part IV must be completed if the "foreign person" box is checked in the heading for Part III.

If estimates are used, check here ▶ [ ]

| | | |
|---|---|---|
| 1 | Sales of stock in trade (inventory) | 1 |
| 2 | Sales of tangible property other than stock in trade | 2 |
| 3 | Platform contribution transaction payments received | 3 |
| 4 | Cost sharing transaction payments received | 4 |
| 5a | Rents received (for other than intangible property rights) | 5a |
| b | Royalties received (for other than intangible property rights) | 5b |
| 6 | Sales, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 6 |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | 7 |
| 8 | Commissions received | 8 |
| 9 | Amounts borrowed   a Beginning balance _____   b Ending balance or monthly average ▶ | 9b |
| 10 | Interest received | 10 |
| 11 | Premiums received for insurance or reinsurance | 11 |
| 12 | Other amounts received (see instructions) | 12 |
| 13 | **Total.** Combine amounts on lines 1 through 12 | 13 | 0. |
| 14 | Purchases of stock in trade (inventory) | 14 |
| 15 | Purchases of tangible property other than stock in trade | 15 |
| 16 | Platform contribution transaction payments paid | 16 |
| 17 | Cost sharing transaction payments paid | 17 |
| 18a | Rents paid (for other than intangible property rights) | 18a |
| b | Royalties paid (for other than intangible property rights) | 18b |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 19 |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | 20 |
| 21 | Commissions paid | 21 |
| 22 | Amounts loaned   a Beginning balance  8,622,886.   b Ending balance or monthly average ▶ | 22b | 9,304,540. |
| 23 | Interest paid | 23 |
| 24 | Premiums paid for insurance or reinsurance | 24 |
| 25 | Other amounts paid (see instructions) | 25 |
| 26 | **Total.** Combine amounts on lines 14 through 25 | 26 | 9,304,540. |

### Part V — Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party (see instructions)

Describe these transactions on an attached separate sheet and check here. ▶ [ ]

### Part VI — Additional Information

All reporting corporations must complete Part VI.

1  Does the reporting corporation import goods from a foreign related party? ............... [ ] Yes [X] No
2a If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? ........ [ ] Yes [ ] No
   If "No," do not complete b and c below.
 b If "Yes," attach a statement explaining the reason or reasons for such difference.
 c If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported
   goods in existence and available in the United States at the time of filing Form 5472? ........ [ ] Yes [ ] No
3  During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement? ........ [ ] Yes [X] No
4  During the course of the tax year, did the foreign parent corporation become a participant in any cost sharing arrangement? ........ [ ] Yes [X] No

612582 04-01-16                                                                                          Form **5472** (Rev. 12-2012)

17

16490915 791240 202860                   2016.04020 ABERDEEN ENTERPRISES HOLDIN 202860_1

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.

| FORM 1120-F | ITEM Q | STATEMENT 1 |
|---|---|---|

(A) NAME     ABERDEEN ENTERPRISES (BVI) LTD.
     ADDRESS    PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
     EIN
(B) PERCENT OF STOCK    100.00%
(C) TAXABLE INCOME
     (LOSS)

(A) NAME     BRICKCHURCH ENTERPRISES (BVI) LTD.
     ADDRESS    PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
     EIN
(B) PERCENT OF STOCK    100.00%
(C) TAXABLE INCOME
     (LOSS)

(A) NAME     ABERDEEN ENTERPRISES LTD.
     ADDRESS    PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
     EIN
(B) PERCENT OF STOCK    100.00%
(C) TAXABLE INCOME
     (LOSS)

(A) NAME     BRICKCHURCH ENTERPRISES LTD.
     ADDRESS    PO BOX 659, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
     EIN
(B) PERCENT OF STOCK    100.00%
(C) TAXABLE INCOME
     (LOSS)

ABERDEEN ENTERPRISES HOLDINGS (BVI) LTD.

| FORM 1120-F | ITEM V | STATEMENT 2 |
|---|---|---|

(A) NAME         LOUISE BLOUIN
    ADDRESS      376 GIN LANE, SOUTHHAMPTON, NY 11968
    IDENTIFYING NUMBER
(B) PERCENT OF STOCK   100.00%

| FORM 1120-F | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PROPERTY MAINTENANCE | 178,058. |
| REAL ESTATE TAXES | 56,403. |
| TOTAL TO FORM 1120-F, PAGE 4, LINE 27 | 234,461. |

NET OPERATING LOSS DEDUCTION            STATEMENT 4

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/14 | 260,486. | | 260,486. | 260,486. |
| 12/31/15 | 448,810. | | 448,810. | 448,810. |
| NOL AVAILABLE THIS YEAR | | | 709,296. | 709,296. |

## Bruce Balsam

**From:** Mathew Kabatoff <mkabatoff@ltbholding.com>
**Sent:** Monday, September 11, 2017 2:24 PM
**To:** Bruce Balsam
**Subject:** RE: Answers to questions

*646-401-2099*

Bruce,

This is only a cursory response with input from Louise:

- With regard to the cash that was used to pay the mortgage and expenses for 165 Charles Street, should it be a capital contribution or a loan to Aberdeen? If a loan is it from Louise?

    **What is better for the taxes it can be a loan I always prefer loans**

    What country is Louise a resident of and citizen of?

**Resident: Switzerland**
**Citizen: Canada**

- What was the mortgage balance at the end of the year for 2013, 2014, 2015 and 2016?

**The mortgage is an interest only loan**

Please note we are not taking a deduction for deprecation as it is an investment property not held out for rental. It was held out for rent and we advertised but we were told not to file we should incude 50 000 of rental

Can you please rephrase? Are you stating that you are including or not including the rental portion?

**From:** Bruce Balsam [mailto:bbalsam@elliothorowitz.com]
**Sent:** Monday, September 11, 2017 14:12
**To:** Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** Answers to questions

Dear Mathew:

Can you give me an update on the answers we are waiting for?

Looking forward to hearing from you,

Bruce

Bruce Balsam, CPA
Partner

1

**Bruce Balsam**

| | |
|---|---|
| **From:** | Mathew Kabatoff <mkabatoff@ltbholding.com> |
| **Sent:** | Saturday, September 09, 2017 2:18 PM |
| **To:** | Bruce Balsam |
| **Subject:** | RE: Questions for Aberdeen Enterprises Holdings (BVI) Ltd. |
| **Attachments:** | 09092017133828.pdf; Doc # 8.pdf |

Bruce,

I will be sending these responses questions shortly. However, I have been able to locate a document pertaining to the original closing of 165. Hopefully it provides enough information for the return calculation.

The purchase price is listed as 20MM, although the other document, already sent, listed 20.605MM.

Best,
MK

**From:** Bruce Balsam [mailto:bbalsam@elliothorowitz.com]
**Sent:** Friday, September 8, 2017 11:16
**To:** Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** FW: Questions for Aberdeen Enterprises Holdings (BVI) Ltd.

Hi Mathew:

Below are some questions, highlighted below, that have come up as we work on the tax returns.

Looking forward to your responses,

Bruce

Bruce Balsam, CPA
Partner
Elliot Horowitz & Company, LLP
675 Third Ave. 23FL
New York, NY 10017
212-972-7500 Ext 106
212-972-7050 FAX
bbalsam@elliothorowitz.com
www.elliothorowitz.com

**From:** Jennifer Donato
**Sent:** Friday, September 08, 2017 10:47 AM
**To:** Bruce Balsam <bbalsam@elliothorowitz.com>
**Subject:** Questions for Aberdeen Enterprises Holdings (BVI) Ltd.

1

Hi Bruce – Below please find some questions regarding the 2014 tax return for the above client:

- With regard to the cash that was used to pay the mortgage and expenses for 165 Charles Street, should it be a capital contribution or a loan to Aberdeen? If a loan is it from Louise?
- What country is Louise a resident of and citizen of?
- What was the mortgage balance at the end of the year for 2013, 2014, 2015 and 2016?
- Please note we are not taking a deduction for deprecation as it is an investment property not held out for rental.

Thank you,

Jen


Jennifer Donato, CPA - Tax Manager
Elliot Horowitz & Company LLP
675 Third Avenue, 23rd Floor
New York, NY 10017
T: 212.972.7500 (X 154)  F: 212.972.7050

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance. Although our company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage arising from the use of this email or attachments.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| | |
|---|---|
| **From:** | Mathew Kabatoff |
| **To:** | Bruce Balsam |
| **Subject:** | RE: Answers to questions |
| **Date:** | Monday, September 11, 2017 2:23:59 PM |

Bruce,

This is only a cursory response with input from Louise:

- With regard to the cash that was used to pay the mortgage and expenses for 165 Charles Street, should it be a capital contribution or a loan to Aberdeen? If a loan is it from Louise?

**What is better for the taxes it can be a loan I always prefer loans**

What country is Louise a resident of and citizen of?

*Resident: Switzerland*
*Citizen: Canada*

- What was the mortgage balance at the end of the year for 2013, 2014, 2015 and 2016?

**The mortgage is an interest only loan**

Please note we are not taking a deduction for deprecation as it is an investment property not held out for rental. It was held out for rent and we advertised but we were told not to file we should incude 50 000 of rental

**Can you please rephrase? Are you stating that you are including or not including the rental portion?**

---

**From:** Bruce Balsam [mailto:bbalsam@elliothorowitz.com]
**Sent:** Monday, September 11, 2017 14:12
**To:** Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** Answers to questions

Dear Mathew:

Can you give me an update on the answers we are waiting for?

Looking forward to hearing from you,

Bruce

Bruce Balsam, CPA
Partner
Elliot Horowitz & Company, LLP
675 Third Ave. 23FL
New York, NY 10017
212-972-7500 Ext 106
212-972-7050 FAX
<bbalsam@elliothorowitz.com>

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance. Although our company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage arising from the use of this email or attachments.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

| | |
|---|---|
| **From:** | Mathew Kabatoff |
| **To:** | Bruce Balsam; Elliot Horowitz |
| **Cc:** | Louise Blouin |
| **Subject:** | RE: 165 Charles Street - Document Request for Tax return preparation |
| **Date:** | Tuesday, September 5, 2017 3:47:47 PM |
| **Attachments:** | 165 LLC_Updated Financial Statements V1.xls |
| | Required Documents.xls |
| | Doc # 1.pdf |
| | Doc # 2.pdf |
| | Doc # 3.pdf |
| | Doc # 4.pdf |
| | Doc # 5.pdf |
| | Doc # 6.pdf |
| | Doc # 7.pdf |
| | Doc # 8.pdf |

Dear Bruce,

Please find the documentation for the 165 closing attached. Can you let me know what further information you require, along with your projected closing date. As of most recent communication with the Buyers, they are intent on maintaining the closing date of September 14 – although we have requested the 19 or 20.

Regarding the withholding taxes, what steps do we need to take so that the Buyer places these funds in escrow, while we wait for exemption approval?

As per the call with David, our intent is to show zero capital gains, using the last three years to file returns for exemptions, and to apply for the withholding exemption. David indicated that the branch profit tax would not apply since there are no gains. Please contact David if further information is required.

Best regards,
Mathew Kabatoff

**From:** Bruce Balsam [mailto:bbalsam@elliothorowitz.com]
**Sent:** Wednesday, August 30, 2017 09:57
**To:** Mathew Kabatoff <mkabatoff@ltbholding.com>; Elliot Horowitz <ehorowitz@elliothorowitz.com>
**Cc:** Louise Blouin <ltb@ltbholding.com>; Hryck, David M. <DHryck@ReedSmith.com>
**Subject:** RE: 165 Charles Street - Document Request for Tax return preparation

Attached please find the document request.

Please call me with any questions.

Sincerely,

Bruce

Bruce Balsam, CPA
Partner
Elliot Horowitz & Company, LLP

675 Third Ave. 23FL
New York, NY 10017
212-972-7500 Ext 106
212-972-7050 FAX
bbalsam@elliothorowitz.com
www.elliothorowitz.com

---

**From:** Mathew Kabatoff [mailto:mkabatoff@ltbholding.com]
**Sent:** Tuesday, August 29, 2017 3:37 PM
**To:** Bruce Balsam <bbalsam@elliothorowitz.com>; Elliot Horowitz <ehorowitz@elliothorowitz.com>
**Cc:** Louise Blouin <ltb@ltbholding.com>
**Subject:** RE: 165 Charles Street - Letter of Engagement

Dear Bruce,

For the practical purposes of this engagement letter you can use our Southampton address – although Louise is a Swiss resident. I will let you know if this requires amendment.

Name: Louise Blouin
Address: 376 Gin Lane Southampton, NY, 11968
Tel: 6464012099

Best,
MK

---

**From:** Bruce Balsam [mailto:bbalsam@elliothorowitz.com]
**Sent:** Tuesday, August 29, 2017 11:46
**To:** Mathew Kabatoff <mkabatoff@ltbholding.com>; Elliot Horowitz <ehorowitz@elliothorowitz.com>
**Cc:** Louise Blouin <ltb@ltbholding.com>
**Subject:** RE: 165 Charles Street - Letter of Engagement

Dear Mathew:

Please send me the contact information for the engagement letter:

Name
Address
Telephone number

Thanks,

Bruce

Bruce Balsam, CPA
Partner
Elliot Horowitz & Company, LLP
675 Third Ave. 23FL
New York, NY 10017
212-972-7500 Ext 106
212-972-7050 FAX
bbalsam@elliothorowitz.com
www.elliothorowitz.com

---

**From:** Mathew Kabatoff [mailto:mkabatoff@ltbholding.com]
**Sent:** Tuesday, August 29, 2017 8:50 AM
**To:** Elliot Horowitz <ehorowitz@elliothorowitz.com>
**Cc:** Bruce Balsam <bbalsam@elliothorowitz.com>; Louise Blouin <ltb@ltbholding.com>
**Subject:** 165 Charles Street - Letter of Engagement

Dear Eliot,

Thanks for the call yesterday afternoon. Can you please send us a letter of engagement today for the 165 Charles Street transaction. As mentioned, we have a somewhat tight deadline, where we need to conclude the sale prior to September 14. We will work on our end to prepare all financials, and keep David involved to advise on requirements for withholding and branch taxes.

Best regards,
Mathew Kabatoff

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance. Although our company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage

arising from the use of this email or attachments.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance. Although our company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage arising from the use of this email or attachments.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.

For more information please visit http://www.symanteccloud.com



**David M. Hryck**
Direct Phone: +1 212 549 0370
Email: dhryck@reedsmith.com

Reed Smith
599 Lexington Avenue
22nd Floor
New York, New York 10022
+1 212 521 5400
Fax +1 212 521 5450

December 4, 2017

By UPS

Internal Revenue Service Center
Ogden, UT 84201-0023

Re:   Filing of Form 8832 Entity Classification Election for Aberdeen Enterprises Holdings (BVI) Ltd
      (EIN #            )

To Whom it May Concern,

Please find attached an executed Form 8832 Entity Classification Election on behalf of the above referenced taxpayer. Please note that the taxpayer is making an initial classification election to be treated as a <u>foreign eligible entity with a single owner electing to be disregarded as a separate entity</u>.

Should you have any questions, please feel free to call the individual listed on Line 9 of Form 8832 attached. Thank you.

Very truly yours,

David M. Hryck

Enclosure

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

| Form **8832** (Rev. December 2013) Department of the Treasury Internal Revenue Service | **Entity Classification Election** ▶ Information about Form 8832 and its instructions is at *www.irs.gov/form8832*. | OMB No. 1545-1516 |

| Type or Print | Name of eligible entity making election<br>Aberdeen Enterprises Holdings (BVI) Ltd | Employer identification number |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions.<br>376 GIN LANE | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, postal code and country. Follow the country's practice for entering the postal code.<br>SOUTHHAMPTON, NY 11968 | |

▶ Check if: ☐ Address change   ☐ Late classification relief sought under Revenue Procedure 2009-41
☐ Relief for a late change of entity classification election sought under Revenue Procedure 2010-32

**Part I   Election Information**

1  Type of election (see instructions):

a  ☑ Initial classification by a newly-formed entity. Skip lines 2a and 2b and go to line 3.
b  ☐ Change in current classification. Go to line 2a.

2a  Has the eligible entity previously filed an entity election that had an effective date within the last 60 months?

☐ Yes. Go to line 2b.
☐ No. Skip line 2b and go to line 3.

2b  Was the eligible entity's prior election an initial classification election by a newly formed entity that was effective on the date of formation?

☐ Yes. Go to line 3.
☐ No. Stop here. You generally are not currently eligible to make the election (see instructions).

3  Does the eligible entity have more than one owner?

☐ Yes. You can elect to be classified as a partnership or an association taxable as a corporation. Skip line 4 and go to line 5.
☑ No. You can elect to be classified as an association taxable as a corporation or to be disregarded as a separate entity. Go to line 4.

4  If the eligible entity has only one owner, provide the following information:

a  Name of owner ▶ Louise T. Blouin
b  Identifying number of owner ▶ None

5  If the eligible entity is owned by one or more affiliated corporations that file a consolidated return, provide the name and employer identification number of the parent corporation:

a  Name of parent corporation ▶
b  Employer identification number ▶

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 22598R   Form **8832** (Rev. 12-2013)

Form 8832 (Rev. 12-2013) Page 2

**Part I  Election Information (Continued)**

6  Type of entity (see instructions):

a  ☐ A domestic eligible entity electing to be classified as an association taxable as a corporation.
b  ☐ A domestic eligible entity electing to be classified as a partnership.
c  ☐ A domestic eligible entity with a single owner electing to be disregarded as a separate entity.
d  ☐ A foreign eligible entity electing to be classified as an association taxable as a corporation.
e  ☐ A foreign eligible entity electing to be classified as a partnership.
f  ☒ A foreign eligible entity with a single owner electing to be disregarded as a separate entity.

7  If the eligible entity is created or organized in a foreign jurisdiction, provide the foreign country of organization ▶ British Virgin Islands

8  Election is to be effective beginning (month, day, year) (see instructions) . . . . . . . . . . . . . ▶ 11/02/2017

9  Name and title of contact person whom the IRS may call for more information

David M. Hryck

10  Contact person's telephone number

212-549-0370

**Consent Statement and Signature(s) (see instructions)**

Under penalties of perjury, I (we) declare that I (we) consent to the election of the above-named entity to be classified as indicated above, and that I (we) have examined this election and consent statement, and to the best of my (our) knowledge and belief, this election and consent statement are true, correct, and complete. If I am an officer, manager, or member signing for the entity, I further declare under penalties of perjury that I am authorized to make the election on its behalf.

| Signature(s) | Date | Title |
|---|---|---|
| [signature] | 12/01/17 | Director |

Form 8832 (Rev. 12-2013)