**Screen 1:**

```
LOUISE BLOUIN         SMT-A              19-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-23 RESI-E  ACT-E OACT-
366          GIN              LA        SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968              PHONE:S:287:9467-631* KEY:      ARA:RES INC
MAIL                                                    X-WYANDANCH LA CO
CRR-HIST DEPOSIT      AMT DUE   CURRENT     30 DAY    60 DAY   90 DAY  TOT ARREARS
1-111123     00      9632.07   1228.51     124.19    1268.89  7010.48   8403.56
WARDS 034 0  CFNAMT   8403.56 DATE 04-29-19  BB/ON    #BLD     BB/BAL
CASH-DTE TE     CASH-AMT  *  BB/AMT BILL-TOTAL BILL-DTE E   180      G
04-29-19 96      126.05   *          1102.46 04-26-19    1102.46 A
03-29-19 96      124.19   *          1163.73 02-27-19    1163.73 MA
03-01-19 96      105.16   *          1307.65 12-31-18    1307.65 A
01-02-19 96       84.28   *          2103.67 10-30-18    2103.67 S
11-30-18 96       51.94   *          2143.25 10-26-18    2143.25 CE
11-26-18 11      600.00-  *          3919.75 08-31-18    3919.75 E
10-29-18 96       60.04   *          1370.22 06-29-18    1370.22 A
09-04-18 54       83.15   *           685.70 04-28-18     685.70 S
08-23-18 11     7924.73-  *          1377.30 04-26-18    1377.30 CE
04-26-18 11     4000.00-  *          1138.11 02-28-18    1138.11 E
03-29-18 96      145.84   *          1320.00 12-29-17    1320.00 E
03-01-18 96      126.87   *          2143.91 10-27-17    2143.91 A
01-31-18 96      105.49   *          3205.10 08-29-17    3205.10 A
01-02-18 96      103.93   *          1460.67 06-30-17    1460.67 A
PREV TRANS TC1M DT 04-30   FIXED CR 0000                      MOR SCNS
              CSH2 *              FNL CYCLE      FNL BL DTE      MOS CHG OFF 0
```

**Screen 2:**

```
LOUISE BLOUIN         SMT-A              19-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-23 RESI-E  ACT-E OACT-
366          GIN              LA        SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968              PHONE:S:287:9467-631* KEY:      ARA:RES INC
MAIL                                                    X-WYANDANCH LA CO
CRR-HIST DEPOSIT      AMT DUE   CURRENT     30 DAY    60 DAY   90 DAY  TOT ARREARS
1-111123     00      9632.07   1228.51     124.19    1268.89  7010.48   8403.56
WARDS 034 0  CFNAMT   8403.56 DATE 04-29-19  BB/ON    #BLD     BB/BAL
CASH-DTE TE     CASH-AMT   DESCRIPTION
04-29-19 96      126.05    LPC
03-29-19 96      124.19    LPC
03-01-19 96      105.16    LPC
01-02-19 96       84.28    LPC
11-30-18 96       51.94    LPC
11-26-18 11-003  600.00-   PYMT-WESTERN UNION
10-29-18 96       60.04    LPC
09-04-18 54       83.15    EL LOCK REG HRS
08-23-18 11-016 7924.73-   PYMT PAY-BY-PHONE
04-26-18 11-007 4000.00-   PYMT-CUSTOMER OFFICE
03-29-18 96      145.84    LPC
03-01-18 96      126.87    LPC
01-31-18 96      105.49    LPC
01-02-18 96      103.93    LPC
PREV TRANS TC1M DT 04-30   FIXED CR 0000                      MOR SCNS
              TPX2 *              FNL CYCLE      FNL BL DTE      MOS CHG OFF 0
```

```
LOUISE BLOUIN          SMT-A              19-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-23 REST-E  ACT-E OACT-
366           GIN                  LA            SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968                  PHONE:S:287:9467-631* KEY:           ARA:RES INC
MAIL                                                           X-WYANDANCH LA CO
CRR-HIST DEPOSIT     AMT DUE    CURRENT    30 DAY     60 DAY    90 DAY   TOT ARREARS
1-111123      00     9632.07    1228.51    124.19     1268.89   7010.48    8403.56
WARDS 034 0 CFNAMT   8403.56 DATE 04-29-19 BB/ON      #BLD      BB/BAL
CASH-DTE TE      CASH-AMT *   BB/AMT BILL-TOTAL BILL-DTE E     180         G
04-29-19 96       126.05  *          1102.46 04-26-19 1102.46 A
03-29-19 96       124.19  *          1163.73 02-27-19 1163.73 MA
03-01-19 96       105.16  *          1307.65 12-31-18 1307.65 A
01-02-19 96        84.28  *          2103.67 10-30-18 2103.67 S
11-30-18 96        51.94  *          2143.25 10-26-18 2143.25 CE
11-26-18 11       600.00- *          3919.75 08-31-18 3919.75 E
10-29-18 96        60.04  *          1370.22 06-29-18 1370.22 A
09-04-18 54        83.15  *           685.70 04-28-18  685.70 S
08-23-18 11      7924.73- *          1377.30 04-26-18 1377.30 CE
04-26-18 11      4000.00- *          1138.11 02-28-18 1138.11 E
03-29-18 96       145.84  *          1320.00 12-29-17 1320.00 E
03-01-18 96       126.87  *          2143.91 10-27-17 2143.91 A
01-31-18 96       105.49  *          3205.10 08-29-17 3205.10 A
01-02-18 96       103.93  *          1460.67 06-30-17 1460.67 A
PREV TRANS TCIM DT 04-30   FIXED CR 0000                          MOR SCNS
              CSH2 *             FNL CYCLE        FNL BL DTE     MOS CHG OFF 0
```

```
LOUISE BLOUIN          SMT-A              19-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-23 REST-E  ACT-E OACT-
366           GIN                  LA            SVC ID:              SVPT:000010
SOUTHAMPTON NY 11968                  PHONE:S:287:9467-631* KEY:           ARA:RES INC
MAIL                                                           X-WYANDANCH LA CO
CRR-HIST DEPOSIT     AMT DUE    CURRENT    30 DAY     60 DAY    90 DAY   TOT ARREARS
1-111123      00     9632.07    1228.51    124.19     1268.89   7010.48    8403.56
WARDS 034 0 CFNAMT   8403.56 DATE 04-29-19 BB/ON      #BLD      BB/BAL
CASH-DTE TE       CASH-AMT  DESCRIPTION
04-29-19 96        126.05   LPC
03-29-19 96        124.19   LPC
03-01-19 96        105.16   LPC
01-02-19 96         84.28   LPC
11-30-18 96         51.94   LPC
11-26-18 11-003    600.00-  PYMT-WESTERN UNION
10-29-18 96         60.04   LPC
09-04-18 54         83.15   EL LOCK REG HRS
08-23-18 11-016   7924.73-  PYMT PAY-BY-PHONE
04-26-18 11-007   4000.00-  PYMT-CUSTOMER OFFICE
03-29-18 96        145.84   LPC
03-01-18 96        126.87   LPC
01-31-18 96        105.49   LPC
01-02-18 96        103.93   LPC
PREV TRANS TCIM DT 04-30   FIXED CR 0000                          MOR SCNS
              TPX2 *             FNL CYCLE        FNL BL DTE     MOS CHG OFF 0
```

**Billing Address:** Update Bank Information

Louise Blouin
[address]
Southampton NY 11968

Customer ID: [redacted]

### Update Bank Information

Bank ABA: [redacted]    Bank Account: [redacted]
Account Type: ☉ Checking
              ○ Savings

[Submit]

| Bank | | Personal account |
| ABA # | Account # | |

| Bank | | Business Account |
| ABA # | Account # | |





BLOUIN MACHAIN
38 LAIGHT ST
NY NY 10013

Receivables | Down payments | Totals | Payment list | Chronology

| Stat | Cont. Acct | Fmg Date | Due Date | Transaction | DT | Amount | Still Open | L | DB | Document | Clear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CCS | | 04/02/2019 | 04/02/2019 | Late charge from dunning | GB | 1.24 | 1.24 | | ST | 01 | 6020007632446 | 3024305104 |
| CCS | | 02/15/2019 | 03/11/2019 | LPC charged during invoicing | FA | 180.55 | 180.55 | | ST | 01 | 2200003537952 | 3024305104 |
| CCS | | 02/15/2019 | 03/11/2019 | Consumption billing receivable | FA | 54.93 | 54.93 | | ST | 01 | 2200003537952 | 3024305104 |
| CCS | | 01/01/2019 | 01/01/2019 | Late charge from dunning | GB | 100.21 | 100.21 | | ST | 03 | 6030000880618 | 3024305104 |
| CCS | | 12/15/2018 | 03/11/2019 | Collection fee | GB | 20.00 | 20.00 | | ST | 03 | 6035572455 | 3024305104 |
| CCS | | 11/15/2018 | 12/10/2018 | LPC charged during invoicing | FA | 76.37 | 76.37 | | ST | 03 | 2100037758673 | 3024305104 |
| CCS | | 11/15/2018 | 12/10/2018 | Consumption billing receivable | FA | 4,453.62 | 4,453.62 | | ST | 03 | 2100037759873 | 3024305104 |
| CCS | | 10/02/2018 | 10/02/2018 | Late charge from dunning | GB | 74.69 | 74.69 | | ST | 03 | 6050009983325 | 3024305104 |
| CCS | | 08/17/2018 | 09/10/2018 | Consumption billing receivable | FA | 3,319.49 | 3,319.49 | | ST | 03 | 2100003697706 | 3024305104 |
| CCS | | 07/25/2018 | 07/25/2018 | Incoming payment | BA | 4,352.01- | | | ST | 01 | 6050009860620 | 3024305104 |
| CCS | | 06/29/2018 | 06/29/2018 | Late charge from dunning | GB | 2.45 | | | | | | |
| CCS | | 06/15/2018 | 07/09/2018 | Reconnection Fee | GB | 60.00 | | ST | 01 | 603536737 | 3024305104 |
| CCS | | 06/05/2018 | 06/05/2018 | Incoming payment | BA | 4,289.56- | | ST | 01 | 2400004564308 | 3024256613 |
| CCS | | 05/15/2018 | 06/08/2018 | LPC charged during invoicing | FA | 187.55 | | ST | 01 | 2400004564308 | 3024305104 |
| CCS | | 05/15/2018 | 06/08/2018 | Consumption billing receivable | FA | 55.90 | | ST | 01 | 2400004564308 | 3024305104 |
| CCS | | 04/02/2018 | 04/02/2018 | Late charge from dunning | GB | 1.19 | | ST | 03 | 6030008318318 | 3024305104 |
| CCS | | 02/15/2018 | 03/12/2018 | LPC charged during invoicing | FA | 182.23 | | ST | 01 | 2100035428513 | 3024305104 |
| CCS | | 02/15/2018 | 03/12/2018 | Consumption billing receivable | FA | 53.01 | | ST | 03 | 2100035428513 | 3024305104 |
| CCS | | 01/08/2018 | 01/08/2018 | Late charge from dunning | GB | 85.37 | | ST | 03 | 6030008214449 | 3024305104 |
| CCS | | 11/22/2017 | 12/18/2017 | LPC charged during invoicing | FA | 92.41 | | ST | 03 | 2000032447759 | 3024305104 |
| CCS | | 11/22/2017 | 12/18/2017 | Consumption billing receivable | FA | 3,631.90 | | ST | 03 | 2000032447759 | 3024256613 |
| CCS | | 11/17/2017 | 11/17/2017 | Collection fee | FA | 20.00 | | ST | 03 | 603501816 | 3024256613 |
| CCS | | 10/02/2017 | 10/02/2017 | Late charge from dunning | GB | 90.38 | | ST | 03 | 6050009086385 | 8020005878796 |
| CCS | | 08/17/2017 | 09/11/2017 | Consumption billing receivable | FA | 55.29 | | ST | 03 | 2000003205915 | 8020005878796 |
| CCS | | 08/09/2017 | 08/09/2017 | Payment on Account | AB | 4,016.78 | | ST | 03 | 2000003205915 | 3024256613 |
| CCS | | 07/13/2017 | 07/13/2017 | Incoming payment | BA | 55.29- | | ST | | | 3023797788 | 3023963943 |
| CCS | | 06/29/2017 | 06/29/2017 | Late charge from dunning | GB | 1.22 | | ST | 01 | 6020006047995 | 3023963943 |
| CCS | | 05/15/2017 | 06/08/2017 | Consumption billing receivable | FA | 54.07 | | ST | 01 | 2000030971150 | 3023963943 |
| CCS | | 05/08/2017 | 05/08/2017 | Incoming payment | BA | 5,958.34- | | | | | 3023913828 | 3023913828 |
| CCS | | 04/03/2017 | 04/03/2017 | Late charge from dunning | GB | 1.15 | | ST | 01 | 6030007607452 | 3023913828 |
| CCS | | 03/17/2017 | 03/17/2017 | Returns | RT | 5,917.19 | | | | | 400004886 | 400004886 |
| CCS | | 03/17/2017 | 03/17/2017 | Return check charge | RT | 20.00 | | | | | 400004886 | 400004886 |
| CCS | | 03/15/2017 | 03/15/2017 | Incoming Payment on Acct. | BA | 5,917.19- | | | | | 3033609499 | 3023913828 |
| CCS | | 03/08/2017 | 04/03/2017 | Collection fee | AB | 20.00 | | | | | 603442547 | 3023913828 |
| CCS | | 02/16/2017 | 03/13/2017 | Consumption billing receivable | WA | 4,016.78 | | ST | 01 | 2000003060020 | 3023913828 |
| CCS | | 02/16/2017 | 03/13/2017 | Incoming payment | BA | 129.09 | | ST | 01 | 2000003060020 | 3023913828 |
| CCS | | 01/03/2017 | 01/03/2017 | LPC charged during invoicing | FA | 50.93 | | ST | 03 | 6050008065286 | 3023913828 |
| CCS | | 12/16/2016 | 12/16/2016 | Late charge from dunning | GB | 125.81 | | ST | 03 | 400047425 | 3023913828 |
| CCS | | 12/16/2016 | 12/16/2016 | Returns | RT | 5,591.36 | | | | | 400047425 | 400047425 |
| CCS | | 12/16/2016 | 12/16/2016 | Return check charge | RT | 20.00 | | | | | 400047425 | 400047425 |
| CCS | | 12/13/2016 | 12/13/2016 | Incoming Payment on Acct. | BA | 5,591.36- | | ST | 02 | 3023782682 | 3023913828 |
| CCS | | 11/16/2016 | 12/12/2016 | Consumption billing receivable | FA | 5,591.36 | | ST | 03 | 2200002726838 | 3023913828 |
| CCS | | 09/12/2016 | 09/12/2016 | Incoming payment | BA | 4,892.29- | | | | | 3043480039 | 3043480039 |
| CCS | | 08/16/2016 | 09/09/2016 | Consumption billing receivable | FA | 4,892.29 | | ST | | 03 | 2100001359079 | 3043480039 |
| CCS | | 06/10/2016 | 06/10/2016 | Incoming payment | BA | 52.01- | | | | | 3043387879 | 3043387879 |
| CCS | | 05/16/2016 | 06/09/2016 | Consumption billing receivable | FA | 52.01 | | ST | 03 | 2100030285566 | 3043387879 |
| CCS | | 04/11/2016 | 04/11/2016 | Incoming payment | BA | 1,028.79- | | | | | 3043326981 | 3043326981 |
| CCS | | 04/04/2016 | 04/04/2016 | Late charge from dunning | GB | 22.20 | | | | | 3043326981 | 3043326981 |
| CCS | | 03/18/2016 | 03/18/2016 | Returns | RT | 986.59 | | | | | 400043054 | 400043054 |
| CCS | | 03/18/2016 | 03/18/2016 | Return check charge | RT | 20.00 | | | | | 400043054 | 400043054 |
| CCS | | 03/15/2016 | 03/15/2016 | Incoming Payment on Acct. | BA | 986.59- | | | | | 6050007997604 | 3043326981 |
| CCS | | 02/18/2016 | 03/14/2016 | Consumption billing receivable | FA | 986.59 | | | | | 3023477834 | 3043326981 |
| CCS | | 12/11/2015 | 12/11/2015 | Incoming Payment | BA | 4,969.92- | | | | | 2007352957 | 3033116435 |

L BLOUIN MACBAIN
88 LAIGHT ST
NY NY 10013

Receivables | Down payments | Totals | Payment list | Chronology

| Stat | Cont. Acct. | Ptng Date | Due Date | Transaction | DT | Amount | Still Open | k | PT | BL | Document | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCG | | 11/16/2015 | 12/10/2015 | Consumption billing receivable | FA | 4,969.92 | | | | | 2200024042294 | 3033166435 |
| CCG | | 09/09/2015 | 09/09/2015 | Incoming payment | BA | 4,759.58- | | | | | 3007073830 | 3007073830 |
| CCG | | 08/14/2015 | 09/08/2015 | Consumption billing receivable | FA | 4,759.58 | | | | | 2200023225283 | 3007073830 |
| CCG | | 06/09/2015 | 06/09/2015 | Incoming payment | BA | 49.90- | | | | | 3006977754 | 3006977754 |
| CCG | | 05/15/2015 | 06/08/2015 | Consumption billing receivable | FA | 49.90 | | | | | 240003438933 | 3006977754 |
| CCG | | 03/17/2015 | 03/17/2015 | Incoming payment | BA | 46.96- | | | | | 3023151469 | 3023151469 |
| CCG | | 02/18/2015 | 03/16/2015 | Consumption billing receivable | FA | 46.96 | | | | | 2200021618242 | 3023151469 |
| CCG | | 02/09/2015 | 02/09/2015 | Incoming payment | BA | 5,838.27- | | | | | 3048873598 | 3048873598 |
| CCG | | 12/29/2014 | 12/12/2014 | Late charge from dunning | GB | 138.47 | | ST | 03 | | 605007005382 | 3048873598 |
| CCG | | 12/12/2014 | 12/29/2014 | Returns | RT | 5,709.80 | | | | | 4000035101 | 4000035101 |
| CCG | | 12/09/2014 | 12/08/2014 | Incoming Payment on Acct. | BA | 5,709.80- | | | | | 3006821487 | 3048873598 |
| CCG | | 11/14/2014 | 12/08/2014 | Consumption billing receivable | FA | 5,709.80 | | | | | 2200020086169 | 3048873598 |
| CCG | | 11/07/2014 | 11/07/2014 | Incoming payment | BA | 5,325.27- | | ST | 03 | | 3032767565 | 3032767565 |
| CCG | | 09/30/2014 | 09/30/2014 | Late charge from dunning | GB | 116.73 | | | | | 6040004581785 | 3032767565 |
| CCG | | 09/12/2014 | 09/12/2014 | Returns | RT | 5,208.54 | | ST | 03 | | 4000033581 | 4000033581 |
| CCG | | 09/09/2014 | 09/08/2014 | Incoming Payment on Acct. | BA | 5,208.54- | | | | | 3022954162 | 3032767565 |
| CCG | | 08/15/2014 | 09/08/2014 | LPC charged during invoicing | FA | 0.45 | | ST | 03 | | 2400003129531 | 3032767565 |
| CCG | | 08/15/2014 | 09/08/2014 | Consumption billing receivable | FA | 5,188.09 | | ST | 03 | | 2400003129531 | 4000033581 |
| CCG | | 06/13/2014 | 06/13/2014 | Returns | RT | 109.69 | | | | | 4000032088 | 4000032088 |
| CCG | | 06/13/2014 | 06/13/2014 | Return check charge | KT | 20.00 | | ST | 03 | | 4000032088 | 4000032088 |
| CCG | | 06/13/2014 | 06/13/2014 | Payment on Account | BA | 109.69 | | | | | 3032594081 | 3032767565 |
| CCG | | 06/10/2014 | 06/10/2014 | Incoming Payment on Acct. | BA | 109.69- | | | | | 3022856998 | 4000032088 |
| CCG | | 05/15/2014 | 06/09/2014 | LPC charged during invoicing | FA | 1.04 | | | | | 2400003004041 | 4000032088 |
| CCG | | 05/15/2014 | 06/09/2014 | Consumption billing receivable | FA | 47.25 | | | | | 2400003030041 | 8020004092939 |
| CCG | | 03/21/2014 | 06/09/2014 | Returned Check Fee | AB | 15.00 | | | | | 603082425 | 8020004092939 |
| CCG | | 03/21/2014 | 04/14/2014 | Returned check | AB | 46.40 | | | | | 603082425 | 8020004092939 |
| USD | | | | | | 8,281.10 | 8,281.10 | | | | | |

Partner 2000310821 / Company Code SCWA
L BLOUIN MACBAIN
88 LAIGHT ST
NY NY 10013
CA# 300037633

| Type | Payment Type | Payment Date | Amount | Status | Account Number | Account Name | Confirmation Number | Bank Acct#/ CC#/Ref# | Source |
|---|---|---|---|---|---|---|---|---|---|
| Billtrust | ACH | 03/13/2017 - 15:00 | 5,917.19 | Declined | | L BLOUIN MACBAIN | 41253779 | XXXXXX4354 | AP |
| Billtrust | Credit CardV | 05/06/2017 - 05:52 | 5,958.34 | Accepted | | L BLOUIN MACBAIN | 44481787 | XXXXXXXXXXXX1869 | OBP |
| Billtrust | Credit CardM | 07/12/2017 - 14:44 | 55.29 | Accepted | | L BLOUIN MACBAIN | 47138408 | XXXXXXXXXXXX4303 | OBP |
| Billtrust | Credit CardM | 08/08/2017 - 13:16 | 55.29 | Accepted | | L BLOUIN MACBAIN | 48229189 | XXXXXXXXXXXX4303 | OBP |
| Billtrust | Credit CardM | 06/04/2018 - 11:42 | 4,289.56 | Accepted | | L BLOUIN MACBAIN | 62153574 | XXXXXXXXXXXX8346 | Client Connect |
| Billtrust | Credit CardV | 07/24/2018 - 17:38 | 4,352.01 | Accepted | | L BLOUIN MACBAIN | 64619094 | XXXXXXXXXXXX4176 | OBP |



L BLOUIN MACBAIN
88 LAIGHT ST
NY NY 10013

| | Receivables | Down payments | Totals | Payment list | Chronology |
|---|---|---|---|---|---|

| Stat | Cont. Acct. | Pmnt Date | Due Date | Transaction | DT | Amount | Still open | L | Sp | DV | Document | Clear |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCO | | 04/02/2019 | 04/02/2019 | Late charge from dunning | GB | 1.24 | 1.24 | ST | 01 | 6020000763243 | 3024399011 |
| CCO | | 02/21/2019 | 02/21/2019 | Collection fee | AB | 20.00 | 20.00 | ST | 01 | 603535644 | 3024399011 |
| CCO | | 03/11/2019 | 03/11/2019 | LPC charged during invoicing | FA | 177.60 | 177.60 | ST | 01 | 2200035379951 | 3024399011 |
| CCO | | 02/15/2019 | 03/11/2019 | Consumption billing receivable | FA | 54.93 | 54.93 | ST | 01 | 2200035379951 | 3024399011 |
| CCO | | 03/01/2019 | 03/01/2019 | Late charge from dunning | GB | 173.70 | 173.70 | ST | 03 | 6030008080617 | 3030008080617 |
| CCO | | 11/15/2018 | 12/12/2018 | Consumption billing receivable | FA | 7,719.78 | 7,719.78 | ST | 03 | 2100037598727 | 3024399011 |
| CCO | | 10/23/2018 | 10/23/2018 | Incoming payment | BA | 5,121.65- | | ST | 01 | 3024399011 | |
| CCO | | 10/10/2018 | 10/10/2018 | Late charge from dunning | GB | 111.39 | | ST | 01 | 6050000966984 | 3024399011 |
| CCO | | 08/23/2018 | 09/17/2018 | Consumption billing receivable | FA | 4,950.46 | | ST | 01 | 2400046653357 | 3024399011 |
| CCO | | 06/14/2018 | 09/17/2018 | Reconnection Fee | GB | 60.00 | | ST | 01 | 603535656 | 3024399011 |
| CCO | | 05/31/2018 | 05/31/2018 | Incoming payment | BA | 12,431.03- | | ST | 01 | 3034067759 | 3024399011 |
| CCO | | 05/15/2018 | 06/08/2018 | LPC charged during invoicing | FA | 271.87 | | | | 2400045643307 | 3034067759 |
| CCO | | 06/08/2018 | 06/08/2018 | LPC charged during invoicing | FA | 55.90 | | | | 2400045643307 | 3034067759 |
| CCO | | 04/02/2018 | 05/15/2018 | Consumption billing receivable | FA | 1.19 | | | | 603008031830 | 3034067759 |
| CCO | | 02/15/2018 | 03/12/2018 | LPC charged during invoicing | GB | 264.70 | | | | 2100035428500 | 3034067759 |
| CCO | | 02/08/2018 | 03/12/2018 | Consumption billing receivable | FA | 53.01 | | | | 2100035428500 | 3034067759 |
| CCO | | 01/08/2018 | 01/08/2018 | Late charge from dunning | GB | 99.75 | | | | 6030008214448 | 3034067759 |
| CCO | | 11/22/2017 | 12/18/2017 | Consumption billing receivable | FA | 158.24 | | | | 2000032447558 | 3034067759 |
| CCO | | 10/05/2017 | 12/18/2017 | LPC charged during invoicing | GB | 4,433.46 | | | | 2000032447558 | 3034067759 |
| CCO | | 10/05/2017 | 10/05/2017 | Late charge from dunning | GB | 154.76 | | | | 6030007983349 | 3034067759 |
| CCO | | 09/21/2017 | 12/18/2017 | Consumption billing receivable | GB | 20.00 | | | | 603489605 | 3034067759 |
| CCO | | 09/25/2017 | 09/25/2017 | Collection fee | GB | 20.00 | | | | 603489600 | 3034067759 |
| CCO | | 09/20/2017 | 09/20/2017 | Returns | RT | 3.91 | | | | 3023963942 | 3034067759 |
| CCO | | 09/15/2017 | 09/15/2017 | Incoming Payment on Acct. | BA | 6,878.15 | | ST | 01 | 400051892 | 3034067759 |
| CCO | | 08/21/2017 | 09/14/2017 | Consumption billing receivable | FA | 223.45 | | ST | 03 | 2100036138 | 3030006372247 |
| CCO | | 08/09/2017 | 09/14/2017 | LPC charged during invoicing | FA | 6,878.15 | | | | 2100036138 | 3034067759 |
| CCO | | 08/09/2017 | 08/09/2017 | Payment on Account | BA | 223.45- | | | | 3034067759 | 8030006372247 |
| CCO | | 07/13/2017 | 07/13/2017 | Incoming payment | GB | 3.91 | | | | 3023979787 | 3030060637247 |
| CCO | | 06/29/2017 | 06/29/2017 | Late charge from dunning | GB | 199.54 | 199.54 | ST | 01 | 6020006417994 | 3023963942 |
| CCO | | 06/14/2017 | 06/14/2017 | Returns | RT | 20.00 | 20.00 | ST | 03 | 400050256 | 3023963942 |
| CCO | | 06/14/2017 | 06/14/2017 | Return check charge | KT | 20.00 | 20.00 | ST | 03 | 3037868021 | 4000050256 |
| CCO | | 06/09/2017 | 06/09/2017 | Incoming Payment on Acct. | BA | 3.20 | | ST | 03 | 3033701585 | 400050256 |
| CCO | | 05/15/2017 | 06/08/2017 | LPC charged during invoicing | FA | 54.07 | | | | 200003097149 | 3023963942 |
| CCO | | 04/03/2017 | 04/03/2017 | Late charge from dunning | GB | 2.69 | | | | 200003097149 | 3023963942 |
| CCO | | 03/17/2017 | 03/17/2017 | Returns | BA | 4,754.73- | | | | 3023097149 | 3023963942 |
| CCO | | 03/15/2017 | 03/15/2017 | Return check charge | KZ | 119.58 | 119.58 | ST | 01 | 400048887 | 3023963942 |
| CCO | | 02/16/2017 | 03/13/2017 | Incoming Payment on Acct. | BA | 20.00 | | | | 4000048887 | 3023963942 |
| CCO | | 12/13/2016 | 12/13/2016 | Consumption billing receivable | FA | 119.58- | | ST | 01 | 4000030060019 | 3033609498 |
| CCO | | 11/16/2016 | 12/13/2016 | LPC charged during invoicing | FA | 6,540.11 | | | | 200003097149 | 3023782681 |
| CCO | | 11/16/2016 | 11/16/2016 | Incoming payment | BA | 6,540.11- | | | | 2000027626837 | 3023782681 |
| CCO | | 09/19/2016 | 09/19/2016 | Consumption billing receivable | FA | 4,754.73- | | | | 302368407 | 3023782681 |
| CCO | | 08/23/2016 | 09/16/2016 | Incoming payment | BA | 420.33- | | | | 302368407 | 3023684078 |
| CCO | | 06/09/2016 | 06/10/2016 | LPC charged during invoicing | FA | 7.38 | | | | 3043687878 | 3043687878 |
| CCO | | 06/10/2016 | 06/09/2016 | Incoming payment | BA | 84.81 | | | | 2100030285555 | 3043687878 |
| CCO | | 05/16/2016 | 05/16/2016 | Consumption billing receivable | FA | 6.78 | | | | 3043687878 | 3043687878 |
| CCO | | 04/04/2016 | 04/04/2016 | Late charge from dunning | GB | 301.36 | | | | 400003097603 | 3043687878 |
| CCO | | 03/18/2016 | 03/18/2016 | Returns | RT | 20.00 | | | | 4000043055 | 4000043055 |
| CCO | | 03/18/2016 | 03/18/2016 | Return check charge | RT | 301.36 | | ST | 02 | 4000043055 | 4000043055 |
| CCO | | 03/15/2016 | 03/15/2016 | Incoming Payment on Acct. | BA | 301.36- | | ST | 03 | 3023477833 | 4000043055 |
| CCO | | 02/16/2016 | 03/14/2016 | Consumption billing receivable | FA | 5,133.72- | | | | 2007352950 | 3043387878 |
| CCO | | 12/18/2015 | 12/18/2015 | Incoming payment | BA | 5,133.72 | | | | 3043216254 | 3043216254 |
| CCO | | 11/23/2015 | 12/17/2015 | Consumption billing receivable | BA | 4,817.04- | | | | 2100028565398 | 3043216254 |
| CCO | | 09/09/2015 | 09/09/2015 | Incoming payment | | | | | | 3007073829 | 3007073829 |

L BLOUIN MACBAIN
88 LAIGHT ST
NY NY 10013

Receivables | Down payments | Totals | Payment list | Chronology

| Stat | Cont. Acct | Pmg Date | Due Date | Transaction | Tr | Amount | Bill Open | DP | DI | Document | Clear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CCG | | 08/14/2015 | 09/08/2015 | Consumption billing receivable | FA | 4,817.04 | | | | 2200023252B2 | 300707398829 |
| CCG | | 06/09/2015 | 06/09/2015 | Incoming payment | BA | 49.90- | | | | 3006977753 | 3006977753 |
| CCG | | 05/15/2015 | 06/08/2015 | Consumption billing receivable | FA | 49.90 | | | | 2400034389932 | 3006977753 |
| CCG | | 03/17/2015 | 03/17/2015 | Incoming payment | BA | 46.96- | | | | 3023151468 | 3023151468 |
| CCG | | 02/18/2015 | 03/16/2015 | Consumption billing receivable | FA | 46.96 | | | | 2200021612141 | 3023151468 |
| CCG | | 02/09/2015 | 02/09/2015 | Incoming payment | BA | 3,171.29- | | | | 3042873597 | 3042873597 |
| CCG | | 12/29/2014 | 12/29/2014 | late charge from dunning | GB | 69.78 | | | | 3042873597 | 3042873597 |
| CCG | | 11/14/2014 | 12/08/2014 | Consumption billing receivable | FA | 3,101.51 | | | | 6050007053B1 | 3042873597 |
| CCG | | 11/07/2014 | 11/07/2014 | Incoming payment | BA | 3,848.31- | | | | 2200020B6168 | 3032767564 |
| CCG | | 09/30/2014 | 09/30/2014 | Late charge from dunning | GB | 84.23 | | | | 3032767564 | 3032767564 |
| CCG | | 09/12/2014 | 09/12/2014 | Returns | KT | 3,764.08 | | 03 | ST | 6040004581174 | 3032767564 |
| CCG | | 09/09/2014 | 09/09/2014 | Incoming Payment on Acct. | 3A | 0.45 | | | | 4000033582 | 4000033582 |
| CCG | | 09/08/2014 | 09/08/2014 | LPC charged during Invoicing | FA | 3,743.63 | | | | 3022954161 | 3032767564 |
| CCG | | 08/15/2014 | 08/15/2014 | Consumption billing receivable | BA | | | 03 | ST | 2400003129530 | 4000033582 |
| CCG | | 06/13/2014 | 06/13/2014 | Returns | KT | 109.69 | | | | 4000032087 | 4000032087 |
| CCG | | 06/13/2014 | 06/13/2014 | Return check charge | KT | 20.00 | | 03 | ST | 2400003129530 | 3032767564 |
| CCG | | 06/13/2014 | 06/13/2014 | Payment on Account | BA | 109.69- | | 03 | ST | 3033594080 | 8020004929938 |
| CCG | | 06/10/2014 | 06/10/2014 | Incoming Payment on Acct. | BA | 1.04 | | | | 4000032087 | 4000032087 |
| CCG | | 05/15/2014 | 06/09/2014 | LPC charged during Invoicing | FA | 47.25 | | | | 3022856997 | 3032767564 |
| CCG | | 05/15/2014 | 06/09/2014 | Consumption billing receivable | FA | 15.00 | | | | 2400003030040 | 4000032087 |
| CCG | | 03/21/2014 | 06/09/2014 | Returned Check Fee | AB | 46.40 | | | | 60308242S | 8020004929938 |
| CCG | | 03/21/2014 | 04/14/2014 | Returned check | AB | | | | | 60308242S | 8020004929938 |
| USD | | | | | | 8,147.25 | 8,147.25 | | | | |

Partner 2000310810 / Company Code SCWA
L BLOUIN MACBAIN
88 LAIGHT ST
NY NY 10013
CA# 300037762

| Type | Payment Type | Payment Date | Amount | Status | Account Number | Account Name | Confirmation Number | Bank Acct#/ CC#/Ref# | Source |
|---|---|---|---|---|---|---|---|---|---|
| Billtrust | ACH | 03/13/2017 - 15:00 | 119.58 | Declined | | L BLOUIN MACBAIN | 41253777 | XXXXXX4354 | AP |
| Billtrust | ACH | 06/08/2017 - 15:00 | 199.54 | Declined | | L BLOUIN MACBAIN | 44827665 | XXXXXX4354 | AP |
| Billtrust | Credit CardM | 07/12/2017 - 14:42 | 223.45 | Accepted | | L BLOUIN MACBAIN | 47138290 | XXXXXXXXXXXX4303 | OBP |
| Billtrust | Credit CardM | 08/08/2017 - 13:15 | 223.45 | Accepted | | L BLOUIN MACBAIN | 48229113 | XXXXXXXXXXXX4303 | OBP |
| Billtrust | ACH | 09/14/2017 - 15:00 | 6,878.15 | Declined | | L BLOUIN MACBAIN | 48715881 | XXXXXX4354 | AP |
| Billtrust | Credit CardV | 05/30/2018 - 07:47 | 12,411.03 | Accepted | | L BLOUIN MACBAIN | 61862618 | XXXXXXXXXXXX2234 | OBP |
| Billtrust | Credit CardV | 10/22/2018 - 10:32 | 5,121.85 | Accepted | | L BLOUIN MACBAIN | 69154850 | XXXXXXXXXXXX2234 | OBP |

# Town of Southampton

## Browsing

Tax Map # 473605 029.000-0001-017.014 (p_d 70652), Brickchurch Enterprises Inc S nce Mar 1999 (Owner 158636), Brickchurch Enterprises Inc Private Office of Lou se Blouin 88 Laight St New York NY 10013 (Name na_d:158636)

| Name d | As of date | Status | Seq_priority |
|---|---|---|---|
| 158636 | 3/1/1999 | O | Br ckchurch Enterprises Inc |
| 17452 | 3/1/1994 | P | B & C Property Company |
| 17453 | 6/1/1986 | P | Marc Sabat ne |
| 17454 | 5/30/1986 | P | Natale Sabat ne |
| 17455 | 5/30/1986 | P | Matthew Sabat ne |

*Handwritten annotations:*
- "mar 12, 1998" (next to 3/1/1999)
- "private office of Louise Blou—" (arrow to Brickchurch Enterprises Inc)
- "last owner of record" (arrow pointing to 158636)
- "Default" (arrow pointing to 17455)
- "5217 – most legal document of deed"

**General**

Date Effective ( As Of )
3/1/1999

Source of Information

% Ownership    Priority Sequence

Owner Status
○ Alternate Source
● Current
○ Previous

☐ Occupant
☐ No Correspondence

Notes
5217 5/12/98

Name & Address

Brickchurch Enterprises Inc
Private Office of Louise Blouin
88 Laight St
New York NY  10013

[New] [Save] [Name] [Delete] [Browse] [Exit]

Editing Existing Record (1/5)



| Entry Date | Trans Type | Deposit Number | Receipt Number | Cashier Id | Last Modif Uid | Amount | Payer Name | |
|---|---|---|---|---|---|---|---|---|
| 5/13/2014 | Payment | BNB0001000 | tki00318283 | 01 | Theresa Kiernan | $10,752.42 | 192 Highland Terrace LLC | $10,7 |
| 1/7/2014 | Payment | BNB0002000 | tki00312182 | 01 | Theresa Kiernan | $10,752.42 | F BYNUM JR | $10,7 |

$21,504.84

| | Summary | | Detail | | Notes | |
|---|---|---|---|---|---|---|

○ Balance Forward   ○ Balance Forward Detail   ○ Applied Records   ● Cash Flow

| Entry Date | Trans Type | Deposit Number | Receipt Number | Cashier Id | Last Modif Uid | Amount | Payer Name |
|---|---|---|---|---|---|---|---|
| 4/28/2015 | Payment | 042815dc | dca00003176 | 6 | Diane Carpenter | $29,590.25 | Chicago Title Insurance Company |
| 3/2/2015 | Payment | 03/02/2015 | dca00001800 | 6 | Diane Carpenter | $30,182.06 | LTB Management Services Inc. |

$59,772.31

Query    Search    Real Time    Reverse Sort    Exit





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ○ Balance Forward | | ○ Balance Forward Detail | | | ○ Applied Records | ● Cash Flow | |
| Entry Date | Trans Type | Deposit Number | Cashier Id | Last Modif Uid | Amount | Payer Name | Paid |
| 11/30/2018 | Payment | Suffolk | #1 | Theresa Kiernan | $53,120.52 | Paid to Suffolk County | $53,120.52 |

$53,120.52

[Summary] [Detail] [Notes]

[Query] [Search] [Real Time] [Reverse Sort] [Exit]