```
┌─────────────────────────────────────────┐
│         REQUESTOR:  2199-6915            │
│         ICS COMPLETE TRANSCRIPT          │
│         ENTITY SUMMARY INFORMATION       │
└─────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

─ ENTITY ─

TIN:

Name:  LOUISE T BLOUIN

Address:  366 376 GIN LN
          SOUTHAMPTON, NY 11968-0000000

Home#:  (   )   -        Cell#: (   )  -

Other#: (   )   -        Fax#:  (   )  -

─ ASSIGNMENT ─

Assignment Number:        2103-4341

Business Division:        WI

Initial Assign Date:      10/13/2018

Employee Assign Date:     11/13/2018

Grade:  12          Pend.Transfer:     No

PRTY Score:     099   Pending Approval:  N

Case Code:      101      Sub Code:   000

LII:

─ GENERAL ─

OPEN MODULES            Overage:

  Bal Due: 0       Pot Overage Dt: / /

  Del Ret: 0       Del Ret Sel CD:

   Other: 1             Pyramid:

Total Bal: $0.00         X-Ref: Yes

    IDRS:              Prior CNC:

  Archive:          Large Dollar:

─ ACTION DATES ─

 Follow-Up:                  12/29/2022

 Earliest ICS CSED:              /  /

 Earliest CSED Module:           /

 Earliest ICS ASED:              /  /

 Earliest ASED Module:           /

 NFTL Determination:          / /

 EARLIEST REFILE DATE:        / /

 EARLIEST REFILE MODULE:         /

SUMMARY OF MODULES

| TYPE | MFT | TAX PERIOD | MODULE BALANCE | FND | NFTL | FS | POA | TPC | ST. | OTHER INFORMATION |
|------|-----|------------|----------------|-----|------|----|----|-----|-----|-------------------|
| OI  | 00 | 000008 | 0       |   |   |   | N | N/A | O | OTHER |
| BAL | 55 | 201012 | 5,245   | Y | Y |   | Y | Y   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201103 | 672,619 | Y | Y |   | Y | Y   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201106 | 168,582 | Y | Y |   | Y | Y   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201109 | 168,582 | Y | Y |   | Y | Y   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201112 | 160,517 | Y | Y |   | Y | Y   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201203 | 123,260 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201206 | 20,284  | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201209 | 8,989   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201212 | 8,989   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201306 | 553,229 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201309 | 553,229 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201312 | 553,229 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201403 | 379,947 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201406 | 379,947 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201409 | 379,944 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201412 | 379,947 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201503 | 325,030 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201506 | 325,030 | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201509 | 55,471  | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201512 | 7,308   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201603 | 5,599   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201606 | 5,599   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201609 | 5,599   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201612 | 5,599   | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| BAL | 55 | 201706 | 19,787  | Y | Y |   | Y | N   | D | CNC/UNABLE TO CONTACT |
| NF  | 00 | 000003 | 0       |   |   |   | N | N/A | C | ACTION ACCEPTED |
| NF  | 00 | 000004 | 0       |   |   |   | N | N/A | C | ACTION ACCEPTED |
| OI  | 00 | 000001 | 0       |   |   |   | N | N/A | C | ACTION ACCEPTED |
| OI  | 00 | 000002 | 0       |   |   |   | N | N/A | C | ACTION NOT ACCEPTED |
| OI  | 00 | 000005 | 0       |   |   |   | N | N/A | C | ACTION NOT ACCEPTED |
| OI  | 00 | 000006 | 0       |   |   |   | N | N/A | C | ACTION ACCEPTED |
| OI  | 00 | 000007 | 0       |   |   |   | N | N/A | C | ACTION ACCEPTED |

```
REQUESTOR:  2199-6915
ICS COMPLETE TRANSCRIPT
CASE TIME INFORMATION
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

CASE TIME

Case Code:              101     IND-WAGE EARNER

Case Subcode:           000     COMPLIANCE TDA/TDI

Latest Touch Date:      11/15/2022

Total Case Hours:        321.25

Total Case Touches:         196

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

---

ACTION DATE: 10/13/2018                    CREATE ID: 00000000

Systemic History: ASSIGNMENT - IDRS

CASE ASSIGNED--21062200

---

ACTION DATE: 10/13/2018                    CREATE ID: 00000000

Systemic History: NEW MODULE(S) - IDRS

BAL DUE - 55/201103 55/201106 55/201109 55/201112 55/201203 55/201206 55/201306 55/201309 55/201312
55/201403 55/201406 55/201409 55/201412 55/201503 55/201506 55/201509 55/201706

---

ACTION DATE: 10/13/2018                    CREATE ID: 00000000

Systemic History: ENTITY UPDATED - ENTITY

ENTITY UPDATED - ENTITY: PRIORITY SCORE 099

---

ACTION DATE: 10/16/2018                    CREATE ID: 00000000

Systemic History: TRANSFER - IDRS

TC015/030 RECEIVED FROM IDRS

---

ACTION DATE: 10/17/2018                    CREATE ID: 21062201

Systemic History: ENTITY UPDATE - IDRS

INITIAL CONTACT DUE DATE 12/03/2018 - 45 DAYS  (SET BY  1CA0)

---

ACTION DATE: 10/17/2018                    CREATE ID: 21062201

Systemic History: ENTITY UPDATED - ICS

PRIMARY ASSIGNMENT NUMBER UPDATED to 21062230

---

ACTION DATE: 10/17/2018                    CREATE ID: 21062201

Systemic History: ASSIGNMENT - ICS

```
┌─────────────────────────────────────┐
│  REQUESTOR: 2199-6915                │
│  ICS COMPLETE TRANSCRIPT             │
│  history information                 │
└─────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

REASSIGNED TO: ASGMT # 21062230 EMPLOYEE NAME R.G. ELKINS

---

ACTION DATE: 10/20/2018                          CREATE ID: 00000000

Systemic History: NEW MODULE(S) - IDRS

BAL DUE - 55/201012 55/201209 55/201212 55/201512 55/201603 55/201606 55/201609 55/201612

---

ACTION DATE: 11/08/2018                          CREATE ID: 21034341

Systemic History: NEW MODULE - ICS

INCOMING OI 00000001 - OTHER 21034341

---

ACTION DATE: 11/08/2018  SYSTEM DATE: 11/08/2018  CONTACT: OTHER  CREATE ID: 21062230

GENERAL HISTORY

rec'd case consisting of 25 bal dues, all mft 55's, civ pens.  1st contact due 12/3/18.

researched idrs, printed all.

chkd ams, printed summary and last history.

generated L1058 for 25 bal due's.

printed map of tp address.

assembled case file.

---

ACTION DATE: 11/08/2018                          CREATE ID: 21062230

Systemic History: FORMS/CORRESPONDENCE

FORM 4759 PREPARED, ADDRESS(ES) USED:

  LOUISE T BLOUIN
  366376 GIN LN
  S HAMPTON  NY  119680000000

ACTION DATE: 11/09/2018  SYSTEM DATE: 11/09/2018  CONTACT: OTHER  CREATE ID: 21062230

INITIAL ANALYSIS CONDUCTED

INITIAL ANALYSIS CONDUCTED
      RESULTS:
TIN:

```
┌─────────────────────────────────────────────┐
│ ┌─────────────────────────────────────────┐ │
│ │         REQUESTOR: 2199-6915            │ │
│ │       ICS COMPLETE TRANSCRIPT           │ │
│ │         history information             │ │
│ └─────────────────────────────────────────┘ │
└─────────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

Name: louise blouin
Address: 366 gin ln, southampton
Phone: none
Fax: none
Case Code: 101


=====================
COMPLIANCE CHECK
=====================

1040 INFO: tp ssn has asterisk, imfoli only shows tfrp assessments. without asterisk, no such tin.


=====================
BAL DUES AND DEL RETS
=====================

| Period | Amount | L1058 | FS | NFTL | POA | TC971/611 | Accrual | SFR | Status | Type |
|--------|--------|-------|----|----|-----|-----------|---------|-----|--------|------|
| 25 tfrp assessments | | n | n | n | n | y | | y | n | 26 | bal dues |

=========================================
EARLIEST CSED & ASED & NFTL REFILE DATE
=========================================

| Period | CSED | ASED |
|--------|------|------|
| 55-2-1103 | 9/27/28 | n |

EARLIEST NFTL Refile date: na

EARLIEST NFTL Refile MODULE: na

==================
POWER OF ATTORNEY
==================
Rep ID: None
Name:
Address:
Phone:
Fax:
Status:
AuthLevel:


==========
INDICATORS
==========
FPLP:No
DIA: No
POA: No
CAU: No

```
┌─────────────────────────────────────────────┐
│ ┌─────────────────────────────────────────┐ │
│ │         REQUESTOR: 2199-6915            │ │
│ │       ICS COMPLETE TRANSCRIPT          │ │
│ │         history information            │ │
│ └─────────────────────────────────────────┘ │
└─────────────────────────────────────────────┘
```

| **Name: LOUISE T BLOUIN**                                    TIN:

PDT: No
CID: No

===============
CROSS-REFERENCE
===============
TIN: None
Name:
Address:
Phone:
DOB:
DOD:

==================================
IMFOLI - X-REF COMPLIANCE CHECK
==================================
Period Amount FS Return Status
None

=====================
SUMRY - IDRS MODULES
=====================
Period Amount FS POA NFTL L1058 TC971/611 Accrual SFR Status Type
Same as ICS

======================================
INOLES & ENMOD - ENTITY INFORMATION
======================================
DOB: not shown
DOD: na
Required: 1040
Last Ret: not known

===========================
CFINK - POWER OF ATTORNEY
===========================
Period Rep-Number Sign Date Form
None

=====================
LEVYS - LEVY SOURCES
=====================
none

====================================
IMFOLP - LAST FEDERAL TAX PAYMENTS
====================================

Sensitive But Unclassified

```
┌─────────────────────────────────────────────┐
│ ┌─────────────────────────────────────────┐ │
│ │          REQUESTOR: 2199-6915           │ │
│ │         ICS COMPLETE TRANSCRIPT         │ │
│ │           history information           │ │
│ └─────────────────────────────────────────┘ │
└─────────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

Period          Amount      Date Posted
none

```
===================
IRPTRO - IRP INCOME
===================
```

No information available

```
=====================================
SUPOL - IRP INCOME AND SFR BAL DUE
=====================================
```
Period IRP Income SFR Bal Due
No information available

```
===========
AMS HISTORY
===========
```
No AMS history

```
===============
ARCHIVE HISTORY
===============
```
No archive history

```
============
CAUSE & CURE
============
```
Cause: tp businesses not in compliance

Cure: secure fp or cis

```
==============
PLAN OF ACTION
==============
```
make field contact, issue 1058, secure fp, determine compliance.

_____

  ACTION DATE: 11/09/2018  SYSTEM DATE: 11/09/2018  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

OI opened by r/o 21034341 to maintain control of case. bal-dues are result of tfrp's originating
from Louise Blouin Media Inc EIN:          , and Art Now Inc EIN:          . the mft 55 bal-dues
were quick assessed from both entities. they also contain 6020(b) assessments from both entities.
the t/p is a canadian media entrepreneur currently living in Switzerland, with a corporate HQ in
London. the t/p did not previously have an ssn until revenue officer 21034341 got it

```
┌─────────────────────────────────────┐
│  REQUESTOR: 2199-6915               │
│  ICS COMPLETE TRANSCRIPT            │
│  history information                │
└─────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

assigned to her thru the ITN process. at present the tfrp appears to be the only way to recover
unpaid payroll taxes since the businesses cited above are part of a maze of interconnected corp's
and llc's tied to a London based parent company. the employees work from home, and the US corp addresses
are nothing more than mail drops. the accounting firms for both businesses are based in Mumbai India
and are unresponsive.
Ms Blouin possesses real esate at the south hampton address which was once valued @ $178M. the identity
of the title holder of the real estate requires research; it is likely to be an LLCC which is an
alter ego of Ms Blouin herself.
issuance of the l1058 is necessary but the assessments are not correct. the quick assess unit in
ogden created duplicate assessments derived from Art Now Inc. the tc 240 assessments date 10/4/2018
require abatement before an nftl and the l1058 can be issued.

began working on adjustment pkg. research efforts thru CPM reveal that the pkg needs to be processed
thru Ogden.

contact made with LI based r/o (currently assigned the case) and apprised him of the details
necessitating transfer of case to r/o 21034341.

────────────────────────────────────────────────────────────────────

   ACTION DATE: 11/09/2018                          CREATE ID: 21034341

Systemic History: ENTITY UPDATED - ICS


IDRS MAILING ADDRESS (M)   change requested

Addr:                      FROM:
                           ----

                           366376 GIN LN
                           S HAMPTON NY 11968

                           TO:
                           --

                           366 376 GIN LN
                           SOUTHAMPTON NY 11968

────────────────────────────────────────────────────────────────────

   ACTION DATE: 11/09/2018  SYSTEM DATE: 11/13/2018  CONTACT: FIELD  CREATE ID: 21062230

ATTEMPTED CONTACT
POST OFFICE SEARCH
NEIGHBOR SEARCH

ATTEMPTED CONTACT - TAXPAYER
     RESULTS: fc to tp's address, there are 2 houses, and 2 street numbers, 366, and 376.  ics address
should be revised as "366376" is not correct.  both properties are located in a "AAA" area, right
on the atlantic ocean.  high hedges, and electric gates on each.  name on sign is "la dune".

house on the corner is larger and older, a 3 story mansion with several chimneys, gables, decks,
etc.  ig pool with pool houses at each end.  this house is closer to the ocean.

2nd house is smaller and newer, 2 stories, more modern.  looks like it has a tennis court.

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

** did not issue 1058.

NEIGHBOR SEARCH
   No Neighbors Were Available
   RESULTS: attempted to verify w neighbors, no luck, all gated properties.

POST OFFICE SEARCH
      RESULTS: fc to southampton post office, supervisor will give carrier postal tracer to complete
and return.

---

   ACTION DATE: 11/13/2018  SYSTEM DATE: 11/13/2018  CONTACT: OTHER  CREATE ID: 21062230

GENERAL HISTORY

wrote up fc's of 11/9.

see that address has been revised.

spoke w ro who made tfrp, wants case transferred to him, don't issue 1058.

transferred case to requesting ro, 2103-4341.

---

   ACTION DATE: 11/13/2018                          CREATE ID: 21062230

Systemic History: APPROVAL REQUEST

REQUESTED TRANSFER: TRNFR-TRANSFEREE REQST; FROM 21062230 TO 21034341

---

   ACTION DATE: 11/13/2018                          CREATE ID: 21062201

Systemic History: ENTITY UPDATE - IDRS

INITIAL CONTACT DUE DATE 12/28/2018 - 45 DAYS

---

   ACTION DATE: 11/13/2018                          CREATE ID: 21062201

Systemic History: ACTION APPROVED

TRNFR-TRANSFEREE REQST; BAL DUE AND/OR DEL RET INVENTORY ITEMS TRANSFERRED
FROM 21062230 TO 21034341

---

   ACTION DATE: 11/21/2018  SYSTEM DATE: 11/21/2018  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

r/o 21034341 acknowledges transfer of bal-dues and begins preparing adjustment package to abate 240
duplicate assessments deriving from Art Now Inc EIN:          r/o is still unsure where to process
the 3870 since Ogden is responsible for the dulpicate assessments.

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                      **TIN:**

---

ACTION DATE: 11/21/2018                        CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
 55/201012

---

ACTION DATE: 11/21/2018                        CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
 55/201103

---

ACTION DATE: 11/21/2018                        CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
 55/201106

---

ACTION DATE: 11/21/2018                        CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
 55/201109

---

ACTION DATE: 11/21/2018                        CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
 55/201203

---

ACTION DATE: 11/21/2018                        CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
 55/201206

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                          **TIN:**

---

ACTION DATE: 11/21/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201209

---

ACTION DATE: 11/21/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201212

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201306

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201309

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201312

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201403

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201406

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201409

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201412

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201503

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201506

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201509

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

Name: LOUISE T BLOUIN                                    TIN:

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201512

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201603

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201606

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201609

---

ACTION DATE: 11/26/2018                          CREATE ID: 21034341

Systemic History: TEMPLATES

TEMPLATE: FORM 3870 - OTHER (MANUAL PROCESSING)

INCLUDED MODS:
  55/201612

---

ACTION DATE: 11/26/2018  SYSTEM DATE: 11/26/2018  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

completed adjustment pkg to abate duplicate assessments derived from Art Now Inc dtd 10/4/2018. sent
e-mail to TFRP unit manager in Ogden asking for direction in forwarding the adjustment pkg.

until the assessments are correct, the nftl cannot be filed and the l1058 is not advised to be sent.

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

ACTION DATE: 11/30/2018  SYSTEM DATE: 11/30/2018  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

rcvd response from trust fund unit in ogden stating that they would not process the 3870's. sent adjustment pkg to philadelphia.

ACTION DATE: 12/03/2018  SYSTEM DATE: 12/03/2018  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

responded to g/m direction to convert all 3870 doc's to pdf format and resubmit.

ACTION DATE: 11/09/2018  SYSTEM DATE: 12/14/2018  CONTACT: FIELD  CREATE ID: 21034341

ATTEMPTED CONTACT
BMF/IMF ON LINE

ATTEMPTED CONTACT - TAXPAYER
     RESULTS: r/o 4341 copies the results the initial field contact attempt made by r/o 21062230 on 11/9/2018. no effective contact was made:

ACTION DATE: 11/09/2018  SYSTEM DATE: 11/13/2018  CONTACT: FIELD  CREATE ID: 21062230

ATTEMPTED CONTACT
POST OFFICE SEARCH
NEIGHBOR SEARCH
ATTEMPTED CONTACT - TAXPAYER
     RESULTS: fc to tp's address, there are 2 houses, and 2 street numbers, 366, and 376.  ics address should be revised as "366376" is not correct.  both properties are located in a "AAA" area, right on the atlantic ocean.  high hedges, and electric gates on each.  name on sign is "la dune".

house on the corner is larger and older, a 3 story mansion with several chimneys, gables, decks, etc.  ig pool with pool houses at each end.  this house is closer to the ocean.

2nd house is smaller and newer, 2 stories, more modern.  looks like it has a tennis court.

** did not issue 1058.

NEIGHBOR SEARCH
    No Neighbors Were Available
    RESULTS: attempted to verify w neighbors, no luck, all gated properties.

POST OFFICE SEARCH
     RESULTS: fc to southampton post office, supervisor will give carrier postal tracer to complete and return.

```
┌─────────────────────────────────────────┐
│     REQUESTOR: 2199-6915                  │
│     ICS COMPLETE TRANSCRIPT               │
│       history information                 │
└─────────────────────────────────────────┘
```

Name: LOUISE T BLOUIN                                    TIN:

BMF/IMF ON LINE
    RESULTS: checked modules for adjustments to the double assessments - no pending adjustments
found.

when the assessents are correct, this r/o wil make a f/v to the case address and attept to establish
effective contact, make demand, view real estate as a distrainable asset, and file liens accordingly.

_____
    ACTION DATE: 12/17/2018  SYSTEM DATE: 12/17/2018  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

rcvd response from CGP rejecting adjustment request. r/o directed to send the 3870 pkg to *SBSE CCS
PHILA CAWR-FUTA <sbse.ccs.phila.cawr.futa@irs.gov>.
resent all of the 3870's to this address
_____
    ACTION DATE: 12/18/2018  SYSTEM DATE: 12/18/2018  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

rcvd adjustment rejection notices from CCP and CAWR-FUTA. Spoke with T/E's of these respective units
to glean no useful info on where to send the adjustment pkg. Drafted e-mail to CTS FAS east for
advisement.
_____
    ACTION DATE: 12/20/2018  SYSTEM DATE: 12/20/2018  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

response to technical assitance rcvd from FAS East. rerouted 3870 request to Ogden TFRP unit for
input.
_____
    ACTION DATE: 01/28/2019  SYSTEM DATE: 01/28/2019  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

case activity lapse due to government shutdown from december 21, 2018 to january 26 2019.


_____
    ACTION DATE: 01/29/2019  SYSTEM DATE: 01/29/2019  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

checked idrs to determine that the adjustments are pending. the adjustment dates have yet to post
actual values. when they do, an l1058 will be issued and a nftl will be filed. will continue to monitor
case for notifications.
_____
    ACTION DATE: 02/26/2019  SYSTEM DATE: 02/26/2019  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

prepared and submitted egregious case report.

```
┌─────────────────────────────────────────┐
│  REQUESTOR: 2199-6915                    │
│  ICS COMPLETE TRANSCRIPT                 │
│  history information                     │
└─────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

internet research reveals that the property at 366 376 gin lane southampton is off the market. there is no indication whether it was sold. a f/v to the county clerk suffolk county riverhead is required.

---

ACTION DATE: 03/11/2019                        CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201012 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                        CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201103 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                        CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201106 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                        CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201109 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                        CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201112 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                        CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201203 - NO PRESENCE OF TC 582.

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201206 - NO PRESENCE OF TC 582.

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201209 - NO PRESENCE OF TC 582.

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201212 - NO PRESENCE OF TC 582.

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201306 - NO PRESENCE OF TC 582.

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201309 - NO PRESENCE OF TC 582.

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201312 - NO PRESENCE OF TC 582.

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

```
┌─────────────────────────────────────┐
│   REQUESTOR: 2199-6915               │
│   ICS COMPLETE TRANSCRIPT            │
│   history information                │
└─────────────────────────────────────┘
```

Name: LOUISE T BLOUIN                                    TIN:

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201403 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201406 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201409 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201412 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201503 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201506 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                          CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201509 - NO PRESENCE OF TC 582.

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                     **TIN:**

---

ACTION DATE: 03/11/2019                    CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201512 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                    CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201603 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                    CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201606 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                    CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201609 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                    CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201612 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019                    CREATE ID: 00000000

Systemic History: MODULE(S) UPDATED - ICS

LIEN-IND HAS BEEN RESET FROM "A" TO "?" FOR 55/201706 - NO PRESENCE OF TC 582.

---

ACTION DATE: 03/11/2019  SYSTEM DATE: 03/11/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

```
┌─────────────────────────────────────────┐
│  REQUESTOR: 2199-6915                     │
│  ICS COMPLETE TRANSCRIPT                  │
│  history information                      │
└─────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                      **TIN:**

rcvd notifications that the duplicate assessments from Art Now Inc EIN:          were abated. a
check of all modules reveal that the values are currently correct. Notice and demand for the TFRP
liabilities can proceed. issued l1058 via certified delivery w/ pub1, pub1660, pub594 and f12153.
r/o will allow 10 days for response before making nftl determination.

updated lien determination.

---

ACTION DATE: 03/11/2019                           CREATE ID: 21034341

Systemic History: FORMS/CORRESPONDENCE

LETTER 1058 WITH AN ACCRUAL DATE OF 03/21/2019 GENERATED TO:
    LOUISE T BLOUIN
    366 376 GIN LN
    SOUTHAMPTON, NY 11968

INCLUDED MODS:
    55/201012   55/201103   55/201106   55/201109   55/201112   55/201203
    55/201206   55/201209   55/201212   55/201306   55/201309   55/201312
    55/201403   55/201406   55/201409   55/201412   55/201503   55/201506
    55/201509   55/201512   55/201603   55/201606   55/201609   55/201612
    55/201706

---

ACTION DATE: 03/11/2019                           CREATE ID: 21034341

Systemic History: APPROVAL REQUEST

UPDATE LIEN DETERMINATION FOR MFT/TAXPRD:
55/201012
55/201103
55/201106
55/201109
55/201112
55/201203
55/201206
55/201209
55/201212
55/201306
55/201309
55/201312
55/201403
55/201406
55/201409
55/201412
55/201503
55/201506
55/201509
55/201512
55/201603
55/201606
55/201609
55/201612

```

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

55/201706
EXTEND LIEN DETERMINATION DATE TO: 4/1/2019
REASON(S): OTHER (EXPLAIN) - ADJUSTMENTS PREVENTED TIMELY NFTL DETERMINATION.

ACTION DATE: 03/12/2019                          CREATE ID: 21034341

Systemic History: FORMS/CORRESPONDENCE

LTR 1058 DELIVERY STATUS : MAILED
TC 971 AC 069 03/12/2019 GENERATED
FOR (PRIMARY)
INCLUDE MODULE(S): 55/201012  55/201103  55/201106  55/201109  55/201112
                   55/201203  55/201206  55/201209  55/201212  55/201306
                   55/201309  55/201312  55/201403  55/201406  55/201409
                   55/201412  55/201503  55/201506  55/201509  55/201512
                   55/201603  55/201606  55/201609  55/201612  55/201706

ACTION DATE: 03/12/2019  SYSTEM DATE: 03/12/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

r/o attends to clerical functions associated with the case.

ACTION DATE: 03/14/2019                          CREATE ID: 21034301

Systemic History: ACTION DISAPPROVED

DISAPPROVED:
{0}
UPDATE LIEN DETERMINATION TO: EXTEND LIEN DETERMINATION TO: {1}
MODULES HAVE CHANGED.

ACTION DATE: 03/14/2019  SYSTEM DATE: 03/14/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

met with g/m and discussed case direction with respect to related egregious case report.
lien determination extension request was denied by g/m.

ACTION DATE: 03/22/2019  SYSTEM DATE: 03/22/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY
DIRECTORY SEARCH

DIRECTORY SEARCH
     RESULTS: directory search yields no listing for t/p to effect contact and make notice and demand
verbally.

follow up on case. the t/p has not responded to certified delivery of the l1058 for the mft 55 modules.

```
                    REQUESTOR: 2199-6915
                    ICS COMPLETE TRANSCRIPT
                      history information
```

| Name: LOUISE T BLOUIN | TIN: |
|---|---|

a field visit was made by the prior r/o on 12/14/2018 which resulted in no contact with t/p.

reasonable efforts have been made to contact the t/p and make notice and demand per IRM. nftl filing determination made, and lien filing requested.

next step is to make f/v to case address and evaluate property for possible seizure. that includes real property research of the suffolk county clerk register.

---

ACTION DATE: 03/22/2019                          CREATE ID: 21034341

Systemic History: MODULE(S) UPDATED - ICS


LIEN NAME: LOUISE T BLOUIN

ADDRESS:   366 376 GIN LN
           SOUTHAMPTON NY 11968-0000
LIEN REQUESTED - FILING LOCATION: Suffolk : NY - REAL PROPERTY
55/201012 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201103 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201106 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201109 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201112 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201203 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201206 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201209 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201212 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made

---

ACTION DATE: 03/22/2019                          CREATE ID: 21034341

Systemic History: MODULE(S) UPDATED - ICS


LIEN REQUESTED - FILING LOCATION: Suffolk - REAL PROPERTY
55/201306 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201309 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201312 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201403 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201406 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201409 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201412 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made

---

ACTION DATE: 03/22/2019                          CREATE ID: 21034341

Systemic History: MODULE(S) UPDATED - ICS


LIEN REQUESTED - FILING LOCATION: Suffolk - REAL PROPERTY
55/201503 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201506 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201509 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201512 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201603 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201606 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201609 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
55/201612 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made
```

```
┌─────────────────────────────────────┐
│  REQUESTOR: 2199-6915                │
│  ICS COMPLETE TRANSCRIPT             │
│  history information                 │
└─────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

55/201706 OLD LIEN DET DT: 11/19/2018 OLD LIEN DET CD: No lien determination made

ACTION DATE: 03/22/2019                          CREATE ID: 21034341

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) created for: 04/12/2019  LOUISE T BLOUIN; f/v

ACTION DATE: 03/25/2019                          CREATE ID: 00000000

Systemic History: ALS RESPONSE

LIEN REQUESTED BY: 21034341.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:
347756119!Suffolk!NY!110004!

ACTION DATE: 03/25/2019                          CREATE ID: 00000000

Systemic History: ALS RESPONSE

LIEN REQUESTED BY: 21034341.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:
347756219!Suffolk!NY!110004!

ACTION DATE: 03/25/2019                          CREATE ID: 00000000

Systemic History: ALS RESPONSE

LIEN REQUESTED BY: 21034341.  ALS RESPONSE STATUS AND FILING LOCATION IS: LOADED SLID:
347756319!Suffolk!NY!110004!

ACTION DATE: 04/04/2019  SYSTEM DATE: 04/04/2019  CONTACT: OTHER   CREATE ID: 21034341

GENERAL HISTORY

case follow up actions as follows:

r/o has been working with the FTA to develop the collection case.

review of the related case materials led to the conclusion that the business components of Art Now
EIN:         and Louise Blouin Media (LBM) Inc EIN:          a currently not collectible. the
cnc for Art Now was submitted and approved today. the cnc for LBM is pending results of routine asset
locators. therefore, the only recourse of collection for the outstanding trust funds of the corps
are thru the IMF entity Louise T Blouin ssn:

she previosly owned a co-op on charles street, nyc which has since been sold.

the remaining asset is the ICS address of 366 376 Gin Lane, Southampton, NY 11968. a cursory property
search by the FTA suggests that the property title is held by Aberdeen

```
┌─────────────────────────────────────────┐
│        REQUESTOR: 2199-6915             │
│        ICS COMPLETE TRANSCRIPT          │
│           history information           │
└─────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

Enterprises Holdings BVI % Louise Blouin under EIN:
the filing history of this entity reveals 4 1120 returns on file btwn the period of 201412 and 201512.
idrs reveals that there are associated late filing penalties for the 2014, 2015, and 2016 periods.
additionally there are AIM indicators for all periods. subsequent analysis reveals that the mft 13
penalties were the result of the AIMS controls. a lien has been filed for the 2014 thru 2017 late
filing penalties. the paper 1120 returns for 2014 thru 2016 were estabed to assist in establishing
the nominee theory.

fta advised r/o to issue l3164B to Aberdeen Ent Holdings, prior to serving a summons on the accountant
Bruce Balsam for records regarding ownership of the property. further, a summons template was provide
to secure property tax pymnt info from the suffolk count clerk registrar's office when the field
visit is made next week.

the case is moving toward a lien and levy against Aberdeen as a nominee of Louise Blouin.

---

ACTION DATE: 04/05/2019  SYSTEM DATE: 04/08/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

additional research performed regarding the development of this collection case involving summonson
taxing authorities and accountants.

---

ACTION DATE: 04/16/2019                              CREATE ID: 21034341

Systemic History: FORMS/CORRESPONDENCE

LTR 1058 RETURN RECEIPT RESPONSE STATUS : UNDELIVERABLE
TC 971 AC 068 04/16/2019 GENERATED
FOR (PRIMARY)
INCLUDE MODULE(S): 55/201012  55/201103  55/201106  55/201109  55/201112
                   55/201203  55/201206  55/201209  55/201212  55/201306
                   55/201309  55/201312  55/201403  55/201406  55/201409
                   55/201412  55/201503  55/201506  55/201509  55/201512
                   55/201603  55/201606  55/201609  55/201612  55/201706

---

ACTION DATE: 04/16/2019  SYSTEM DATE: 04/16/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

unable to make f/v on 4/12 due to scheduling conflicts. rescheduled f/v for 4/22.

rcvd l1058 returned as undeliverable. USPS reports the address is vacant.

---

ACTION DATE: 04/19/2019                              CREATE ID: 21034341

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) updated for: 04/26/2019  LOUISE T BLOUIN; f/v's to residence, county
clerk register, property tax collector's office.
```

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

| Name: LOUISE T BLOUIN | TIN: |
|---|---|

ACTION DATE: 04/19/2019  SYSTEM DATE: 04/19/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

unable to make f/v scheduled for today. additional research and preparation are need before f/v can be made.

found website for Tax Reciever for the Town of Southampton:
https://www.southamptontownny.gov/152/Tax-Receiver. prepared summons for service.

found website for local utility:
https://www.google.com/search?source=hp&ei=a-q5XIL4BMq9ggfuhJ5w&q=pseg+long+island+contact&oq=P
SE%26G+Long&gs_l=psy-ab.1.6.0i10110.2601.9180..22902...0.0..0.152.986.9j2......0....1..gws-wiz.
.....0..35i39j0i131j0.Tn_F3pFJNNg prepared summons for service

determined water authority for suffolk county and prepared summons for service.

prepared summons for service on accountant who prepared the 1120 returns for Aberdeen Holdings

rescheduled f/v for 4/26.

rcvd infor from FTA regarding the possibility of a CI referral for exam related issues. there will be no referral considered at this time.


ACTION DATE: 04/23/2019  SYSTEM DATE: 04/23/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

generated summonses and met with FTA to rvw them for legal sufficiency.
obtained managerial signatures and issued summonses to PSE&G and the Suffolk Cnty Water Authority via certified delivery.

ACTION DATE: 04/26/2019  SYSTEM DATE: 04/26/2019  CONTACT: FIELD  CREATE ID: 21034341

ATTEMPTED CONTACT
REAL PROP SEARCH
ST./LOCAL GOVT. SEARCH

ATTEMPTED CONTACT - TAXPAYER
     RESULTS: f/v made to case address on gin lane, southampton - documentation of results upon return to office environment.

ST./LOCAL GOVT. SEARCH
     RESULTS: f/v to tax receiver's office in southampton, ny to serve summons for property tax information. documentation of results upon return to office environment.

REAL PROP SEARCH
     RESULTS: f/v made to county register in riverhead, new york for property research - documentation of results upon return to office environment

```
┌─────────────────────────────────────────────┐
│  ┌───────────────────────────────────────┐  │
│  │        REQUESTOR: 2199-6915           │  │
│  │      ICS COMPLETE TRANSCRIPT          │  │
│  │        history information            │  │
│  └───────────────────────────────────────┘  │
└─────────────────────────────────────────────┘
```

     **Name: LOUISE T BLOUIN**                          **TIN:**

────────────────────────────────────────────────────────────────────

   ACTION DATE: 04/26/2019  SYSTEM DATE: 04/29/2019  CONTACT: FIELD  CREATE ID: 21034341

ATTEMPTED CONTACT
REAL PROP SEARCH
ST./LOCAL GOVT. SEARCH

ATTEMPTED CONTACT - TAXPAYER
     RESULTS: f/v to 366 377 gin lane, southampton ny in suffolk county. found the property to be
a combined double lot upon which two large houses exist. the gate was closed and no answer from the
intercomm system when paged.

the property is right off the beach of the town of southampton where public access was permitted.
from the beach it could be determined that the houses are the same as pictured in the website referenced
below:

https://www.google.com/search?q=366+377+gin+lane+southampton+ny+11968&tbm=isch&source=hp&safe=a
ctive&sa=X&ved=2ahUKEwi_jfnVuvXhAhXvhOAKHQ5zDq8QsAR6BAgKEAE&biw=1366&bih=599

both houses were empty. there were no curtains on the windows and the interiors looked sparse. there
were no vehicles parked on the grounds visible from the beach.

ST./LOCAL GOVT. SEARCH
     RESULTS: f/v to the receiver of taxes for the town of southampton, ny. secured printouts of
the property tax records. the most current deed holder is Brickchurch Enterprises Inc since 3/1/1999
with a name and address of "Private Office  of Louise Blouin @ 88 Laight St, NYC 10013." it is noted
that this address was also the physical address of the businesses Art Now Inc, and Louise Blouin
Media Inc before they moved to the Regus spaces.

the most current tax bill is $53k for 2018 which remains unpaid. the deputy tax receiver noah brown
stated that his demand for pymnt was returned as undeliverable. the paymnt of the property taxes
were made by various entities over the years - in 2014 there was a pymnt from F Bynam Jr, in 2014,
2015 and 2016 pymnts were rcvd from 192 Highland Terrace LLC. in 2015 pymnts were made by Chicago
Tile Insurance Company and LTB Mgmnt Services Inc (LTB likely being Lousie T Bloium), 2017 saw a
pymnt made by Pyramid Abstract Inc. The Receiver of Tax advised that any one can pay the taxes against
a piece of real estate.

REAL PROP SEARCH
     RESULTS: f/v to the suffolk county clerk's register in riverhead, ny. obtained a copy of the
most current deed titled to Brickchurch Enterprises dated 23 august 2000. The indenture names Aberdeen
Enterprises Inc, with offices at 366 gin lane southampton, ny 11968 as 'grantor" and brickchurch
enterprises inc with offices at 336 gin lane lane southamton, ny 11968.the property was conveyed
to the grantee for "no consideration." the signatory in behaf of  the signatory in behalf of Aberdeen
Enterprises was Robert Fetherstonhaugh as deputy chairman.

performed deed and encumbrance search on the property identified as Tax Map 0904-029.00-01.00-017.014
to find:

on 12/6/2004 brickchurch enterprises granted an easement to aberdeen enterprises

```
┌─────────────────────────────────────────┐
│  ┌────────────────────────────────────┐  │
│  │        REQUESTOR: 2199-6915         │  │
│  │      ICS COMPLETE TRANSCRIPT        │  │
│  │         history information         │  │
│  └────────────────────────────────────┘  │
└─────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                    **TIN:**

on 5/19/2015 brickchurch granted assignment of leases and rents to emeral creek capital llc

on 11/12/2015 emerald creek granted assignment of leases and rents to ecc spe llc (which looks as if both llc's are related)

on 8/26/2016 emerald creek terminated it's assign,ent of leases and rents giving them back to brickchurch enterprises

on 2/22/2017 louise blouin granted power of attorney to dawn fasano.

on 8/29/2018 brickchurch and aberdeen granted assignment of leases and rents to JGB Partners LP / JGB Capital LP, JGB Cayman ancona ltd / JGB plymouth rock llc.

there are no liens filed against brickchurch enterprises.

there are several mortgages on file. the active mortagages are btwn brickchurch & aberdeen (as co-obligors)
and

1) JGB Ptrs et al with offices at 212 charles street, westport CT 06880. the mtg amount was for $26M and was signed in behalf of Brickchurch/Aberdeen by David M Hryck on 7/25/2018.

2) HSBC on 2/22/2017 for $26M. Dawn Fasano signed the mtg in behalf of Brickchurch/Aberdeen. HSBC employs MERS @ 1901 E Vorhees St ste C, Danville Il 61834 to manage the mortgages.

3) mortgage with the bank of bermuda (guernsey ltd) listed for $17M dtd 9/26/2003

4) the Emerald Creek Capital LLC mtg dtd 4/16/2015 was for $7,434,960.39. also filed is an agreement spreader/modification/consolidation for $15m dated 4/16/2015 as well. emerald creek capital llc's address is one penn plaza 34fl, nyc 10119. a contact name of mark bahiri.

5) wells fargo was found to have a mtg on file for $8.5M dtd 7/14/2011.

from the mtg listings and the text of the documents examined at the county clerk it was not clear how much the property is encumbered by. therefore additional summonses will have to be served to determine the value of the security instruments filed against the property.

gleaned from the county clerk that the database can be accessed thru the following site:

https://kiosk.suffolkcountyny.gov/KioskWeb/Notifications.aspx

unfortunately, the actual documents cannot be viewed from this site.

---

ACTION DATE: 04/30/2019  SYSTEM DATE: 04/30/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

Name: LOUISE T BLOUIN                                      TIN:

contact with Kim Kennedy of the suffolk water authority tel# 631.563.0375. she asks for clarification of the summons request. additional information is provided to comply with the summons.

---

ACTION DATE: 05/01/2019  SYSTEM DATE: 05/01/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

rcvd estab'd 1120F for Aberdeen Enterprises Holdingd (BVI) ltd under ein:            or the following years 201412, 201512, and 201612. gleaned that the BVI is short for British Virgin Islands. the care of name on the returns is Louise Blouin @ 376 gin lane. all returns report the value of the US assets @ $20.5M with slight fluctuations from beginning to year ends.
attchmnts 5472 - info return of a 25% foreign owned us corporation or a foreign owned corporation engaged in a US trade or business shows only louise blouin with an address of Haus Blauherd Wiestistra, Zermatt 3920 Switzeland. there is no identifying number (ssn) associated with her on any return. the 2014 return shows an outstanding loan to aberdeen starting @ $7.9M with an ending loan balance in 2016 of $9.3M.

aberdeen is claiming the interest, property tax and maintenance as expenses, the totals for 2014 is <$260k>, 2015 is <$448k>, and 2016 is <$628k>.

all returns were signed by the same person, the signature illegible, but as president of the corp on 9/15/2017.

performed additional research to glean the EIN for Brickchurch Enterprises of ████████. found that the corp has been filing 1120's since 2000. pasted the inoles info below:

INOLES████████         CURRENT BMF N/C BRIC    LOC CODE
BRICKCHURCH ENTERPRISES INC
% LOUISE BLOUIN
77 WATER STREET 7TH 8TH FLOORS
NEW YORK                NY 10005-4401 997
FILING RE
FISCAL YEAR MONTH 03                      1120-01
PRIOR FISCAL YEAR MONTH 00
EMPLOYMENT CODE    527 POL ORG CD 0
ESTABLISHMENT YEAR/MONTH 199804
BOD CODE SB BOD CLIENT CODE M

brickchurch's fiscal year ending is in march with the most recent return filed as 201803. rvwd BRTVUE's for 201603, 201703, and 201803 to find that the filings contain no values other than $0.00 for any of the line items.

rvwd results with FTA for building the case for a nominee lien. interestingly it appears that Louise has claimed to loan Aberdeen the finances for the payment of real estate taxes and maintenance expenses for the 1120F year 2014 thru 2016.

---

ACTION DATE: 05/09/2019  SYSTEM DATE: 05/09/2019  CONTACT: FIELD  CREATE ID: 21034341

GENERAL HISTORY

```
┌─────────────────────────────────────────┐
│  REQUESTOR: 2199-6915                    │
│  ICS COMPLETE TRANSCRIPT                 │
│  history information                     │
└─────────────────────────────────────────┘
```

**Name: LOUISE T BLOUIN**                                      **TIN:**

f/v to the office of accountant bruce balsam to serve summons for Aberdeen related materials. results f f/vto be documented upon return to office environment.

---

ACTION DATE: 05/09/2019  SYSTEM DATE: 05/13/2019  CONTACT: FIELD  CREATE ID: 21034341

ATTEMPTED CONTACT

ATTEMPTED CONTACT - POA
       RESULTS: unable to contact bruce balsam for effective service of summons in the field this day.

---

ACTION DATE: 05/20/2019  SYSTEM DATE: 05/20/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

rcvd summons esponse from suffolk county water authority. the title on both accounts is L Blouin MacBain. the t/p's qtrly average water bill is btwn $3k and $7k. the t/p is usually late in pymnt of the services with some dishonored pymnts. there was a disconnection in june of 2018 for non-payment. the t/p pays by credit card or ACH using the name L Blouin Macbain.

rcvd summons response from PSE&G. the title on both accounts is Louise Blouin. poymnt type was by either western union or "pay-by-phone".

the info gathered helps in establishing an alter ego relationship btwn louise blouin and her corp entities.

---

ACTION DATE: 05/29/2019  SYSTEM DATE: 05/29/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

pymnt rcvd from td bank levy from Louise Blouin Media Inc in the amount of $2,076.97. summons to be served on TD bank for records.

---

ACTION DATE: 06/03/2019  SYSTEM DATE: 06/03/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

provided status of case development to g/m.

---

ACTION DATE: 07/19/2019  SYSTEM DATE: 07/19/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

began organizing info gleaned from summonses to prepare a memo to Area Counsel to file a nominee/alter ego lien.

```
REQUESTOR: 2199-6915
ICS COMPLETE TRANSCRIPT
history information
```

**Name: LOUISE T BLOUIN**                                TIN:

ACTION DATE: 08/08/2019                    CREATE ID: 21034341

Systemic History: FORMS/CORRESPONDENCE

LETTER 3164 - BAL DUE GENERATED TO:
    LOUISE T BLOUIN
    366 376 GIN LN
    SOUTHAMPTON, NY 11968

TC 971/611 UPLOADED FOR THE FOLLOWING MODULE(S):
    55/201012      55/201103      55/201106      55/201109
    55/201112      55/201203      55/201206      55/201209
    55/201212      55/201306      55/201309      55/201312
    55/201403      55/201406      55/201409      55/201412
    55/201503      55/201506      55/201509      55/201512
    55/201603      55/201606      55/201609      55/201612
    55/201706

ACTION DATE: 08/08/2019  SYSTEM DATE: 08/08/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

case rvwd and additional parties identified for summons issuance. Interim guidance rcvd regarding thurd party contact. issued l3164 to most recent address to meet latest third party notification requirement.

sumonses need to be issued to the accountant bruce balsam and TD Bank

ACTION DATE: 09/12/2019  SYSTEM DATE: 09/12/2019  CONTACT: OTHER  CREATE ID: 21034341

GENERAL HISTORY

checked bal-due modules for tc971ac611 postings. found modules replete with the third party notification indicators dtd 8/8/2019. calculated 45 grace period to end on 9/22/2019 when resumption of third party notification can resume. summonses to the accounting firm of Mazars and TD bank are necessary. input f/u for 9/23/2019.

ACTION DATE: 09/12/2019                    CREATE ID: 21034341

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) created for: 09/23/2019  LOUISE T BLOUIN; prepare and issue summonses to TD Bank and Mazars

ACTION DATE: 10/01/2019                    CREATE ID: 21034341

Systemic History: ENTITY UPDATED - ICS

CROSS REFERENCE 26-0090593  TYPE 'CORPORATION' added