# IN UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BRICKCHURCH ENTERPRISES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-70914-ast |

## NOTICE OF STATUS CONFERENCE AND HEARING BY ZOOM

**PLEASE TAKE NOTICE** that an **April 19, 2023** status conference and hearing on the below listed agenda items ("*Matters*") filed in the above-captioned case will be heard by Zoom (not-in person) with the United States Bankruptcy Court for the Eastern District of New York (the "*Court*").

### Matters to Be Heard on April 19, 2023 at 12:00 p.m. EST by Zoom

(a) Case Status Hearing – Case Management Conference [Related Dkt. Item 6];

(b) Debtor's Motion Objecting to Proof of Claim Filed by Internal Revenue Service [Dkt. No. 205]. Adjourned from February 22, 2023 hearing held before the Court.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the above listed Matters and any objections related thereto (the "*Hearing*") will be heard on **Wednesday, April 19, 2023, at 12:00 p.m. (Prevailing Eastern Time)** before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza Central Islip, NY 11722.

**PLEASE TAKE FURTHER NOTICE THAT** any written objection to the relief sought with respect to the Matters, if any, must be made in writing and filed no later than **Tuesday, April 18, 2023, at 4:00 p.m. EST**, and conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York and be filed with the Bankruptcy Court and be served on Movants. Filing instructions may be found on the Court's website at https://www.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** the **Hearing will be conducted virtually**. Any parties wishing to participate must do so by making arrangements with the Court. Instructions regarding hearings before the Court may be accessed on the Court's website at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust. Parties may register for e-Court appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that all attorneys and unrepresented parties are

required to register for the Hearing at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE that** if for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. **Your email must include in the Re line "I am not able to register using eCourt Appearances."** You will then be provided with the dial in / log in information. If you do not have internet access you may call the courtroom deputy with this information.

Dated:  April 12, 2023

Respectfully submitted,

SIMMONS LEGAL PLLC

/s/ *Camisha L. Simmons*
**Camisha L. Simmons**
SIMMONS LEGAL PLLC
1330 Avenue of the Americas, Suite 23A
New York, New York 10019
212.653.0667 (Telephone- New York)
214.643.6192 (Telephone- Dallas)
800.698.9913 (Facsimile)
Email:  camisha@simmonslegal.solutions

***COUNSEL FOR DEBTOR***

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on April 12, 2023, a true and correct copy of the foregoing *Notice of Status Conference and Hearing by Zoom* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons