# **Exhibit A**

# Allerding, John

| | |
|---|---|
| **From:** | Kristin.Tess@morganstanley.com |
| **Sent:** | Friday, June 16, 2023 3:59 PM |
| **To:** | charlesandros@baypointadvisors.com; mitchelldagley@baypointadvisors.com; john@jfi-law.com; Allerding, John |
| **Cc:** | jsandolo@belowichwalsh.com |
| **Subject:** | Morgan Stanley/Aberdeen/376 Gin Lane |

**CAUTION EXTERNAL EMAIL**

Hello All,

Please accept this email as the notice that Morgan Stanley agreed to provide in section 11 of the Stipulated Agreement between Morgan Stanley Private Bank, National Association and Aberdeen Enterprises, Inc.

Morgan Stanley intends to have the Referee sell the Property (376 Gin Lane) at foreclosure auction. We expect publication to show a sale scheduled by the Referee for August 3, 2023.

Pursuant to section 11 of the Stipulated Agreement, Morgan Stanley agreed to allow Bay Point to satisfy the Judgment by paying the Judgment Amount within 10 business days following the date of this email notice (i.e., by July 3, 2023).

Please let me know if you have any questions, need any further information from Morgan Stanley or would otherwise like to discuss.

Regards,

Kristin

Kristin Tess, Executive Director
**Morgan Stanley | Legal**
2000 Westchester Avenue, Purchase NY 10577
Phone: +1 914-225-8224
Kristin.Tess@MorganStanley.com

---

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the Morgan Stanley General Disclaimers found at http://www.morganstanley.com/disclaimers/terms. The entire content of this email message and any files attached to it may be sensitive, confidential, subject to legal privilege and/or otherwise protected from disclosure.