# **Exhibit B**

# Allerding, John

| | |
|---|---|
| **From:** | Camisha Simmons <camisha@simmonslegal.solutions> |
| **Sent:** | Friday, June 23, 2023 8:58 AM |
| **To:** | Allerding, John; Messinger, Brett L. |
| **Cc:** | John Isbell; Lepene, Alan; arthur.rosenberg@hklaw.com; David M. Hryck |
| **Subject:** | RE: Bay Point/Brickchurch - Morgan Stanley |

**CAUTION EXTERNAL EMAIL**

John,

Louise has communicated that she needs a minimum of 90 days instead of 75.  Can you get Morgan Stanley on board with a 90 day marketing period?

**Camisha L. Simmons** |Managing Member
Simmons Legal PLLC
camisha@simmonslegal.solutions
www.simmonslegal.solutions

6060 N. Central Expressway, Suite 500, Dallas, Texas 75206
Tel. +1 214-643-6192 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

1330 Avenue of the Americas, Suite 23A, New York, New York 10019
Tel.  +1 212-653-0667 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

This electronic message and all contents (including attachments) may be confidential, privileged and protected from disclosure.  If you are not, or believe you may not be, the intended recipient of this attorney communication, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies of this correspondence.