# IN UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**BRICKCHURCH ENTERPRISES, INC.,** : **Case No. 22-70914-ast**
:
:
**Debtor.** :
:
---------------------------------------------------------------x

### NOTICE OF ADJOURNED STATUS CONFERENCE AND IN-PERSON HEARING

**PLEASE TAKE NOTICE** that the scheduled June 28, 2023 status conference and hearing on the below listed agenda items ("*Matters*") filed in the above-captioned case has been reset and the Matters will now be heard by the United States Bankruptcy Court for the Eastern District of New York (the "*Court*") on **July 18, 2023 at 10:30 a.m. EST**.

### Matters to Be Heard on July 18, 2023 at 10:30 a.m. EST

(a) Case Status Hearing – Case Management Conference [Related Dkt. Item 6];

(b) Motion of the Debtor for Entry of an Order (I) Dismissing the Chapter 11 Case of Brickchurch Enterprises, Inc. and (II) Granting Related Relief [Dkt. Item 257]

   a. *Declaration of Geoff Gifkins of Nest Seekers International in Support of Motion of the Debtor for Entry of an Order (I) Dismissing the Chapter 11 Case of Brickchurch Enterprises, Inc. and (II) Granting Related Relief* [Dkt. Item 259]

   b. *Declaration of Louise Blouin in Support of Motion of the Debtor for Entry of an Order (I) Dismissing the Chapter 11 Case of Brickchurch Enterprises, Inc. and (II) Granting Related Relief* [Dkt. Item 258]

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the above listed Matters and any objections related thereto (the "*Hearing*") will be heard on **Tuesday, July 18, 2023, at 10:30 a.m. (Prevailing Eastern Time)** before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza Central Islip, NY 11722.

**PLEASE TAKE FURTHER NOTICE THAT** any written objection to the relief sought with respect to the Matters, if any, must be made in writing and filed no later than **Tuesday, July 11, 2023, at 4:00 p.m. EST**, and conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York and be filed with the Bankruptcy Court and be served on Movants. Filing instructions may be found on the Court's website at https://www.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** the **Hearing will be conducted in-person**. Instructions regarding hearings before the Court may be accessed on the Court's website at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

Dated: June 27, 2023  

Respectfully submitted,

**SIMMONS LEGAL PLLC**

*/s/ Camisha L. Simmons*
**Camisha L. Simmons**
**SIMMONS LEGAL PLLC**
1330 Avenue of the Americas, Suite 23A
New York, New York 10019
212.653.0667 (Telephone- New York)
214.643.6192 (Telephone- Dallas)
800.698.9913 (Facsimile)
Email: camisha@simmonslegal.solutions

*COUNSEL FOR DEBTOR*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on June 27, 2023, a true and correct copy of the foregoing *Notice of Adjourned Status Conference and In-Person Hearing* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons