July 28, 2023

The Honorable Chief Judge Alan Trust
Courtroom 960
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    *In re Brickchurch Enters., Inc.*, Chapter 11 Case No. 8-22-70914-ast (the "<u>Chapter 11 Case</u>"); Joint Letter of the Debtor and Bay Point Capital Advisors, LP Regarding Status of Negotiations

Dear Judge Trust,

      Brickchurch Enterprises, Inc., debtor and debtor in possession in the Chapter 11 Case (the "***Debtor***") and the DIP Lender Bay Point Capital Partners II, LP ("***Bay Point***," with the Debtor, the "***Parties***") hereby respectfully submit this joint letter regarding the status of negotiations with respect to consensually resolving the Debtor's exit from chapter 11.

      At the July 18, 2023 hearing before the Court, the Parties were instructed by the Court to inform the Court by July 28, 2023 whether the Parties desired to move forward with a joint plan or an agreed dismissal. The Parties have made substantial progress in working towards a mutually agreeable path forward. However, for reasons beyond the Parties' control, the Parties were unable to confirm the details of an arrangement by today, July 28, 2023. The Parties believe that it is in the best interest of all creditors to fully explore a potential joint plan and, accordingly, respectfully request that the Court allow the Parties until <u>Monday, July 31, 2023</u> to file a letter with the Court to confirm whether the Parties are moving forward with a joint plan, agreed dismissal, or otherwise have not been able to come to an agreement.

Respectfully submitted,                                      Respectfully submitted,

**SIMMONS LEGAL PLLC**                                      **THOMPSON HINE LLP**

<u>*/s/ Camisha L. Simmons*</u>                                  <u>*/s/ John C. Allerding*</u>
Camisha L. Simmons                                           John C. Allerding
Simmons Legal PLLC                                          Thompson Hine LLP
1330 Avenue of the Americas, Suite 23A            3560 Lenox Road NE, Suite 1600
New York, New York 10019                            Atlanta, Georgia 30326-4266
P: 212.653.0667 (New York)                         P: 404.407.3676
P: 214.643.6192 (Dallas)                                F: 404.541.2905
F: 800.698.9913                                                 John.Allerding@ThompsonHine.com
camisha@simmonslegal.solutions

*Counsel for Debtor Brickchurch Enterprises, Inc.*     *Counsel for Bay Point Capital Partners II, LP*