**<u>Exhibit A</u>**

Flood Damage at 376 Gin Lane, which is Property that Secures the Bay Point Loan









































