# IN UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| BRICKCHURCH ENTERPRISES, INC., | Case No. 22-70914-ast |
| Debtor. | |

---

## NOTICE OF STATUS CONFERENCE AND HEARING BY ZOOM

**PLEASE TAKE NOTICE** that a **September 13, 2023** status conference and hearing on the below listed adjourned agenda items ("*Matters*") filed in the above-captioned case will be heard by Zoom (not-in person) with the United States Bankruptcy Court for the Eastern District of New York (the "*Court*").

### Matters to Be Heard on September 13, 2023 at 12:00 p.m. EST by Zoom

(a) Case Status Hearing – Case Management Conference [Related Dkt. Item 6];

(b) Motion of the Debtor for Entry of an Order (I) Dismissing the Chapter 11 Case of Brickchurch Enterprises, Inc. and (II) Granting Related Relief [Dkt. Item 257]. Further adjourned from August 23, 2023 hearing held before the Court.

    a. *Declaration of Geoff Gifkins of Nest Seekers International in Support of Motion of the Debtor for Entry of an Order (I) Dismissing the Chapter 11 Case of Brickchurch Enterprises, Inc. and (II) Granting Related Relief* [Dkt. Item 259]

    b. *Declaration of Louise Blouin in Support of Motion of the Debtor for Entry of an Order (I) Dismissing the Chapter 11 Case of Brickchurch Enterprises, Inc. and (II) Granting Related Relief* [Dkt. Item 258]

(c) Disclosure Statement for Bay Point Capital Partners II, LP's Proposed Plan of Liquidation of Brickchurch Entperises, Inc. Under Chapter 11 of the Bankruptcy Code [Dkt. No. 248]. Further adjourned from August 23, 2023 hearing held before the Court.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the above listed Matters and any objections related thereto (the "*Hearing*") will be heard on **Wednesday, September 13, 2023, at 12:00 p.m. (Prevailing Eastern Time)** before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza Central Islip, NY 11722.

**PLEASE TAKE FURTHER NOTICE THAT** any written objection to the relief sought with respect to the Matters, if any, must be made in writing and filed no later than **September 6, 2023, at 4:00 p.m. EST**, and conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York and be filed with the Bankruptcy Court and be served on Movants. Filing instructions may be found on the Court's website at https://www.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE THAT** the **Hearing will be conducted virtually**. Any parties wishing to participate must do so by making arrangements with the Court. Instructions regarding hearings before the Court may be accessed on the Court's website at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust. Parties may register for e-Court appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE THAT** all attorneys and unrepresented parties are required to register for the Hearing at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE THAT** if for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom Deputy at: ast_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. **Your email must include in the Re line "I am not able to register using eCourt Appearances."** You will then be provided with the dial in / log in information. If you do not have internet access you may call the courtroom deputy with this information.

**PLEASE TAKE FURTHER NOTICE THAT** certain agenda items in **the related chapter 11 case** *In re Aberdeen Enterprises, Inc.*, **Case No. 23-72834**, will also be heard on **September 13, 2023, at 12:00 p.m. (Prevailing Eastern Time).**

Dated:  August 31, 2023                              Respectfully submitted,

                                                                                         SIMMONS LEGAL PLLC

                                                                                        */s/ Camisha L. Simmons*
                                                                                       **Camisha L. Simmons**
                                                                                       SIMMONS LEGAL PLLC
                                                                                       1330 Avenue of the Americas, Suite 23A
                                                                                       New York, New York 10019
                                                                                       212.653.0667 (Telephone- New York)
                                                                                       214.643.6192 (Telephone- Dallas)
                                                                                       800.698.9913 (Facsimile)
                                                                                       Email:  camisha@simmonslegal.solutions

                                                                                       ***COUNSEL FOR DEBTOR***

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on August 31, 2023, a true and correct copy of the foregoing *Notice of Status Conference and Hearing by Zoom* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons