| | |
|---|---|
| **From:** | Louise Blouin <lt@ltbholding.com> |
| **Sent:** | Wednesday, December 20, 2023 9:13 AM |
| **To:** | NYEB_DropBox; john.allerding_thompsonhine.com; Camisha Simmons; Kevin J. Nash; william.birmingham@usdoj.gov |
| **Subject:** | FW: Brett Messinger _- Exhibits file |
| **Attachments:** | Exhibit -44-[22].pdf; Memorandum_Summary of JGB Transaction[37][28].DOCX; LB Exhibit J - Emailr[87][98].pdf; 4FCBAE64-4A71-4EA6-8805-6F4DDD7A55B0.jpeg; Camisha - Email Exhibit A[62].png; LB Exhibit M - Email[68][49].pdf; Camisha - Emails - Exhibit C - Get out of Bankrupcy[34].pdf; Camisha - Emails - Exhibit C - Get out of Bankruptcy[88].pdf |
| **Categories:** | Central Islip |

**CAUTION - EXTERNAL:**


*Brett Messenger Mandate engaged for and Camisha Simmons :*

To get me out of Chapter 11. He never worked on it, nor Camisha, as per my emails and instructions. I asked to file a plan. To both Mrs Simmons and Mr Messenger They never did it Mrs Simmons filed Baypoint plan
 I told them no money was to be spent without authorization and budget. No budget ever was shared. There was no respect of my wishes.
Messenger sided with Bay Point in August to allow for a credit bid. They never helped to get a bankrupcy lawyer to protect Aberdeen from Bay Point. I was trying to close my refinancing. The lender's lawyers were ready to close, and the lender introduced me to Kevin Nash as they said something was wrong - see note from Bay Point. Bay Point was stating to Morgan they were now the owners.  Charles Andros, was sending notes stating he could not get a hold of Morgan while he was lined uo to credit bid but that failed as I stopped them and I was getting ready to close with Morgan and Baypoint cam ein under false representation,  RIS never finished one call to negotiate I will engage a new tax lawyer .
In January, I told Brett Messinger to only contact BP under my instruction, as they were taking 4 months to do one contract. He did not listen to me and nothing came out of the situation and he is charging months for small talk , we can see in the court room not much work has been done by Brett . He never filed with the FBI and DA as per his promises this was based on his Memorandum  (see above )It it is in process and Bay Point will follow. Conflict see exh 44
Brett gave the rights to Bay Point to approve an extension of the mortgage - why?
Neither Camisha nor Brett disclosed the impact of blocking the funds and the default on timing or the truth about either JGB and Baypoint  Avrum did and well .
We have finally prepared a proper summary. Indeed Bay Point does not have the key to my home, but has the money of Brickchurch in their account with no possible release. They blackmail and threaten

and make it impossible to pay for expenses  feven in times of emergency  They even froze accounts for a locksmith's bill.

Brett was working for Bay Point see the note from Charles above  4 F

Brett Messinger is not entitled to any more money for the above reasons. He hardly worked or filed with the courts for Brickchurch to justify such expenses.
He should have stated his conflict of interest in favor of Melanie linked to Tim Barton  and JGB if you do not want to file with the courts your own Memorandum I had a problem and fired him .
 https://www.justice.gov/usao-ndtx/pr/dallas-man-charged-26-million-real-estate-scam

We will be filling a complaint. It is obvious I was fooled by all the surrounding of Tim barton and Melanie Bonvicino
that David Hryck, with Camisha and Brett, were working with Melanie Bonvicino, linked to the fake Tim Barton and the fraud for profit saga.

I will be replacing Camisha. I cannot retain David as he did not disclose his conflict - his firm is representing Tim Barton
Please see exhibit 44.  I will hire my old corporate firm Skadden that have no conflict  to take care of tax and bankruptcy matters for Brickchurch
I will submit a retention form for them
 https://www.justice.gov/usao-ndtx/pr/dallas-man-charged-26-million-real-estate-scam

Exhibit J above reveals Melanie getting a kickback after delaying the process with JGB.
And an exb from jgb saying not taking refinancing we are going to make 17 mm

Predators delay and block refinancing through intimidating lenders. They
play on the pricing of homes through price steering. We have videos to prove this point if required with Melanie and Tim Davis

John Allerding filed a note between me and Chad. John Allerding and Charles Andros took 4 months to formulate an auction contract. They tried to push me away with Camisha filing a UBO document from Alerding  Camisha simmons  filed with no acknowledgment of my husband being ill having to be replaced because of the bullying all Simmons  would say is Please be advised that your actions and communications are providing support for the appointment of an independent chapter 11 trustee.  The UST trustee has filed a motion seeking conversion to chapter 7, dismissal or appointment of a chapter 11 trustee.

**Camisha** L. Simmons |Managing Member
Simmons Legal PLLC
camisha@simmonslegal.solutions
www.simmonslegal.solutions

to fear and say no truth is not the way , I would never run a business under blackmail or under threats and not do what is right
she never filed anything to show the court the delay tactics used by Baypoint that was filed yesterday

we will sell or refinance but we now because of yet again tricks  from basically one creditor except me linked to these entitles need time  because the press is flooded with negative comments as Charles Andros did not respect after many emails the wishes of the judge in aug 23


on another note
I told  Simmons  I never agreed to give my rights as an up-stream shareholder. I gave the instruction that I would not be engaged in the day to day negotiation of the plan and was clear with the courts . It was obvious when my face was in so many papers that I would react to a document that was defamatory. Camisha Simmons said I should go hire a PR company and let her file what she wished  such as the UBO


As per my email with Chad at concierge I saw in the press my face chad as well with steering done by Charles Andros and Tim Davis and say wait do not  go out you have no approval from the trustee or court and you have a steering media problem
I said you have to respect the judge wishes with a minimum Charles  Andros and Allerding wanted no minimum we know why ?
The CEO Corcoran stated how can there be no minimum for such a property ????? who decided this


I emailed Chad because his contract was not approved. Charles Andros and Tim from Baypoint had an article about price steering with my face on it - I am a public person. No-one had a right to engage and create a no minimum reserve advertising campaign, creating a negative snowball effect, along with the article planted by Tim Davis that refused to correct the article mistake.

Avrum came in from the BVI and his mandate was to work with me alone and protect the rights of the BVI, to protect me from the aggressivity of Charles Andros and John Allerding . he did a good job had a budget but he is not retained by this court .

Action
To review brokers contract revive with marketing preapproval no interviews only advertising , refinancing clause or lease back clause and minimums , this should take max two days
Auction in march early  because it does not exist in January and Charles is pushing for a dead month concierge as no auction
Claw back
Camisha simmons to be replaced by Skadden my corporate lawyers and yhey will do the tax aspect if needed
And never work with tim Barton or Melanie bonvicino links

I have financing on its way as a solution  or we sell in March

I can submit a new plan  as tim davis and  john alerding  with Charles sabotaged my name and did price steering  both for the auction with no minimum price

I need just a few days to fix it as best as we can through refinancing and then a proper sale

I apologize and hope the court will be patient we are dealing with one of the most expensive estate in the world with crows all around jgb stole 22 mm and Baypoint with the same model is trying to steal 38 million on a debt of 52 mm using the same tactic steering delays delays not funding a flood for months creating a dealy of 10 months

I ask the court for a bit of time and justice to be made against Predators
Considering they took some many months away from us see baypoint summary
I lost control a year ago

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

15:43

 Charles Andros

Renters never showed up never paid we need to go after them in the u k

16:19

We hired Brett to collect the rent.

17:26

DuaneMorris®

DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036-4086
PHONE: +1 212 692 1000
FAX: +1 212 692 1020

# MEMORANDUM

**CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGE**

|  |  |
|---|---|
| **DATE:** | March 2, 2023 |
| **TO:** | Louise Blouin |
| **FROM:** | Brett L. Messinger |
| **SUBJECT:** | Summary of JGB's Conduct |

This is a summary of the facts and surrounding circumstances of the loan transaction entered between Aberdeen Enterprises, Inc. and Brickchurch Enterprises, Inc., as borrowers on the one side, and JGB Partners, LP, JGB Capital LP, JGB (Cayman) Anocona Ltd., and JGB Plymouth Rock LLC (collectively "***JGB***"), as lenders on the other side.

This Memorandum is confidential to share with law enforcement to redress the conduct of JGB and its principal(s). The facts show a substantial effort by JGB to infuse into the transaction and excessive interest rate – totaling approximately 43% - and to create a situation where the loan simply could not be repaid. Efforts included the illegal interference with the re-sale real estate market and other nefarious conduct. The conduct includes an apparent fraud for profit scheme, and also a "lend to own" transaction.

The victim of these activities is Louise Blouin. She is the upstream owner of the properties that were the subject of JGB's scheme, and has been since 1997. Ms. Blouin desires an investigation in the conduct outlined below, and, to the extent appropriate, for administrative and/or criminal charges to be lodged for the purpose recouping the approximate $36,000,000 she ultimately loss at the hands of JGB, which consistent of the additional loan of $62,000,000 she was required to take out to save her home from foreclosure.

**I.     BACKGROUND**

Located in Southampton, New York, are two extraordinary *residential* homes that make up a single residential compound. The smaller of the two home 366 Gin Lane and itself contains more than 9,000 square feet of living space. The larger home is 376 Gin Lane, and contains approximately

11,000 square feet of living space. Individual appraisals of the homes valued 366 Gin Lane at $63,000,000 and 376 Gin Lane at $72,000,000. Copies of the appraisals are attached hereto as Exhibits "A" and "B", respectively.

366 Gin Lane is owned by Brickchurch Enterprises, Inc., a Delaware corporation ("Brickchurch DE"). One hundred percent of the stock of Brickchurch DE is owned by Brickchurch Enterprises (BVI), Ltd., a company existing under the law of the British Virgin Islands ("Brickchurch BVI").

376 Gin Lane is owned by Aberdeen Enterprises, Inc., a Delaware corporation ("Aberdeen DE"). One hundred percent of the stock of Aberdeen E is owned by Aberdeen Enterprises (BVI), Ltd., a company existing under the laws of the British Virgin Islands ("Aberdeen BVI").

Both Brickchurch BVI and Aberdeen BVI are owned by another British Virgin Island company called Aberdeen Enterprises Holdings (BVI), Ltd. ("Holdings"). One hundred percent of the shares of Holdings is owned by Louise Blouin .

Louise Blouin is a Canadian citizen, and resident of Switzerland.

In the early part of 2018, the properties were encumbered by a loan in favor of HSBC; with the loan set to mature later that year. At the same time, Louise Blouin was investigating the sale of the property to pay off the HSBC loan, and was assisted by her publicist Melonie Bonvicino. Ms. Bonvicino then presented to Louise Blouin a potential purchaser from Texas named Timothy Barton, who seemed to be keen to purchase the properties for $120 million.

However, the transaction could not be completed before the time the HSBC loan was to mature. Therefore, Ms. Bonvicino introduced Louise Blouin to JGB for the purpose of providing a refinance of the HSBC loan, for a short 18-month "bridge period" so that the offer from Mr. Barton could be further pursued, and to search for other would-be buyers.

As it turned out, Mr. Barton's offer was never bona fide and was not in the position to every buy the property. Later, Mr. Barton was later accused of embezzlement and forced into bankruptcy. *See* https://www.justice.gov/usao-ndtx/pr/dallas-man-charged-26-million-real-estate-scam.

On July 25, 2018, Brickchurch DE and Aberdeen DE entered into a loan transaction with JGB for the refinance of an existing loan in favor of HSBC. The loan was in the face amount of $26,000,000 with a maturity date of October 31, 2019. The loan was secured by, *inter alia,* a mortgage on both 366 and 376 Gin Lane. As to 366 Gin Lane, the JGB loan was a first priority mortgage. As to 376 Gin Lane, the mortgage was recorded against the property as a second priority mortgage behind another mortgage filed by Morgan Stanley Private Bank ("Morgan Stanley"). The face amount of the Morgan Stanley loan is $15,000,000.

It was Ms. Blouin's intent to use the $26,000,000 in loan proceeds for, among other things, to repay the HSBC loan and to provide needed maintenance to the two homes to prepare them for sale at $150,000,000. At the time of the closing of the JGB loan, there was approximately $110,000,000 in equity in the homes.

The Note signed by Brickchurch DE and Aberdeen DE recited a 12% interest rate, that would increase to 18% upon an event of default. A true and correct copy of the Note and Mortgage is attached hereto as Exhibits "C" and "D", respectively.

JGB's upstream parent is a corporation called JGB Management, Inc., which is headquartered at 21 Charles Street, Westport, Connecticut. The principle of JGB Management, Inc. is Brett Cohen.

JGB Management is a private hedge fund that, by its own admission, specialized in distressed lending. "Distressed lending," is fancy-talk for a hard-money lender. Hard-money lenders are lenders that lend on "hard assets," rather than the financial ability of the borrower; and seeks to recoup its losses in the event of a default, by taking ownership to the collateral securing the loan. Here, the collateral to secure JGB's loan was, improperly, approximately $100,000,000 more than the face-value of the Note and Mortgage (which was only $26,000,000).

Immediately after the origination of the JGB loan, Aberdeen DE and Brickchurch DE began to experience immediately impediments to their plan to sell the property. This caused them to default on their payment due May 31, 2019.

**As will be discussed later in the Memorandum, it appears that JGB orchestrated a fraudulent scheme that killed the market, and made it impossible for Brickchurch DE and Aberdeen DE to sell the property.

After the default on the payment obligation, they received three letters from JGB dated June 4, 2019, June 13, 2019, and July 5, 2019 (the "Default Letters") declaring events of default – see letters attached collectively as Exhibit "E". Among other things, the letters declared that the interest rate due under the note would increase from 12% to the 18% default rate.

Following the sending of the Notices of Default, Aberdeen DE, Brickchurch DE and JGB entered into a Forbearance Agreement dated as of July 11, 2019. Among other things, the Forbearance Agreement provided that JGB would forbear on exercising their rights under the Note an Mortgage until October 31, 2019; which is the same date as the maturity date listed in the original Note. The Forbearance Agreement also provides that if Brickchurch DE and Aberdeen DE were able to pay off the loan before certain strike dates, there would be an Exit Charge due, with the most significant strike date being September 30, 2019, wherein the Exit Charge would be $2,000,000. In addition to the default rate being increased to 18%, there was added – for a period of less than three months – interest of another $2,000,000. When added together, this total a default interest rate of approximately 43%![1] A copy of the Forbearance Agreement is attached hereto as Exhibit "F". Moreover, when viewed objectively, the Forbearance Agreement offered no true benefit.

---

[1]   The Forbearance Agreement provides, in relevant part, as follows:

    4.    <u>Exit Charge.</u>  As additional compensation for the increased risk to Lenders, the Borrowers, shall, as additional interest on the Loan, pay an "Exit Charge" to the Lenders as follows:

    \*    \*    \*

3

## II. THE FORECLOSURE ACTION & BANKRUPTCY FILING

On November 22, 2019, JGB filed a foreclosure action against the Gin Lane properties. Brickchurch DE and Aberdeen DE did not defend the action on the basis of a threat from JGB that they would pursue personal guarantees against Ms. Blouin, and her husband, Mathew Kabatoff, should they defend the action. *See* July 25, 2019 email from Mr. Cohen, attached hereto as Exhibit "G".

On January 30, 2020, JGB filed a Motion for Default Judgment and to appoint a referee (among other things). On June 23, 2021, the Court entered a default against the non-answering defendants, including Brickchurch DE and Aberdeen DE, and appointed Ann Cryan, Esquire as referee, for the purpose to "ascertain and compute the amount due to the Plaintiffs" and to "examine and report whether or not the Premises (as defined in the Complaint) should be sold in parcels. . . ." Ms. Cryan's report included, among other things, a recommendation that the properties be sold in separate parcels, with 366 Gin Lane to be sold first.

The Judge confirmed the referees report, and eventually the foreclosure sale of 366 Gin Lane was scheduled for May 2, 2022. In order to stop the foreclosure sale, on April 30, 2022, Brickchurch DE filed for Bankruptcy under Chapter 11 of the Bankruptcy Code.

In the Bankruptcy case, JGB filed a proof of claim, stating that the sum due on the $26,000,000 loan was $46,947,991.74. See Proof of Claim, attached hereto as Exhibit H". It should be noted, that the Default Letters, sent in the sum of 2019, the amount due as of June 30, 2019 was only $26,000,000 plus $390,000 in "accrued and unpaid interest." *See* Exhibit "E". In other words, with the passage of less than three years, JGB sought an increase of payment of approximately $20,000,000.

During the Bankruptcy, JGB insisted that the Bankruptcy Case should be dismissed and it allowed to proceed with its state court-foreclosure remedy; despite JGB having adequate protection by the significant equity still remaining in the properties. Brickchurch, this time with the supervision of the bankruptcy court, was able to uncover that JGB, since the time of the origination of the loan, engaged in a scheme to prevent and otherwise usurp Aberdeen DE and Brickchurch DE from selling the properties.

## III. THE "LOAN-TO-OWN" & "FRAUD FOR PROFIT" SCHEME

The uncovered scheme implemented by JGB had as its purpose to quiet and otherwise deflate the market of would-be buyers.

First, beginning in early 2019, prior to the loan falling into the default, JGB began to contact real-estate professionals in the area, seemingly for the purpose of influencing the market. A copy of the notes kept by JGB are attached hereto as Exhibit "I".

---

4.4. if the Borrower repays the Loan and all of the other outstanding obligations under the Note any time after September 30, 2019, the Exit Charge shall be $2,000,0000.

Second, JGB also encouraged Ms. Bonvicino to proceed with the transaction involving fake offer from Mr. Davis, and even offered to pay Ms. Bonvicino $250,000 should be able to close the transaction. *See* Email, Exhibit "J"

Third, JGB failing to cooperate with a refinance lender – Reyl & Cie, Ltd. – to pay off the loan in full, based upon JGB's position that the loan was not bona fide, even after Brickchurch DE and Aberdeen DE provided loan documents that were ready for execution. *See* Exhibit "K". JGB's lack of cooperation and delay caused the loan to fall through. For example, during his deposition, Mr. Cohen refused to participate in efforts by Debtor and Aberdeen to refinance with Reyl & Cie, Ltd, because he thought the transaction was "not real." He further stated, despite being shared the draft agreements with Reyl & Cie, Ltd. that "[it] was the most ridiculous illegitimate joke I can recall seeing as a professional investor." He also pointed to historical reports of tax issues of Reyl & Cie that were resolved many years before Cohen ever even heard of Reyl & Cie. A copy of the deposition Transcript is attached as Exhibit "L".

Fourth, there is an email from JGB it had no interest in providing opportunities for a refinance, as it wanted to pocket the profit from the sale of the properties. A JGB employee said "I actually don't think we should engage on this [valid Blouin refinancing offer], even if it's real. Our position has never been stronger or closer, and we are getting close to $17M of potential pnl from the mark." *See* email, attached hereto as Exhibit "M".

Fifth, within a matter of days after the execution of the Forbearance Agreement, JGB was already requesting Ms. Blouin to sign over the deeds to the homes, and threatened that if a defense was raised to the foreclosure, that JGB would go after the personal guaranties. *See* email, attached hereto as Exhibit "G"

Sixth, prior to there being a default on the forbearance agreement, JGB already began to pressure and request from Ms. Blouin that she provide deeds to both properties to JGB; JGB claiming that the properties could never be sold. Unknown to Ms. Blouin, this is because JGB was taking action to prevent any interested buyers from making an offer on the properties.

Seventh, JGB listed the property with its own broker and seeking the solicitation of lower market prices in order to drive down the market. This marketing of the property attempt to influence the market began as early as September 19, 2018, -- months before the maturity of the loan and any fear of default. See Exhibit "N'.

Eighth, JGB engaged with a known-renter of 366 Gin Lane by: (i) discussing the possibility of financing the renter (Chris Brown) for the purchase of 366 Gin Lane; and (ii) conspiring with Mr. Brown to not allow a showing of the home to potential purchasers, by the changing of alarm codes on the security system, so that realtors were unable to enter the property with potential purchasers.

Ninth, JGB was involved with a realtor who entered 376 Gin Lane in the winter, turned on the water without shutting it off or otherwise winterizing the home. The pipes then froze and caused a flood in the property, making it unavailable to show for possible sale.

Tenth, JGB procured a report and otherwise fraudulently represented that the properties are in disrepair. *See* Exhibit "O." This is contrary to the report by CNBC showing the properties as one of the most extraordinary properties in the whole of the United States. *See*

5

https://www.cnbc.com/video/2022/10/06/tour-the-most-expensive-home-in-the-hamptons-150000000-la-dune.html

Eleventh, during the court of the bankruptcy, JGB attempted to take the deposition of representative of Bay Point, for the sole purchase of attempting to convince Bay Point to not proceed with the refinance transaction with Aberdeen DE and Brickchurch DE, despite the low risk of the transaction which is fully secured by "hard" assets. In a recent conversation in a New York City restaurant (where I was also present), one of Bay Point's attorneys stated that JGB's attorney tried to convince him to advise Bay Point to not complete the transaction.

Twelfth, a tenant named Brett Brown, along with realtor Anne Prosser, apparently at the request of JGB changed the code on the security system to prevent the properties from being shown by realtors.

Thirteenth, it was learned after the approval of replacement financing from Bay Point Financial Advisors, discussed below, that when the replacement lender had approved the replacement financing, the attorneys for JGB approached Bay Point's lawyers to discourage them from completing the refinance transaction.

## IV.   THE REPLACEMENT FINANCING

Aberdeen DE and Brickchurch DE were able to secure replacement financing from a company called Bay Point Financial Advisors, in the amount of $62,000,000. However, that financing was taken out due to the predicament placed upon Aberdeen DE and Brickchurch DE by the fraudulent and predatory conduct of JGB. In the end, Aberdeen DE and Brickchurch DE were required to pay JGB $44,500,000 in order to stop the foreclosure, and approximately $6,000,000 in origination costs to Bay Point. *See* Settlement Statement, attached hereto as Exhibit "P". Unfortunately, Aberdeen DE and Brickchurch DE were required to release JGB from any civil liability.

## V.   RELIEF REQUESTED

As a result of the conduct of JGB, Ms. Blouin wishes for the opening of an appropriate administrative or criminal investigation, and the recoupment of the approximate $36,000,000 of damages she suffered.

BLM

Attachments

**From:** Camisha Simmons <camisha@simmonslegal.solutions>
**Sent:** Friday, December 9, 2022 8:22:35 AM
**To:** Louise Blouin <lt@ltbholding.com>; Brett L. Messinger <blmessinger@duanemorris.com>; Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** RE:

They have the oversight of the Judge and a "free and clear" sale process in bankruptcy and bankruptcy protections. If you emerge from bankruptcy, you can issue a press release and paint a narrative in the media saying you have emerged after successfully restructuring your affairs and paying creditors and the property is available to all potential buyers and refinancing partners. You must get buy in from Bay Point to move forward. Also, have someone working on a good press release for the media that tells the story of your successful restructuring in chapter 11.

**Camisha L. Simmons** |Managing Member
Simmons Legal PLLC
camisha@simmonslegal.solutions
www.simmonslegal.solutions

6060 N. Central Expressway, Suite 500, Dallas, Texas 75206
Tel. +1 214-643-6192 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

1330 Avenue of the Americas, Suite 23A, New York, New York 10019
Tel. +1 212-653-0667 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

This electronic message and all contents (including attachments) may be confidential, privileged and protected from disclosure. If you are not, or believe you may not be, the intended recipient of this attorney communication, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies of this correspondence.

**From:** Louise Blouin <lt@ltbholding.com>
**Date:** Sunday, 10 December 2023 at 14:18
**To:** Suzanne Hug <shug@ltbholding.com>
**Subject:** FW:


**From:** Louise Blouin <lt@ltbholding.com>
**Date:** Monday, 12 December 2022 at 13:23
**To:** Camisha Simmons <camisha@simmonslegal.solutions>, Brett L. Messinger <BLMessinger@duanemorris.com>, Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** Re:
Please tell me each steps to get out of bankruptcy
And cost

---

**From:** Camisha Simmons <camisha@simmonslegal.solutions>
**Sent:** Monday, December 12, 2022 1:22:36 PM
**To:** Louise Blouin <lt@ltbholding.com>; Brett L. Messinger <blmessinger@duanemorris.com>; Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** RE:

That's what we are working on.

**Camisha L. Simmons** |Managing Member
Simmons Legal PLLC
camisha@simmonslegal.solutions
www.simmonslegal.solutions

6060 N. Central Expressway, Suite 500, Dallas, Texas 75206
Tel. +1 214-643-6192 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

1330 Avenue of the Americas, Suite 23A, New York, New York 10019
Tel.  +1 212-653-0667 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

This electronic message and all contents (including attachments) may be confidential, privileged and protected from disclosure. If you are not, or believe you may not be, the intended recipient of this attorney communication, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies of this correspondence.

**From:** Louise Blouin <lt@ltbholding.com>
**Sent:** Monday, December 12, 2022 12:20 PM
**To:** Camisha Simmons <camisha@simmonslegal.solutions>; Brett L. Messinger <blmessinger@duanemorris.com>; Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:**

I want to be clear no further expenses on this file related to this file will be charged
Camisha you just said you did not see yourself in the list of payoff this is not the table we prepared and I am not paying for the running around of this

We need to file to get out of bankruptcy and make sure we pay all outstanding amounts
Thank you

**From:** Louise Blouin <lt@ltbholding.com>
**Date:** Sunday, 10 December 2023 at 14:18
**To:** Suzanne Hug <shug@ltbholding.com>
**Subject:** FW:

**From:** Louise Blouin <lt@ltbholding.com>
**Date:** Monday, 12 December 2022 at 13:23
**To:** Camisha Simmons <camisha@simmonslegal.solutions>, Brett L. Messinger <BLMessinger@duanemorris.com>, Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** Re:

Please tell me each steps to get out of bankruptcy
And cost

---

**From:** Camisha Simmons <camisha@simmonslegal.solutions>
**Sent:** Monday, December 12, 2022 1:22:36 PM
**To:** Louise Blouin <lt@ltbholding.com>; Brett L. Messinger <blmessinger@duanemorris.com>; Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:** RE:

That's what we are working on.

**Camisha L. Simmons** |Managing Member
Simmons Legal PLLC
camisha@simmonslegal.solutions
www.simmonslegal.solutions

6060 N. Central Expressway, Suite 500, Dallas, Texas 75206
Tel. +1 214-643-6192 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

1330 Avenue of the Americas, Suite 23A, New York, New York 10019
Tel.  +1 212-653-0667 | Fax +1 800-698-9913 | Mobile +1 917-721-3833

This electronic message and all contents (including attachments) may be confidential, privileged and protected from disclosure. If you are not, or believe you may not be, the intended recipient of this attorney communication, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies of this correspondence.

**From:** Louise Blouin <lt@ltbholding.com>
**Sent:** Monday, December 12, 2022 12:20 PM
**To:** Camisha Simmons <camisha@simmonslegal.solutions>; Brett L. Messinger <blmessinger@duanemorris.com>; Mathew Kabatoff <mkabatoff@ltbholding.com>
**Subject:**

I want to be clear no further expenses on this file related to this file will be charged
Camisha you just said you did not see yourself in the list of payoff this is not the table we prepared and I am not paying for the running around of this

We need to file to get out of bankruptcy and make sure we pay all outstanding amounts
Thank you

JGB002234

| | |
|---|---|
| From: | Hunter Dorbandt |
| Cc: | Brett Cohen; Shuky Barlev-Ehrenberg |
| Subject: | Re: Proposed JGB Payoff |
| Date: | Tuesday, January 18, 2022 4:30:54 PM |
| Attachments: | image001.jpg |
| | image001.jpg |
| | image001.jpg |
| | image001.jpg |

I actually don't think we should engage on this, even if it's real. Our position has never been stronger or closer, and we are getting close to $17M of potential pnl from the mark



- Melanie Bonvicino to receive a transaction fee of $215k which reflect unpaid fees owed to her for consultation services provided to Louise Blouin from December 2017 to present.
- Maturity is pushed out to April 30, 2020

| | | IC A/C LOUISE BLO UIN | |
|---|---|---|---|
| 12-18 | # Outgoing Money Trnsf | TO JPMORGAN CHASE BANK, NA A/C 29045 88791 MELANIE INC. | (150,000.00) |
| 12-18 | # Outgoing Money Trnsf | | (7,577.62) |

**JGB** - *Fraud for profit*
Earned $21 million net on a $26 million mortgage, then payed 215,000 euros in bribes to Melanie, who pushed the negative narrative so that JGB buys at a discount while JGB finances a buyer.

**David Hryck**
*Representing Tim Barton and introduced Melanie Bonvicino to Mrs Blouin.*

**Brett Messinger** – *Conflicts*
Introduced by Melanie Bonvicino

**Melanie Bonvicino**
*Introduced fake buyer Timothy Barton (her client) to Mrs. Blouin. She Received bribes while employed and paid by Mrs blouin from JGB. She received 215 000 $ bribe from JGB*

**Charles Wallshein**
*Melanie interfering with narrative. Charles didn't show up in court and didn't read important emails.*
*Charles met JGB's buyer in New York, whom JGB was financing.*

**Camisha Simmons** (*Referred by Melanie*)
Stopped working month ago because of conflicts.

**Timothy Barton** (Texas)
*Fake buyer accused of embezzlement conspiracy.*